UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
(BRIDGEPORT)

FILED
2003 OCT 24 P 12: 17
US DIS
BRIDGEP

| | |
|---|---|
| CANDI McCULLOCH | : CIVIL ACTION NO. 301CV1115(AHN) |
| Plaintiff, | : |
| | : |
| vs. | : |
| | : |
| HARTFORD LIFE AND ACCIDENT | : |
| INSURANCE COMPANY AND EDUCATORS | : |
| MUTUAL LIFE INSURANCE COMPANY | : |
| Defendants. | : OCTOBER 22, 2003 |

## MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT

Pursuant to Rule 15 of the Federal Rules of Civil Procedure, the Plaintiff, Candi McCulloch, hereby moves to amend her complaint. The Second Amended Complaint is attached hereto.

PLAINTIFF,
CANDI MCCULLOCH

By: _____
Eliot B. Gersten (ct05321)
Gersten & Clifford
214 Main Street
Hartford, CT 06106
(860) 527-7044
Her Attorney

## CERTIFICATE OF SERVICE

I hereby certify that on October 22, 2003, a copy of the foregoing was mailed, via regular U.S. Mail, postage prepaid to all counsel and pro se parties of record, and as follows

Roberta J. Sharp, Esq.- by "fax" as well
Barry A. Chasnoff, Esq.
Jessica Spangler Taylor, Esq.
Akin Gump Strauss Hauer & Feld, LLP
300 Convent Street, Suite 1500
San Antonio, TX 78205
*Tel: 210-281-7146*
*Fax: 210-224-2035*


Donald E. Frechette, Esq. (ct08930)
Joshua L. Milrad, Esq. (ct19321)
Charles F. Gfeller, Esq. (ct18119)
Edwards & Angell, LLP
90 State House Square
Hartford, CT 06103
Phone (860) 525-5065
Facsimile (860) 527-4198

Magistrate Judge Holly B. Fitzsimmons
United States District Court
915 Lafayette Boulevard
Bridgeport, CT 06604

Eliot B. Gersten