UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
(BRIDGEPORT)

| | |
|---|---|
| CANDACE McCULLOCH<br>    Plaintiff, | : CIVIL ACTION NO. 301CV1115(AHN)<br>:<br>: |
| vs. | :<br>: |
| HARTFORD LIFE AND ACCIDENT<br>INSURANCE COMPANY, and EDUCATORS<br>MUTUAL LIFE INSURANCE COMPANY<br>    Defendants. | :<br>:<br>:<br>: OCTOBER $31$, 2003 |

**MOTION FOR DEFAULT**

Plaintiff moves for an order of default based upon the lack of responses to discovery, and the lack of willingness to participate in any compromise of its position in opposing discovery. Plaintiff submits the attached memorandum of law and affidavit in support of this motion.

                                                PLAINTIFF,

By: _____
        Eliot B. Gersten (ct05321)
        Gersten & Clifford
        214 Main Street
        Hartford, CT 06106
        (860) 527-7044
        Her Attorney

## CERTIFICATE OF SERVICE

I hereby certify that on October 31, 2003 a copy of the foregoing was mailed, postage prepaid to the following:

Roberta J. Sharp, Esq.
Barry A. Chasnoff, Esq.
Jessica Spangler Taylor, Esq.
Akin Gump Strauss Hauer & Feld, LLP
300 Covent Street, Suite 1500
San Antonio, TX 78205
Tel: (210) 281-7146
Fax: (210) 224-2035

Donald E. Frechette, Esq. (ct 08930)
Joshua L. Milrad, Esq. (ct19321)
Charles F. Gfeller, Esq.
Edwards & Angell, LLP
90 State House Square
Hartford, CT 06103
Phone (860) 525-5065
Facsimile (860) 527-4198

_____
Eliot B. Gersten