EXHIBIT "C"

1

```
 1              UNITED STATES DISTRICT COURT
                  DISTRICT OF CONNECTICUT
 2                     (BRIDGEPORT)

 3

 4   CANDI McCULLOCH,            }
          Plaintiff,             }    CIVIL ACTION
 5                               }
     VS.                         }    No. 301CV1115 (AHN)
 6                               }
     HARTFORD LIFE AND           }
 7   ACCIDENT INSURANCE          }
     COMPANY, and EDUCATORS      }
 8   MUTUAL LIFE INSURANCE       }
     COMPANY,                    }
 9        Defendants.            }

10

11
            DEPOSITION OF: SUSAN WILK, taken before Vincent J.
12   DeLaria, Registered Professional Reporter, LSR,
     pursuant to the Federal Rules of Civil Procedure, at
13   the offices of Gersten & Clifford, 214 Main Street,
     Hartford, CT, on June 24, 2003, commencing at 10:00
14   a.m.

15

16

17

18

19

20

21

22
                  Vincent J. DeLaria, RPR, LSR
23                      LSR No. 00138
                  Brandon Smith Reporting Service
24                      44 Capitol Avenue
                        Hartford, CT 06106
25                       (860) 549-1850
```

BRANDON SMITH REPORTING (860) 549-1850

Indexes

1     A.   August 2, 1999.
2     Q.   August 2nd, great.  Can you tell me did you
3  go into any kind of training program?
4     A.   I did.
5     Q.   What did you do?
6     A.   It was classroom training for about six to
7  eight weeks.
8     Q.   What was involved in classroom training?
9     A.   There were manuals relating to long-term
10 disability claim handling that were thoroughly
11 discussed, and that's about it.
12    Q.   When you say "there were manuals," what are
13 you referring to?
14    A.   Manuals regarding the steps in the processing
15 of the claim, steps that you take after a claim is
16 approved or denied.
17         It spoke of the medical department, how they
18 are involved, rehabilitation, how they're involved.  It
19 gives you-- they give you all aspects to the handling
20 of a claim.
21    Q.   Were these hard copy manuals?
22    A.   They were.
23    Q.   These were hard copy manuals?
24    A.   Yeah.
25    Q.   Did each one have a separate title to it like

12

Indexes

1    the ones you've just described?

2       A.   I don't recall. There were five manuals.

3       Q.   There are five manuals?

4       A.   About five manuals, yeah.

5       Q.   Are these manuals for the handling of claims

6    or is this a training program manual?

7       A.   It's a manual for the handling of claims used

8    in training.

9       Q.   So if I were to ask you, Ms. Wilk, would you

10   find me the manuals, are they locatable easily?

11      A.   Both during and after the course is

12   completed, we are able to keep them at our desks for

13   reference. But processes are continuously reviewed and

14   refined, so what was necessarily in those manuals on

15   August 2nd of 1999 may not be the case today.

16      Q.   Now, I was led to believe there was some sort

17   of I think it's called an intranet manual?

18      A.   Correct.

19      Q.   Is that the same thing as what you're

20   describing?

21      A.   It's a manual that provides more information

22   easily, accessible information.

23      Q.   What's the difference between the five hard

24   copy version manuals that you were describing

25   previously and this intranet manual?

64

Indexes

1  number?

2    A.   In the e-mail-- I don't know who composed the
3  e-mail or whose names were on the e-mail. I know I was
4  copied in on the e-mail advising of a termination with
5  reserves in excess of $900,000.

6    Q.   Did you have a reaction at seeing the e-mail?

7    A.   I don't recall what my specific reaction was.

8    Q.   My first question was did you have a
9  reaction?

10   A.   A verbal reaction or did I respond to the
11 e-mail?

12   Q.   Any kind of reaction whatsoever?

13   A.   I don't know.

14   Q.   Did you respond to the e-mail?

15   A.   No.

16   Q.   Did you have a verbal reaction?

17   A.   "Wow."

18   Q.   And what was it that caused you to say "Wow"?

19   A.   That appears to be a lot of money in
20 reserves.

21   Q.   And what leads you to believe that's a lot of
22 money in reserves?

23   A.   It was just personal opinion. I don't know
24 if, in your eyes, that's considered a lot. A lot can
25 be interpreted in many different ways.

Indexes

1   Tylenol.

2       Q.   And what do you know about codeine for
3   treatment of pain?

4       A.   I believe it helps to reduce the pain
5   further.

6       Q.   Do you know how it works?

7       A.   No, I don't.

8       Q.   Do you know whether codeine is a narcotic?

9       A.   No, I don't.

10      Q.   Do you know whether codeine has an affect on
11  your judgment?

12      A.   Considering that I have received cough
13  medicine with codeine in it, and I've been told not to
14  drive, I would believe that it would possibly impair
15  your judgment.

16      Q.   By the way, these five books of training
17  manuals that you have, five or six I think you said,
18  correct?

19      A.   Yes.

20      Q.   Do you have still have these in your
21  possession?

22      A.   I may.  They may be in the desk.

23           MR. GERSTEN:  Roberta, I'm going to claim a
24  request for production of those documents.

25           MS. SHARP:  Just send me a letter or