UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CANDI McCULLOCH | § | CIVIL ACTION NO.: |
| Plaintiff, | § | 301CV1115(AHN) |
| | § | |
| vs. | § | |
| | § | |
| HARTFORD LIFE AND ACCIDENT | § | |
| INSURANCE COMPANY AND | § | |
| EDUCATORS MUTUAL LIFE | § | |
| INSURANCE COMPANY | § | |
| Defendants. | § | November 6, 2003 |

## DEFENDANT EDUCATORS MUTUAL LIFE INSURANCE COMPANY'S MOTION FOR SUMMARY JUDGMENT

On July 11, 1999, Defendant Educators Mutual Life Insurance Company ("Educators") ceded all of its liability for and the administration of all of its professional association disability claims to Hartford Life and Accident Insurance Company under a Reinsurance Agreement. Thereafter, Educators had no involvement in Plaintiff's disability claim and cannot be liable for breach of contract or bad faith for Hartford's termination of her disability benefits. Educators' assignment of duties to Hartford under the Reinsurance Agreement does not support a claim for breach of contract, because these duties are freely assignable, nor can Educators be found liable for tortious interference with its own contract.

Plaintiff's CUTPA claims fail because Educators made no actionable representations and because Plaintiff incurred no ascertainable loss proximately caused by any representations Educator made in connection with the Reinsurance Agreement. Plaintiff's CUIPA claim fails because there is no private cause of action under CUIPA.

Finally, Plaintiff's claims for breach of contract, tortious interference with contract, and CUTPA violations are barred by the applicable statute of limitations.

This motion is based upon the attached memorandum in support, the attached summary judgment evidence, the attached Local Rule 56(a)(1) statement, and all pleadings and papers on file. Educators moves for an order granting summary judgment against Plaintiff on her claims for breach of contract, bad faith, punitive damages, tortious interference with contract, and violations of the Connecticut Unfair Trade Practices Act ("CUTPA") and the Connecticut Unfair Insurance Practices Act ("CUIPA")

By: _____
Barry A. Chasnoff (ct11162)
Roberta J. Sharp (ct24407)
Jessica S. Taylor (ct24408)
AKIN GUMP STRAUSS HAUER & FELD L.L.P.
300 Convent Street, Suite 1500
San Antonio, Texas 78205
Telephone: (210) 281-7000
Telecopier: (210) 224-2035

AND

Donald E. Frechette (ct 08930)
Edwards & Angell, LLP
90 State House Square
Hartford, CT 06103
Phone: (860) 525-5065
Facsimile: (860) 527-4198

ATTORNEYS FOR DEFENDANT
EDUCATORS MUTUAL LIFE
INSURANCE COMPANY

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing document was sent via facsimile and certified mail, return receipt requested to the following attorney on the _____ 7th _____ day of November, 2003:

Eliot B. Gersten
Gersten & Clifford
214 Main Street
Hartford, CT 06106
Phone (860) 527-7044
Facsimile (860) 527-4968

ROBERTA J. SHARP
JESSICA S. TAYLOR