CT/cvmhrg (January 10, 2002)

TOTAL TIME: _1_ hours _40_ minutes  
HONORABLE **Fitzsimmons**  
DEPUTY CLERK **Kolesnikoff**   RPTR/ERO/TAPE **Orriette**

DATE **11/12/03**   START TIME **1:05**   END TIME **2:45**  
LUNCH RECESS FROM _____ TO _____  
RECESS FROM _____ TO _____ (if more than 1/2 hour)

**McCulloch**  
vs.  
**Hartford Life**

CIVIL NO. **3:01CV1115AHN**

**Elliott Gersten**  
Plaintiffs Counsel

☐ SEE ATTACHED CALENDAR FOR COUNSEL

**Roberta Sharp**  
Defendants Counsel

## COURTROOM MINUTES - CIVIL (check one box)

- [x] (mhrgh) Motion Hearing
- [ ] (confmhrg.) Confirmation Hearing
- [ ] (showhrg.) Show Cause Hearing
- [ ] (contmphrg.) Contempt Hearing
- [ ] (evidhrg.) Evidentiary Hearing
- [ ] (jgmdbexam.) Judgment Debtor Exam
- [ ] (pchrg.) Probable Cause Hearing
- [ ] (fairhrg.) Fairness Hearing
- [ ] (stlmthrg.) Settlement Hearing
- [ ] (mischrg.) Miscellaneous Hearing

**MOTION DOCUMENT NO.**

| | | Motion | granted | denied | advisement |
|---|---|---|---|---|---|
| [x] | PLA #113-1 | to Compel | ☐ | ☐ | [x] |
| [x] | PLA #113-2 | For Sanctions | ☐ | ☐ | [x] |
| [x] | DFT #115 | For Protective Order | ☐ | ☐ | [x] |
| [x] | DFT #116 | to Compel | ☐ | ☐ | [x] |
| [x] | #127 | to Quash | ☐ | ☐ | [x] |
| [x] | #128 | For Protective Order | ☐ | ☐ | [x] |

Brief(s) due _____ Proposed Findings due _____ Response due _____

Hearing continued until _____ at _____