# United States District Court
## District of Connecticut

Candi McCulloch
*Plaintiff*
v.

Hartford Life and Accident
Insurance Company and Educators
Mutual Life Insurance Company
*Defendants*

Case No. 3:01cv1115(AHN)

FILED
2003 NOV 25  P 12: 22
US DIS...
BRI...

## ORDER OF REFERRAL TO MAGISTRATE JUDGE

This case is referred to Magistrate Judge Holly B. Fitzsimmons for the following purposes:

____ All purposes except trial, unless the parties consent to trial before the magistrate judge (orefcs.)

____ A ruling on all pretrial motions except dispositive motions (orefmisc./dscv.)

____ A ruling on all pretrial motions except dispositive motions (orefmisc./dscv.)

____ To supervise discovery and resolve discovery disputes (orefmisc./dscv.)

__X__ A ruling on the following motions which are currently pending: (orefm.)

Defendant's Motion to Quash and for Protective Order et al.
Plaintiff's Motion for Leave to File Second Amended Complaint

____ A settlement conference (orefmisc./cnf.)

____ A conference to discuss the following: (orefmisc./cnf.)

____ Other: (orefmisc./misc)

SO ORDERED this __25th__ day of __November__, __2003__ at Bridgeport, Connecticut.

Hon. Alan H. Nevas
UNITED STATES DISTRICT COURT JUDGE