UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CANDI McCULLOCH : | CIVIL ACTION NO. |
| : | 301CV1115(AHN) |
| Plaintiff, : | |
| : | |
| vs. : | |
| : | |
| HARTFORD LIFE AND ACCIDENT : | |
| INSURANCE COMPANY AND EDUCATORS : | |
| MUTUAL LIFE INSURANCE COMPANY : | |
| Defendants. : | November 26, 2003 |

**PLAINTIFF'S FIRST MOTION FOR EXTENSION OF TIME TO RESPOND TO THE PENDING MOTION FOR SUMMARY JUDGMENT FILED BY DEFENDANT HARTFORD LIFE AND ACCIDENT**
**(no consent obtained)**

Plaintiff seeks an extension of time of 21 days within which to respond to the motion for summary judgment filed by defendant HARTFORD LIFE AND ACCIDENT dated November 6, 2003 (but received on November 12, 2003). This is the first request for this relief. Plaintiff seeks until December 22, 2003 to file a response in opposition.

The reason for this request is as follows:

At the same time that this defendant filed a motion for summary judgment, co-defendant EDUCATORS MUTUAL LIFE INSURANCE COMPANY filed a motion for summary judgment. While plaintiff plans to finalize a timely response to the Educators' motion, plaintiff requires more extensive collection of documents and other materials

in light of the nature of the claims subject to the Hartford's motion, as well as potentially more discovery which is currently under consideration before Magistrate Judge Fitzimmons.

Despite requests, defense counsel lacked authority to consent to this motion being granted by this court.

PLAINTIFF,
CANDI MCCULLOCH

By _____
Eliot B. Gersten,
Fed. Bar No. ct05213
GERSTEN & CLIFFORD
214 Main Street
Hartford, CT 06106
(860)527-7044
Her Attorney

2

## CERTIFICATE OF SERVICE

I hereby certify that on the 26th day of November, 2003, a copy of the foregoing was mailed, postage prepaid to the following counsel of record via facsimile and U.S. mail:

Roberta J. Sharp, Esq.
Barry A. Chasnoff, Esq.
Jessica Spangler Taylor, Esq.
Akin Gump Strauss Hauer & Feld, LLP
300 Covent Street, Suite 1500
San Antonio, TX 78205
Tel: (210) 281-7146
Fax: (210) 224-2035

Donald E. Frechette, Esq. (ct 08930)
Joshua L. Milrad, Esq. (ct 19321)
Charles F. Gfeller, Esq.
Edwards & Angell, LLP
90 State House Square
Hartford, CT 06103
Phone (860) 525-5065
Facsimile (860) 527-4198

_____
Eliot B. Gersten