# US MEDICAL REVIEW INC.

QUALITY ASSURANCE AND
UTILIZATION MANAGEMENT SERVICES

7070A Kaighn Avenue
Pennsauken, NJ 08109
Tel: (800) 678-9144

P.O. Box 7137
Elkins Park, PA 19027
Tel: (800) 878-4443

Fax: (800) 878-7254

July 9, 1998

Margaret H. Ford, M.S., CRC, CCM
Disability Case Manager
Educators' Mutual Life
P.O. Box 83149
Lancaster,  PA 17608-3149

RE:    CANDI MCCULLOCH, M.D.
USMR#: 416877-4649
CL#:   PG-85
DOD#:  02/06/95

RECEIVED
JUL 21 1998
LIFE/DISB DEPT

Dear Ms. Ford:

Thank you for the opportunity of meeting with you and discussing the above named case. As we noted, the case has been exhaustively reviewed with determinations in regards to attempts to corroborate appropriate findings from the subjective and objective concerns. The records reviewed were from 2/21/95 through 12/16/97.

Documentation for the clinical symptomatology is correlated well by several physicians in regards to the objective findings. The subjective findings ensued from a skiing accident. The patient had significant episodes of neck pain with radiating pain initially to the posterior aspect of both shoulders, greater to the right shoulder than the left. There were complaints of low back pain during a period of time from 12/95 to early 1996. The patient had some complaints of TMJ in 1996. She had an arthroscopic exam in December of 1996 those records were not noted in the chart. There were also complaints of headaches and that she has an ongoing ensuing complaint of depression.

From an objective standpoint, the patient had an MRI on 3/95 findings were of effusions at C6-C7 and disk herniation with thecal impingement at C5-C6. There was a second bulging disk noted at C3-C4.

Physical examinations did reveal severe paraspinal spasm, limited range of motion, secondary to her pain, and paraspinal atrophy posteriorly adjacent to her posterior laminectomy incision.

On 12/12/95, there was decreased mobility in the cervical lumbar spine, palpable spasm and tenderness in the paraspinal rhomboid and trapezius muscles with midline tenderness C6-C7.

Noted on 6/6/96, the patient had range of motion in her lumbar


H 2047

---

Physician-controlled: · Pre-Certification · Case Management · Outcome Effectiveness · Quick Pay · Retrospective Reviews · Bill Auditing · IME's

Peer Review Organization approved by Commonwealth of Pennsylvania

Web Site: www.usmedreview.com

10

RE: CANDI MCCULLOCH                                                                PAGE 2

spine which was now normal. Findings on subsequent exams have remained the same as the earlier exams.

In regards to achievement, the patient has had physical therapy, periods of time of rest with activity limitation, and nonsteroidal analgesics. She has also taken Ultram and Soma. The application of interventions were appropriate for the findings that were documented. In addition, the patient had responded to some alternative therapies using glucosamine and chondroitin sulfate and the patient has had good response as well with massage therapy, acupuncture and acupressure. It would appear from the documentation, she seemed to respond as well to that as to anything. In discussing the plan, it is evident that to date the documentation is consistent with a somewhat complicated intervention process that has led to the present clinical status. An important insight, since she is now in Massachusetts is what type of doctor she has now chosen to follow with and what types of therapies are now being rendered. The outcome of any therapy associated with that would certainly be helpful. In addition, we would be willing to support through our case management process by speaking to the patient's doctor, particularly if there is a need for consideration of alternative options. Certainly alternative options seem to have assisted the patient in the past and it may be helpful to continue that therapeutic regime.

If you would like us to speak directly to the patient, we would be happy to do that. I feel that as part of good continuity and since you have a rapport with the patient, it would be beneficial to get a sense of how the patient is doing. You could make some recommendations based on our physician intervention and give support to continued alternative options with a realization that you are being completely supportive, even though she is slowly responding, given the multiple treatment interventions. We would be happy to help you on a continued case management basis as would be necessary. We look forward to your follow-up communication.

With kind regards,

Mark Stern, M.D.

MS/02:DVT

H 2048

**EDUCATORS MUTUAL LIFE**

P.O. Box 83149
Lancaster, PA 17608-3149

202 North Prince 717 397-2791
800 233-0307
FAX: 717 397-1821



January 13, 1998

Candi McCulloch, MD
90 Oliver St.
EastHampton, MA 01027

Dear Dr. McCulloch:

We are in receipt of your letter dated December 15, 1997 and appreciate the information. Since you have now moved, will you be locating physicians in your new locale? If so, please provide the names of your new treating physicians.

To explain my role with Educators, I provide vocational rehabilitation services (consulting capacity) to the variety of claims Educators administers. In review of your file, it is clearly documented that you have sustained functional limitations which prevent you from performing the substantial requirements of your occupation. However, there are other meanful/fulfilling occupations where your talents and current functional capabilites would be an asset. I would appreciate the opportunity to speak with you about your possible interest in exploring other vocational options at your earliest convenience. I may be reached at Educators on Tuesdays and Thursdays from 8:00 AM until Noon.

Looking forward to hearing from you.

Sincerely,

Leta R. Sharkey, M.S., N.C.C.

H 2080