UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

| | | |
|---|---|---|
| CANDI McCULLOCH | : | CIVIL ACTION NO. |
| | : | 301CV1115(AHN) |
| Plaintiff, | : | |
| | : | |
| vs. | : | |
| | : | |
| HARTFORD LIFE AND ACCIDENT | : | |
| INSURANCE COMPANY, and EDUCATORS | : | |
| MUTUAL LIFE INSURANCE COMPANY | : | |
| | : | |
| Defendants. | : | DECEMBER 3, 2003 |

2003 DEC -4 P 12:40
US DISTRICT COURT
BRIDGEPORT CT

**PLAINTIFF'S MOTION FOR
PERMISSION TO FILE SUR-REPLY BRIEF**

Plaintiff seeks permission to file the enclosed sur-reply brief of four (4) pages in order to respond to new arguments raised by defendants in their Reply in Further Support of Opposition to Plaintiff's Motion for Leave to File Second Amended Complaint.

PLAINTIFF,
CANDI MCCULLOCH

By _____
Eliot B. Gersten,
Fed. Bar No. ct05213
GERSTEN & CLIFFORD
214 Main Street
Hartford, CT 06106
EliotG@gersten-clifford.com
(860)527-7044
Her Attorney

1

## CERTIFICATE OF SERVICE

I hereby certify that on the 3rd day of December, 2003, a copy of the foregoing was mailed, postage prepaid to the following counsel of record via facsimile and U.S. mail:

Roberta J. Sharp, Esq.
Barry A. Chasnoff, Esq.
Jessica Spangler Taylor, Esq.
Akin Gump Strauss Hauer & Feld, LLP
300 Covent Street, Suite 1500
San Antonio, TX 78205
Tel: (210) 281-7146
Fax: (210) 224-2035

Donald E. Frechette, Esq. (ct 08930)
Joshua L. Milrad, Esq. (ct 19321)
Charles F. Gfeller, Esq.
Edwards & Angell, LLP
90 State House Square
Hartford, CT 06103
Phone (860) 525-5065
Facsimile (860) 527-4198

Eliot B. Gersten

2