UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CANDI McCULLOCH | : | CIVIL ACTION NO. |
| | : | 301CV1115(AHN) |
| Plaintiff, | : | |
| | : | |
| vs. | : | |
| | : | |
| HARTFORD LIFE AND ACCIDENT | : | |
| INSURANCE COMPANY AND EDUCATORS | : | |
| MUTUAL LIFE INSURANCE COMPANY | : | |
| Defendants. | : | November 26, 2003 |

**PLAINTIFF'S FIRST MOTION FOR EXTENSION OF TIME TO RESPOND TO THE PENDING MOTION FOR SUMMARY JUDGMENT FILED BY DEFENDANT HARTFORD LIFE AND ACCIDENT**
**(no consent obtained)**

Plaintiff seeks an extension of time of 21 days within which to respond to the motion for summary judgment filed by defendant HARTFORD LIFE AND ACCIDENT dated November 6, 2003 (but received on November 12, 2003). This is the first request for this relief. Plaintiff seeks until December 22, 2003 to file a response in opposition.

The reason for this request is as follows:

At the same time that this defendant filed a motion for summary judgment, co-defendant EDUCATORS MUTUAL LIFE INSURANCE COMPANY filed a motion for summary judgment. While plaintiff plans to finalize a timely response to the Educators' motion, plaintiff requires more extensive collection of documents and other materials