UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| CANDI McCULLOCH<br>Plaintiff, | § § § | CIVIL ACTION NO.:<br>301CV1115(AHN) |
|---|---|---|
| vs. | § § | |
| HARTFORD LIFE AND ACCIDENT<br>INSURANCE COMPANY AND<br>EDUCATORS MUTUAL LIFE<br>INSURANCE COMPANY<br>Defendants. | § § § § § | December 31, 2003 |

**DEFENDANT HARTFORD LIFE & ACCIDENT INSURANCE COMPANY'S
MOTION FOR EXTENSION OF TIME TO FILE A REPLY IN SUPPORT OF ITS
MOTION FOR SUMMARY JUDGMENT**

Hartford Life and Accident Insurance Company ("Hartford") seeks a short, one-week extension of time to file a reply in support of its Motion for Summary Judgment pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Local Rule 7(b). Good cause exists for granting Hartford's motion because counsel for Hartford did not receive Plaintiff's Memorandum of Law in Opposition to Hartford's Motion for Summary Judgment until December 29, 2003 (a week after it was filed with the Court), effectively providing Hartford with only six business days to file a reply to Plaintiff's lengthy brief.

**ARGUMENT & AUTHORITIES**

Hartford is entitled to a one-week extension to file a reply in support of its Motion for Summary Judgment because it did not receive Plaintiff's 40-page opposition brief until one week after it was filed. Plaintiff timely filed her opposition on December 22, 2003; however, most likely due to the Christmas holiday, counsel for Hartford did not receive the opposition brief which was sent by certified mail, until December 29, 2003. Because of the delay in receiving the brief and the length of Plaintiff's opposition, which includes 52 exhibits consisting of

063670.0229 5430261 v1 WEST

approximately 1000 pages, Hartford does not have sufficient time to file a reply by the January 7, 2003 deadline. Hartford requests an extension of time to January 14, 2003, to file a reply.

Counsel for Hartford has attempted to confer with Plaintiff's counsel by telephone and by letter regarding this motion but has been unsuccessful, again no doubt due to the holidays. Despite Hartford's diligent efforts in attempting to reach Plaintiff's counsel, it cannot ascertain whether Plaintiff's counsel would oppose this motion.

## CONCLUSION

Based on the foregoing, Hartford respectfully requests an extension until January 14, 2003 to file a reply brief in support of its Motion for Summary Judgment.

By: _____
Barry A. Chasnoff (ct11162)
Roberta J. Sharp (ct24407)
Jessica S. Taylor (ct24408)
AKIN GUMP STRAUSS HAUER & FELD L.L.P.
300 Convent Street, Suite 1500
San Antonio, Texas 78205
Telephone: (210) 281-7000
Telecopier: (210) 224-2035

AND

Donald E. Frechette (ct 08930)
Edwards & Angell, LLP
90 State House Square
Hartford, CT 06103
Phone: (860) 525-5065
Facsimile: (860) 527-4198

ATTORNEYS FOR DEFENDANT
HARTFORD LIFE & ACCIDENT
INSURANCE COMPANY

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing document was sent via facsimile and certified mail, return receipt requested to the following attorney on the ___31st___ day of December, 2003:

| | |
|---|---|
| Eliot B. Gersten<br>Gersten & Clifford<br>214 Main Street<br>Hartford, CT 06106<br>Phone (860) 527-7044<br>Facsimile (860) 527-4968 | |

_____
ROBERTA J. SHARP
JESSICA SPANGLER TAYLOR

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| CANDI McCULLOCH<br>Plaintiff, | § § § | CIVIL ACTION NO.:<br>301CV1115(AHN) |
|---|---|---|
| vs. | § § | |
| HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY AND EDUCATORS MUTUAL LIFE INSURANCE COMPANY<br>Defendants. | § § § § § § | December 31, 2003 |

**ORDER GRANTING HARTFORD LIFE & ACCIDENT INSURANCE COMPANY'S MOTION FOR EXTENSION OF TIME TO FILE A REPLY IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT**

After considering Hartford Life and Accident Insurance Company's Motion for Extension of Time to File a Reply in Support of its Motion for Summary Judgment, the Court:

FINDS good cause to enlarge time, and GRANTS Hartford up to and including January 14, 2003 to file a reply in support of its Motion for Summary Judgment.

SIGNED on _____, 2004, in Bridgeport, Connecticut.

_____
UNITED STATES DISTRICT JUDGE