# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| CANDI McCULLOCH<br>Plaintiff, | § | CIVIL ACTION NO.:<br>301CV1115(AHN) |
|---|---|---|
|  | § |  |
| vs. | § |  |
|  | § |  |
| HARTFORD LIFE AND ACCIDENT<br>INSURANCE COMPANY AND<br>EDUCATORS MUTUAL LIFE<br>INSURANCE COMPANY | §<br>§<br>§<br>§ |  |
| Defendants. | § | December 31, 2003 |

### DEFENDANT HARTFORD LIFE & ACCIDENT INSURANCE COMPANY'S MOTION FOR EXTENSION OF TIME TO FILE A REPLY IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT

Hartford Life and Accident Insurance Company ("Hartford") seeks a short, one-week extension of time to file a reply in support of its Motion for Summary Judgment pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Local Rule 7(b). Good cause exists for granting Hartford's motion because counsel for Hartford did not receive Plaintiff's Memorandum of Law in Opposition to Hartford's Motion for Summary Judgment until December 29, 2003 (a week after it was filed with the Court), effectively providing Hartford with only six business days to file a reply to Plaintiff's lengthy brief.

### ARGUMENT & AUTHORITIES

Hartford is entitled to a one-week extension to file a reply in support of its Motion for Summary Judgment because it did not receive Plaintiff's 40-page opposition brief until one week after it was filed. Plaintiff timely filed her opposition on December 22, 2003; however, most likely due to the Christmas holiday, counsel for Hartford did not receive the opposition brief which was sent by certified mail, until December 29, 2003. Because of the delay in receiving the brief and the length of Plaintiff's opposition, which includes 52 exhibits consisting of

*[Handwritten margin note: 1/05/04. GRANTED. SO ORDERED. ALAN H. NEVAS, U.S.D.J.]*

063670.0229  5430261 v1 WEST                                    1