155

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

| | | |
|---|---|---|
| CANDI McCULLOCH<br>Plaintiff,<br><br>vs.<br><br>HARTFORD LIFE AND ACCIDENT<br>INSURANCE COMPANY AND<br>EDUCATORS MUTUAL LIFE<br>INSURANCE COMPANY<br>Defendants. | § § § § § § § § § § § | CIVIL ACTION NO.:<br>301CV1115(AHN)<br><br><br><br><br><br>December 18, 2003 |

01CV1115 M TO FILE
2003 DEC 19 A 10: 12

### DEFENDANT HARTFORD LIFE & ACCIDENT INSURANCE COMPANY'S MOTION FOR LEAVE TO FILE SUR-REPLY BRIEF

Defendant Hartford Life and Accident Insurance Company seeks leave to file the attached Sur-Reply in Opposition to Plaintiff's Motion for Default so that it may respond to several new arguments raised by Plaintiff in her Reply Memorandum of Law in Support of Plaintiff's Motion for Default.

GRANTED ABSENT OPPOSITION
(LOCAL RULE 9 (A))
Alan H. Nevas, USDJ

2004 JAN 29 A 9: 32
US DISTRICT