## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

FILED

CANDI McCULLOCH
    Plaintiff,

: CIVIL ACTION NO. 301CV1115(AHN)

vs.

HARTFORD LIFE AND ACCIDENT
INSURANCE COMPANY AND EDUCATORS
MUTUAL LIFE INSURANCE COMPANY
    Defendants.

: January 23, 2004

### PLAINTIFF'S MOTION FOR LEAVE TO FILE SUR-REPLY
### IN FURTHER OPPOSITION TO
### DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Defendant Hartford Life and Accident Insurance Company ("Hartford") has made new arguments, and attached ten new exhibits, to its "Reply in Further Support of its Motion for Summary Judgment." "Where new evidence is presented in a party's reply brief or affidavit in further support of its summary judgment motion, the district court should permit the nonmoving party to respond to the new matters prior to disposition of the motion." Bayway Refining v. Oxygenated Mktg. & Trading, 215 F.3d 219, 227 (2nd Cir. 2000), quoting, Litton Indus. v. Lehman Bros. Kuhn Loeb Inc., 767 F. Supp. 1220, 1235 (S.D.N.Y. 1991). Plaintiff hereby requests that the District Court permit plaintiff to file the attached Sur-Reply to respond to the new matters raised by defendant's reply brief.

PLAINTIFF,

CANDI MCCULLOCH

By _____
Eliot B. Gersten,
Fed. Bar No. ct05213
GERSTEN & CLIFFORD
214 Main Street
Hartford, CT 06106
EliotG@gersten-clifford.com
(860)527-7044
Her Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that on the 29th day of January, 2004, a copy of the foregoing was mailed, postage prepaid to the following counsel of record via U.S. mail:

Roberta J. Sharp, Esq.
Barry A. Chasnoff, Esq.
Jessica Spangler Taylor, Esq.
Akin Gump Strauss Hauer & Feld, LLP
300 Covent Street, Suite 1500
San Antonio, TX 78205
Tel: (210) 281-7146
Fax: (210) 224-2035

Donald E. Frechette, Esq. (ct 08930)
Joshua L. Milrad, Esq. (ct 19321)
Charles F. Gfeller, Esq.
Edwards & Angell, LLP
90 State House Square
Hartford, CT 06103
Phone (860) 525-5065
Facsimile (860) 527-4198

_____
Eliot B. Gersten

10