UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

CANDI McCULLOCH
   Plaintiff,

vs.

HARTFORD LIFE AND ACCIDENT
INSURANCE COMPANY AND EDUCATORS
MUTUAL LIFE INSURANCE COMPANY
   Defendants.

CIVIL ACTION NO. 301CV1115(AHN)

January 23, 2004

## PLAINTIFF'S MOTION FOR LEAVE TO FILE SUR-REPLY IN FURTHER OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Defendant Hartford Life and Accident Insurance Company ("Hartford") has made new arguments, and attached ten new exhibits, to its "Reply in Further Support of its Motion for Summary Judgment." "Where new evidence is presented in a party's reply brief or affidavit in further support of its summary judgment motion, the district court should permit the nonmoving party to respond to the new matters prior to disposition of the motion." Bayway Refining v. Oxygenated Mktg. & Trading, 215 F.3d 219, 227 (2nd Cir. 2000), quoting, Litton Indus. v. Lehman Bros. Kuhn Loeb Inc., 767 F. Supp. 1220, 1235 (S.D.N.Y. 1991). Plaintiff hereby requests that the District Court permit plaintiff to file the attached Sur-Reply to respond to the new matters raised by defendant's reply brief.