UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
(BRIDGEPORT)

| | |
|---|---|
| CANDACE McCULLOCH<br>Plaintiff, | : CIVIL ACTION NO. 301CV1115(AHN) |
| vs. | : |
| HARTFORD LIFE AND ACCIDENT<br>INSURANCE COMPANY, and EDUCATORS<br>MUTUAL LIFE INSURANCE COMPANY<br>Defendants. | : OCTOBER 31, 2003 |

## MOTION FOR DEFAULT

Plaintiff moves for an order of default based upon the lack of responses to discovery, and the lack of willingness to participate in any compromise of its position in opposing discovery. Plaintiff submits the attached memorandum of law and affidavit in support of this motion.

PLAINTIFF,

By: _____
Eliot B. Gersten (ct05321)
Gersten & Clifford
214 Main Street
Hartford, CT 06106
(860) 527-7044
Her Attorney

February 11, 2004. The Motion for Default is DENIED without prejudice to renewal. SO ORDERED.

Alan H. Nevas, U.S.D.J.