# United States District Court
## District of Connecticut

FILED

Candi McCulloch
*Plaintiff*

2004 FEB 12  A 8: 51

v.                                              Case No. 3:01cv1115(AHN)

Hartford Life and Accident
Insurance Company and Educators
Mutual Life Insurance Company
*Defendants*

## ORDER OF REFERRAL TO MAGISTRATE JUDGE

This case is referred to Magistrate Judge Holly B. Fitzsimmons for the following purposes:

\_\_\_\_ All purposes except trial, unless the parties consent to trial before the magistrate judge (orefcs.)

\_\_\_\_ A ruling on all pretrial motions except dispositive motions (orefmisc./dscv.)

\_\_\_\_ A ruling on all pretrial motions except dispositive motions (orefmisc./dscv.)

\_\_\_\_ To supervise discovery and resolve discovery disputes (orefmisc./dscv.)

**X** A ruling on the following motions which are currently pending: (orefm.)

Plaintiff's Objection to Defendant's Motion to Strike Plaintiff's Evidence **[#167]**
Defendant's Motion to Reconsider/Clarify Discovery Ruling and for Brief Extension of Time to Respond **[#171]**

\_\_\_\_ A settlement conference (orefmisc./cnf.)

\_\_\_\_ A conference to discuss the following: (orefmisc./cnf.)

\_\_\_\_ Other: (orefmisc./misc)


SO ORDERED this __11th__ day of __February__, __2004__ at Bridgeport, Connecticut.

Hon. Alan H. Nevas
UNITED STATES DISTRICT COURT JUDGE