UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CANDI McCULLOCH | § | CIVIL ACTION NO.: |
| Plaintiff, | § | 301CV1115(AHN) |
| | § | |
| vs. | § | |
| | § | |
| HARTFORD LIFE AND ACCIDENT | § | |
| INSURANCE COMPANY AND | § | |
| EDUCATORS MUTUAL LIFE | § | |
| INSURANCE COMPANY | § | |
| Defendants. | § | February 6, 2004 |

**DEFENDANT HARTFORD LIFE & ACCIDENT INSURANCE COMPANY'S MOTION TO RECONSIDER THE SETTING OF A HEARING ON PLAINTIFF'S MOTION FOR DEFAULT**

Hartford Life and Accident Insurance Company ("Hartford") seeks reconsideration of the Court's setting of Plaintiff's Motion for Default for oral argument on February 13, 2004 in this Court, and asks that the Motion be referred to Magistrate Judge Holly B. Fitzsimmons. Plaintiff's Motion for Default seeks death penalty sanctions against Hartford for Hartford's purported violation of discovery rulings entered by Magistrate Judge Fitzsimmons, who has heard and ruled on all of the discovery motions in this case. Hartford respectfully requests that the Motion for Default be referred to Magistrate Judge Fitzsimmons to hear and determine the merits of Plaintiff's Motion for Default pursuant to 28 U.S.C. § 636(b)(1)(A), because she has extensive knowledge of the discovery motions in this case, the Rulings she has entered, and Hartford's compliance therewith.

*[Handwritten margin notes:] 2/17/04. GRANTED in light of the court's denial of Motion for Default (#130) without prejudice to renewal." SO ORDERED. ALAN H. NEVAS, U.S.D.J.*

1

063670.0229  5450180 v4 WEST