UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
(BRIDGEPORT)

| | | |
|---|---|---|
| CANDI MCCULLOCH, | : | |
| | : | CIVIL ACTION NO. |
| Plaintiff, | : | 3:01CV1115 (AHN) |
| | : | |
| v. | : | |
| | : | |
| HARTFORD LIFE AND ACCIDENT | : | |
| INSURANCE COMPANY and | : | |
| EDUCATORS MUTUAL LIFE | : | |
| INSURANCE COMPANY, | : | |
| | : | February 19, 2004 |

**LOCAL RULE 83.1(d)(1) REQUEST TO BE EXCUSED
FROM ATTENDANCE IN COURT**

Pursuant to Local Rule 83.1(d)(1), Attorney Donald E. Frechette ("Attorney Frechette"), sponsor of visiting attorneys Jessica Spangler Taylor, Roberta J. Sharp and Barry Chasnoff (hereinafter, "Visiting Attorneys"), hereby requests that he not be required to accompany the Visiting Attorneys to future court appearances in this matter.

On or about January 22, 2003, on the motion of the undersigned made pursuant to Local Rule 83.1(d)(1), this Court admitted the Visiting Attorneys *pro hac vice* in this matter. Both Attorney Frechette and the Visiting Attorneys currently represent Defendants in this matter. Local Rule 83.1(d)(1) allows the attorney who sponsors the admission *pro hac vice* of visiting lawyers to "apply to be excused from attendance in court." Here, there is no apparent reason why Attorney Frechette should be required to accompany the Visiting Attorneys to each of their court appearances in this action.

**ORAL ARGUMENT NOT REQUESTED
TESTIMONY NOT REQUIRED**

WHEREFORE, the undersigned respectfully requests that he not be required to accompany the Visiting Attorneys to future court appearances in this matter.

Respectfully Submitted,

_____
Donald E. Frechette, Esq.(ct08930)
William E. Murray, Esq. (ct19717)
Charles F. Gfeller, Esq. (ct18119)
Edwards & Angell, LLP
90 State House Square
Hartford, CT 06103
Phone: (860) 525-5065
Fax: (860) 527-4198

Roberta J. Sharp, Esq. (*p.h.v.*)
Barry A. Chasnoff, Esq. (*p.h.v.*)
Jessica Spangler Taylor, Esq. (*p.h.v.*)
Akin Gump Strauss Hauer & Feld, LLP
300 Convent Street, Suite 1500
San Antonio, TX 78205
Phone: (210) 281-7146
Fax: (210) 224-2035

Attorneys for Defendants Hartford Life and Accident Insurance Company and Educators Mutual Life Insurance Company

- 3 -

**CERTIFICATE OF SERVICE**

    This is to certify that on this 19th day of February, 2004, a copy of the foregoing was mailed via first class U.S. mail, postage prepaid, to:

Eliot B. Gersten, Esq.
Gersten & Clifford
214 Main Street
Hartford, CT 06106

                                                                                                  _____
                                                                                                  Donald E. Frechette, Esq.