UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **CANDI McCULLOCH** | § | **CIVIL ACTION NO.:** |
| Plaintiff, | § | **301CV1115(AHN)** |
| | § | |
| vs. | § | |
| | § | |
| **HARTFORD LIFE AND ACCIDENT** | § | |
| **INSURANCE COMPANY AND** | § | |
| **EDUCATORS MUTUAL LIFE** | § | |
| **INSURANCE COMPANY** | § | |
| Defendants. | § | May 5, 2004 |

**DEFENDANTS' RESPONSE TO PLAINTIFF'S REQUEST FOR EXTENSION OF PRE-TRIAL DEADLINE TO FILE MOTIONS FOR SUMMARY JUDGMENT**

Plaintiff's motion fails to establish good cause for her six month delay in seeking an extension of the November 7, 2003 dispositive motions deadline.[1] In order to establish good cause, Plaintiff must make a particularized showing why she could not meet the deadline despite her exercise of diligence and that the events that occurred after the entry of the scheduling order were not reasonably foreseeable. D. Conn. L. R. 16(b).

Plaintiff knew prior to the November 7, 2003 deadline that she had pending discovery requests seeking information from Hartford. Plaintiff admits she served an August 8, 2003 corporate representative deposition notice duces tecum on Hartford "with sufficient time to seek summary judgment within the deadline set by the court."[2] She also admits that this discovery request was the subject of a motion for protective order at the time of the dispositive motions deadline.[3] Moreover, Plaintiff admits she will seek summary judgment based on

---

[1] The parties sought an extension of the discovery and dispositive motions deadlines on July 1, 2003. The Honorable Judge Nevas signed an order granting the extension on July 25, 2003. *See* Docket #106.
[2] Motion, at 2.
[3] *Id.*

"representations made Educators in its pending motion for summary judgment."[4] Based on these admissions, Plaintiff should have anticipated would file cross-motions for summary judgment; however, Plaintiff did not seek an extension prior to or soon after the expiration of the dispositive motions deadline.

Plaintiff fails to establish that she has obtained additional evidence that would warrant the extension of the dispositive motions deadline six months after it expired. Plaintiff does not identify the recently obtained discovery or attach the new documents she claims establish "undisputed facts." This is because the allegedly new facts Plaintiff claims will support her motion for summary judgment on Hartford's counterclaim and on her claim against Educators relating to the reinsurance agreement are all arguments Plaintiff previously made in her responses to Defendants' motions for summary judgment.[5]

If Plaintiff has a good faith belief that the "recently obtained discovery" provides additional evidence supporting her previously asserted arguments, then she should supplement her responses to Defendants' summary judgment motions, rather than seek another bite at the apple with a new motion for summary judgment. This case was filed almost three years ago and Defendants' summary judgment motions have been pending for seven months. This case should be set for trial and not needlessly delayed by Plaintiff's untimely filing of motions for summary judgment. Plaintiff's motion for extension should be denied.

---

[4] *Id.*
[5] *See* Docket # 156, Plaintiff's December 22, 2003 Memorandum of Law in Opposition to Hartford's Motion for Summary Judgment, at 3, 34, 37-38; Docket # 148, Plaintiff's December 2, 2003 Memorandum of Law in Opposition to Educators' Motion for Summary Judgment, at 1, 7,9-10, 20, 25.

Respectfully submitted,

By:_____
    Barry A. Chasnoff (ct11162)
    Roberta J. Sharp (ct24407)
    Jessica S. Taylor (ct24408)
    AKIN GUMP STRAUSS HAUER & FELD L.L.P.
    300 Convent Street, Suite 1500
    San Antonio, Texas 78205
    Telephone: (210) 281-7000
    Telecopier: (210) 224-2035

    AND

    Donald E. Frechette (ct 08930)
    William E. Murray (ct 19717)
    Edwards & Angell, LLP
    90 State House Square
    Hartford, CT 06103
    Phone: (860) 525-5065
    Facsimile: (860) 527-4198

    ATTORNEYS FOR DEFENDANT
    HARTFORD LIFE & ACCIDENT
    INSURANCE COMPANY

## **CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing document was sent via certified mail, return receipt requested to the following attorney on the 5th day of May, 2004:

Eliot B. Gersten
Gersten & Clifford
214 Main Street
Hartford, CT 06106
Phone (860) 527-7044
Facsimile (860) 527-4968

_____
WILLIAM E. MURRAY

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **CANDI McCULLOCH** | § | **CIVIL ACTION NO.:** |
| **Plaintiff,** | § | **301CV1115(AHN)** |
| | § | |
| **vs.** | § | |
| | § | |
| **HARTFORD LIFE AND ACCIDENT** | § | |
| **INSURANCE COMPANY AND** | § | |
| **EDUCATORS MUTUAL LIFE** | § | |
| **INSURANCE COMPANY** | § | |
| **Defendants.** | § | **May 5, 2004** |

**ORDER DENYING PLAINTIFF'S REQUEST FOR EXTENSION OF PRE-TRIAL DEADLINE TO FILE MOTIONS FOR SUMMARY JUDGMENT**

After considering Plaintiff's Request for Extension of Pre- Extension of Time, the Court is of the opinion the Motion should be GRANTED.

SIGNED on _____, 2004, in Bridgeport, Connecticut.

_____
UNITED STATES DISTRICT JUDGE