178

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CANDI McCULLOCH | : | CIVIL ACTION NO. |
| Plaintiff, | : | 301CV1115(AHN) |
| | : | |
| vs. | : | |
| | : | |
| HARTFORD LIFE AND ACCIDENT | : | |
| INSURANCE COMPANY and EDUCATORS | : | |
| MUTUAL LIFE INSURANCE COMPANY | : | |
| Defendants. | : | APRIL 14, 2004 |

**REQUEST FOR EXTENSION OF PRE-TRIAL DEADLINE
TO FILE MOTIONS FOR SUMMARY JUDGMENT**

Plaintiff respectfully requests permission for an extension of the pretrial deadline to allow plaintiff to file the following :

1. A motion for summary judgment on the counterclaim of defendant Hartford Life and Accident Insurance Company ("Hartford") on the limited ground that Hartford cannot establish damages; and

2. A motion for summary judgment as to plaintiff's claim that defendant Educators Mutual Life Insurance Company ("Educators") breached its contract with plaintiff, the covenant of good faith and fair dealing inherent in that contract, and CUIPA in connection with the so-called Reinsurance Agreement between Educators and Hartford.

The court is currently considering two motions seeking summary judgment filed by these defendants as well as outstanding motions regarding discovery At the time plaintiff filed her opposition, she did not file a cross motion seeking relief because there were pending discovery requests seeking information pertinent to Hartford's ability to establish damages and Educators' conduct following execution of the Reinsurance Agreement. Among other things, plaintiff

GRANTED
ALAN H. NEVAS, U.S.D.J.
SO ORDERED
May 20, 2004