UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CANDI McCULLOCH | : | CIVIL ACTION NO. |
|    Plaintiff, | : | 301CV1115(AHN) |
| | : | |
| vs. | : | |
| | : | |
| HARTFORD LIFE AND ACCIDENT | : | |
| INSURANCE COMPANY and EDUCATORS | : | |
| MUTUAL LIFE INSURANCE COMPANY | : | |
|    Defendants. | : | May 28, 2004 |

**PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT ON DEFENDANT HARTFORD'S COUNTERCLAIM**

Plaintiff files this motion for summary judgment on the counterclaim of defendant Hartford Life and Accident Insurance Company ("Hartford") because it cannot establish damages for the following reasons:

```
1) Hartford Does Not Have Standing;
2) Hartford Profited from Plaintiff's Alleged
                                    Wrongdoing
                                             ;
      3) Hartford is precluded from recovering
 the benefit payments it made to
plaintiff, and
      4) Hartford may not "mend its hold".
```

Plaintiff submits her attached Local Rule 56 statement of material facts not in dispute, affidavit of plaintiff, and memorandum in support of her motion.

Wherefore, plaintiff seeks summary judgment dismissing the counterclaim.

                PLAINTIFF,
                CANDI McCULLOCH

By:    _____
      Eliot B. Gersten, Esq.
      Fed. Bar No. ct05213
      GERSTEN & CLIFFORD
      214 Main Street
      Hartford, CT 06106
      (860) 527-7044
      Her Attorney

## **CERTIFICATE OF SERVICE**

    I hereby certify that the foregoing was faxed and mailed, via regular U.S. Mail, postage prepaid, on May 28, 2004 to all counsel and pro se parties of record, as follows:

Roberta J. Sharp, Esq.
Jessica Spangler Taylor, Esq.
Barry A. Chasnoff, Esq.
Akin Gump Strauss Hauer & Feld, LLP
300 Convent Street, Suite 1500
San Antonio, TX 78205
*Tel: 210-281-7146*
*Fax: 210-224-2035*

```
Donald E. Frechette, Esq
Joshua L. Milrad, Esq.
Charles F. Gfeller, Esq.
Edwards & Angell, LLP
90 State House Square
Hartford, CT 06103
```
*Tel: (860) 525-5065*
*Fax: (860) 527-4198*

                                                            _____
                                                            Eliot B. Gersten, Esq.