UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CANDI McCULLOCH<br>Plaintiff, | : | CIVIL ACTION NO.<br>301CV1115(AHN) |
| vs. | : | |
| HARTFORD LIFE AND ACCIDENT<br>INSURANCE COMPANY and EDUCATORS<br>MUTUAL LIFE INSURANCE COMPANY<br>Defendants. | : | June 9, 2004 |

### PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT
### AGAINST EDUCATORS MUTUAL LIFE INSURANCE COMPANY

Plaintiff files this motion for summary judgment on her claims against Educators Mutual Life Insurance Company.

Plaintiff submits her attached Local Rule 56 statement of material facts not in dispute, affidavit of plaintiff, exhibits, and memorandum in support of her motion.

Wherefore, plaintiff seeks summary judgment on liability against Educators Mutual Life Insurance Company and/or findings of fact pursuant to Fed.R.Civ.P. 56(e).

PLAINTIFF,
CANDI McCULLOCH

By: _____
Eliot B. Gersten, Esq.
Fed. Bar No. ct05213
GERSTEN & CLIFFORD
214 Main Street
Hartford, CT 06106
(860) 527-7044
Her Attorney

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was faxed and mailed, via regular U.S. Mail, postage prepaid, on June 9, 2004 to all counsel and pro se parties of record, as follows:

Roberta J. Sharp, Esq.
Jessica Spangler Taylor, Esq.
Barry A. Chasnoff, Esq.
Akin Gump Strauss Hauer & Feld, LLP
300 Convent Street, Suite 1500
San Antonio, TX 78205
*Tel: 210-281-7146*
*Fax: 210-224-2035*

Donald E. Frechette, Esq
Joshua L. Milrad, Esq.
Charles F. Gfeller, Esq.
Edwards & Angell, LLP
90 State House Square
Hartford, CT 06103
*Tel: (860) 525-5065*
*Fax: (860) 527-4198*

_____
Eliot B. Gersten, Esq.