```
                                               FILED
         UNITED STATES DISTRICT COURT
             DISTRICT OF CONNECTICUT
                                            2004 JUN 25 P 3: 22
CANDACE McCULLOCH,              :
          PLAINTIFF,            :              U.S. DISTRICT COURT
                                :               BRIDGEPORT, CONN.
v.                              :   CIV. NO. 3:01CV1115 (AHN)
                                :
HARTFORD LIFE AND ACCIDENT      :
INSURANCE COMPANY, et al.       :
          DEFENDANTS            :   June 23, 2004
```

## RULING

On January 4, 2004, the court issued a ruling [doc # 163] denying defendant's motion to quash [doc # 127]. Defendant's motion for protective order [doc # 128] was also denied, but was not identified by document number in the ruling. For the reasons previously stated, defendant's motion for protective order **[doc # 128] is denied.**

SO ORDERED at Bridgeport this 23 day of June 2004.

```
                            _____
                            HOLLY B. FITZSIMMONS
                            UNITED STATES MAGISTRATE JUDGE
```