**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| CANDI McCULLOCH, | : | CIVIL ACTION NO. |
| Plaintiff, | : | 301CV1115 (AHN) |
| | : | |
| vs. | : | |
| | : | |
| HARTFORD LIFE AND ACCIDENT | : | |
| INSURANCE COMPANY and EDUCATORS | : | |
| MUTUAL LIFE INSURANCE COMPANY, | : | |
| Defendants. | : | June 28, 2004 |

---

**JOINT MOTION TO EXTEND DEADLINES TO FILE BRIEFING ON PLAINTIFF'S**
**MOTIONS FOR SUMMARY JUDGMENT**

---

Defendants Hartford Life and Accident Insurance Company ("Hartford"), Educators Mutual Life Insurance Company ("Educators") and Plaintiff Candi McCulloch jointly seek an extension of time to file briefing relating to Plaintiff's Motions for Summary Judgment.

Plaintiff filed her Motion for Summary Judgment on Hartford's Counterclaim on May 31, 2004, and her Motion for Summary Judgment Against Educators Mutual Life Insurance Company on June 10, 2004. As a result of confusion regarding when Plaintiff filed her motion against Educators, Plaintiff and Educators have agreed to extend Educators' deadline to respond to Plaintiff's Motion for Summary Judgment to July 15, 2004.

Further, as a result of Plaintiff's counsel's busy schedule, the parties have agreed to extend Plaintiff's deadline to file reply briefs in support of her Motion for Summary Judgment on Hartford's Counterclaim and her Motion for Summary Judgment Against Educators. Pursuant to this agreement, Plaintiff's reply in support of her motion against Hartford will be due on July 6, 2004, and her reply in support of her motion against Educators will be due on July 29, 2004.

Based on the foregoing, the parties request that the Court enter an order in accord with the parties' agreement.

By:_____

Barry A. Chasnoff (ct11162)
Roberta J. Sharp (ct24407)
Jessica S. Taylor (ct24408)
AKIN GUMP STRAUSS HAUER & FELD L.L.P.
300 Convent Street, Suite 1500
San Antonio, Texas  78205
Telephone:  (210) 281-7000
Telecopier: (210) 224-2035

AND

Donald E. Frechette (ct 08930)
William E. Murray (ct 19717)
Edwards & Angell, LLP
90 State House Square
Hartford, CT 06103
Phone:  (860) 525-5065
Facsimile: (860) 527-4198

ATTORNEYS FOR DEFENDANTS

By:_____

Eliot Gersten (ct05321)
GERSTEN & CLIFFORD
214 Main Street
Hartford, CT 06106
Phone (860) 527-7044
Facsimile (860) 527-4968

ATTORNEY FOR PLAINTIFF
CANDI MCCULLOCH

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing document was sent via facsimile and certified mail, return receipt requested to the following attorney on the _____ day of June _____, 2004:

Eliot Gersten (ct05321)
GERSTEN & CLIFFORD
214 Main Street
Hartford, CT 06106
Phone (860) 527-7044
Facsimile (860) 527-4968


_____
WILLIAM E. MURRAY