UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CANDI McCULLOCH, <br> Plaintiff, <br><br> vs. <br><br> HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY and EDUCATORS MUTUAL LIFE INSURANCE COMPANY, <br> Defendants. | : CIVIL ACTION NO. <br> : 301CV1115 (AHN) <br> : <br> : <br> : <br> : <br> : <br> : June 28, 2004 |

**JOINT MOTION TO EXTEND DEADLINES TO FILE BRIEFING ON PLAINTIFF'S MOTIONS FOR SUMMARY JUDGMENT**

Defendants Hartford Life and Accident Insurance Company ("Hartford"), Educators Mutual Life Insurance Company ("Educators") and Plaintiff Candi McCulloch jointly seek an extension of time to file briefing relating to Plaintiff's Motions for Summary Judgment.

Plaintiff filed her Motion for Summary Judgment on Hartford's Counterclaim on May 31, 2004, and her Motion for Summary Judgment Against Educators Mutual Life Insurance Company on June 10, 2004. As a result of confusion regarding when Plaintiff filed her motion against Educators, Plaintiff and Educators have agreed to extend Educators' deadline to respond to Plaintiff's Motion for Summary Judgment to July 15, 2004.

Further, as a result of Plaintiff's counsel's busy schedule, the parties have agreed to extend Plaintiff's deadline to file reply briefs in support of her Motion for Summary Judgment on Hartford's Counterclaim and her Motion for Summary Judgment Against Educators. Pursuant to this agreement, Plaintiff's reply in support of her motion against Hartford will be due on July 26, 2004, and her reply in support of her motion against Educators will be due on July 29, 2004.

63670.0229 5430261 v1 WEST                                                                                      1

*6/30/2004 GRANTED*
*SO ORDERED*
*ALAN H. NEVAS, U.S.D.J.*