UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CANDI McCULLOCH | § | CIVIL ACTION NO.: |
| Plaintiff, | § | 301CV1115(AHN) |
| | § | |
| vs. | § | |
| | § | |
| HARTFORD LIFE AND ACCIDENT | § | |
| INSURANCE COMPANY AND | § | |
| EDUCATORS MUTUAL LIFE | § | |
| INSURANCE COMPANY | § | |
| Defendants. | § | August 11, 2004 |

**DEFENDANT EDUCATORS MUTUAL LIFE INSURANCE COMPANY'S MOTION FOR LEAVE TO FILE SUR-REPLY BRIEF**

Defendant Educators Mutual Life Insurance Company seeks leave to file the attached Sur-Reply in Opposition to Plaintiff's Motion for Summary Judgment so that it may respond to new arguments raised by Plaintiff in her Reply Memorandum of Law in Support of Plaintiff's Motion for Summary Judgment. Additionally, Educators seeks leave to file a sur-reply because Plaintiff far exceeded the page-limit allowed for reply briefs by Local Rule 7(d). Counsel for Educators has attempted to confer with Plaintiff's counsel regarding this motion, but have not received a response.

By: /s/ _____
Barry A. Chasnoff (ct11162)
Roberta J. Sharp (ct24407)
Jessica S. Taylor (ct24408)
AKIN GUMP STRAUSS HAUER & FELD L.L.P.
300 Convent Street, Suite 1500
San Antonio, Texas 78205
Telephone: (210) 281-7000
Telecopier: (210) 224-2035

AND

Donald E. Frechette (ct 08930)
Edwards & Angell, LLP
90 State House Square
Hartford, CT 06103
Phone: (860) 525-5065
Facsimile: (860) 527-4198

ATTORNEYS FOR DEFENDANT
EDUCATORS MUTUAL LIFE
INSURANCE COMPANY

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing document was sent certified mail, return receipt requested to the following attorney on the 11th day of August, 2004:

Eliot B. Gersten
Gersten & Clifford
214 Main Street
Hartford, CT 06106
Phone (860) 527-7044
Facsimile (860) 527-4968

/s/ _____
ROBERTA J. SHARP
JESSICA S. TAYLOR