UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

CANDACE McCULLOCH,
        PLAINTIFF,

v.                                              CIV. NO. 3:01CV1115 (AHN)

HARTFORD LIFE AND ACCIDENT
INSURANCE COMPANY, et al.
        DEFENDANTS

AFTER REVIEW, THE MAGISTRATE JUDGE'S RECOMMENDED RULING IS APPROVED, ADOPTED AND RATIFIED.
/s/ Alan H. Nevas, USDJ

### RECOMMENDED RULING on PLAINTIFF'S MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT, AND DEFENDANTS MOTION TO DISMISS

Plaintiff Candi McCulloch brings this action against defendants Hartford Life and Accident Insurance Co. ("Hartford") and Educators Mutual Life Insurance Co. ("Educators") for damages she alleges she sustained as a result of the termination of payments on her disability insurance policy. Plaintiff filed her initial complaint on June 15, 2001, alleging that Hartford, on Educators' behalf, terminated plaintiff's disability payments on November 17, 2000 [Compl. ¶ 19]. The complaint contained one count alleging that the termination was a breach of plaintiff's insurance contract [Id. at ¶ 21]. After subsequent discovery was conducted, plaintiff amended her complaint to add a claim of bad faith against both defendants [First Amend. Compl. Count Two]. On October 22, 2003, after additional discovery, plaintiff moved for leave to file a second amended complaint [doc. # 126]. Defendants object, and in the alternative, seek to dismiss several of plaintiff's proposed amendments as time-barred and for