UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CANDI McCULLOCH, | : | 3:01cv1115(AHN) |
|     Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| HARTFORD LIFE AND ACCIDENT | : | |
| INSURANCE COMPANY AND | : | |
| EDUCATORS MUTUAL LIFE | : | |
| INSURANCE COMPANY, | : | |
|     Defendants. | : | |

FILED
2004 SEP 22 A 11:44
U.S. DISTRICT COURT

### REFERRAL TO MAGISTRATE JUDGE

The captioned is referred to Magistrate Judge William I. Garfinkel for the following purposes:

\_\_\_ All purposes including trial upon written request by all parties (orefcs.)

\_\_\_ A ruling on all pretrial motions except dispositive motions (orefmisc./dscv)

\_\_\_ To supervise discovery and resolve discovery disputes. (orefmisc./dscv)

\_\_\_ A ruling on the following pending motions:

**XXX** A settlement conference   (orefmisc/cnf)

\_\_\_ A scheduling conference   (orefmisc/cnf)

\_\_\_ Other: Status Conference (orefmisc./misc)

So ordered this 21 day of September, 2004, at Bridgeport, Connecticut.

Alan H. Nevas,
Senior U.S. District Judge