

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CANDI McCULLOCH<br>Plaintiff, | §<br>§<br>§ | CIVIL ACTION NO.:<br>301CV1115(AHN) |
| vs. | §<br>§<br>§ | |
| HARTFORD LIFE AND ACCIDENT<br>INSURANCE COMPANY AND<br>EDUCATORS MUTUAL LIFE<br>INSURANCE COMPANY<br>Defendants. | §<br>§<br>§<br>§<br>§ | August 5, 2004 |

### HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY'S MOTION TO COMPEL AND MEMORANDUM IN SUPPORT THEREOF

Hartford Life & Accident Insurance Company seeks to compel Plaintiff to sign an Authorization for the Use and Disclosure of Protected Health Information so that it can obtain information regarding Plaintiff's application for and receipt of disability benefits from the Social Security Administration.

### PROCEDURAL BACKGROUND

On April 17, 2002, Hartford served Plaintiff with its First Request for Production of Documents.[1]  Request No. 7 requested that Plaintiff produce any and all documents relating to any claim for benefits made by or on behalf of Plaintiff with the Social Security Administration. Plaintiff produced documents responsive to this request only after being compelled to do so by the court on December 19, 2002. The documents Plaintiff produced indicated she applied for and had been awarded disability benefits from the Social Security Administration.

---

[1] A true and correct copy of Hartford's First Request for Production of Documents is attached as Exhibit A.

5561399 v1

*(Margin notation: GRANTED ABSENT OPPOSITION (LOCAL RULE 9 (A)) Alan H. Nevas, USDJ)*