126

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT
### (BRIDGEPORT)

FILED

2003 OCT 24 P 12: 17

CANDI McCULLOCH
   Plaintiff,

: CIVIL ACTION NO. 301CV1115(AHN)

vs.

HARTFORD LIFE AND ACCIDENT
INSURANCE COMPANY AND EDUCATORS
MUTUAL LIFE INSURANCE COMPANY
   Defendants.

: OCTOBER 22, 2003

## MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT

Pursuant to Rule 15 of the Federal Rules of Civil Procedure, the Plaintiff, Candi McCulloch, hereby moves to amend her complaint. The Second Amended Complaint is attached hereto.

PLAINTIFF,
CANDI MCCULLOCH

By: _____
Eliot B. Gersten (ct05321)
Gersten & Clifford
214 Main Street
Hartford, CT 06106
(860) 527-7044
Her Attorney

9/22/04 GRANTED. SO ORDERED.
ALAN H. NEVAS, U.S.D.J.