UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CANDI McCULLOCH<br>    Plaintiff, | §<br>§<br>§ | CIVIL ACTION NO.:<br>301CV1115(AHN) |
| vs. | §<br>§ | |
| HARTFORD LIFE AND ACCIDENT<br>INSURANCE COMPANY AND<br>EDUCATORS MUTUAL LIFE<br>INSURANCE COMPANY<br>    Defendants. | §<br>§<br>§<br>§<br>§ | <br><br><br><br>March 2, 2005 |

### DEFENDANTS' MOTION FOR LEAVE TO FILE ANSWER
### TO PLAINTIFF'S SECOND AMENDED COMPLAINT

Defendants Hartford Life and Accident Insurance Company ("Hartford") and Educators Mutual Life Insurance Company ("Educators") seek leave to file the attached Second Amended Answer, Affirmative Defenses and Counterclaims to Plaintiff's Second Amended Complaint.

1. Plaintiff sought leave to file her Second Amended Complaint on October 22, 2003. Her Second Amended Complaint added approximately five new sentences of new factual allegations, new breach of contract and bad faith claims against Educators, and claims for tortious interference with contractual relations and expectations and violations of the Connecticut Unfair Insurance Practices Act and Connecticut Unfair Trade Practices Act against both Hartford and Educators.

2. Defendants filed their Opposition to Plaintiff's Motion for Leave to File a Second Amended Complaint, Defendants' Alternative 12(b)(6) Motion to Dismiss for Failure to State a Claim on November 5, 2003. In addition, both Educators and Hartford moved for summary judgment on the new claims in their respective Motions for Summary Judgment filed on November 7, 2003.

3. On August 20, 2004, Magistrate Holly Fitzsimmons entered a recommended ruling granting Plaintiffs' Motion for Leave to File Second Amended Complaint and denying Defendants' 12(b)(6) Motion to Dismiss for Failure to State a Claim as Moot in light of the Motion for Summary Judgment.

4. On September 22, 2004, Plaintiffs' Motion for Leave to File Second Amended Complaint was officially granted, and it was deemed filed on that date.

5. Defendants seek leave to file a Second Amended Answer to Plaintiff's Second Amended Complaint in order to answer the new factual allegations and to deny any liability for the new claims asserted by Plaintiff. Defendants do not seek to amend their answer to add any new affirmative defenses or to assert any new counterclaims against Plaintiff.

6. Rule 15(a) of the Federal Rules of Civil Procedure provides that leave to amend "shall be freely given when justice so requires." In the Second Circuit, district courts are to allow a party to amend its pleadings in the absence of a showing of prejudice or bad faith by the nonmovant. *Block v. First Blood Assoc.*, 988 F.2d 344, 350 (2d Cir. 1993). Mere delay, absent a showing of bad faith or undue prejudice, does not provide a basis for a district court to deny the right to amend. *Id.* In determining what constitutes prejudice, the court considers whether the amendment would (1) require the opponent to expend significant additional resources to conduct discovery and prepare for trial; (2) significantly delay the resolution of the dispute; or (3) prevent the plaintiff from bringing a timely action in another jurisdiction. *Id.*

7. Plaintiff will not be prejudiced by the amendment of Defendants' answer. Defendants have already denied any liability for Plaintiff's newly asserted claims in their Motion to Dismiss and in their Motions for Summary Judgment. In addition, Plaintiff has already taken

discovery on these issues. Defendants' amendment will neither require Plaintiff to conduct more discovery nor will it delay the trial in this matter.

8. Defendants respectfully ask that the Court grant leave to file their Second Amended Answer.

By: _____
Barry A. Chasnoff (ct11162)
Roberta J. Sharp (ct24407)
Jessica S. Taylor (ct24408)
AKIN GUMP STRAUSS HAUER & FELD L.L.P.
300 Convent Street, Suite 1500
San Antonio, Texas 78205
Telephone: (210) 281-7000
Telecopier: (210) 224-2035

AND

Donald E. Frechette (ct 08930)
Edwards & Angell, LLP
90 State House Square
Hartford, CT 06103
Phone: (860) 525-5065
Facsimile: (860) 527-4198

ATTORNEYS FOR DEFENDANT
EDUCATORS MUTUAL LIFE
INSURANCE COMPANY

5657310 v1

## CERTIFICATE OF CONFERENCE

On February 28, 2005, I attempted to confer with Plaintiff's counsel Eliot Gersten, regarding the subject of this motion via letter. Mr. Gersten did not respond.

_____
JESSICA SPANGLER TAYLOR

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing document was sent certified mail, return receipt requested to the following attorney on the __2nd__ day of March, 2005:

Eliot B. Gersten
Gersten & Clifford
214 Main Street
Hartford, CT 06106
Phone (860) 527-7044
Facsimile (860) 527-4968

_____
ROBERTA J. SHARP
JESSICA S. TAYLOR