UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
(BRIDGEPORT)

| | |
|---|---|
| CANDI McCULLOCH,<br>    Plaintiff, | CIVIL ACTION NO. 3:01CV1115(AHN) |
| vs. | |
| HARTFORD LIFE AND ACCIDENT<br>INSURANCE COMPANY and EDUCATORS<br>MUTUAL LIFE INSURANCE COMPANY,<br>    Defendants. | April 11, 2005 |

### PLAINTIFF'S MOTION FOR RECONSIDERATION

Pursuant to local rule 7 (c) 1, Plaintiff Candi McCulloch moves for a reconsideration of the Ruling and Order issued by this court on March 30, 2005, and submits the enclosed Memorandum of Law, together with an appendix and 15 exhibits.

                                                                PLAINTIFF,

                                                                CANDI McCULLOCH

By: _____
Eliot B. Gersten, Esq.
Fed. Bar No. ct05213
GERSTEN & CLIFFORD
214 Main Street
Hartford, CT 06106
Tel: (860) 527-7044
Her Attorney

## CERTIFICATE OF SERVICE

I hereby certify that on April 11, 2005 a copy of the foregoing ( including the memorandum of law, appendix and 15 exhibits ) was mailed, via regular U.S. Mail, postage prepaid, to all counsel and pro se parties of record, and as follows:

Donald E. Frechette, Esq. (ct 08930)
Charles F. Gfeller, Esq. (ct18119)
Joshua L. Milrad, Esq. (ct19321)
Edwards & Angell, LLP
90 State House Square
Hartford, CT 06103
Phone (860) 525-5065
Facsimile (860) 527-4198

Roberta Sharp, Esq.
Akin Gump Strauss Hauer & Feld LLP
300 Convent Street, Suite 1500
San Antonio, TX 78205-3732

_____
Eliot B. Gersten