Report: E401773R
Office: Simsbury Disability Claim Office
Date of Report: 07/18/2001

The Hartford - Benefit Management Services
Comments: Summary Detail Report
Date Range: 11/19/1999 - 12/20/2000
For business Role: Examiner

Claimant: Candi Mcculloch Md 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
Case: The American College Of Physicians Insurance Trust
Claim Owner: Susan A Wilk Role: Examiner Office: Simsbury

pain & has had to reduce her flexibility in both flexion, extension, lateral bend & rotation. EE had no percussion tenderness in the lumbar spine. Straight leg raise is positive on the (R) reproducing gluteal pain on the (R) Femoral nerve stretch, is enterily negative. Reflexes are brisk & equal in both extremities. Toes are going downwards. Manual motor exam in both lower extremities is entirely normal. sensory exam is normal to sharp & dull circumferentially in both lower extremities. EE has excellent peripheral pulses. ROM of the hips is well tolerated, but on the (R) she has pain with flexion & internal rotation. On the (L) she has no such sensitivity.
Xrays done on the same day of pelvis & hips are normal. Ap suspects L4-5 disc on the (R) with irritation of the L5 nerve root.
MRI of neck recommended.
6/1/00--Seen by Dr Richard Norris (Spine & Sports physicians) stating that EE was in MVA 2/28/00 & has low back pain. Recent lumbar MRI reveals prominent disc bulge at L4-5 (R) Some central stenosis at this level primarily due to ligamentum flavum thickening along with the disc bulge. There is some darkening of the L3-4 & L4-5 discs. Other discs are relatively normal.
Exam indicates that EE has a positive straight leg raise & slump test on the (R) exacerbated by dorsiflexion of the foot. There is some (R) sided sciatic notch tenderness. There is also some tnederness on palpitation of the superior aspect of the (R) sacroiliac joint.
There is slight weakness of the (R) extensor hallicus muscle, otherwise manual muscle testing is normal. Reflexs are brisk but symetrical all around There is no sensory deficit. There is pain with direct palpation of the L4-5 spinous processes but the lumbar paraspinals are relatively nontender. Impression are that there is a (R) sided L4 radiculitis & may be some component from the L5 both from the disc bulge & the central stenosis.Question of some mild (R) sacroiliac pain.EE started on PT & 6/9 (R) L4-5 transforam inal epidural injection, which on 6/19 EE reports return of sxs, to have 1 more injection & would be contacting Dr in Florida for possible discectomy. 3/8/00 & 7/12/00-- chiro notes which indicates that EE is seen on a regular basis for treatment.
CVS pharmacy record dated 6/12/00 reviewed which shows that EE has been filling Ultram 50mg Script on a regular basis. In 5 months she was dispensed 500 pills. EE also taking Hydrocodone/APAP 5/500 tab In 2 months she was dispensed 100 pills.
A: Both medical records of 4/15 & 6/1 are prior to EE's IMe of 9/8 where she was deemed able to do her own occ.
Limitations are not supported. EE does have documented bulging discs, but this does not prevent her from functioning at the level needed for her own occ.

........................................................MA................................................

(09/28/2000 08:54:46 a.m. ET Marsha Esson Nurse Simsbury)

H 2449

```
Report: E401773R                The Hartford - Benefit Management Services                Page 10
Office:  Simsbury Disability Claim Office    Comments: Summary Detail Report
Date of Report: 07/18/2001                   Date Range: 11/19/1999 - 12/20/2000
                                             For business Role: Examiner
                                             Claimant: Candi Mcculloch Md 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
                                             Case: The American College Of Physicians Insurance Trust
                                             Claim Owner: Susan A Wilk Role: Examiner Office: Simsbury
```

H 2450

Type: Converted

.......Addt'l comments.........
Recieved IME report from Dr Asha Garg.
Exam states that during the interview EE kept changing her positions from sitting to standig, did not show any facial expression of being in pain. Ambulated well, no limp. Took Ultram at end of exam. Scar of Cx spinal surgery is healed but hypersinsitive, has tenderness & some muscle spasm in lower cervical paraspinal muscles, trapezius muscles as well as upper back muscles. ROM normal but slightly limited & painful in all directions. Neuro exam normal. SLR on (R) was painful at about 60 degree with low back pain radiating to gluteal region. No numbness. (L) side painful at about 90 degree. Able to walk;k on toes & hees. Upper extremity ROM was normal. Tenderness & spasm of lumbosacral & gluteal region. ROM normal but slightly in the end.
Recommendations are for EE to take anti-inflammatory & muscle relaxer, continue psyche counseling & anti-depressants. EMG & NCS to r/o radiculopathy from protruded disk. Neurosurgical eval for 2nd opinion regarding surgery & diskogram.Lumbosacral support.
If not a surgical candidate Dr Garg recomends PT 3 times a week for 6-8 weeks.PT for cx spine or continue gym program & yoga as EE was doing before After reviewing the 2 videos sent of 5/23/00 & 6/21/00. Dr Garg states that the functionality shown by EE in the video does not correspond to the way EE presented for the exam. She determines that EE is able to function "pretty well" in her routine activities.
The IME report concludes that EE "should be able to work as internist 16 hrs a week & administrator work in the Women's clinic 30 hrs a week."
FCE 8/14/00 report reviewed which indicates that EE should be able to do light work without any problems with above limitations. Limitations are avoidance of heavy lifting, more than 10#, frequent bending, stooping, twisting should be avoided. Avoid continuance of constant positioning for more than 1 hr.
A: FCE & IME reports both concludes that EE is capable of her own occ as an internist 16 hrs & administrator 30 hrs. Limitations advised are within the scope of an Internist.
P: Dr Garg office called to assertain if any formal testing was done at FCE
Spoke with Chris, who states that EE did not have any testing done.
............................................................MA...........

09/21/2000 03:24:18 p.m. ET Marsha Esson Nurse Simsbury
Type: Converted

.......Spoke with Chris. IME was not faxed as it is on the computer & not a hard copy.
Spoke with A Garg's Partner in the office as she is out today, Dr S Garg