```
0001
 1              UNITED STATES DISTRICT COURT
                  DISTRICT OF CONNECTICUT
 2                     (BRIDGEPORT)
 3
 4
                           )
 5  CANDI McCULLOCH,        )
         Plaintiff      )
 6                          ) Civil Action No:
    Vs.                     ) 301CV1115 (AHN)
 7                          )
    HARTFORD LIFE AND ACCIDENT )
 8  INSURANCE COMPANY and      )
    EDUCATORS MUTUAL LIFE      )
 9  INSURANCE COMPANY,         )
         Defendant      )
10                          )
11
12        Deposition of DR. JOSEPH AMATO, taken
    before Judith L. Kline, Certified Shorthand
13  Reporter/Notary Public in and for the State of
    Connecticut, pursuant to notice, at the law offices of
14  Gersten & Clifford, 214 Main Street, Hartford,
    Connecticut, on September 4, 2003 at approximately
15  9:00 a.m.
16
    APPEARANCES:
17
    FOR THE PLAINTIFF:
18      ELIOT B. GERSTEN, ESQUIRE
        GERSTEN & CLIFFORD
19      214 Main Street
        Hartford, CT 06106
20
    FOR THE DEFENDANTS:
21      ROBERTA JILL SHARP, ESQUIRE
        AKIN, GUMP, STRAUSS, HAUER & FELD, LLP
22      300 Convent Street
        Suite 1500
23      San Antonio, TX 78205
24  ALSO PRESENT:
        Jeffery Apuzzo
25      Candi McCulloch
```

0055

1  A  I always destroy -- generally, I destroy my

2  scratch notes right after I write up the consultation.

3  Q  Okay. Is there a reason why you generally

4  destroy your scratch notes?

5  A  I don't see any need to keep them once I've

6  written up my consultation.

7  Q  Okay. In your consultation report it indicates

8   you looked at an FCE?

9   A   That's correct. An FCE report.

10   Q   Okay. What's an FCE report?

11   A   What is it?

12   Q   (Nods head.)

13   A   This was a report by an independent medical

14   examiner, a Dr. Garg, G-A-R-G.

15   Q   And what is it you looked at?

16   A   At the report. It was titled FCE.

17   Q   Okay. And is this the first time you've seen

18   an FCE report?

19   A   No.

20   Q   How many other times have you reviewed an FCE

21   report?

22   A   Many, many times. I don't know an exact

23   number, but many occasions.

24   Q   What is an FCE?

25   A   An FCE is a functional capacity evaluation. It

0056

1   is a series of tests performed on an individual, over
2   a number of hours, that is supposed to produce for the
3   tester limitations of strength, mobility, endurance.
4       The tester has guidelines to go by and
5   references from the Department of Labor, and
6   extrapolates from the testing an individual's
7   restrictions and limitations, and an individual's
8   ability to perform either a sedentary, a light, a
9   medium or a heavy occupation.
10  Q   It sounds like it's a pretty extensive test?
11      MS. SHARP:  Objection to form.
12  Q   (By Mr. Gersten) I'll restate the question.
13  Is it a pretty extensive test?
14  A   It can take two to three hours.
15  Q   Your Exhibit 49 there reflects that you looked
16  at such a report and such a test; is that correct?
17  A   That's correct.
18      MS. SHARP:  Object to form.
19  Q   (By Mr. Gersten) Did you look at such a test?
20  A   I looked at that report.
21  Q   Do you know if a test was performed on Dr.
22  McCulloch, as you've referenced?
23  A   I received the report. And I would assume that
24  a physician would not make up a report without
25  performing a test.

0057

1   Q  Do you know if the physician in this case

2 conducted the -- what you're calling a two or three

3 hour test on Dr. McCulloch?

4        MS. SHARP:  Object to form.

5        THE WITNESS:  I have to accept the fact

6 that a report was generated, and, therefore, that a

7 test was done.

8   Q  (By Mr. Gersten)  If my question wasn't clear,

9 you let me know.

10      Do you have any personal knowledge, as

11 opposed to an assumption, that the test that you just

12 described was performed on Dr. McCulloch?

13   A  Not personal knowledge, no.

14   Q  Have you seen the results -- excuse me.  When

15 you -- you've indicated you made an assumption that

16 a test was performed, based upon your review of a

17 report?

18   A  I had no reason to assume one was not done,

19 just as when you receive any kind of report on a test

20 you must make an assumption the test was done.

21   Q  Okay.  Did you, sir -- have you seen these

22 kinds of tests performed yourself?

23   A  Yes, I have.

24   Q  In fact, have you performed them yourself?

25   A  No, I have not.

0063

1   particular report?

2   A   I don't recall seeing it noted.

3       (Phone rings.)

4       THE WITNESS: Excuse me.

5   Q   (By Mr. Gersten) No problem. I'm going to

6   take a break for the bathroom.

7       (Off the record.)

8       (Short recess.)

9   Q   (By Mr. Gersten) So if the FCE examination was

10  terminated, due to problems of any kind, that would be

11  noted on the FCE report based upon your practice?

12  A   It should be.

13  Q   Okay. If I understand Exhibit 49 correctly,

14  you conducted your review in November; is that

15  correct?

16  A   November of 2000.

17  Q   And did anyone tell you that there was no full

18  FCE examination done, at the time you conducted your

19  review?

20  A   No.

21      MS. SHARP: Object to form.

22      THE WITNESS: No.

23  Q   (By Mr. Gersten) So as far as you were

24  concerned, there's the formal FCE or there is

25  terminated FCE; correct?

0064

1  A  There was no indication on the report that the
2  FCE was terminated for any reason.
3  Q  And you're not familiar with the term an
4  informal FCE?
5  A  I am not.
6  Q  So in your position you either have a full FCE
7  examination done, or a terminated one, based upon your
8  experience?
9  A  Prior to this report, yes.
10  Q  Okay.  How about after this report; is there
11  any other option available?
12  A  No.  That's the only instance in which all I
13  received was that face sheet report.
14  Q  Now, explain to me what you mean that this is
15  the only instance when I received the face sheet of
16  the report?
17  A  When --
18  Q  Does that mean normally you see the so-called
19  face sheet and the underlying data?
20  A  Correct.
21  Q  And has there ever been an occasion, besides
22  the McCulloch matter, in which you've conducted a
23  review and all you've seen is a face sheet without the
24  underlying data?
25  A  I can't recall any other instance.

0065

1  Q  And how many of these have you reviewed in your
2  eight years?
3  A  It would be very difficult to guess; 20, 30
4  easily.
5  Q  Is that 20 or 30 a year, or 20 or 30 --
6  A  No. 20 or 30 total.
7  Q  I'm going to your resume for the moment. It
8  says that you're a medical director?
9  A  Uh-huh.
10 Q  What is your -- what does the medical director
11 do at the atomic power laboratory?
12 A  When I was there I was responsible to care for
13 any of the civilian employees who sustained injuries
14 on the job.
15     I was also responsible for performing
16 physicals on engineers at various levels, to approve
17 their ability to wear a respirator mask and to
18 function in a closed environment.
19     There was an atomic submarine there that they
20 had to work in.
21 Q  Were you actually practicing medicine there?
22 A  I was.
23 Q  And what about in your capacity as a -- well,
24 let me ask you a question. When I asked you about
25 practicing medicine, were you performing