Sep-21-00 02:23P CHRIS                                                                     P.02

**ASHA GARG, M.D.**
PRACTICE LIMITED TO PHYSICAL MEDICINE & REHABILITATION
EMG & NERVE CONDUCTION STUDIES

VERNON MEDICAL CENTER
10 WINTHROP STREET
WORCESTER, MA 01604
508-753-3947

September 8, 2000

Hartford Life Insurance Companies
Life & Disability Claim Office
P.O. Box 2999
Hartford, CT 06104-2999

RE:        Candi McCulloch
Claim #:   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
Account:   Hartford Life Insurance Company

Dear Hartford Life Insurance Company:

Thank you for referring the above referenced patient. All the medical information sent by you was reviewed and history was also obtained from the patient.

The medical information from Dr. Musso, Dr. Theofils, Dr. Katzell, Dr. Slavin, and physical therapy notes were also reviewed.

### REPORTED HISTORY

In the summary in 1989 she developed shoulder pains and neck pains. There was no history of injury and after all the work up she initially underwent a right C6-7 postural laminectomy and partial diskectomy in September of 1989. She did well until 1995 and in March of 1995 she fell skiing and re-injured neck. She developed recurrent symptoms and required a repeat operation consisting of anterior diskectomy and fusion at C6-7 in November of 1990. She stopped working as a physician in 1995 and/or beginning of 1996. She was evaluated by IME physicians in the past and it was recommended that she could return to light duty sedentary work.

She also has had on going problems with TMJ's. She had MRI of temporal mandibular region in May, 2000 consistent with left joint anterior medial meniscus dislocation without reduction and meniscal deformity. On the right side anterior medial meniscal dislocation without reduction and meniscal deformity of the postural bend. She was diagnosed with Osteoarthrosis and recurrent sinusitis of the left TMJ and sinusitis of the right TMJ. She had bilateral joint lavage on done on July 6, 2000.

H 3050

Candi McCulloch                      Page 2                          September 8, 2000

In February 8, 2000 she was involved in a motor vehicle accident, she was rearended and injured her lower back as well as re-injured her neck. She has been seen by a couple neurosurgeon as well as orthopedist and referred for MRI's. She had MRI of the lumbosacral spine on April 28, 2000 which revealed dehydrated disk at L4-5 level and slight protrusion of the disk at L4-5 level.

MRI of the cervical spine consistent with anterior cervical diskectomy and fusion at C6-7 level. Osteophytes and protruding disk with narrowing at the subarachnoid space at C5-6 level.

She was seen by neurosurgeon Dr. Grabel in West Palm Beach, Florida and he recommended epidural injections and lumbar diskogram to determine the pain generator and possibility of future surgery on the back

She was in Florida and moved here in December, 1997.

She has gone to Florida for all the examinations and MRI's etc. Because of her husbands insurance and at present she does not have insurance because she's divorced.

Now the history obtained from the patient:

She's a 42-year-old white female, internist practicing internal medicine since 1991.

According to her history she started having shoulder pains in 1989. There was no history of injury. She had MRI and it was consistent with herniated disk at C6-7 level and she underwent for surgery anterior laminectomy and partial diskectomy.

Surgery was done in November, 1990. She did well until March, 1995 when she fell while skiing. Initially she felt sore but the next morning she had severe neck pains. She was seen by a orthopedist and she had MRI and according to orthopedist she did not need another surgery in the neck but she did not have any low back pain.

In the next six months she continued to have neck pains which were getting worse and she also had upper back pain in the infrascapular region but she continued to work. She was seen by neurosurgeon, orthopedist, physical therapists, had acupuncture, acupressure, all types of treatment.

She did not get any significant relief for the pain. Finally about two years ago she joined a gym and started working out Monday, Wednesday, & Friday to increase her strength in the upper extremities and abdomen. She did swimming once a week and also did yoga two to three times a week with meditation. Her pain was decreased to the level that she took Vicodin and Percocet once a day and Ultram and she was able to tolerate the pain until February 8, 2000 when she was involved in motor vehicle accident. She immediately had low back pain, neck pain and leg pain. Because of the back pain she had to stop her gym activities and could no do yoga and her neck pain has been getting worse.

Candi McCulloch              Page 3                September 8, 2000

She had MRI of the lumbar spine on April 28, 2000 which revealed dehydrated disk L4-5 level with slight protrusion at L4-5 level.

MRI of the cervical spine was consistent with anterior cervical diskectomy and fusion at C6-7 level, Osteophytes, and protruding disk with the narrowing at subarachnoid space at C5-6 level.

According to radiologist this has progressed in comparison to the MRI of September 21, 1998.

She was seen by the neurosurgeon and it was recommended epidural injections for her back. She had one epidural injection with pain relief for about one to two hours.

At this time she did not go for physical therapy because it made her worse in the past.

At present she's complaining of constant low back pain radiating to right gluteal region, occasionally going down to her leg with occasional numbness and tingling sensations. She's denies any bowel or bladder problems.

She's also complaining of neck pains which is getting worse with burning sensations in her intrascapular region and also she gets occasional tingling of the hands.

Her pains increased with repeated bending, lifting, and twisting. She's unable to sit or stand for a long period of time, and she's in pain all the time.

Her pains decreased with Ultram, she takes 1 ½ Ultram and Vicodin. She has in the past tried Neurontin, anti-depressants, Soma, Flexeril, Valium, Wellbutrin, Buspar, etc. Recently it was recommended to take Amitriptyline.

She's unable to take non steroidal anti-inflammatory because of stomach irritation.

She also has had acupuncture in the past.

## PAST MEDICAL HISTORY

Not significant except for TMJ and history of migraines.

## SOCIAL/WORK HISTORY

She's divorce has two children 8 and 12 years of age.

Prior to her injury she was practicing medicine two days a week, 16 hours and then she was hired in a hospital at a Women's Center to work as a director but it was never decided about the Women's Center program.

H 3052

Candi McCulloch                     Page 4                     September 8, 2000

She stopped working since end of 1995 beginning of 1996.

### EXAMINATION

During interview she kept changing her positions from sitting to standing, did not show any signs of facial expression about being in pain. She ambulated well, there was no limp. At the end of the examination she took Ultram.

Cervical Spine: the scar of surgery has healed well but is hypersensitive to touch.

She had tenderness and some muscle spasm in lower cervical paraspinal muscles, trapezius muscles, as well as upper back muscles.

Range of motion was normal but slightly limited and painful in all directions.

Neurologically: DTR was 2 + to 3 + and bilaterally symmetrical, PP sensation was intact and strength was fair +. There was no atrophy of the muscles. Tone was normal.

SLR on the right side was painful at about 60 degree with low back pain radiating to gluteal region. But there was no numbness. Left side it was painful at about 90 degree. Heel pounding was negative.

Her peripheral pulses 2 +.

She was able to walk on the toes and heels.

Upper extremity: range of motion was normal.

Lumbosacral region: tenderness and spasm as well as gluteal region. Range of motion was normal but slightly painful at the end.

### DIAGNOSES

1. Lumbosacral strain.
2. Disk bulging and protruded disk at L4-5 level and exaggeration of the neck injury secondary to motor vehicle accident from February, 2000.
3. Pre-existing neck problem with multiple surgery and continuation of the chronic pain.

### RECOMMENDATION

1. Non steroidal anti-inflammatory Celebrex and muscle relaxer Paraforn Forte DS which will not give her any drowsiness.
2. Continue with psyche counseling and anti-depressants.
3. EMG and Nerve Conduction Study to rule out evidence of radiculopathy from protruded disk.
4. Neurosurgical evaluation for second opinion regarding surgery and diskogram.

H 3053

Candi McCulloch                     Page 5                     September 8, 2000

5. Lumbosacral support.

If she's not a candidate for surgery she should have physical therapy 3 times a week for 6 to 8 weeks for modalities, ultrasound, and electrical stimulation, range of motion exercises, trial of pelvic traction, and tens unit, generally strengthening exercise program, and back education.

She should also get some physical therapy for cervical spine or if she wish she should return to her gym program and yoga as she was doing before and controlling the pain.

The 2 videos sent by you were also reviewed from May 23, 2000 and June 21, 2000. In the videos the female shown driving the green Subaru wagon, plate RT75BK and the blue Porsche 911, MA plate RW89T489TU is the same person who was examined by me on August 14, 2000 in my office.

Comments on the questions:

1. The functionality shown by Ms. McCulloch in the video does not correspond to the way she presented for the examination.
2. The functionality shown in the video changes my opinion some what in terms that she's able to function pretty well in her routine activities.

## CONCLUSION

After reviewing detailed medical information, obtaining history from the patient, and examination, as well as reviewing the videos this is my opinion that she should be able to work as internist 16 hours a week and administrator work in the Women's clinic 30 hours a week. But she told me that prior to her injuries she was working only 16 hours a week as an internist since the clinic plan did not work out she was not going to work there.

It will be a good idea for her to go through a physical therapy program for a short time to relieve her pain, increase the strength, endurance and reconditioning program.

Sincerely,


Asha Garg, M.D.

AG/cs


H 3054

Sep-21-00 02:25P CHRIS                                                                          P.07

## ASHA GARG, M.D.
PRACTICE LIMITED TO PHYSICAL MEDICINE & REHABILITATION
EMG & NERVE CONDUCTION STUDIES

VERNON MEDICAL CENTER
10 WINTHROP STREET
WORCESTER, MA 01604
508-753-3947

September 8, 2000

Hartford Life Insurance Companies
Life & Disability Claim Office
P.O. Box 2999
Hartford, CT 06104-2999

RE:        Candi McCullouch
Claim #:   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
Account:   Hartford Life Insurance Company

### FUNCTIONAL CAPACITY EVALUATION SUMMARY

The following is a summary of a Functional Capacity Evaluation done on August 14, 2000.

She has a diagnosis of chronic lumbosacral strain, disk bulging, and protruded disk at L4-5 level and pre-existing neck problems with multiple surgeries and continuation of chronic pain.

Restriction & Limitiations:

1. Avoidance of heavy lifting, more than 10 lbs.
2. Frequent bending, stooping, twisting, and kneeling should be avoided.
3. Avoidance of one continuance constant positioning for more than an 1 hour.

She should be able to do light duty work without any problems with above limitations.

Sincerely,

Asha Garg, M.D.

AG/cs

H 3055