1

```
 1              UNITED STATES DISTRICT COURT
                  DISTRICT OF CONNECTICUT
 2                     (BRIDGEPORT)

 3

 4
                                  )
 5   CANDI McCULLOCH,              )
            Plaintiff             )
 6                                 )   Civil Action No:
     Vs.                           )   301CV1115 (AHN)
 7                                 )
     HARTFORD LIFE AND ACCIDENT    )
 8   INSURANCE COMPANY and         )
     EDUCATORS MUTUAL LIFE         )
 9   INSURANCE COMPANY,            )
            Defendant             )
10                                 )

11

12           Deposition of ASHA GARG, M.D., taken before
     Judith L. Kline, Certified Shorthand Reporter/Notary
13   Public in and for the State of Connecticut, pursuant
     to notice, at the law offices of Tilton & Whipple, PC,
14   370 Main Street, Worcester, Massachusetts, on June 18,
     2003 at approximately 9:00 a.m.
15

16   APPEARANCES:

17   FOR THE PLAINTIFF:
          ELIOT B. GERSTEN, ESQUIRE
18        GERSTEN & CLIFFORD
          214 Main Street
19        Hartford, CT 06106

20   FOR THE DEFENDANTS:
          ROBERTA JILL SHARP, ESQUIRE
21        AKIN, GUMP, STRAUSS, HAUER & FELD, LLP
          300 Convent Street
22        Suite 1500
          San Antonio, TX 78205
23

24

25
```

Brandon Reporting Service (860) 549-1850

180

```
 1   everything, that this is going to happen.
 2       Q    What does that mean?
 3       A    That means if I knew I had to come for
 4   deposition, or this, I would have made record of every
 5   small thing, phone call, this, that, everything,
 6   you know?
 7       Q    Well, what did you think was going to be done
 8   with your IME?
 9       A    Well, opinion -- I don't know what they do.
10   They just take your opinion and whatever they want to
11   follow.  If they think it is right, they will follow.
12   If they want to send to another doctor, they will do
13   that or whatever it is.
14       Q    "They," being the insurance company?
15       A    Sometimes they do send patients to other
16   people.
17       Q    And let me see if I understand this right.
18   After you did your exam there was some questions made
19   about whether we can get this gal back to work, wasn't
20   there?
21       A    Yeah.  They asked me if she can do the office
22   work -- office practice for 16 hours a week, and not
23   including any procedures or anything.
24       Q    Do you know why it was important for The
25   Hartford to know whether you thought she could do an
```

Brandon Reporting Service (860) 549-1850

181

1  office practice with 16 hours a week, and no
2  procedures, as you've just described?
3          MS. SHARP:  I'm going to object.  It
4  mischaracterizes testimony.  I want the record to be
5  accurate.
6          MR. GERSTEN:  Okay.
7    Q   (By Mr. Gersten)  Go ahead?
8    A   Well, they are sending patients for evaluation,
9  independent medical exam, whether she can do the work
10 or not, or whatever it is.  That is why it is
11 important for them to know if she can work or not.
12         MR. GERSTEN:  I'm sorry.  I have to take a
13 break.
14         MS. SHARP:  Yeah.  Me, too.
15         (Off the record.)
16         (Short recess.)
17   Q   (By Mr. Gersten)  I have just a few questions,
18 and then I'm going to turn it over.
19         Doctor, in your report you made a conclusion
20 that states that you -- I'm reading it upside down --
21 you indicated that Dr. McCulloch should be able to
22 work as an internist 16 hours a week and administrator
23 in the women's clinic 30 hours a week.
24         Do you see where I'm talking about there?
25   A   Uh-huh.

Brandon Reporting Service (860) 549-1850

182

1    Q    What are you talking about?
2    A    What I'm talking about is that she can do 16
3    hours of office practice, not doing procedures, and
4    just seeing the patient, examining the patient and
5    treating them.
6    Q    Uh-huh.
7    A    Which is work where you can sit, stand, walk,
8    talk, do examination -- which is not really much of a
9    physical exertion.
10   Q    Did you -- in making that statement that you
11   just made, are you taking into consideration your
12   opinion that she's a chronic pain patient?
13   A    Well, if she is. But her pain seems to be
14   under control. You look at the video, you can see she
15   doesn't seem to be in pain.
16   Q    Okay. What portions of the video are you
17   talking about, that you think she doesn't seem to be
18   in pain?
19   A    The whole video. She moved very well, she
20   functioned very well, she danced very well, she
21   attended the party; it seems she was able to manage
22   her routine functions, activities.
23   Q    Okay. So you're saying there's no particular
24   portion of the video that you're relying on; you just
25   think the entire video supports your position?

Brandon Reporting Service (860) 549-1850

185

```
 1   have an affect on your observations?
 2        A    Yes.
 3        Q    Wouldn't it?
 4        A    Yes.
 5        Q    And you didn't ask her if she had taken any
 6   painkiller, prior to you having the opportunity to
 7   make your observation, did you?
 8        A    I think I didn't.
 9        Q    Excuse me?
10        A    I don't think I asked her.
11        Q    Okay. And there's nothing in any of your
12   reports that --
13        A    But I know she took the Ultram after the
14   examination was done.
15        Q    All right. And what would that indicate to
16   you?
17        A    She's in pain or...
18        Q    Okay. So after the examination was over, do
19   you recall what time of day it was?
20        A    It was I think most likely in the afternoon,
21   after one o'clock.
22        Q    So after the examination was over you,
23   personally, observed her taking some Ultram. And
24   you're sure of that?
25        A    Uh-huh.
```

Brandon Reporting Service (860) 549-1850

188

```
 1      Q    Okay.  Is there a difference between an
 2   internist being on-call and you being -- you don't
 3   have to be on-call then?
 4      A    No.  Because if I admit my patients, or if I'm
 5   working with some group, then I would be.
 6      Q    I'm sorry.  You have to explain this a little
 7   bit to me.
 8      A    Internist, if they work in the hospital, admit
 9   the patients in the hospital, or if they are with the
10   group practice, or if they're covering the group,
11   they're on-call for emergencies and things like that.
12      Q    Okay.
13      A    For my practice it's not really acute
14   emergency, so I'm not on-call.  I see consultations,
15   if they call me for consultations or stuff like that.
16      Q    Oh, I see.  So an internist has to be available
17   for acute emergencies?
18      A    Yes.
19      Q    And as you understand it, Doctor -- because I'm
20   no doctor -- what's an acute emergency?
21      A    Acute problem, heart attack, respiratory,
22   difficulty in breathing.  Or if they have fevers or,
23   you know, things which cannot be taken care of in the
24   office -- those kind of problems, they go to hospital
25   and get admitted.
```

236

```
1    -- the patient's demeanor, or activities, or posture
2    during the exam itself; is that a relevant part of
3    your examination and your conclusions?
4    A    Yeah, it is part of it.
5    Q    Why?
6    A    (No response.)
7    Q    How is that relevant to your conclusions?
8    A    Because that patient shows how much pain they
9    have, or how much discomfort, or if they have any
10   problems.
11   Q    Did Dr. McCulloch appear to be in discomfort
12   when you examined her?
13        MR. GERSTEN:   Objection.
14        THE WITNESS:   In some way.
15   Q    (By Ms. Sharp)   In what ways?
16   A    She did not sit continuously.  And she took a
17   pain medication after that examination.
18   Q    Anything else?
19   A    No.
20   Q    Did she appear to be in -- in your answer I
21   don't know if this is part of your answer, so I'll ask
22   it a different way.
23        Did she appear to be in pain, as opposed to
24   discomfort -- if that's a different thing to you.  I
25   don't know if it is or not.
```

242

1   going to have.

2   Q   And what were your conclusions about her
3   ability to work, prior to seeing the video?
4   A   Well, my conclusion was that she should be able
5   to do light duty work -- not heavy involvement, or
6   lifting or -- since I knew she was a doctor, no
7   procedures. And as long as she can avoid one constant
8   positioning she can sit, stand or walk around, she
9   should be able to do it.
10  Q   A couple of times today you've used that word
11  -- no procedures. And I'm not sure that I know what
12  that means, or that the jury will know what that
13  means.
14      What do you mean when you say procedures?
15  A   Well, being a doctor sometimes you have to do a
16  lot of tests, examination, procedures like injection
17  is one of them. Or testing the different things --
18  lumbar puncture, or proctoscopy, or anything -- rectal
19  exam. I mean, different things you do.
20  Q   Would it be something that involves invasion?
21  A   In the office it's just noninvasive procedures.
22  Q   Just kind of trying to understand the universe
23  of what that included.
24  A   Uh-huh.
25  Q   Did the video change your assessment or your

Brandon Reporting Service (860) 549-1850

243

1  conclusions in any way?

2  A  Well, I knew that she has some limitations of

3  the activities and things like that. But -- and my

4  opinion was that she could do light duty work. And

5  after seeing the video, I still thought she should be

6  able to do it.

7  Q  You referred a few times today to the impact it

8  might have on a person, if they were taking too many

9  medications, or too many narcotics. Can you define

10 what you mean by too many?

11         MR. GERSTEN:  Objection.

12         MS. SHARP:  Asking her for a definition?

13         MR. GERSTEN:  I'm not sure I ever heard

14 the words from the deponent.

15         MS. SHARP:  Too many?

16 Q  (By Ms. Sharp)  Well, have you ever used the

17 words too many, or the phrase too many, today in this

18 deposition, that you can recall?  If not, I don't mean

19 to be putting words in your mouth?

20 A  I think so.  I must have used.

21 Q  Okay.  What is too many narcotics in your --

22 what do you mean when you say that?

23 A  Well, when people take too many they have side

24 effects, they have a drowsiness, they have a memory

25 impairment, their judgment is not right, or they can't

Brandon Reporting Service (860) 549-1850

254

```
 1   did squatting, bending, twisting, everything she did.
 2   Q   Okay.  Now, you're not saying that in
 3   performing her functions as an internist, dancing is a
 4   part of her occupational --
 5   A   No.
 6   Q   And you're not indicating that in performing
 7   her function as an internist, carrying bags is a part
 8   of her job as an internist?
 9   A   It's not, but it relates indirectly.
10   Q   Okay. You're not indicating that picking up her
11   children is a part of her job or occupation as an
12   internist?
13   A   No.
14   Q   And when you indicated she was walking around,
15   are you -- I assume an internist has to walk from
16   location to location?
17   A   I have got to explain this.  When you're doing
18   office -- that's what I was asked -- office practice,
19   not doing any procedures 16 hours a week.
20       So when typical internist see a patient in
21   the office, usually they have patient with the cold,
22   fever, blood pressure, diabetes, accident, injuries,
23   bursitis, arthritis -- those kinds of people you see
24   in the office.
25       And for that I think examining the patient
```

262

```
 1    McCulloch to work as an -- in her profession -- in her
 2    chosen profession as an internist?
 3       A    I think, as far as I remember, I was asked if
       she can do 16 hours of work a week office practice,
       not doing any procedures. That's what I remember.  I
 6    don't know if there was anything else asked.
 7       Q    And going outside the scope of just internist,
 8    Doctor, how many medical doctors do you know perform
 9    their occupation for 16 hours a week and do no
10    procedures?
11       A    Well, if I were working with a group, and
12    you're doing part-time job, or you can always ask the
13    other doctor to do particular thing.
14       Q    Of course.  But I think I need you to answer my
15    question there.
16       A    No, I didn't answer?
17       Q    No.  You have been a doctor here for -- I've
18    been reading your resume -- for almost 20 years; okay?
19       A    Yeah.
20       Q    Can you tell me in any profession of doctors,
21    whether it's an internist, radiology, surgeon,
22    neurosurgeon, rheumatologist -- any kind of doctor
23    that you have met -- are you aware of any one in --
24    that's a medical doctor, who has practiced their
25    occupation for 16 hours a week doing only office work?
```

Brandon Reporting Service (860) 549-1850

263

1    A    If it's a solo practitioner, no.
2    Q    Okay.  Forget the solo practitioner.  I want to
3    know in your experience here -- are you a member of
4    -- is there a medical society of Worcester?
5    A    Indian Medical Association.
6         MS. SHARP:  I'm going to object.  This has
7    been asked and asked.
8    Q    (By Mr. Gersten)  Indian Medical Association?
9    How many doctors are there in the Indian Medical
10   Association?
11   A    About 150 to 200.
12   Q    Out of that 150, 200 --
13   A    That's including Boston, New England area.
14   Q    Are you aware of anyone in that association who
15   practices their occupation 16 hours a week, and limits
16   it to an office practice, as you have described it?
17   A    No.
18   Q    Now, if I can go a little bit broader, outside
19   of the 150 to 200 doctors in the Indian Medical
20   Association that you've just described, in your
21   experience as practicing your profession over the past
22   20 years, are you able to name any individual who has
23   practiced their occupation as a medical doctor for 16
24   hours a week in the office?
25   A    No.

Brandon Reporting Service (860) 549-1850