184

```
1              UNITED STATES DISTRICT COURT
                  DISTRICT OF CONNECTICUT
2                       (BRIDGEPORT)

3

4
                                    )
5    CANDI McCULLOCH,                )
              Plaintiff              )
6                                    )  Civil Action No:
     Vs.                             )  301CV1115 (AHN)
7                                    )
     HARTFORD LIFE AND ACCIDENT      )
8    INSURANCE COMPANY and           )
     EDUCATORS MUTUAL LIFE           )
9    INSURANCE COMPANY,              )
              Defendant              )
10                                   )

11
                         VOLUME II
12

13        Continued Deposition of JOHN A. McGOLDRICK,
     taken before Judith L. Kline, Certified Shorthand
14   Reporter/Notary Public in and for the State of
     Connecticut, pursuant to notice, at the law offices of
15   Gersten & Clifford, 214 Main Street, Hartford,
     Connecticut, on July 18, 2003 at approximately 9:27
16   a.m.

17
     APPEARANCES:
18
     FOR THE PLAINTIFF:
19        ELIOT B. GERSTEN, ESQUIRE
          GERSTEN & CLIFFORD
20        214 Main Street
          Hartford, CT 06106
21
     FOR THE DEFENDANTS:
22        ROBERTA JILL SHARP, ESQUIRE
          AKIN, GUMP, STRAUSS, HAUER & FELD, LLP
23        300 Convent Street
          Suite 1500
24        San Antonio, TX 78205

25   ALSO PRESENT:
          Candi McCulloch
```

```
 1      the information over a period of time?
 2      A    I'm not sure what you mean.
 3      Q    Is there any particular report that summarizes,
 4      or takes from the database, the amount of reserve
 5      takedown over a period of time?
 6      A    The MML.
 7      Q    The MML?
 8      A    Yes.
 9      Q    Okay. Great. And is your performance reviewed
10      on a periodic basis, based upon takedown reserves?
11      A    No.
12      Q    That's not discussed?
13      A    I have never had that discussed at performance
14      reviews, no, sir.
15      Q    Has it been discussed in the performance of
16      your department?
17      A    It's tracked in the performance of my
18      department.
19      Q    Where is it tracked in the performance of your
20      department?
21      A    In the MML.
22      Q    Okay.
23      A    There's other reports that are used. For
24      example, we keep track of what it costs to run the
25      SIU.
```