# AKIN GUMP
# STRAUSS HAUER & FELD LLP

**■■■■■■■■■** Attorneys at Law

**JESSICA SPANGLER TAYLOR**
210.281.7322/fax: 210.224.2035
jtaylor@akingump.com

February 20, 2004

VIA OVERNIGHT MAIL

Eliot B. Gersten
Gersten & Clifford
214 Main Street
Hartford, CT 06106-1881

RE:     Candi McCulloch v. Hartford Life and Accident Insurance Company and Educators
        Mutual Life Insurance Company; Civil Action No. 3:01 cv 1115 (AHN); In the United
        States District Court, District of Connecticut

Dear Eliot:

Enclosed you will find documents bates numbered H11991-H12099, which are responsive to
your recordkeeper request. As you will see, we have redacted the names and other identity
information of policyholders to protect their privacy. The only documents we have not yet
obtained are the personnel files you requested.

Sincerely,

*Jessica S Taylor*

Jessica Taylor

*Q7*

| | # | TYPE | RESERVES REL |
|---|---|---|---|
| **2002** | 199 | | $19,006,629.00 |
| **January** | 23 | | $2,814,054.00 |
| **February** | 26 | | $3,813,242.00 |
| **March** | 29 | | $3,027,551.00 |
| **April** | 39 | | $2,829,811.00 |
| **May** | 47 | | $3,577,463.00 |
| Atlanta | 12 | | $1,365,271.00 |
| Focus Review | 7 | | $563,245.00 |
| Kim L Gabrielsen | 3 | | $145,726.00 |
| Reported: 05/30/2002 | | Termination | $97,336.00 |
| Reported: 05/30/2002 | | Termination | $20,390.00 |
| Reported: 05/30/2002 | | Termination | $28,000.00 |
| Marc R Hudson | 4 | | $417,519.00 |
| Group Re | 3 | | $930,086.00 |
| HartLeave | 2 | | $118,649.00 |
| Minneapolis | 7 | | $921,392.00 |
| Sacramento | 5 | | $435,458.00 |
| Joanne M Lipp | 4 | | $412,425.00 |
| Kim L Gabrielsen | 1 | | $23,033.00 |
| Reported: 05/23/2002 | | Termination | $23,033.00 |
| Simsbury | 2 | | $129,672.00 |
| Syracuse | 9 | | ($886,310.00) |
| **June** | 35 | | $2,944,508.00 |
| Atlanta | 8 | | $515,842.00 |
| Focus Review | 5 | | $1,005,402.00 |
| Brent G Roman | 1 | | $45,762.00 |
| Kim L Gabrielsen | 1 | | $235,410.00 |
| Marc R Hudson | 3 | | $724,230.00 |
| Group Re | 4 | | $425,151.00 |
| Minneapolis | 4 | | $92,575.00 |
| Sacramento | 6 | | $445,212.00 |
| Joanne M Lipp | 2 | | $107,041.00 |
| Kim L Gabrielsen | 1 | | $104,972.00 |
| Randy D Pagarigan | 3 | | $233,199.00 |
| Simsbury | 3 | | $71,910.00 |
| Syracuse | 5 | | $388,416.00 |
| **2001** | 367 | | $37,451,398.91 |
| **2000** | 344 | | $30,880,878.43 |
| **1999** | 216 | | $21,379,239.00 |
| **1998** | 168 | | $11,419,149.00 |
| **1997** | 120 | | $2,665,784.00 |
| **1996** | 1 | | $0.00 |
| **0** | -4 | | $0.00 |

REDACTED

H13060

**Special Investigations**

### December 1999 Monthly Results:

| Unit | # of Referrals | Reserves Under Investigation $ | Terminated or Adjusted # | $ | Total Year To Date # | $ |
|---|---|---|---|---|---|---|
| Atlanta | 8 | $ 900,296 | 3 | 361,472 | 60 | $5,012,332 |
| Minneapolis | 9 | $ 943,640 | 4 | 311,151 | 32 | $2,884,935 |
| Syracuse | 6 | $ 358,559 | 1 | 51,237 | 14 | $1,537,700 |
| Simsbury | 16 | $ 994,679 | 2 | 291,884 | 46 | $4,688,752 |
| SRL&H/Grp Re | 2 | $ 153,477 | 2 | 602,003 | 25 | $2,637,119 |
| Sacramento | 7 | $1,151,927 | 2 | 369,338 | 40 | $4,627,468 |
| Group Life | 2 | $ 100,000 | 0 | 0 | 1 | $ 130,000 |
| **Total** | **50** | **$ 4.602,578** | **16** | **2,225,211** | **218** | **$ 21,518,306** |

| Impacted Claims Released | Action | Reserves |
|---|---|---|
| 211 | Terminations | $20,421,714 |
| 20 | Reductions | $ 1,542,800 |
| 2 | Life Claims Denied | $ 158,000 |
| 9 | Adjusted, Then Terminated | $ 704,090 |
| (14) | Reopened on Appeal | ($ 1,308,298) |

Other:

Claimant          was arrested on 12/21/99 by the Los Angeles, California Sheriff's Department for committing insurance fraud against Hartford Life. He is being held on bail of $300K for trial.

Claimant             has been indicted by a Grand Jury in Kentucky for insurance fraud against Hartford Life. He will be arraigned at court on January 4, 2000.



REDACTED

H12013

**BMS INVESTIGATIONS - RESULTS AND OPERATIONS:**

**February 1999 - Monthly Results:**

| | Monthly Referrals | Reserve $ Referrals | | Claim Reserve $ and counts released |
|---|---|---|---|---|
| Atlanta | 9 | $ 797,349 | 2 - | $ 179,966 |
| Minneapolis | 11 | $ 1,377,607 | 2 - | $ 68,773 |
| Syracuse | 11 | $ 547,979 | 1 - | $ 224,649 |
| Simsbury | 7 | $ 483,117 | 4 - | $ 210,995 |
| Spec Risk/Grp Re | 4 | $ 320,995 | 0 - | $ 0 |
| Sacramento | 17 | $ 2,675,766 | 3 - | $ 351,888 |
| **February Totals** | **59** | **$ 6,202,813** | **12 -** | **$ 1,036,271** |

**BMS Investigations Results - February - Year To Date**

| IMPACTED CLAIMS | ACTION | RESERVES RELEASED |
|---|---|---|
| 28 | TERMINATION | $ 2,205,046 |
| 2 | BENEFIT REDUCTIONS | $ 424,380 |
| (2) | PRIOR - ADJUSTED THEN TERMINATED | $ 95,753 |
| 30 | TOTAL | $ 2,725,179 |

February 1999 Reserve released = $ 1,036,271

YTD February:

| | |
|---|---|
| Life Disability Operations | $ 2,614,071 |
| Group Reinsurance Plus (PL) Operations | $ 111,108 |
| Total Net of Reinsurance | $ 2,725,179 |
| Gross of Reinsurance | $ 2,725,179 |

**OTHER:**

The BMS Investigations Team held their conference during the week of February 15 – 19, 1999. The training sessions were successful and all conference goals were achieved.

**H12014**

A Long Term Disability Claimant was found to have been working while collecting disability payments and an investigation was conducted in 1994. The case was referred to the Florida Department of Insurance in September 1995. In February 1999 the Clearwater, FL State Attorney advised that the claimant was sentenced to 10 years probation and restitution to The Hartford Life in the amount of $27,500.00 was ordered.

A 1997 DSI investigation proved that a long term disability claimant had been working while collecting disability payments.  The case was referred to the Southfield Michigan Police Department in March 1997. In February 1999 an Assistant District Attorney for Oakland County, Michigan advised that          had been ordered to make restitution payments in the amount of $31,631.00 to Hartford Life as part of his probation sentence.

Atlanta Investigative Analyst Nancy H. Kelley remains out due to illness and the STD period will expire on 3/16/99.

H12015

 **SPECIAL INVESTIGATION UNIT**

# 2000 YTD MML

 THE HARTFORD

| DCO | Number of Referrals | Reserves Under Investigation | Claims Terminated or Adjusted | |
|---|---|---|---|---|
| | | | Number | Amount |
| Atlanta | 293 | 29,660,423 | 78 | 6,434,644 |
| Minneapolis | 306 | 28,531,254 | 55 | 4,091,019 |
| Syracuse | 197 | 20,717,327 | 54 | 4,318,228 |
| Simsbury | 127 | 11,541,965 | 47 | 3,872,872 |
| Sacramento | 171 | 21,636,208 | 55 | 6,274,791 |
| Group Life | 10 | 100,500 | 3 | 439,500 |
| Focus Review | 39 | 3,398,221 | 15 | 1,322,865 |
| SRL&H/Group Re | 97 | 11,969,244 | 42 | 4,780,553 |
| Private Label | 18 | 2,170,968 | 3 | 192,263 |
| **TOTALS** | **1,258** | **129,726,109** | **352** | **31,726,735** |

| Action | Number | Amount |
|---|---|---|
| Terminations | 329 | 31,327,199 |
| Reductions | 33 | 1,196,001 |
| Life Claims Denied | 5 | 439,500 |
| Adjusted, Then Terminated | 0 | 56,027 |
| Reopened on Appeal | (15) | (1,291,992) |
| **TOTALS** | **352** | **31,726,735** |

**H12016**

## Percent of 2000 Goal Achieved YTD



**105.76**

## 2000 YTD Results



―――2000 YTD ―――2000 GOAL    1999 ACTUAL

## Monthly Reserves Released



**H12017**





Cases Referred

1999  2000



Reserves Under Investigation

H12018



H12019



P  OCT  NOV  DEC

ıL



H12020



OCT    NOV    DEC



Nov    Dec



H12021



H12022

 **SPECIAL INVESTIGATION UNIT**

# January MML

 THE HARTFORD

| DCO | Number of Referrals | Reserves Under Investigation | Claims Terminated or Adjusted | |
|---|---|---|---|---|
| | | | Number | Amount |
| Atlanta | 26 | 1,348,550 | 3 | 284,295 |
| Minneapolis | 14 | 1,330,497 | 3 | 129,433 |
| Syracuse | 7 | 718,053 | 1 | 777 |
| Simsbury | 8 | 828,923 | 4 | 194,410 |
| Sacramento | 8 | 740,314 | 2 | 25,723 |
| Group Life | 0 | 0 | 0 | 0 |
| Focus Review | 3 | 466,094 | 0 | 0 |
| SRL&H/Group Re | 4 | 342,974 | 0 | 0 |
| Private Label | 0 | 0 | 0 | 0 |
| **TOTALS** | **70** | **5,775,405** | **13** | **634,638** |

| Action | Number | Amount |
|---|---|---|
| Terminations | 11 | 569,282 |
| Reductions | 2 | 65,356 |
| Life Claims Denied | 0 | 0 |
| Adjusted, Then Terminated | 0 | 0 |
| Reopened on Appeal | 0 | 0 |
| **TOTALS** | **13** | **634,638** |

Notes: 1. Sabrina Misiaszek has begun as a new I/A at the Syracuse DCO
2. Leo Torrez haas been selected as a new I/A for Sacramento to start 3/00.
3. David Schacht has begun as a new I/A at the Minneapolis DCO.

**Reporting Year: 2000**

**H12023**



# February MML



| DCO | Number of Referrals | Reserves Under Investigation | Claims Terminated or Adjusted | |
|---|---|---|---|---|
| | | | Number | Amount |
| Atlanta | 9 | 1,470,904 | 3 | 191,168 |
| Minneapolis | 12 | 1,382,716 | 2 | 167,987 |
| Syracuse | 22 | 2,403,534 | 1 | 113,963 |
| Simsbury | 16 | 1,519,952 | 1 | 77,030 |
| Sacramento | 9 | 1,366,733 | 6 | 608,915 |
| Group Life | 0 | 0 | 0 | 0 |
| Focus Review | 4 | 293,098 | 1 | 44,887 |
| SRL&H/Group Re | 7 | 1,262,440 | 1 | 18,375 |
| Private Label | 0 | 0 | 0 | 0 |
| TOTALS | 79 | 9,699,377 | 15 | 1,222,325 |

| Action | Number | Amount |
|---|---|---|
| Terminations | 15 | 1,294,035 |
| Reductions | 1 | 67,480 |
| Life Claims Denied | 0 | 0 |
| Adjusted, Then Terminated | 0 | 0 |
| Reopened on Appeal | (1) | (139,190) |
| TOTALS | 15 | 1,222,325 |

Notes:

2/15 - 2/18 - J. McGoldrick gave the next level of training to I/A S. Misiaszek at the Syracuse DCO

2/21 - 2/25 - J. McGoldrick and Sr. I/A Pierson conducted interviews for I/A position at the Atlanta DCO

Reporting Year:
**2000**

**H12024**



# March MML



SPECIAL INVESTIGATION UNIT

| DCO | Number of Referrals | Reserves Under Investigation | Claims Terminated or Adjusted | |
|---|---|---|---|---|
| | | | Number | Amount |
| Atlanta | 14 | 1,502,528 | 2 | 379,282 |
| Minneapolis | 17 | 1,000,991 | 1 | 203,893 |
| Syracuse | 14 | 1,717,256 | 7 | 182,308 |
| Simsbury | 16 | 1,517,483 | 5 | 373,564 |
| Sacramento | 12 | 1,789,821 | 2 | 86,720 |
| Group Life | 4 | 0 | 0 | 0 |
| Focus Review | 4 | 268,797 | 0 | 0 |
| SRL&H/Group Re | 5 | 411,542 | 3 | 162,503 |
| Private Label | 0 | 0 | 0 | 0 |
| TOTALS | 86 | 8,208,418 | 20 | 1,388,270 |

| Action | Number | Amount |
|---|---|---|
| Terminations | 21 | 1,453,678 |
| Reductions | 0 | 0 |
| Life Claims Denied | 0 | 0 |
| Adjusted, Then Terminated | 2* | 40,327 |
| Reopened on Appeal | (1) | (105,735) |
| TOTALS | 20 | 1,388,270 |

Notes: *Adj. Then Terminated claims have been previously recorded as impacts so only the reserve amount is included in the 'Total' calculations for this month.

Reporting Year:
**2000**

H12025



# April MML



SPECIAL INVESTIGATION UNIT

THE HARTFORD

|  |  |  | Claims Terminated or Adjusted | |
| DCO | Number of Referrals | Reserves Under Investigation | Number | Amount |
| --- | --- | --- | --- | --- |
| Atlanta | 16 | 1,444,605 | 10 | 893,706 |
| Minneapolis | 16 | 836,187 | 7 | 733,927 |
| Syracuse | 4 | 491,675 | 3 | 127,852 |
| Simsbury | 13 | 2,135,202 | 4 | 136,035 |
| Sacramento | 32 | 3,517,473 | 3 | 336,490 |
| Group Life | 0 | 0 | 0 | 0 |
| Focus Review | 3 | 268,298 | 0 | 0 |
| SRL&H/Group Re | 5 | 1,108,681 | 2 | 86,677 |
| Private Label | 2 | 126,642 | 2 | 68,308 |
| TOTALS | 91 | 9,928,763 | 31 | 2,382,995 |

| Action | Number | Amount |
| --- | --- | --- |
| Terminations | 29 | 2,279,357 |
| Reductions | 3 | 170,056 |
| Life Claims Denied | 0 | 0 |
| Adjusted, Then Terminated | 0 | 0 |
| Reopened on Appeal | (1) | (66,418) |
| TOTALS | 31 | 2,382,995 |

Notes: **Additional $97,350 LTD reserve averted due to STD investigation impact in Simsbury.**

Reporting Year:
**2000**

H12026



# May MML



**SPECIAL INVESTIGATION UNIT**

| DCO | Number of Referrals | Reserves Under Investigation | Claims Terminated or Adjusted | |
|---|---|---|---|---|
| | | | Number | Amount |
| Atlanta | 27 | 2,774,963 | 9 | 605,424 |
| Minneapolis | 33 | 3,491,871 | 2 | 61,294 |
| Syracuse | 10 | 1,847,879 | 2 | 468,354 |
| Simsbury | 4 | 472,916 | 5 | 771,941 |
| Sacramento | 16 | 2,105,208 | 4 | 459,926 |
| Group Life | 1 | 0 | 1 | 70,000 |
| Focus Review | 3 | 371,353 | 1 | 0 |
| SRL&H/Group Re | 20 | 2,691,860 | 5 | 122,571 |
| Private Label | 4 | 408,134 | 0 | 0 |
| **TOTALS** | **118** | **14,164,183** | **29** | **2,559,510** |

| Action | Number | Amount |
|---|---|---|
| Terminations | 25 | 2,425,963 |
| Reductions | 3 | 63,547 |
| Life Claims Denied | 1 | 70,000 |
| Adjusted, Then Terminated | 0 | 0 |
| Reopened on Appeal | 0 | 0 |
| **TOTALS** | **29** | **2,559,510** |

Notes: _____

**Reporting Year: 2000**

H12027

 

# June MML

**SPECIAL INVESTIGATION UNIT**

THE HARTFORD

| DCO | Number of Referrals | Reserves Under Investigation | Claims Terminated or Adjusted | |
|---|---|---|---|---|
| | | | Number | Amount |
| Atlanta | 35 | 3,232,169 | 6 | 591,845 |
| Minneapolis | 20 | 1,346,501 | 3 | 198,666 |
| Syracuse | 21 | 2,385,552 | 3 | 391,823 |
| Simsbury | 7 | 687,778 | 3 | 214,152 |
| Sacramento | 16 | 1,122,750 | 3 | 172,308 |
| Group Life | 0 | 0 | 0 | 0 |
| Focus Review | 5 | 652,673 | 0 | 0 |
| SRL&H/Group Re | 12 | 957,525 | 2 | 251,125 |
| Private Label | 3 | 182,232 | | |
| **TOTALS** | **119** | **10,567,180** | **20** | **1,819,919** |

| Action | Number | Amount |
|---|---|---|
| Terminations | 19 | 1,797,589 |
| Reductions | 3 | 26,071 |
| Life Claims Denied | 0 | 0 |
| Adjusted, Then Terminated | 0 | 0 |
| Reopened on Appeal | (2) | (3,741) |
| **TOTALS** | **20** | **1,819,919** |

Notes: **Edward Golden has accepted an investigator position and will start 7/10**

**Gordon Hookway has been assigned as an I/A in Syracuse**

**Annual Fraud Awareness training is ongoing at all offices and will be completed soon**

**Reporting Year:**
**2000**

H12028

 

# July MML

**SPECIAL INVESTIGATION UNIT**

THE HARTFORD

| DCO | Number of Referrals | Reserves Under Investigation | Claims Terminated or Adjusted | |
|---|---|---|---|---|
| | | | Number | Amount |
| Atlanta | 35 | 3,179,765 | 10 | 838,013 |
| Minneapolis | 18 | 1,454,869 | 6 | 304,344 |
| Syracuse | 11 | 1,257,830 | 5 | 846,063 |
| Simsbury | 9 | 701,897 | 6 | 829,557 |
| Sacramento | 8 | 1,338,645 | 8 | 1,273,014 |
| Group Life | 0 | 0 | 0 | 0 |
| Focus Review | 1 | 13,409 | 5 | 332,381 |
| SRL&H/Group Re | 9 | 2,022,918 | 6 | 894,590 |
| Private Label | 4 | 249,722 | 0 | 0 |
| TOTALS | 95 | 10,219,055 | 46 | 5,317,962 |

| Action | Number | Amount |
|---|---|---|
| Terminations | 43 | 5,194,442 |
| Reductions | 2 | 123,520 |
| Life Claims Denied | 1 | 0 |
| Adjusted, Then Terminated | 0 | 0 |
| Reopened on Appeal | 0 | 0 |
| TOTALS | 46 | 5,317,962 |

Notes:   **Ed Golden has begun employment as a Investigator**

**Reporting Year:**
**2000**

H12029



# August MML



SPECIAL INVESTIGATION UNIT

THE HARTFORD

|  | | | Claims Terminated or Adjusted | |
| --- | --- | --- | --- | --- |
| DCO | Number of Referrals | Reserves Under Investigation | Number | Amount |
| Atlanta | 35 | 3,447,950 | 6 | 499,994 |
| Minneapolis | 19 | 1,648,335 | 7 | 762,060 |
| Syracuse | 36 | 3,319,055 | 5 | 86,875 |
| Simsbury | 9 | 766,629 | 0 | 0 |
| Sacramento | 12 | 2,279,313 | 5 | 926,108 |
| Group Life | 2 | 69,500 | 0 | 0 |
| Focus Review | 10 | 589,939 | 3 | 214,474 |
| SRL&H/Group Re | 15 | 1,278,563 | 6 | 242,770 |
| Private Label | 1 | 1,124,518 | 0 | 0 |
| **TOTALS** | **139** | **14,523,802** | **32** | **2,732,281** |

| Action | Number | Amount |
| --- | --- | --- |
| Terminations | 27 | 2,554,332 |
| Reductions | 5 | 185,030 |
| Life Claims Denied | 1 | 0 |
| Adjusted, Then Terminated | 0 | 0 |
| Reopened on Appeal | (1) | (7,081) |
| **TOTALS** | **32** | **2,732,281** |

Notes: _____
_____
_____
_____

**Reporting Year:**
**2000**

H12030



# September MML



SPECIAL INVESTIGATION UNIT

THE HARTFORD

| DCO | Number of Referrals | Reserves Under Investigation | Claims Terminated or Adjusted | |
|---|---|---|---|---|
| | | | Number | Amount |
| Atlanta | 29 | 2,618,125 | 6 | 612,628 |
| Minneapolis | 26 | 2,551,713 | 10 | 264,279 |
| Syracuse | 21 | 1,950,816 | 1 | (120,243) |
| Simsbury | 11 | 291,591 | 3 | 104,508 |
| Sacramento | 22 | 2,062,377 | 4 | 477,421 |
| Group Life | 1 | 0 | 1 | 69,500 |
| Focus Review | 1 | 82,902 | 2 | 293,951 |
| SRL&H/Group Re | 5 | 430,416 | 5 | 746,660 |
| Private Label | 0 | 0 | 0 | 0 |
| **TOTALS** | **116** | **9,987,940** | **32** | **2,448,704** |

| Action | Number | Amount |
|---|---|---|
| Terminations | 30 | 2,324,437 |
| Reductions | 3 | 290,232 |
| Life Claims Denied | 1 | 69,500 |
| Adjusted, Then Terminated | 0 | 0 |
| Reopened on Appeal | (2) | (235,465) |
| **TOTALS** | **32** | **2,448,704** |

Notes:

**Reporting Year:**
**2000**

H12031

 

# October MML

**SPECIAL INVESTIGATION UNIT**

THE HARTFORD

| DCO | Number of Referrals | Reserves Under Investigation | Claims Terminated or Adjusted | |
|-----|---------------------|------------------------------|---------|--------|
| | | | Number | Amount |
| Atlanta | 28 | 2,465,268 | 8 | 532,321 |
| Minneapolis | 57 | 5,421,832 | 4 | 393,262 |
| Syracuse | 15 | 1,032,604 | 7 | 662,891 |
| Simsbury | 12 | 1,218,572 | 5 | 176,050 |
| Sacramento | 12 | 1,324,567 | 5 | 334,990 |
| Group Life | 0 | 0 | 0 | 0 |
| Focus Review | 0 | 0 | 2 | 180,252 |
| SRL&H/Group Re | 2 | 272,614 | 0 | 104,017 |
| Private Label | 0 | 0 | 1 | 123,955 |
| **TOTALS** | **126** | **11,735,457** | **32** | **2,507,738** |

| Action | Number | Amount |
|--------|--------|--------|
| Terminations | 32 | 2,613,207 |
| Reductions | 2 | 24,464 |
| Life Claims Denied | 0 | 0 |
| Adjusted, Then Terminated | 0 | 0 |
| Reopened on Appeal | (2) | (129,933) |
| **TOTALS** | **32** | **2,507,738** |

Notes:

**Reporting Year:**
**2000**

H12032



# November MML



SPECIAL INVESTIGATION UNIT

| DCO | Number of Referrals | Reserves Under Investigation | Claims Terminated or Adjusted | |
|---|---|---|---|---|
| | | | Number | Amount |
| Atlanta | 27 | 3,723,915 | 8 | 655,663 |
| Minneapolis | 48 | 5,390,118 | 4 | 346,352 |
| Syracuse | 20 | 1,757,999 | 9 | 596,548 |
| Simsbury | 9 | 395,999 | 5 | 533,727 |
| Sacramento | 11 | 2,879,270 | 5 | 447,234 |
| Group Life | 0 | 0 | 1 | 300,000 |
| Focus Review | 1 | 73,757 | 1 | 256,920 |
| SRL&H/Group Re | 6 | 862,012 | 6 | 1,523,214 |
| Private Label | 4 | 79,720 | 0 | 0 |
| TOTALS | 126 | 15,162,790 | 39 | 4,659,658 |

| Action | Number | Amount |
|---|---|---|
| Terminations | 34 | 4,237,248 |
| Reductions | 4 | 106,710 |
| Life Claims Denied | 1 | 300,000 |
| Adjusted, Then Terminated | 2* | 15,700 |
| Reopened on Appeal | 0 | 0 |
| TOTALS | 39 | 4,659,658 |

Notes:   *Adj, Then Terminated claims have been previously recorded as impacts so only the reserve amount is included in the 'Total' calculations for this month.

Reporting Year:
**2000**

H12033



# December MML



SPECIAL INVESTIGATION UNIT

| DCO | Number of Referrals | Reserves Under Investigation | Claims Terminated or Adjusted | |
|---|---|---|---|---|
| | | | Number | Amount |
| Atlanta | 12 | 2,451,681 | 7 | 350,305 |
| Minneapolis | 26 | 2,675,624 | 6 | 525,522 |
| Syracuse | 16 | 1,835,074 | 10 | 961,017 |
| Simsbury | 13 | 1,005,023 | 6 | 461,898 |
| Sacramento | 13 | 1,109,737 | 8 | 1,125,942 |
| Group Life | 2 | 31,000 | 0 | 0 |
| Focus Review | 4 | 317,901 | 0 | 0 |
| SRL&H/Group Re | 7 | 327,699 | 6 | 628,051 |
| Private Label | 0 | 0 | 0 | 0 |
| TOTALS | 93 | 9,753,739 | 43 | 4,052,735 |

| Action | Number | Amount |
|---|---|---|
| Terminations | 43 | 4,583,629 |
| Reductions | 5 | 73,535 |
| Life Claims Denied | 0 | 0 |
| Adjusted, Then Terminated | 0 | 0 |
| Reopened on Appeal | (5) | (604,429) |
| TOTALS | 43 | 4,052,735 |

Notes: _____

**Reporting Year:**
**2000**

**H12034**