**AKIN GUMP
STRAUSS HAUER & FELD LLP**
Attorneys at Law

JESSICA SPANGLER TAYLOR
210.281.7322/fax: 210.224.2035
jtaylor@akingump.com

February 25, 2004

VIA OVERNIGHT MAIL

Eliot B. Gersten
Gersten & Clifford
214 Main Street
Hartford, CT 06106-1881

RE: Candi McCulloch v. Hartford Life and Accident Insurance Company and Educators Mutual Life Insurance Company; Civil Action No. 3:01 cv 1115 (AHN); In the United States District Court, District of Connecticut

Dear Eliot:

Enclosed are the personnel files for John McGoldrick (bates H12103-H12120), Susan Wilk (H12121-H12134), Kim Gabrielsen (H12135-H12269) and Deb Laughran (H12270-H12351).

Thank you in advance for your cooperation.

Sincerely,

Hortencia G. Vasquez
Secretary to Jessica Spangler Taylor

Performance Review
John McGoldrick

April 19, 2000

1. **Results Expected/Achieved**

Jack's unit exceeded their goal of increasing claims impacted 33% over 1998. The total number of claims impacted increased 32% (from 165 to 218), and the reserve impact increased from $11.3 million in 1998 to $21.5 million in 1999, an increase of 90%, indicating significantly enhanced efficiency and expertise. These results were achieved with no increase in staff.

These results, backed by the high degree of quality and professionalism with which they were achieved, earned the President's award for SIU as well as a runner-up award for the Chairman's award.

2. **Key Accomplishments**

Jack has been charged with increasing the SIU staff by 100% and excellent progress has been made through the date of this review (50% of result achieved). This has been done selectively and with excellent coordination with our disability operations. Training and assimilation of this additional staff has been done very professionally.

Jack is close to achieving another goal which is the establishment of a third party liability recovery and subrogation program. A pilot of this program is commencing the week of 4/24.

Jack has established the SIU as a high performance "sub-culture" within EBD. People want to work for this unit and retention of key employees is high.

3. **Competencies**

*Strengths:* Jack assumes personal accountability for results and is passionate about achieving them. His leadership style is both open and authoritative. He is very clear in giving direction and his people know what is expected of them. Jack epitomizes personal integrity and demands the same of his people. Jack's ability to motivate is strong, and comes from a very genuine personal style that people react favorably to.

*Weaknesses:* Jack has expressed a desire to learn more about our disability and life business and I would agree that this is very important. The Ability Contract, for instance, will likely have some impact on our investigations. Better understanding of our products will also allow Jack to identify the best opportunities to investigate.

4. **Development Opportunities and Areas for Improvement**

Take advantage of every opportunity to enhance your product knowledge.

Look for ways to better coordinate with our LTD, SST, SAM, and Focused Review Team. The opportunity for increased effectiveness of all groups is striking. There are still too many turf issues and little in the way of organized feedback to the examiners on what they can learn from our fraud efforts that relates to their claims handling.

H12103

Develop a capability on your team to do more "data mining" type of activities to identify more effectively those claims with high impact potential.

Aggressively pursue the utilization of as yet unidentified data bases to identify high potential leads, such as by running our claimant database against a database of individuals who had FICA paid on their behalf.

Raise the bar in hiring a handful of people who will challenge the status quo in SIU and who will generate ideas on how to be more effective. As the SIU staff becomes larger, you will also need to identify or hire an exceptionally strong No. 2 both to assist in the management of the team as well as serve as your back-up/successor.

Aggressively performance manage the lowest performing 10-20% of your team. Up or out.

### 5. Summary

Jack has been a truly outstanding performer over the past year and has built a great team that has achieved terrific results. His personal leadership style is an example to us all. In order to achieve aggressive goals for 2000 and beyond, Jack will need to keep up the momentum, delegate a bit more, and look for new ways to achieve results.

H12104