

# 2000
# TEAM GOALS

- **Implement examiner recognition program**

- **Increase number of claim impacts by at least 50%**

- **Increase ratio of claims impacted to claims accepted for investigation to 1:3**

- **Implement QA program**

- **Identify and train new staff**

- **Conduct proactive reviews**

- **Each team member will participate in and successfully complete at least one developmental program**

**H13070**

# The Hartford
## Employee Performance Appraisal

| General Information | | | |
|---|---|---|---|
| Employee Name: | **Kim Gabrielsen** | Employee SSN: | |
| Div/Dept: | **BMS Investigations** | Job Code: | **818800** |
| Title: | **Investigative Analyst** | Date in Job: | **1997** |
| Last Performance Appraisal Date: | **5/1/99** | This Performance Appraisal Date: | **5/1/2000** |

| Objectives | Achievement of Objectives |
|---|---|
| Write objectives that relate to the duties and key results of the position. | For each expectation, briefly describe the employee's achievements during the appraisal period. |
| **1.) Questionable Claim Referral Review**<br><br>The primary responsibility is to evaluate and investigate potentially fraudulent claims arising from Group Life, Group Disability and/or Special Risk lines of business.<br><br>The I/A will review the referrals for appropriateness and accept those that are consistent with the program goals and objectives. If accepted, a prompt, thorough and well documented investigation will be done to determine the likelihood of fraud.<br><br>A thorough knowledge of investigative tools is necessary to ensure efficiency. If fraud appears to be present, the matter should be referred for further investigation to DSI. The I/A must establish and maintain open and effective communication with the claim staff and other primary partners regarding the ongoing investigations. | Self:<br>Kim works as a Senior Investigative Analyst at the Group Reinsurance/Private Label office in Windsor, CT.<br>Kim is well liked and respected by the claim staff at the office. She is looked upon as a knowledgeable resource in the area of fraud awareness.<br>Kim receives a significant number of referrals and most of these are appropriate matters for investigation.<br>Kim has a good knowledge of the investigative resources available to her and uses these to good advantage.<br>Kim's documentation in the case activity logs is thorough and comprehensive. If anything, too much detail is included from time to time.<br>Kim makes appropriate referrals to DSI and has a good working relationship with the investigators.<br>Kim's significant backlog of case activity from her evaluation of last year has been reduced.<br><br>Manager:<br><br>Kim has worked hard to reduce her case load and has eliminated many cases that had not been worked on for a long time and did not offer a reasonable chance of successful investigation. Now that Kim is caught up, it is hoped that all cases can be kept current and updated. At present, Kim has an open caseload of 29. This should be increased by proactive review or other means to a somewhat higher level. A plan is in place for proactive reviews at the office in approximately two weeks. I believe that Kim has the experience and skill to handle many more investigations. |

REDACTED

H12265

| 2.) Recognize and address training needs | |
|---|---|
| Responsible for the administration of fraud awareness training to staff. New employees must be trained within 30 days of employment. All staff must receive fraud awareness training annually in accordance with the Fraud Plans filed in the various states.<br><br>Additionally, the I/A should identify training opportunities within their office and address these with the staff as needed. | **Self:**<br>Kim has provided training to the Group Re/Private label staff as required. She has also agreed to train other staff including Underwriting and Sales staff. She is particularly good at this function and comes across as knowledgeable and enthusiastic. Her presentations are always well received.<br>Kim presented a Fraud awareness seminar at a Client Event for Group Re insurance clients in June 1999. This training went very well and Kim presented a very positive image for our company.<br><br>**Manager:**<br>I agree. I have been able to observe this on many occasions. Kim clearly enjoys this function and is very good at it. |
| **3.) Proactive Fraud Detection** | |
| Use acquired knowledge and personal initiative to conduct proactive reviews to identify fraudulent claims for investigation.<br><br>Review system reports and other documentation to identify potential loss of company assets through fraud. | **Self:**<br>Kim has proactively developed some cases and has had some positive results from these reviews.<br>She regularly reviews and takes appropriate action on system and special reports designed to identify potential fraudulent claims such as the PBI and exception reports.<br><br>**Manager:**<br>As described above, plans exist for proactive reviews at the Group Re office in the near future. This is an important function that Kim will have to rely upon for the realization of her office goals. |
| **4. Teamwork/Special Projects** | |
| As a member of the BMS team, each employee is expected to provide input and make recommendations for improvements in business procedures. On an ongoing basis, the incumbent should aggressively participate in activities which contribute to the success of the rest of the staff in a way that fosters a team approach to issue resolution. This may include assisting other staff, providing customer service support and mentoring. It is also expected that the incumbent will participate on or lead project teams, on an as needed basis, with assignments consistent with current duties, level and abilities. | **Self:**<br>Kim is a team player and takes ownership of all team goals.<br>Kim has been responsible for special team projects such as the continued development and enhancement of the Lotus Notes database, credit reporting procedures, and liaison with public information database companies. She helped to coordinate the Team's conference this year. She handles these assignments well and has been instrumental in our success in developing these resources.<br>Kim is constantly looking for ways to improve the team and make worthwhile and appropriate suggestions.<br><br>**Manager:** I agree. Kim is always happy to assist with any project and takes a leadership role in developing options to improve our efficiency and results.<br><br>Kim is also looking forward to mentoring a new Investigative Analyst at the Group Re office. |

H12266

## COMPETENCIES FOR INDIVIDUAL EFFECTIVENESS

| Competencies | Comments |
|---|---|
| Identify competencies required by individual or manager to perform job. | Describe employee's demonstration of the competency during the appraisal period. Give specific examples. |
| 1.   Customer focus | 1.) Self:<br>Kim is very interested in providing service to our primary customers.<br><br>Manager agrees |
| 2.   Basic Communication, Composition and Keyboard Skills | 2.) Self:<br>Kim is a good communicator. She is PC literate and provides appropriate documentation for her investigations.<br><br>Manager agrees |
| 3.   Analytical Skills – recognizes trends | 3.) Self:<br>Kim is able to recognize issues in the investigations and take correct actions to address the concerns.<br><br>Manager agrees |
| 4.   Flexibility – solves problems | 4.) Self:<br>Kim displays flexibility, especially under difficult conditions that occur at her work assignment location.<br><br>Manager agrees. Kim should keep working at this and try not to let it frustrate her. |
| 5.   Positive Thinking | 5.) Self:<br>Kim sometimes gets distracted by minor issues in the office, many beyond her control, that cause self doubts.<br><br>Manager agrees |
| 6.   Results Focused – high quality | 6.) Self:<br>Kim has strong motivations to produce results and is always interested in an excellent work product.<br><br>Manager agrees. |
| 7.   Open to Challenges | 7.) Self:<br>Kim is clearly interested in bettering her work and is open to challenges.<br><br>Manager:<br>Kim takes her job very seriously and is focussed on producing the best possible work. |
| 8.   Quick Learner | 8.) Self:<br>Kim has a good understanding of the products that we deal with and industry terminology.<br><br>Manager – Kim is a very quick learner |

**H12267**

| 9.  Strong Organizational Skills | 9.) Self:<br>During the last evaluation period Kim had a case investigation backlog that has been addressed.<br><br>Manager – This greatly concerned me. I'm pleased that Kim was able to overcome the backlog. |
|---|---|
| 10.  Professional Demeanor | 10.)Self:<br>Kim's integrity and demeanor are beyond question.<br><br>Manager agrees |

### Development Plan

Identify short and long term developmental action steps employee will take.  Describe support manager will provide.  Note target dates.

Each Team Member has agreed to identify and participate in at least one training opportunity during 1999, assuming resources are available.

By the end of the year, the Investigative Analyst has agreed to take a course designed to improve skills related to the business of insurance, such as HIAA, LOMA etc. It is expected that the course will be relevant and the choice of the Investigative Analyst. The course should be completed outside of the office and should not interfere with regular job duties.

Kim did not achieve this objective. She has plans to make up for this in the next evaluation year.

### Performance Summary

Describe overall performance in regard to objectives and critical competencies and progress on development plans.

Self:
Kim is a hard working and dedicated employee.  She does a very good job in developing appropriate fraud and referrals and conducting the investigations.  The results that she generates are outstanding, especially considering the difficulty inherent to the office in which she works.

Kim has done a particularly good job in providing training to the Powder Forest Staff and other interested employees.  She also represented our company in a very positive manner at a conference in June.

Kim was instrumental in the planning of the Team Conference in February.  She worked tirelessly at this valuable and completely successful undertaking.  Her work was greatly appreciated by the undersigned.

Kim is a true professional who works hard to be successful.  It is truly a pleasure to work with her.

Manager:
Kim's dedication and hard work are truly appreciated. She is very results oriented and strives to improve at all times. It is hoped that additional results will be realized as proactive reviews are conducted, particularly of the takeover claims.

Kim will be mentoring a newly hired Investigative Analyst. She will have to balance these duties with her primary I/A responsibilities, which I'm confident that she will be able to do. Many of the other team functions, such as acting as the liaison for the database companies have been reassigned, thus allowing Kim to focus on her primary job totally.

Kim is a true professional and I enjoy working with her.

**H12268**

**Overall Performance Rating:**    Meets all objectives; exceeds on most

| Employee Response/Comments |
| --- |
| |

### Signatures

| | | | | |
| --- | --- | --- | --- | --- |
| **Expectations** | Employee: | | Date: | |
| **Established** | Supervisor: | | Date: | |
| | Next Level Supervisor | | Date: | |
| | | | | |
| **Interim** | Employee: | | Date: | |
| **Appraisal** | Supervisor: | | Date: | |
| | Next Level Supervisor | | Date: | |
| | | | | |
| **Final** | Employee: | _Kim S. Gabrielson_ | Date: | 4/19/00 |
| **\*\*** | | | | |
| **Appraisal** | Supervisor: | _Jim Measheal_ | Date: | 4/19/00 |
| | Next Level Supervisor | _James I. Casey_ | Date: | 7/19/00 |

\*\* The employee's signature here indicates that he/she has read the document and has discussed it with his/her immediate supervisor. It does not imply agreement with the content.

H12269

Local Kim final eval 2000                    Page 5                    04/17/00