# The Hartford
## Employee Performance Appraisal

| General Information | | | |
|---|---|---|---|
| Employee Name: | Kim Gabrielsen | Employee SSN: | |
| Div/Dept: | BMS Investigations | Job Code: | 818800 |
| Title: | Sr. Investigative Analyst | Date in Job: | 1997 |
| Last Performance Appraisal Date: | 5/1/2000 | This Performance Appraisal Date: | 04/01/2001 |

| Objectives | Achievement of Objectives |
|---|---|
| Write objectives that relate to the duties and key results of the position. | For each expectation, briefly describe the employee's achievements during the appraisal period. |
| **1.) Questionable Claim Referral Review**<br><br>The primary responsibility is to evaluate and investigate potentially fraudulent claims arising from Group Life, Group Disability and/or Special Risk lines of business.<br><br>The I/A will review the referrals for appropriateness and accept those that are consistent with the program goals and objectives. If accepted, a prompt, thorough and well documented investigation will be done to determine the likelihood of fraud.<br><br>A thorough knowledge of investigative tools is necessary to ensure efficiency. If fraud appears to be present, the matter should be referred for further investigation to DSI. The I/A must establish and maintain open and effective communication with the claim staff and other primary partners regarding the ongoing investigations. | **Self:**<br>I have fulfilled my primary responsibilities during this evaluation period. My present case load is 36. Through three proactive reviews, this has been increased from the last review period. The Group Re SIU team exceeded its year 2000 projected impact goal of 38 claims. Of the 45 claims impacted 25 were impacted by me, totaling $2,921,572.00. In 2000 and to present, 21 claims were referred for investigator action.<br><br>In addition during this review period I have:<br><br>• Trained the second I/A in the office.<br>• Participated in the successful implementation of the "clear and convincing" evidence of fraud standard in GRP RE. This standard, while used in all other BMS offices, was resisted by GRP RE. This significant change in viewpoint for this office is, in my opinion, the most significant accomplishment during the evaluation period.<br>• In Sept 2000, termination/denial letters were assigned to IA's. This initiative was/is successfully completed.<br><br>I have not kept my case load at the expected standard during this period. I have implemented a proactive review schedule for achievement of an average caseload of 42 to 45 for each IA in the GRP RE office. In addition, cases need to be updated on a more timely basis. |

**REDACTED**

Manager:

H13005

|  | |
|---|---|
| | The Group RE SIU initiative has made significant advancements during the last year and much of this is due to Kim's effort. She is to be commended for spearheading these improvements and I'm sure that we will be building upon these successes.<br><br>As mentioned above, Kim's caseload is less than the target set by the rest of the team leadership. Kim and I have discussed this on numerous occasions and I have been assured that the caseload will be at 42 to 45 by 5/1/01 and will consistently remain there.<br><br>Kim has developed a great relationship with her subordinate and will be further developing her leadership skills as another I/A is added to the office on 4/9/01. She is a good mentor and is conscious of the need to lead by example. |
| **2.) Recognize and address training needs**<br><br>Responsible for the administration of fraud awareness training to staff. New employees must be trained within 30 days of employment. All staff must receive fraud awareness training annually in accordance with the Fraud Plans filed in the various states.<br><br>Additionally, the I/A should identify training opportunities within their office and address these with the staff as needed. | Self:<br>During this period, three training sessions were presented to claims staff. In addition, a discussion session with GRP Re's office management team, (Team Leaders and Specialists) to maintain open/effective communication with this segment of claim staff regarding ongoing and future investigations.<br><br>I provided training for one of HLI's primary Third Party Administrators and participated in training the HLI Life Claims staff.<br><br>Manager:<br>I agree. Kim is particularly strong at training and is comfortable in this role. |
| **3.) Proactive Fraud Detection**<br><br>Use acquired knowledge and personal initiative to conduct proactive reviews to identify fraudulent claims for investigation.<br><br>Review system reports and other documentation to identify potential loss of company assets through fraud. | Self:<br>Three proactive reviews have been successfully completed during the review period. Plans have been implemented to maintain an ongoing proactive review schedule for the upcoming review period. I recognize the successful implementation and maintenance of a proactive review schedule is vital to the achievement of GRP Re's SI Team's goals.<br><br>In addition, system generated reports are regularly reviewed to identify potential loss of company assets.<br><br>Manager:<br>Proactive reviews are used at other offices to help maintain a constant workload at the target level. Up to now, the proactive reviews at Group Re have been large projects in which many suspicious files have been identified. This strategy, while effective to build a quick caseload, can be difficult and overwhelming by its volume. It is hoped that proactive reviews can be done on an ongoing basis and cases added a few at a time rather than in the |

| | |
|---|---|
| | large numbers as has been experienced. |
| **4. Teamwork/Special Projects**<br><br>As a member of the BMS team, each employee is expected to provide input and make recommendations for improvements in business procedures. On an ongoing basis, the incumbent should aggressively participate in activities which contribute to the success of the rest of the staff in a way that fosters a team approach to issue resolution. This may include assisting other staff, providing customer service support and mentoring. It is also expected that the incumbent will participate on or lead project teams, on an as needed basis, with assignments consistent with current duties, level and abilities. | **Self:**<br>I am a team player and take ownership of all team goals. I have participated in the design and implementation of the claims recognition/award program, the QA review program for our unit, and the SIU 2001 conference. I have participated in Sales and management presentations regarding Fraud Awareness. I am constantly looking for ways to improve our team.<br><br>**Manager:**<br>I agree. Kim is always taking a leadership role in improving our program and is a ready asset for any other team member to go to for assistance or advice. |

## COMPETENCIES FOR INDIVIDUAL EFFECTIVENESS

| Competencies | Comments |
|---|---|
| Identify competencies required by individual or manager to perform job. | Describe employee's demonstration of the competency during the appraisal period. Give specific examples. |
| 1. Customer focus | **Self:**<br>Service to all my and SI customers is my primary focus.<br><br>**Manager:**<br>I agree |
| 2. Basic Communication, Composition and Keyboard Skills | **Self:**<br>I am a good communicator, PC literate and provide appropriate/comprehensive documentation to my investigations.<br><br>**Manager:**<br>I agree |
| 3. Analytical Skills – recognizes trends | **Self:**<br>I have recognized issues in investigations and take effective actions to address these concerns.<br><br>**Manager:**<br>I agree |
| 4. Flexibility – solves problems | **Self:**<br>I have displayed flexibility in solving problems encountered in the GRP Re office. Developmentally, maintaining flexibility is continual opportunity for me.<br><br>**Manager:**<br>I agree. This is a challenge that we all need to remain focussed upon. |

| | |
|---|---|
| 5. Positive Thinking | **Self:** Positive thinking has been increased during this period. As in the comments above regarding flexibility, this is a continual developmental opportunity for me.<br><br>**Manager:** I think that Kim is a very positive person. |
| 6. Results Focused – high quality | **Self:** I have produced strong results and a good work product.<br><br>**Manager:** Kim is very results oriented. |
| 7. Open to Challenges | **Self:** I am always open to challenges.<br><br>**Manager:** I agree |
| 8. Quick Learner | **Self:** I am a quick learner and always open to new concepts.<br><br>**Manager:** I agree |
| 9. Strong Organizational Skills | **Self:** I have worked hard to keep my caseload current during this period. This is continual developmental opportunity for me.<br><br>**Manager:** I agree. I would be happy to work with you in this opportunity if you would like. |
| 10. Professional Demeanor | **Self:** My integrity and professional demeanor are beyond question.<br><br>**Manager:** I totally agree |

### Development Plan

Identify short and long term developmental action steps employee will take. Describe support manager will provide. Note target dates.

Successfully completed the HIAA course Fraud: The Hidden Cost of Health Care. I have signed up for Front Line Management courses, to be completed during the next review period.

I would like to go to the IASIU conference in 2001.

### Performance Summary

Describe overall performance in regard to objectives and critical competencies and progress on development plans.

Self:

- I am a hardworking/dedicated employee, results oriented and willing to take on existing/new challenges. I

H13008

- have successfully trained the IA hired during this review period and look forward to training the recently hired IA.
- My challenge for this review period will be to equally balance and successfully manage my caseload, my supervisory responsibilities, and meet the goals for this office.

Manager:

Kim has done a very good job in furthering our agenda at the Group Re office and has significantly changed the culture there in the last year. She continues to foster the spirit of cooperation and is increasing the fraud awareness and understanding of the SIU way of doing things.

Kim has effectively trained and mentored Heather Riess. This training/mentoring has resulted in Heather quickly become a significant resource for the office. Kim has done a very good job at this endeavor. I suggest that Kim guard against Heather relying too much on her and forcing her to fully assume the responsibility and acting independently whenever appropriate.

As discussed in Kim's self evaluation, she must work to increase her case load to the level deemed appropriate by the group of Senior I/As and keep her cases properly updated.

It's been a great year. Keep building on your successes.

### Employee Response/Comments

### Signatures

| | | | |
|---|---|---|---|
| **Expectations Established** | Employee: | _____ | Date: _____ |
| | Supervisor: | _____ | Date: _____ |
| | Next Level Supervisor | _____ | Date: _____ |
| **Interim Appraisal** | Employee: | _____ | Date: _____ |
| | Supervisor: | _____ | Date: _____ |
| | Next Level Supervisor | _____ | Date: _____ |
| **Final ** Appraisal** | Employee: | *[signature]* Kim L. Gobse | Date: 4/4/01 |
| | Supervisor: | *[signature]* John Messadvne | Date: 4/4/01 |
| | Next Level Supervisor | _____ | Date: _____ |

** The employee's signature here indicates that he/she has read the document and has discussed it with his/her immediate supervisor. It does not imply agreement with the content.

H13009



David P. Daigle
Assistant Vice President
Director of Operations

March, 2001

Susan Wilk
Group Reinsurance Plus

Dear Susan:

I am pleased to present you with an Individual Performance Award of $3,000 for the 2000 performance year.

This award, which is being presented to only a select number of people, is in recognition of your efforts towards our 2000 results.

Please accept my thanks for your continued fine efforts and support of Group Reinsurance Plus and the Group Benefits Division.

Sincerely,

Dave Daigle

Hartford Life Insurance Companies
Group Reinsurance Plus
200 Great Pond Drive
First Floor
Windsor, CT 06095
Telephone 860 843 3331
Facsimile 860 843 4395

H12758

THE
HARTFORD

Ramani Ayer
Chairman & Chief
Executive Officer

February 16, 2001

Kim Gabrielsen
Financial/Investigations
Hartford Life
Windsor

Dear Kim:

Congratulations on being a member of the GBD Special Investigation Unit, which was nominated in the category Outstanding Business Achievement! Your team's nomination exemplifies The Hartford Experience and places you among an elite group of finalists for this year's program.

Although I am unable to honor your team's outstanding efforts with a Chairman's Award, I applaud your accomplishments and commend your exemplary work in fulfilling the promise of a great Hartford Experience.

All finalists will be included in Chairman's Award communications, and will receive a cash award of $1,000. Take pride in your exceptional performance and the example you have set for your peers!

Sincerely,

*Ramani Ayer*

H13017

Hartford Plaza
Hartford, CT 06115
Telephone 860 547 5000