UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**FILED**
2005 APR 18  A 10: 34
U.S. DISTRICT COURT
BRIDGEPORT, CONN

| | | |
|---|---|---|
| CANDI McCULLOCH<br>Plaintiff,<br><br>vs.<br><br>HARTFORD LIFE AND ACCIDENT<br>INSURANCE COMPANY AND<br>EDUCATORS MUTUAL LIFE<br>INSURANCE COMPANY<br>Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO.:<br>301CV1115(AHN) |

## JOINT MOTION FOR EXTENSION OF TIME TO
## FILE JOINT TRIAL MEMORANDUM

Pursuant to Local Rule 7(b)(3), the parties jointly move for an extension of time to file their joint Trial Memorandum in this matter, until thirty (30) days after the pretrial conference, currently set for April 26, 2005 at 10:30 a.m.

A trial date has not yet been set; this is the first motion for extension of time with respect to the Trial Memorandum.

Respectfully Submitted,

AKIN GUMP STRAUSS HAUER & FELD L.L.P.

By: /s/ Roberta J. Sharp
Barry A. Chasnoff (ct11162)
Roberta J. Sharp (ct24407)
Jessica S. Taylor (ct24408)
300 Convent Street, Suite 1500
San Antonio, Texas 78205
Telephone: (210) 281-7000
Telecopier: (210) 224-2035

AND

5715446 v1                                                                 1

Donald E. Frechette (ct 08930)
**Edwards & Angell, LLP**
90 State House Square
Hartford, CT 06103
Phone: (860) 525-5065
Facsimile: (860) 527-4198

Attorneys For Defendant
HARTFORD LIFE & ACCIDENT
INSURANCE COMPANY

**GERSTEN & CLIFFORD**

By: *Eliot Gersten /by permission DEF/*
Eliot B. Gersten
214 Main Street
Hartford, CT 06106
Phone (860) 527-7044
Facsimile (860) 527-4968

Attorneys for Plaintiff
CANDI MCCULLOCH

5715446 v1

2

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **CANDI McCULLOCH**<br>Plaintiff, | §<br>§<br>§ | **CIVIL ACTION NO.:**<br>**301CV1115(AHN)** |
| vs. | §<br>§<br>§ | |
| **HARTFORD LIFE AND ACCIDENT**<br>**INSURANCE COMPANY AND**<br>**EDUCATORS MUTUAL LIFE**<br>**INSURANCE COMPANY**<br>Defendants. | §<br>§<br>§<br>§<br>§<br>§ | |

## ORDER ON JOINT MOTION FOR EXTENSION
## OF TIME TO FILE JOINT TRIAL MEMORANDUM

On this date, the Court considered Defendants' Joint Motion for Extension of Time to File Joint Trial Memorandum. After considering the motion, the Court finds the motion is well-taken and should be granted.

Accordingly, it is hereby ORDERED that the parties' Joint Motion for Extension of Time to File Joint Trial Memorandum is GRANTED. The deadline to submit the Joint Trial Memorandum in this case is hereby extended to May 26, 2005.

SIGNED on _____, 2005.

_____
HON. ALAN H. NEVAS