UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CANDI McCULLOCH | : CIVIL ACTION NO. |
| | : 301CV1115(AHN) |
| Plaintiff, | : |
| | : |
| vs. | : |
| | : |
| HARTFORD LIFE AND ACCIDENT | : |
| INSURANCE COMPANY AND EDUCATORS | : |
| MUTUAL LIFE INSURANCE COMPANY | : |
| Defendants. | : April 20, 2005 |

**PLAINTIFF'S MOTION IN SUPPORT OF
ALTERNATIVE MOTION FOR JUDGMENT**

Plaintiff submits this motion to enter Judgment pursuant to F.R.C.P. 54(b) allowing her to take an appeal in the event the Court denies her pending Motion For Reconsideration. Plaintiff submits the attached Memorandum Of Law in support of this Motion.

                                            PLAINTIFF,
                                            CANDI MCCULLOCH

                        By:    _____
                                            Eliot B. Gersten, Esq.
                                            Fed. Bar No. ct05213
                                            GERSTEN & CLIFFORD
                                            214 Main Street
                                            Hartford, CT 06106
                                            (860) 527-7044
                                            Her Attorney

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was faxed and mailed, via regular U.S. Mail, postage prepaid, on April 20, 2005 to all counsel and pro se parties of record, as follows:

Roberta J. Sharp, Esq.
Jessica Spangler Taylor, Esq.
Barry A. Chasnoff, Esq.
Akin Gump Strauss Hauer & Feld, LLP
300 Convent Street, Suite 1500
San Antonio, TX 78205
*Tel: 210-281-7146*
*Fax: 210-224-2035*

Donald E. Frechette, Esq
Joshua L. Milrad, Esq.
Charles F. Gfeller, Esq.
Edwards & Angell, LLP
90 State House Square
Hartford, CT 06103
*Tel: (860) 525-5065*
*Fax: (860) 527-4198*

_____
Eliot B. Gersten, Esq.

2