United States District Court **FILED**
District of Connecticut

| | |
|---|---|
| CANDI McCULLOCH | 2005 APR 22 A 8: 52 |
| Plaintiff | US DISTRICT COURT |
| v. | CIV No. 3:01CV1115 (AHN) |
| HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY AND EDUCATORS MUTUAL LIFE INSURANCE COMPANY, | April 21, 2005 |
| Defendants | |

### MOTION TO WITHDRAW APPEARANCE

Joshua L. Milrad hereby seeks to withdraw his appearance on behalf of the defendants, Hartford Life and Accident Insurance Company and Educators Mutual Life Insurance Company (the "Defendants"), in the above-entitled matter, because Joshua L. Milrad is not employed by the law firm of Edwards & Angell, LLP. Donald E. Frechette, William E. Murray, and Charles Francis Gfeller of Edwards & Angell, LLP continue to represent the Defendants in this matter. The undersigned represents that the defendants received notice of this Motion to Withdraw through William E. Murray of Edwards & Angell, LLP., who agreed to accept service on their behalf.

Dated at New York, New York, on this 21st day of April, 2005.

Respectfully submitted,

Joshua L. Milrad (ct 19321)
Mound Cotton Wollan & Greengrass
One Battery Park Plaza
New York, NY 10004
(212) 804-4200
jmilrad@moundcotton.com

## **CERTIFICATION**

This is to certify that a copy of the foregoing has been mailed certified return receipt requested, on the above date, to:

William E. Murray, Esq.
Edwards & Angell LLP
90 State House Square
Hartford, Connecticut 06103

_____
Joshua L. Milrad