UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CANDI McCULLOCH | : CIVIL ACTION NO. |
| | : 301CV1115(AHN) |
| Plaintiff, | : |
| vs. | : |
| HARTFORD LIFE AND ACCIDENT | : |
| INSURANCE COMPANY AND EDUCATORS | : |
| MUTUAL LIFE INSURANCE COMPANY | : |
| Defendants. | : APRIL 22, 2005 |

**PLAINTIFF'S MOTION TO FILE A JURY DEMAND**

Plaintiff in the above-captioned matter hereby moves, pursuant to Federal Rules of Civil Procedure 6(b) and 39(b), that the court grant her permission to file and serve a demand for a jury trial.

In support of this Motion to File a Jury Demand, plaintiff submits a Memorandum of Law and Affidavit, which are attached hereto.

PLAINTIFF,
CANDI McCULLOCH

By _____
Eliot B. Gersten, Esq.
Fed. Bar No. ct05213
GERSTEN & CLIFFORD
214 Main Street
Hartford, CT  06106
(860) 527-7044
Her Attorney

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was faxed and mailed, via regular U.S. Mail, postage prepaid, on April 22, 2005 to all counsel and pro se parties of record, as follows:

Roberta J. Sharp, Esq.
Jessica Spangler Taylor, Esq.
Barry A. Chasnoff, Esq.
Akin Gump Strauss Hauer & Feld, LLP
300 Convent Street, Suite 1500
San Antonio, TX 78205
*Tel: 210/281-7146*
*Fax: 210/224-2035*

Donald E. Frechette, Esq.
Joshua L. Milrad, Esq.
Charles F. Gfeller, Esq.
Edwards & Angell, LLP
90 State House Square
Hartford, CT 06103
*Tel: 860/525-5065*
*Fax: 860/527-4198*

_____
Eliot B. Gersten