UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CANDI McCULLOCH<br>Plaintiff, | : CIVIL ACTION NO.<br>: 301CV1115(AHN)<br>: |
| vs. | :<br>: |
| HARTFORD LIFE AND ACCIDENT<br>INSURANCE COMPANY AND EDUCATORS<br>MUTUAL LIFE INSURANCE COMPANY<br>Defendants. | :<br>:<br>:<br>: APRIL 22, 2005 |

## AFFIDAVIT

I, ELIOT B. GERSTEN, do hereby depose and say the following:

1. I am over the age of eighteen years and believe in the obligation of an oath.

2. I am the attorney of record for the plaintiff in the above-captioned action.

3. I have personal knowledge of the facts set forth herein.

4. Plaintiff filed the above-captioned action on June 18, 2001, and inadvertently neglected to file and serve her demand for a jury trial therewith.

5. On or about Monday, April 4, 2005, defendants' counsel, Roberta Sharp, called my office and stated that defendants had recently noticed that plaintiff had failed to file and serve a demand for jury trial, as defendants had assumed throughout the litigation that plaintiff had done. Ms. Sharp offered to file a joint stipulation for a jury trial pursuant to Federal Rule of Civil Procedure 39 and consistent with the parties' previous expectations. I informed Ms. Sharp that I would look into the matter.

6. On the next day, after confirming that plaintiff had omitted to file and serve a demand for a jury trial, I immediately returned Ms. Sharp's telephone call, and left a message for her stating that plaintiff would stipulate to a trial by jury.

7. One week later, on or about April 12, 2005, Ms. Sharp returned my telephone call and informed me that her clients had decided that they did not want to have a jury trial, and would not stipulate to a trial by jury pursuant to Rule 39.

Further the affiant sayeth not.

AFFIANT,

_____
Eliot B. Gersten

Subscribed and sworn to before me, this 22nd day of April, 2005.

Deborah G. Paquette
DEBORAH G. PAQUETTE
NOTARY PUBLIC
MY COMMISSION EXPIRES 11/30/08

-2-