UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CANDI McCULLOCH | § | CIVIL ACTION NO.: |
| Plaintiff, | § | 301CV1115(AHN) |
| | § | |
| vs. | § | |
| | § | |
| HARTFORD LIFE AND ACCIDENT | § | |
| INSURANCE COMPANY AND | § | |
| EDUCATORS MUTUAL LIFE | § | |
| INSURANCE COMPANY | § | |
| Defendants. | § | May 31, 2005 |

___

**DEFENDANTS' MOTION FOR LEAVE TO FILE SUR-REPLY BRIEF**
___

Defendants Hartford Life and Accident Insurance Company and Educators Mutual Life Insurance Company seek leave to file the attached Sur-Reply in Opposition to Plaintiff's Motion for Reconsideration in order to respond to new arguments raised by Plaintiff in her Reply Memorandum of Law in Support of Plaintiff's Motion for Reconsideration.  Additionally, Defendants seek leave to file a sur-reply because Plaintiff far exceeded the page limit allowed for reply briefs by Local Rule 7(d).  Counsel for Defendants has attempted to confer with Plaintiff's counsel regarding this motion, but have not received a response.

By:_____
    Barry A. Chasnoff (ct11162)
    Roberta J. Benson (ct24407)
    Jessica S. Taylor (ct24408)
    AKIN GUMP STRAUSS HAUER & FELD L.L.P.
    300 Convent Street, Suite 1500
    San Antonio, Texas 78205
    Telephone: (210) 281-7000
    Telecopier: (210) 224-2035

    AND

    Donald E. Frechette (ct 08930)
    Edwards & Angell, LLP
    90 State House Square
    Hartford, CT 06103
    Phone: (860) 525-5065
    Facsimile: (860) 527-4198

    ATTORNEYS FOR DEFENDANT
    EDUCATORS MUTUAL LIFE
    INSURANCE COMPANY

## **CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing document was sent certified mail, return receipt requested to the following attorney on the ____ day of May, 2005:

Eliot B. Gersten
Gersten & Clifford
214 Main Street
Hartford, CT 06106
Phone (860) 527-7044
Facsimile (860) 527-4968

    _____
    ROBERTA J. BENSON
    JESSICA S. TAYLOR

5740548 v1