UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CANDI McCULLOCH | : CIVIL ACTION NO. |
| | : 301CV1115(AHN) |
| Plaintiff, | : |
| | : |
| vs. | : |
| | : |
| HARTFORD LIFE AND ACCIDENT | : |
| INSURANCE COMPANY AND EDUCATORS | : |
| MUTUAL LIFE INSURANCE COMPANY | : |
| Defendants. | : November 4, 2005 |

## PLAINTIFF'S MOTION FOR DISQUALIFICATION AND TO VACATE RULINGS

Plaintiff respectfully requests, pursuant to 28 U.S.C. § 455(a) ("Section 455(a)"), that your Honor Judge Nevas ("the Court") disqualify yourself from all further proceedings in this case, and vacate your rulings on the Motion for Reconsideration of Ruling on Motions for Summary Judgment, Motion for Permission to File Jury Demand, and Motion for Entry of Judgment, all of which rulings entered under circumstances in which the Court's impartiality might reasonably be questioned. Plaintiff submits the attached memorandum, with supporting affidavit and exhibits in support of this motion.

PLAINTIFF,
CANDI McCULLOCH

By_____

Eliot B. Gersten, Esq.
Fed. Bar No. ct05213
GERSTEN & CLIFFORD
214 Main Street
Hartford, CT  06106
(860) 527-7044
Her Attorney

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CANDI McCULLOCH | : | CIVIL ACTION NO. |
| Plaintiff, | : | 301CV1115(AHN) |
| | : | |
| vs. | : | |
| | : | |
| HARTFORD LIFE AND ACCIDENT | : | |
| INSURANCE COMPANY and EDUCATORS | : | |
| MUTUAL LIFE INSURANCE COMPANY | : | |
| Defendants. | : | NOVEMBER 4, 2005 |

## CERTIFICATE OF SERVICE

I hereby certify that on November 4, 2005, a copy of the foregoing:

**PLAINTIFF'S MOTION FOR DISQUALIFICATION AND TO VACATE**

was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

Eliot B. Gersten, Esq.