UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CANDI McCULLOCH | : | CIVIL ACTION NO. |
| Plaintiff, | : | 301CV1115(AHN) |
| | : | |
| vs. | : | |
| | : | |
| HARTFORD LIFE AND ACCIDENT | : | |
| INSURANCE COMPANY, and EDUCATORS | : | |
| MUTUAL LIFE INSURANCE COMPANY | : | |
| Defendants. | : | November 1, 2005 |

### AFFIDAVIT OF ELIOT B. GERSTEN

1. I am over the age of eighteen years and believe in the obligation of an oath.

2. I am the attorney of record for the plaintiff in the above-captioned action.

3. I have personal knowledge of the facts set forth herein.

4. On or about September 13, 2005, I called the court to inquire whether as to when the court expected to issue a ruling on plaintiff's pending Motion and Requests. When I asked to speak with the Court's law clerk, Arthur Palmieri, in order to make the inquiry, Kevin Logan informed counsel that Mr. Palmieri was no longer at the court, and that he was Judge Nevas' new law clerk. He informed me, however, that Mr. Palmieri had taken the McCulloch file with him from the court in order to work on the pending Motion and Requests. In early October, 2005, I discovered that, after Mr. Palmieri left the court with plaintiff's file, he had commenced employment with the law firm Sedgwick, Detert, Moran & Arnold LLP ("SDMA"). Attached hereto as Exhibit A is a true and correct copy of the sections of the SDMA website that relate to SDMA's representation of insurance companies.

Further the affiant sayeth not.

AFFIANT

_____
Eliot B. Gersten

Subscribed and sworn to before me, this 1st day of November, 2005.

_____
John P. Clifford, Jr., Esq.
Commissioner of the Superior Court

## Insurance Industry Team

The most complex and high-stakes legal challenges facing the insurance industry demand the highest level of expertise, delivered by a coordinated team across all areas of insurance law. Sedgwick's insurance practice is organized into practice groups involving over 100 of the firm's attorneys from Sedgwick's offices in the United States and Europe. Together, the firm's insurance-related practice groups comprise one of the largest international insurance industry teams of trial attorneys and policy advisors dedicated to the institutional concerns and success of insurance carriers. Our clients cover nearly every segment of the insurance industry, from top-ranking multinational insurers to specialty-line carriers. The Team's geographic scope and international expertise are reflected by the diversity of its clients, which extend beyond the U.S. and London markets to include Bermuda, Japan, and other global insurers.

**Sedgwick's Insurance Practice Groups**

- Casualty Coverage
- Directors & Officers
- Extracontractual/Commercial Insurance Litigation
- Fidelity
- International Counseling & Arbitration
- Life, Health & Disability
- Managed Care
- Policy Drafting/Advice
- Professional Liability Coverage
- Professional Liability Defense
- Property Coverage
- Reinsurance
- Surety

© 2005, Sedgwick, Detert, Moran & Arnold LLP, All Rights Reserved.
Produced by ApolloMedia Corporation.

日本語

Home | Screen Version | S
Not

## Life, Health & Disability

Sedgwick is a recognized leader in representing insurers in life, health and disability law, with significant experience in both ERISA and non-ERISA counseling and defense. Sedgwick's attorneys have a wealth of knowledge and expertise in representing life, health, and disability insurers throughout the country.

The lawyers who work in the firm's Life, Health & Disability Insurance Group regularly provide counseling and handle litigated disputes involving all aspects of life, health, and disability insurance. Attorneys in the Life, Health & Disability Insurance Group work closely with the firm's **Healthcare** and **Employment & Labor** practice groups, as well as with Sedgwick's **Insurance Industry Team**, and leverage the expertise cultivated in those and other practice groups to the benefit of our clients. Sedgwick is proud that the collective expertise of its attorneys in life, health and disability matters allows Sedgwick to provide successful and comprehensive representation to its clients.

## Areas of Expertise

**ERISA (Employee Retirement Income Security Act) Representation**
The attorneys in the firm's Life, Health & Disability Insurance Group represent insurers in the defense of claims made under ERISA-qualified plans, particularly in the areas of long-term disability insurance, vigorously defending our clients' interests in federal courts throughout the United States. Sedgwick attorneys provide thorough and comprehensive analysis of the sufficiency of plan decisions to deny benefits, and very often are able to resolve such disputes on summary judgment. Sedgwick's attorneys recommend alternative dispute resolution where beneficial. In addition to handling litigation, Sedgwick attorneys also provide counseling to their clients regarding ever-evolving ERISA law. Our services include the construction of plan documents and insurance policies as well as claims handling.

**Non-ERISA Representation**
In addition to its extensive ERISA practice, Sedgwick attorneys provide counseling and aggressive defense to their clients on non-ERISA insurance matters, including life insurance, health insurance, and disability insurance issues. Our attorneys litigate claims alleging policy breach and breaches of the covenant of good faith and fair dealing, as well as disputes between insurers. Sedgwick attorneys provide their clients with effective and efficient resolutions of such disputes, as well as counseling clients as to how best to position themselves to avoid such problems in the future.

## Publications

Attorneys in Sedgwick's Life, Health & Disability Insurance Group regularly publish articles regarding topics important to life, health and disability insurers. The group's comprehensive "Compendium of ERISA Law" is published by the firm on a semi-annual basis. Our attorneys also contribute to the firm's monthly publications, the *Insurance Law Update* and *Employment Law Briefings*, to keep clients abreast of the latest court rulings on insurance and employee benefit issues around the country.

## Representative Cases

Sedgwick attorneys represent clients nationally and abroad from the firm's offices in the United States and Europe. These are a few examples of the types of cases that have been handled by members of Sedgwick's Life, Health & Disability Insurance Group:

***Billinger v. Bell Atlantic***, U.S. Court of Appeals, Second Circuit (2005) [Case number: 03-7387 (Jan. 21, 2005); not published in the Federal Reporter]
Plaintiff appealed from the U.S. District Court's grant of defendant's motion for summary judgment in an action for disability benefits (see *Billinger v. Bell Atlantic*, 240 F.Supp.2d 274 (S.D.N.Y. 2003)). On appeal, plaintiff argued that she had insufficient notice of the summary judgment motion, and she reiterated, among other claims, that defendants' denial of disability benefits was arbitrary and capricious. The U.S. Court of Appeals for the Second Circuit affirmed the lower court's summary judgment ruling. In doing so, the Second Circuit found that the record showed no evidence that the plaintiff lacked notice of the summary judgment motion and that her other claims were without merit.

In the original action (*Billinger v. Bell Atlantic*, 240 F.Supp.2d 274 (S.D.N.Y. 2003)), plaintiff claimed that Sedgwick client Aetna Life Insurance Co., claim administrator for a Long-Term Disability Plan, and the plan itself improperly terminated her long-term disability benefits. Sedgwick attorneys successfully moved for summary judgment dismissing the plaintiff's case on the grounds that the decision to terminate the plaintiff's disability benefits was not arbitrary or capricious and was supported by substantial evidence.

***Eugene McCoy v. Unicare Life and Health Ins. Co., et al.***, U.S. District Court, Northern District of Illinois (2004) [2004 WL 2358277 (N.D.Ill. 2004)]
Representing a managed care benefits administrator in a purported medical malpractice suit, Sedgwick attorneys secured the case's dismissal after successfully removing it to federal court from the Circuit Court of Cook County, IL. The district court denied plaintiff's motion to remand to state court and ruled that plaintiff's complaint was "completely preempted" by the Federal Employee Health Benefits Act of 1998 (FEHBA). The court also cited favorably to the U.S. Supreme Court's decision in *Aetna Health, Inc. v. Davila*, 124 S.Ct. 2488, 159 L.Ed.2d 312 (2004). This is the first post-*Davila* decision to apply FEHBA preemption, and it is one of the few reported cases finding complete preemption of a complaint pled as a medical malpractice or mixed treatment/eligibility action.

***Cicio v. Vytra Healthcare, et al.***, U.S. Court of Appeals, Second Circuit (2004) [385 F.3d 156 (2d Cir. 2004)]
Plaintiff sued Vytra for medical malpractice, wrongful death and 15 other causes of action in New York state court. Sedgwick removed the case to federal court based on federal question jurisdiction. Sedgwick convinced the U.S. Court of Appeals, on remand from the U.S. Supreme Court, to affirm the U.S. District Court's (E.D.N.Y.) judgment dismissing plaintiff Cicio's state law-based medical malpractice action against her deceased husband's HMO on the grounds that her claims were completely preempted by ERISA. The Second Circuit had previously reversed the district court's judgment dismissing plaintiff's medical malpractice claims, but that decision was then reversed by the Supreme Court and remanded for further consideration in light of its decision in *Aetna Health Inc. v. Davila*. On remand, the circuit court concluded that *Davila* "fatally undermined" its prior ruling, and it therefore affirmed the original judgment dismissing plaintiff's complaint.

***Bergquist v. Aetna U.S. Healthcare***, U.S. District Court, Southern District of New York (2003) [__ F.Supp.2d __, 2003 WL 22515793 (S.D.N.Y. 2003)]
Plaintiff commenced this ERISA action seeking an order directing Sedgwick client, Aetna U.S. Healthcare, to reinstate her long term disability benefits and for payment of past due benefits, plus interest and attorney's fees. Plaintiff also sought an award of statutory penalties for the defendant's alleged failure to provide plan documents in violation of ERISA. Our attorneys successfully moved for summary judgment on the grounds that the defendant's termination of benefits was proper. The court also granted our motion seeking leave to amend our client's answer to plead a counterclaim for equitable restitution arising from plaintiff's unjust enrichment, due to the plaintiff's failure to advise our client that she received SSI disability payments

while also receiving long term disability benefits. Under the terms of the applicable plan, the defendant was entitled to offset those SSI disability benefit payments against the plan benefits.

***Todd v. Aetna Health Plans and Citibank, N.A.,*** Second U.S. Circuit Court of Appeal (2002) [62 F. Supp.2d 909 (E.D.N.Y. 1999); affirmed, 31 Fed.Appx. 13 (2002 2d Cir.(NY)]
Sedgwick successfully convinced the Second Circuit to side with Sedgwick clients, Aetna Life Insurance Co. (sued as Aetna Health Plans) and Citibank, N.A., in denying claims for long-term disability benefits. The plaintiff sought review of Aetna's denial of her claim for long-term disability benefits under the employee disability benefits plan issued by her employer. The Second Circuit found that Aetna's denial of benefits was within its discretionary authority as the plan administrator, pursuant to ERISA, to determine eligibility for benefits.

***Restauro v. Hartford Life and Accident Insurance Company,*** U.S. District Court, Eastern District of California (2002)
An ERISA claimant sued an insurer asserting wrongful termination of her long-term disability insurance benefits and breach of the covenant of good faith and fair dealing, among other causes of action. Our attorney removed the action to U.S. District Court on the grounds of ERISA jurisdiction, ultimately obtained summary judgment for the insurer on all causes of action, and later obtained an award of attorneys' fees against the plaintiff for a portion of the costs of defense incurred by the insurer.

***Schar v. Hartford Life Insurance Company,*** U.S. District Court, Northern District of California (2002)
In this non-ERISA matter, the firm's client was sued for breach of insurance contract and bad faith after declining a claim for accidental death benefits. The firm obtained summary judgment for the client on all issues, persuading the court that the death was not accidental as required under the policy.

***Stanley v. Hartford Life and Accident Insurance Co.,*** U.S. District Court, Northern District of California (2002)
An ERISA claimant sued an insurer for denial of long-term disability benefits, asserting various state law causes of action. Our attorney removed the action to the U.S. District Court, Northern District of California, on the grounds of ERISA jurisdiction, defeated plaintiff's claims that the Department of Labor safe harbor exemption from ERISA applied, and ultimately settled the matter for a fraction of the claim while the insurer's motion for summary judgment was pending.

## Contact Us

For more information about Sedgwick's life, health and disability insurance practice, send an e-mail to InsuranceTeam@sdma.com or contact a member of the firm's Life, Health & Disability Practice Group:

**Chicago**
Erica Lewis Battaglia          David M. Goldhaber
Melanie M. Brown               Fred A. Smith, III

**Dallas**
Lisa Henderson                 Wayne B. Mason           Elizabeth Weathers
Katherine Rabe Kull            W. Neil Rambin

**London**
Adam C. Barker                 Jolyon K. A. Grey        Eleanor L. Heine

### Los Angeles

| | | |
|---|---|---|
| Robert C. Bohner | David M. Humiston | Jacqueline M. Jauregui |
| Douglas J. Collodel | Christina J. Imre | Hall R. Marston |
| Alexander S. Gareeb | | |

### New York

| | | |
|---|---|---|
| Michael H. Bernstein | Eva Canaan | Colleen A. DeNoto |
| Lisa, Caccavo | | |

### Orange County

| | |
|---|---|
| Joseph C. Gebara | Deborah L. O'Connor |

### San Francisco

| | | |
|---|---|---|
| Bruce D. Celebrezze | Julia A. Molander | Dennis G. Rolstad |
| Rebecca A. Hull | | |

### Zurich

| | | |
|---|---|---|
| Dr. Josette Dennler | Andre Graf | Erik J. Stenberg |

back to top

© 2005, Sedgwick, Detert, Moran & Arnold LLP, All Rights Reserved.
Produced by ApolloMedia Corporation.

日本語

Home | Screen Version | S
No

## Healthcare

Sedgwick's Healthcare Practice Group focuses on the representation of healthcare organizations and practitioners. Many of Sedgwick's attorneys and legal assistants have a special interest in the medical field and educational backgrounds in nursing and pharmacology. Through the use of both their legal and medical skills, our attorneys are able to efficiently and economically resolve our clients' healthcare disputes and transaction and compliance issues with a sophisticated level of understanding and insight.

Our clients include health plans, preferred and exclusive provider organizations, insurance companies, medical groups, independent practice associations, hospitals, third-party administrators, Management Service Organizations, self-funded ERISA plans, individual physicians, dentists, pharmacists, mental health organizations and practitioners, dental plans, and other healthcare businesses.

### Areas of Expertise

**Managed Care Litigation**
We represent our healthcare clients in all litigation matters and advise them in their various activities including labor and employment compliance, with standard federal regulations, and business transactions.

The U.S. healthcare industry has undergone an unprecedented transformation with the advent of managed care programs. While health maintenance organizations have largely succeeded in controlling spiraling healthcare costs, public perception is decidedly anti-managed care. This backlash is evident in the media as well as from the explosion of litigation against managed care organizations and the proliferation of anti-managed care legislation. Sweeping reforms recently proposed by both the U.S. Congress and individual state legislatures could expose healthcare providers including health plans and managed care organizations to potential liability in areas where they previously have enjoyed immunity.

Within this challenging environment, Sedgwick is uniquely qualified to represent managed care entities. Drawing on the experience of attorneys from several of our key practice areas, we have created an expert managed care defense team. Our attorneys have a solid understanding of managed care programs and are well-versed in the legal liability issues associated with these programs. Sedgwick has long held a reputation as one of the top trial law firms in the nation. We have successfully defended liability issues involving utilization review, benefits and claims determinations, ERISA, credentialing, peer review, privacy claims, breach of contract and alleged unlawful or fraudulent business practices in managed care cases.

Our lawyers have acted as regional counsel for some of the major managed care providers in the United States and have defended multiple national class actions.

**Employee Benefits Disputes**
Our attorneys represent employee benefit plans, plan fiduciaries and third party administrators and provide counseling, trial expertise and representation in administrative hearings. We are particularly experienced in representing healthcare organizations and their insurers in defending claims made against them by benefit recipients. We have defended hundreds of benefit disputes as well as issues relating to ERISA, HIPAA and other federal legislation. Our lawyers routinely deal with Attorneys General offices, as well as Departments of Insurance.

Sedgwick applies its expertise as a trial firm to representation of individuals and

employee benefit plans in ERISA fiduciary litigation. In addition, we represent employee benefit plans that are not governed by ERISA in state and federal courts. Our ability to explain complex concepts in understandable terms and our extensive experience in handling employee benefit cases enable us to obtain successful summary resolution of the vast majority of actions we defend. When summary resolution is not available, our trial expertise enables us to efficiently and effectively present both the technical and non-technical portions of claims.

**HIPAA Compliance**
The Health Insurance Portability and Accountability Act of 1996 ("HIPAA") initially impacted the healthcare industry by mandating the "portability" of health insurance for employees changing jobs, prohibiting discrimination based on health and easing pre-existing condition restrictions imposed by health plans. However, HIPAA also required that certain "administrative simplification" rules, if not passed by Congress on or before August 21, 1999, be promulgated by the Department of Health and Human Services ("HHS"). These rules were intended to: (1) standardize data formats and use identifiers in order to improve the interchange of health information; (2) safeguard the privacy of health information; (3) enhance security for the systems used to maintain or store patients' health information; and (4) allow electronic signatures to be used in the healthcare industry. Because Congress failed to enact any such regulations by the August 21, 1999, cutoff date, HHS issued a comprehensive set of regulations addressing the confidentiality of privacy information (the "Privacy Rule" or the "Rule"), which was published in final form in the Federal Register on August 14, 2002.

The Privacy Rule governs the use and disclosure of "protected health information" ("PHI") in any form, including electronic, written and oral, created by (1) health plans; (2) health plan clearinghouses; or (3) healthcare providers which transmit health information in electronic form (collectively, "Covered Entities"). Subject to certain exceptions, use or disclosure of such PHI by Covered Entities for purposes other than healthcare treatment, payment or operations, is prohibited, absent the consent or authorization of the individual to whom the information pertains.

We partner with our clients to provide cost-effective HIPAA compliance. Sedgwick provides comprehensive risk assessment and gap analysis, HIPAA training as required by the Privacy Rule and work plans tailored to the needs of hospitals, physicians, health plans and ERISA benefits plans.

Sedgwick's team of experienced attorneys review and revise policies and procedures, as necessary, to meet the requirements of the HIPAA regulations. In addition, Sedgwick provides training and instruction materials to executive and administrative staffs leading to certification in the required Compliance Plan that training has been accomplished. Business Associate Agreements, Notices of Privacy Procedures and other necessary forms are provided by Sedgwick's HIPAA experts. We also coordinate overall compliance activities with security and IT consultants.

**Fraud and Abuse**
As healthcare issues become more volatile, the firm provides clients with the tools needed to manage the increased risk of fraud and abuse investigations. Our attorneys conduct preventive audits of existing compliance programs and plans for internal investigations. Often future problems can be prevented at this level, at a considerable savings in both time and cost. Additionally, we constantly monitor changes in legislation and in court decisions to alert clients to new developments.

Fraud and abuse investigations in the healthcare arena often involve both civil and criminal statutes. The firm's experience in medical matters is key to evaluating and responding to government scrutiny. In addition, Sedgwick's team of nationally prominent civil litigators is joined by former criminal prosecutors. Together they

deliver superior legal counsel in preparing appropriate responses to federal and state inquiries.

### Healthcare Coverage/Insurance

Sedgwick attorneys are experienced in healthcare coverage issues, as well as in the substantive legal issues arising in the underlying claims filed against healthcare providers. The firm's extensive insurance background uniquely positions us to investigate, analyze, strategize and litigate healthcare disputes.

For more than twenty years, we have represented the interests of excess insurers within the context of a healthcare liability claims program. Through our management of more than 25,000 claims across the United States, we can efficiently and effectively identify the most advantageous strategy for guiding claims to resolution. Moreover, we have established relationships with medical experts throughout the country to better coordinate the defense of the claims we handle.

Our attorneys collaborate with many clients to draft insurance claims guidelines and policy language to underwrite the new world of managed care, which provides a major advantage when disputes arise. Our healthcare attorneys frequently are selected to serve as monitoring counsel for insurers and insureds on matters involving medical malpractice, benefits disputes, directors and officers liability and professional liability.

### Medical Malpractice

For over two decades, Sedgwick has defended hospitals and a variety of healthcare practitioners, including physicians, dentists, nurses, physical therapists and chiropractors. Over the years, we have defended cases involving all aspects of medical care and treatment. The cases we have tried to verdict have involved serious injuries and sophisticated medical issues such as birth injuries, quadriplegia, surgical mishaps, bowel necrosis and wrongful death for a wide variety of reasons.

### Technical Support

An extensive medical library supports the attorneys at Sedgwick. For rapid and efficient research, our attorneys have desktop access to Medline and the National Library of Medicine. Additionally, the firm periodically retains physicians, medical consultants and other healthcare practitioners to interpret and clarify issues from a medical point of view. Through these professional relationships, our attorneys become familiar with state-of-the-art medical techniques used for diagnosis and treatment. The experience our attorneys have in preparing and trying healthcare cases, coupled with their medical backgrounds and ready access to medical information, allows for expeditious handling of complex cases.

### Collateral Services Provided by Sedgwick

The healthcare industry is continually facing new challenges. Matters that concern the healthcare industry are becoming more intricate due to changes in legislation, medical advances and the need to control the cost of healthcare services. Our attorneys strive to keep our clients informed about new healthcare issues and periodically prepare newsletters and case law updates for our clients. Sedgwick attorneys publish frequent articles in leading healthcare and legal publications on emerging healthcare issues.

Our firm provides in-service seminars to client hospitals on subjects such as risk management aspects of charting; HIPAA; "bloodless" surgery; confidentiality of psychiatric clinical records; involuntary outpatient commitment; advance directives; the National Practitioner Data Bank; confidentiality, security and discovery issues concerning electronic communications between physicians and between physicians and patients; and informed consent. Members of the firm also attend and present at

hospital QA meetings.

In addition, Sedgwick authors a *Healthcare Liability Desk Book*. The desk book, which is updated regularly, provides an in-depth review of numerous issues affecting the healthcare industry.

Sedgwick also published the *Handbook for Management and Resolution of Hospital Malpractice Claims*. The handbook was created to assist risk management personnel in resolving claims brought against their institutions.

**Contact Us**

For more information about Sedgwick's Healthcare Practice, please contact David M. Humiston, Chair of the Healthcare Practice Group, at david.humiston@sdma.com or 213.426.6900, or contact any of the following Healthcare Practice Group members:

**Chicago**

| | | |
|---|---|---|
| Erica Lewis Battaglia | Carol J. Gerner | Ian N. Rothenberg |
| Jennifer Quinn Broda | David M. Goldhaber | Eric C. Scheiner |
| Melanie M. Brown | Renee S. Levitt | Evan T. Smith |
| Jenna L. Buda | James Pinkstaff | Fred A. Smith, III |
| Nicholas D. Butovich | Peter J. Preston | David K. Subramanian |
| Elizabeth Cotter | Samuel B. Rainey | M. Miles Sukovic |
| Gary L. Gassman | | |

**Dallas**

| | | |
|---|---|---|
| Michael C. Diksa | Wayne B. Mason | Elizabeth Weathers |
| Travis S. Gamble | Alan R. Vickery | Erin L. Williams |
| Katherine Rabe Kull | | |

**London**

| | | |
|---|---|---|
| Adam C. Barker | Jolyon K. A. Grey | Eleanor L. Heine |

**Los Angeles/Orange County**

| | | |
|---|---|---|
| Erica S. Arouesty | Christina J. Imre | David K. Nelson |
| Robert C. Bohner | Jacqueline M. Jauregui | Deborah L. O'Connor |
| Douglas J. Collodel | Hall R. Marston | Cindy A. Shapiro |
| Alexander S. Gareeb | Lynne C. McGinnis, RN, PHN, CLNC | |
| David M. Humiston | | |

**Newark**

| | |
|---|---|
| John C. McGuire | Diane M. Pompei |

**New York**

| | | |
|---|---|---|
| Jennifer Aurora | Barry L. Gerstman | Gary J. Levy |
| Michael H. Bernstein | Andrew D. Heath | Matthew J. McCauley |
| Eva Canaan | Jayne Jahre | Kenneth N. Rashbaum |
| Howard R. Cohen | Soo Y. Kim | Caryn M. Silverman |
| Colleen A. DeNoto | Brett R. Leitner | Jason D. Turken |

**San Francisco**

| | | |
|---|---|---|
| Joanne Carlson | Constance A. Leahy | Christopher A. Nedeau |
| Bruce D. Celebrezze | Berridge R. Marsh | Dennis G. Rolstad |
| Genese Kay Dopson | Sherri K. McElroy | Michael C. Scanlon, Jr. |
| Rebecca A. Hull | Michelle McIsaac | Michael N. Westheimer |
| Kathleen M. Hurly | | |

**Zurich**

Dr. Josette Dennler    Andre Graf    Erik Stenberg

**back to top**

© 2005, Sedgwick, Detert, Moran & Arnold LLP, All Rights Reserved.
Produced by ApolloMedia Corporation.

日本語

Home | Screen Version | S
No!

## Reinsurance

Sedgwick's Reinsurance Group is made up of lawyers in the United States and Europe who are well qualified to provide legal assistance to cedants, reinsurers and intermediaries in reinsurance matters of all kinds, both national and international. The Reinsurance Group is part of Sedgwick's firmwide **Insurance Industry Team**, a multidisciplinary collective of practice groups serving all facets of the insurance industry. Our team's clients cover the spectrum of the insurance industry and include some of the largest reinsurers in the business.

The firm's reinsurance practice encompasses the world's major reinsurance markets. In London, Sedgwick lawyers have expertise in all aspects of London Market reinsurance practice and procedure, and have arbitrated cases in London and Bermuda. They have had practical experience in market-wide problems ranging from asbestos and environmental claims to film finance and workers' compensation carveout disputes.

On the Continent, lawyers with the firm's Paris and Zurich offices have gained considerable experience with reinsurance dispute resolution and arbitrations in jurisdictions as diverse as France and Bermuda, having served as counsel or as arbitrators in various cases, as well as on the creditors' committee of insolvent reinsurers. The reinsurance lawyers in the Paris and Zurich offices had formative training as in-house counsel with European reinsurers, and are conversant with the practice and legal framework of reinsurance on the Continent.

Likewise, Sedgwick has broad experience in the United States, representing and advising domestic cedents and reinsurers, as well as foreign reinsurers whose U.S.-based business has led to disputes requiring resolution in court or arbitration. Sedgwick's U.S. reinsurance lawyers have conducted numerous reinsurance arbitrations and been involved in related litigation in the United States, Bermuda and Europe. The firm's **International Counseling & Arbitration Group** includes many of the reinsurance lawyers who have achieved success for our reinsurance clients in a wide variety of international arbitral venues.

Sedgwick lawyers in the United States and Europe have been closely involved with reinsurers in the establishment of reserves for loss portfolios and individual large losses, in conducting in-depth claims reviews and file inspections in various lines of business, and in drafting provisions for facultative and treaty wordings. They have also guided the firm's reinsurance clients towards achieving many successful commutations.

### Areas of Expertise

**Successful Reinsurance Dispute Resolution**
In the area of dispute resolution, Sedgwick's reputation and performance are second to none. Members of Sedgwick's Reinsurance Group have represented both ceding companies and assuming reinsurers in numerous disputes in the United States, Bermuda, London and Continental Europe involving issues such as:

- Horizontal versus vertical allocation disputes
- Aggregation and number of retention questions
- Follow the fortunes and follow the settlements issues
- Disputes over extra-contractual obligations (XPL and ECO)
- Fraud, non-disclosure and misrepresentation including rescission (avoidance)
- Disputes over underwriting agency and pooling agreements

- Run-off and insolvencies in various jurisdictions worldwide
- Collection of reinsurance (or retrocession) recoverables
- Breach of notice provisions and the duty of utmost good faith

Many of these cases have involved arbitration under ad hoc rules, national arbitration statutes, or trade association rules. Nevertheless, the members of the Reinsurance Group pride themselves on their success in discreetly and expediently handling and resolving disputes through negotiation as well as alternative dispute resolution techniques, such as mediation.

**Skilled Reinsurance Advisors**

As reinsurance advisors, Sedgwick lawyers offer the following services to the firm's reinsurance clients:

- Underwriting reviews of prospective ceding companies
- Reserve analyses of loss portfolios
- Development of new products and programs
- Monitoring complex (e.g. multi-party, multi-jurisdictional) claims
- Claims reviews on both an ongoing or individual basis
- Drafting and interpretation of facultative and obligatory reinsurance contracts or specific clauses
- Negotiating, structuring and documenting commutations

## Publications

The reinsurance practice group's lawyers have authored numerous articles and made presentations on reinsurance issues to insurance trade associations, reinsurer-sponsored events, and various internal company training seminars in the United States, Bermuda, London and Continental Europe. Many of the group's lawyers are members of ARIAS-UK or similar reinsurance-related organizations. Our attorneys also contribute to the firm's monthly publication, the *Insurance Law Update*, to keep our clients abreast of the latest court U.S. court rulings on insurance law issues.

## Representative Matters

Sedgwick lawyers represent reinsurance clients in numerous jurisdictions from the firm's offices in the United States and Europe. These are a few examples of the types of matters that have been handled by members of Sedgwick's Reinsurance Group:

- Our attorneys represented the successful reinsurer in an appeal to the Privy Council (the highest court in the British Commonwealth) concerning the scope of confidentiality of an arbitration award. (***Associated Electric and Gas Services Ltd v. European Reinsurance Co. of Zurich*** [2003] 1 W.L.R. 1041.)
- Sedgwick represents a reinsurance managing agent in connection with disputes over inwards and outwards reinsurance, including issues of non-disclosure as to type, quality, and amount of ceded workers compensation and personal accident business.
- Sedgwick represents the successful reinsurer in series of disputes with an offshore mutual captive insurer, including issues concerning the allocation of environmental losses across multiple policy years, follow the fortunes/settlement, and negligent underwriting of underlying business.
- Our attorneys obtained a $31 million recovery in arbitration on behalf of one of the United States' largest healthcare providers as a cedent in a dispute with its domestic reinsurer.
- Representing London reinsurers, Sedgwick mounted a successful defense to a reinsurance claim by a leading U.S. medical school's captive insurer, which paid a large settlement in connection with injuries caused by an unlicensed,

- undocumented heart surgeon.
- Sedgwick represented numerous reinsurers in complex commutation negotiations involving multiple policy years covering a substantial U.S. book of D&O and E&O business.

**Contact Us**

For more information about Sedgwick's reinsurance practice, send an e-mail to InsuranceTeam@sdma.com or contact one of the members of the firm's Reinsurance Practice Group indicated below:

**United Kingdom**
Adam C. Barker
Mark G. Chudleigh

**Continental Europe**
Erik J. Stenberg

**United States**
W. Neil Rambin
Fred A. Smith, III
James D. Wangelin

back to top

© 2005, Sedgwick, Detert, Moran & Arnold LLP, All Rights Reserved.
Produced by ApolloMedia Corporation.



Home | Screen Version | S
Noi

## New York Healthcare Attorneys Obtain Second Circuit Affirmance in Disability Benefits Case

January 2005

Michael H. Bernstein and Colleen A. Denoto secured the affirmance of an order dismissing claims brought by a former Bell Atlantic employee against Sedgwick's client, Aetna Life Insurance Co., and Bell Atlantic (now Verizon) for long-term disability benefits. The Second Circuit Court of Appeals upheld the federal district court's grant of summary judgment in favor of Bell Atlantic and Aetna, finding plaintiff's claims meritless and, in particular, that defendant's termination of benefits was not arbitrary and capricious. Bernstein and Tan obtained the favorable grant of summary judgment from the U.S. District Court, Eastern District of New York, and successfully defended the appeal. The case is *Billinger v. Bell Atlantic, et al.*, No. 03-7387 (2d Cir. Jan. 21, 2005). The district court case is *Billinger v. Bell Atlantic, et al.*, 240 F.Supp.2d 274 (S.D.N.Y. 2003).

Michael H. Bernstein is a partner who practices in the areas of ERISA, medical malpractice liability and related insurance coverage issues. Colleen A. Denoto is an associate who focuses her practice on product and pharmaceutical liability, ERISA litigation and medical malpractice. Both attorneys are members of Sedgwick's Healthcare Practice Group.

© 2005, Sedgwick, Detert, Moran & Arnold LLP, All Rights Reserved.
Produced by ApolloMedia Corporation.



Home | Screen Version | S
No