UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CANDI McCULLOCH | : CIVIL ACTION NO. |
|  | : 301CV1115(AHN) |
| Plaintiff, | : |
|  | : |
| vs. | : |
|  | : |
| HARTFORD LIFE AND ACCIDENT | : |
| INSURANCE COMPANY AND EDUCATORS | : |
| MUTUAL LIFE INSURANCE COMPANY | : |
| Defendants. | : JANUARY 20, 2006 |

## APPEARANCE

The following counsel hereby gives notice of his appearance on behalf of the plaintiff, Candi McCulloch.

                                  PLAINTIFF,
                                  CANDI McCULLOCH

By: _____
                                  John J. Robacynski, Esq.
                                  Gersten Clifford & Rome, LLP
                                  214 Main Street
                                  Hartford, CT 06106
                                  Fed. Bar No.: ct15636
                                  Telephone: (860) 527-7044
                                  Facsimile: (860) 527-4968
                                  Her Attorneys

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CANDI McCULLOCH | : CIVIL ACTION NO. |
| | : 301CV1115(AHN) |
| Plaintiff, | : |
| | : |
| vs. | : |
| | : |
| HARTFORD LIFE AND ACCIDENT | : |
| INSURANCE COMPANY AND EDUCATORS | : |
| MUTUAL LIFE INSURANCE COMPANY | : |
| Defendants. | : JANUARY 20, 2006 |

## CERTIFICATE OF SERVICE

I hereby certify that on January 20, 2006, a copy of the foregoing:

**Appearance on behalf of Plaintiff, Candi McCulloch**

was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

_____
John J. Robacynski, Esq.

2