UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CANDI MCCULLOCH<br>    Plaintiff<br><br>vs.<br><br>HARTFORD LIFE AND ACCIDENT<br>INSURANCE COMPANY and EDUCATORS<br>MUTUAL LIFE INSURANCE COMPANY,<br>    Defendants | CIVIL ACTION NO.:<br>301CV1115(AHN) |

## DEFENDANTS' LIST OF WITNESSES
## AND DEPOSITION DESIGNATIONS

### I. WITNESS LIST

Defendants list the following individuals consistent with the pre trial order to disclose witnesses who may be called upon by Defendant to testify:

Dr. Arthur Taub

Dr. David Ketroser

Paul Meyer (by deposition)

Corine Porfiri (by deposition)

Dr. Asha Garg (by deposition)

John McGoldrick

### II. CONTINGENT WITNESS LIST

Subject to Defendants' Motion to Exclude and other objections to be filed, Defendants reserve the right to call the following witnesses by deposition or otherwise, should the Court find testimony offered by Plaintiff relevant:

Sue Wilk

Kim Gabrielson

Deborah Laughran

III.   **DESIGNATION OF DEPOSITION TESTIMONY:**

Defendant designates the following deposition testimony for use at trial:

**PAUL MEYER**

| | | | |
|---|---|---|---|
| 6:18-8:22 | 33:12-34:13 | 55:22-57:1 | 81:7-13 |
| 9:19-10:19 | 34:22-35:8 | 58:6-8 | 81:15-19 |
| 11:2-7 | 35:10 | 58:10-12 | 81:23-82:6 |
| 12:3-7 | 35:17-36:11 | 58:20-59:12 | 82:14-22 |
| 12:12-13:7 | 36:13-37:24 | 60:22-61:17 | 82:24-83:24 |
| 13:10-11 | 38:25-39:5 | 61:19-62:3 | 84:1-8 |
| 13:13-14 | 40:12-13 | 62:5-12 | 84:22-85:5 |
| 13:20-14:7 | 40:15-22 | 62:18-20 | 85:7-15 |
| 14:11 | 40:24-41:15 | 62:22-63:4 | 85:17-24 |
| 14:13-15:6 | 41:21-42:12 | 63:6-21 | 86:1-7 |
| 15:8-20 | 44:24-46:1 | 63:23-64:12 | 86:9-16 |
| 15:22-16:5 | 46:3 | 64:14-65:2 | 86:18-24 |
| 20:11-17 | 46:22-24 | 65:4-11 | 87:1-7 |
| 20:19-21 | 47:5-13 | 65:13-25 | 87:9-18 |
| 20:23-21:1 | 47:19-20 | 66:2-11 | 87:22-88:8 |
| 21:11-13 | 48:7-10 | 66:17-21 | 89:12-17 |
| 21:15-18 | 48:12-23 | 67:12-13 | 90:5-7 |
| 21:20-24 | 48:25-49:7 | 67:15-17 | 90:14-15 |
| 22:3-17 | 49:15-17 | 67:19-25 | 90:17-91:15 |
| 22:19-24:25 | 49:20-23 | 68:2-11 | 91:17-22 |
| 24:2-4 | 51:3-6 | 68:13-17 | 91:24-92:10 |
| 24:6-13 | 51:9-10 | 69:14-21 | 92:14-93:17 |
| 26:13-19 | 51:12-24 | 69:23-70:13 | 93:19-94:4 |
| 27:14-15 | 52:1-14 | 70:20-21 | 94:23-25 |
| 27:17 | 52:16-53:8 | 70:23-71:18 | 95:3 |
| 27:19-22 | 53:10-15 | 72:18-73:1 | 96:13-20 |
| 28:25-29:2 | 53:17-54:3 | 73:9-16 | 96:24-97:10 |
| 29:5-8 | 54:6-14 | 73:18-74:8 | 97:12-98:5 |
| 29:10-22 | 54:16-19 | 77:3-15 | 98:7-12 |
| 30:23-31:1 | 54:21-24 | 77:7-10 | 98:14-22 |
| 31:23-32:4 | 55:1-5 | 77:12-15 | 98:24-99:7 |
| 32:7-32:14 | 55:7 | 77:17 | 99:9-100:2 |
| 32:16-20 | 55:9-10 | 78:16-79:19 | |
| 32:25-33:10 | 55:11-20 | 79:21-25 | |

**DR. CARINE PORFIRI**

| | |
|---|---|
| 4:9-10 | 89:17-90:13 |
| 4:21-5:1 | 135:4-13 |
| 7:15-23 | 135:15 |
| 8:1-18 | 136:9-11 |
| 9:15-25 | 136:16-17 |
| 10:2-9 | 136:24-137:9 |
| 10:11-14 | 137:12 |
| 10:23-11:17 | 154:14-16 |
| 13:7-8 | 154:23-155:3 |
| 13:12-19 | 155:6-8 |
| 24:5-25:25 | 155:10-13 |
| 26:2 | 155:15-17 |
| 26:13-23 | 155:19 |
| 28:25-29:12 | 155:22-23 |
| 32:3-34:21 | 155:25-156:5 |
| 36:14-37:24 | 156:12-21 |
| 38:1-15 | 157:2-158:14 |
| 39:5-40:2 | 158:17-159:7 |
| 40:4-16 | 159:12-14 |
| 40:21-42:3 | 159:19-25 |
| 42:18-43:25 | 160:8-21 |
| 44:9-47:12 | 161:1-3 |
| 47:15-16 | 161:5-6 |
| 48:14-49:13 | |
| 50:6-24 | |
| 52:6-9 | |
| 53:5-11 | |
| 55:2-56:11 | |
| 56:15-57:9 | |
| 59:3-5 | |
| 59:7-15 | |
| 60:8-13 | |
| 60:17-63:10 | |
| 63:20-66:2 | |
| 66:16-73:8 | |
| 73:16-75:14 | |
| 75:16-18 | |
| 75:20-76:20 | |
| 77:4-6 | |
| 77:9-80:14 | |
| 80:16-18 | |
| 80:22-88:10 | |
| 88:16/18 | |
| 88:21-89:11 | |

**DR. ASHA GARG**

18:4-20
22:17-23:4
28:18-24
29:14-20
29:24-30:4
34:22-35:5
49:8-13
52:15-19
53:5-7
67:17-22
70:3-71:1
96:23-97:8
151:23-152:25
156:11-157:24
181:19-183:1
183:10-16
186:1-187:14
199:2-8
200:14-18
201:18-202:22
203:9-206:15
208:15-22
227:24-228:18
234:25-235:14
236:11-237:12
237:25-239:8
241:22-242:9
242:25-243:6
245:21-246:1
252:25-254:1

IV. **COUNTER DESIGNATIONS OF DEPOSITION TESTIMONY SUBJECT TO DEFENDANTS' OBJECTIONS AND MOTION TO EXCLUDE WITNESSES OR LIMIT TESTIMONY**

Subject to Defendants' Objections[1] and Motion to Exclude Witnesses or Limit Testimony, Defendants counter-designate the following deposition testimony:

**Pamela Mormino**

113:10-116:2
116:20-118:18
119:21-120:12
121:13-24
166:1-17

**Ken Wasnock**

82:9-89:24

**Joseph Sterle**

35:1-13
175:12-177:16
177:24-179:5
180:14-181:25
183:1-25
184:21-25

**Dr. Asha Garg**

37:6-21
62:14-21
64:15-19
90:22-91:19
93:10-19
93:20-22
94:6-11
94:21-25
182:10-183:1
183:10-16

209:17-211:2
214:18-215:13
216:23-219:12
231:18-234:24 – and Deposition Exhibit 22j
235:17-236:10
243:2-245:15
245:21-246:1
266:5-268:9
267:7-268:3 – and Deposition Exhibit 22n

---

[1] Pursuant to the Court's Pre-Trial Order, specific objections to Plaintiff's designations are due February 2. The counter-designations below are offered in the event these objections to be filed are not sustained.

Respectfully submitted,

AKIN GUMP STRAUSS HAUER & FELD L.L.P.

By: _____
Barry A. Chasnoff (ct11162)
Roberta J. Benson (ct24407)
Jessica S. Taylor (ct24408)
300 Convent Street, Suite 1500
San Antonio, Texas 78205
Telephone: (210) 281-7000
Telecopier: (210) 224-2035

- and -

Donald E. Frechette (ct 08930)
EDWARDS & ANGELL, LLP
90 State House Square
Hartford, CT 06103
Phone: (860) 525-5065
Facsimile: (860) 527-4198

Attorneys For Defendant
EDUCATORS MUTUAL LIFE
INSURANCE COMPANY

## CERTIFICATION OF SERVICE

This is to certify that on the 23rd day of January 2006, a copy of Defendants' Deposition Designations was mailed, *Via Overnight Mail* to:

> Eliot B. Gersten
> Gersten & Clifford
> 214 Main Street
> Hartford, CT 06106

_____
Jessica Spangler Taylor