## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

CANDI McCULLOCH

       Plaintiff,

vs.

HARTFORD LIFE AND ACCIDENT
INSURANCE COMPANY AND EDUCATORS
MUTUAL LIFE INSURANCE COMPANY
       Defendants.

:   CIVIL ACTION NO.
:   301CV1115(AHN)
:
:
:
:
:
:
:
:
:
:   JANUARY 25, 2006


## PLAINTIFF'S LIST OF REBUTTAL WITNESSES AND
## DESIGNATION OF REBUTTAL DEPOSITION PAGES FOR USE AT TRIAL


**I.     WITNESSES**


Plaintiff's original witness list included the witnesses that plaintiff may use for

rebuttal at trial.

**II.     DEPOSITION PORTIONS**

Plaintiff discloses the following deposition portions for use in rebuttal, in addition to

those portions identified in plaintiff's initial designation of deposition portion for use at

trial. Plaintiff also reserves the right to also rely on any deposition portions designated by

defendants.

Paul Meyer:

16:18-17:14
19:10-17
26:20-27:6
33:14-34:12
42:13-42:25
43:4-11
46:7-20

49
62:13-16
66-67
68:18-69:12
74:23-75:19
106:9-22
111:8-18
113:22-114:15
115:24-116:9,
116:15-18,
116:25-117:2
122:13-22
123:5-23
125:23-126:12
123:5-23
126:13-127:22
128:19-129:13
131:15-22
133:15-136:11
139-150
153:3-24
156-158
163-164


**ASHA GARG**

7:2-8:2
8:11-20
9:9-22
10:5-18
10:25-11:19
12:4-15
16:2-5
20:6-21:7


**CARINE PORFIRI**

27:21-25
35:1-16
48:5-13
51:14-25
57:10-24
58:12-59:15
97:6-17

99:18-100:6
100:12
101:3-19
102:17-104:9
105:11-17
106:3-11
106:21-108:9
108:23-109:15
110:5-13
110:22-111:5
112:13-113:7
116:10-19
119:11-120:2
122:14-21
125:11-25
130-131:5
133:9-22
137:15-139:13
141:22-143:10
144:24-145:12
146:1-148:19
149:2-6
151:13-15
152:7-153:9

PLAINTIFF, CANDI McCULLOCH

By_____
Eliot B. Gersten, Esq.
Fed. Bar No. ct05213
GERSTEN CLIFFORD & ROME, LLP
214 Main Street
Hartford, CT 06106
(860) 527-7044
Her Attorney

3

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was faxed and mailed, via regular U.S. Mail, postage prepaid, on January 26, 2006 to all counsel and pro se parties of record, as follows:

Roberta J. Sharp, Esq.
Jessica Spangler Taylor, Esq.
Barry A. Chasnoff, Esq.
Akin Gump Strauss Hauer & Feld, LLP
300 Convent Street, Suite 1500
San Antonio, TX 78205
*Tel: 210/281-7146*
*Fax: 210/224-2035*

Donald E. Frechette, Esq.
Joshua L. Milrad, Esq.
Charles F. Gfeller, Esq.
Edwards & Angell, LLP
90 State House Square
Hartford, CT 06103
*Tel: 860/525-5065*
*Fax: 860/527-4198*

_____
                                    Eliot B. Gersten