UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CANDI McCULLOCH | : CIVIL ACTION NO. |
| | : 301CV1115(AHN) |
| Plaintiff, | : |
| | : |
| vs. | : |
| | : |
| HARTFORD LIFE AND ACCIDENT | : |
| INSURANCE COMPANY AND EDUCATORS | : |
| MUTUAL LIFE INSURANCE COMPANY | : |
| Defendants. | : JANUARY 30, 2006 |

### PLAINTIFF'S EXPERT WITNESS SKETCH

Pursuant to paragraph 2 of the court's pretrial order, plaintiff submits the following information relating to those experts retained for the purposes of this litigation and expected to testify in a capacity other than her treating physicians who have also expressed opinions and diagnosis:

Dr. Phillip Arnold: Dr. Arnold is a board-certified specialist in Physical Medicine and Rehabilitation, and recently retired from private practice in Connecticut, where he engaged in the diagnosis and treatment of chronic pain, cognitive neurology and occupational neurology, with an emphasis on treating patients with chronic myofascial pain and Fybrologia. Dr. Arnold has been a clinical instructor at University of Connecticut school of Medicine, and at Yale as well as Quinnipiac College. Dr. Arnold is a member of several medical societies, including but not limited to: the American Academy of Pain Management, American Academy of Physical Medicine and Rehabilitation, and the American Board of Electromyographicy and pediatric medicine. Dr. Arnold graduated from Yale University, received a medical degree from Tufts in 1967 and continued graduate studies in physical medicine and rehabilitation and related studies in postgraduate work in Electromyogphy and pediatric rehab medicine, together with

neuromuscular diseases. Dr. Arnold has published numerous peer-reviewed articles on the topic of pain management and has testified as an expert on behalf of chronic pain patients and the impact their condition has on their lifestyle, their ability to cope with working, and carry out the functions of daily living.

Dr. Arnold has reviewed miscellaneous medical records, surveillance videotapes, and has examined and interviewed the plaintiff. Dr. Arnold has expressed an opinion and is prepared to testify based upon his review of the records, and his personal examination and interviews with the plaintiff, that she experiences mechanical and central pain problems requiring high and steady doses of narcotic medication, and associated poor response to stress sleep disorder and concentration problems. His opinion is that the plaintiff has not been capable of performing the occupation of internal medicine physician since October 1995.

Dr. Arthur Wright: Dr. Wright earned a Ph.D. in economics from the Massachusetts Institute of pathology and an undergraduate degree with honors in economics from Haverford College. He is a professor of economics at the University of Connecticut. For the past four years, he has been published as co-editor of the Connecticut Economy. He has also engaged in numerous lecture and professorial positions since 1965. He is a member of the board of a number of institutions associated with the University of Connecticut, and a recipient of numerous fellowships and grants. He has published articles in numerous journals relating to the field of economics and has testified a number of times before the United States Congress, as well as the Connecticut General Assembly. He has served as an expert witness in a number of cases involving the Justice Department as well as wrongful entry in death cases. Dr. Wright's opinion is based on responses to his standard questionnaire, as well as documents relating to the generic group disability policy, as well as the specific policy issued to the plaintiff in this case. Based

upon his review of these documents, he has rendered an opinion as to the calculation of benefits. While reserving the right to object to portions of the report based upon relevancy, defendants have agreed to stipulate to the accuracy of the calculations contained in Dr. Wright's report. On the basis of this agreed stipulation, Dr. Wright will not be called upon to provide testimony.

<u>Dr. Julie Stanton</u>: Dr. Stanton is not a retained for litigation expert but is the plaintiff's primary care physician who will be called upon to testify in this trial. Dr. Stanton is a certified family practitioner, who graduated from the University of Massachusetts Medical School and engaged in her field for over 23 years. Dr. Stanton has been treating the plaintiff on a regular basis (every one to two months) since August 2001, has worked in coordination with plaintiff's other physicians, and is familiar with plaintiff's medical history and conditions. Dr. Stanton also provided information for purposes of plaintiff's application for Social Security benefits. Dr. Stanton has expressed an opinion and is prepared to testify based upon her familiarity with the plaintiff and her medical history, her review of plaintiff's medical records, her knowledge and experience treating patient's suffering from chronic pain conditions (including plaintiff), and her knowledge regarding the duties of an internal medicine physician, that plaintiff is, and has been, unable to perform the material and substantial duties of her occupation as an internal medicine physician, or any other occupation.

PLAINTIFF,
CANDI McCULLOCH

By _____
Eliot B. Gersten, Esq.
Fed. Bar No. ct05213
GERSTEN & CLIFFORD
214 Main Street
Hartford, CT  06106
(860) 527-7044
Her Attorney

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing was faxed and mailed, via regular U.S. Mail, postage prepaid, on January 30, 2006 to all counsel and pro se parties of record, as follows:

Roberta J. Sharp-Benson, Esq.
Jessica Spangler Taylor, Esq.
Barry A. Chasnoff, Esq.
Akin Gump Strauss Hauer & Feld, LLP
300 Convent Street, Suite 1500
San Antonio, TX  78205
*Tel: 210/281-7146*
*Fax: 210/224-2035*

Donald E. Frechette, Esq.
Joshua L. Milrad, Esq.
Charles F. Gfeller, Esq.
Edwards & Angell, LLP
90 State House Square
Hartford, CT  06103
*Tel: 860/525-5065*
*Fax: 860/527-4198*

_____
Eliot B. Gersten