STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

CANDI MCCULLOCH,
    Plaintiff

2006 JAN 31 A 10: 09

vs.

CIVIL ACTION NO.:
301CV1115 (AHN)

HARTFORD LIFE AND ACCIDENT
INSURANCE COMPANY and EDUCATORS
MUTUAL LIFE INSURANCE COMPANY,
    Defendants

## DEFENDANTS' MOTION FOR LEAVE TO SUPPLEMENT WITNESS LIST

Defendants seek leave of Court to add Dr. Lloyd Saberski, one of Plaintiff's current treating physicians, to Defendants' Witness List. Defendants' proposed Amended List of Witnesses and Deposition Designations is attached as Exhibit A.

Dr. Saberski is of course known to Plaintiff, as he has been one of her treating physicians since July 2003. Plaintiff identified Dr. Saberski as a treating physician in discovery responses dated September 23, 2003, and listed Dr. Saberski as a witness she intends to call at trial in Plaintiff's Witness List filed January 19, 2006.

Pursuant to a long-standing agreement between the parties, Defendants postponed deposing Dr. Saberski until the Court set a trial date in this matter, in order to discover up-to-date treatment information just prior to trial. Defendants began to take steps to schedule Dr. Saberski's deposition promptly after the pretrial conference on November 2, in which the Court set trial of this matter for February 6. As a result of time and scheduling constraints imposed by Dr. Saberski's clinical practice, as well as the prior commitments of counsel for both parties and the intervening holidays, Defendants were not able to depose Dr. Saberski until Friday, January 26.

5863842                                1

Defendants now seek leave to add Dr. Saberski to their list of trial witnesses. This addition cannot cause Plaintiff prejudice due to "surprise," as she has known of Dr. Saberski's knowledge of and involvement in her case for more than two years. Plaintiff herself intended to call Dr. Saberski to testify, and apparently only changed her mind after hearing his deposition testimony.[1] As Plaintiff's current treating physician specializing in the diagnosis and treatment of the very condition Plaintiff claims is the cause of her disability, Dr. Saberski's first hand knowledge and testimony is essential to a fair hearing of this matter.

For these reasons, Defendants respectfully request leave to supplement their Witness list by the inclusion of Dr. Lloyd Saberski.

---

[1] Defendants attempted to confer with Plaintiff's counsel regarding this motion on January 30, 2006, but as of this filing have received no response. However, Plaintiff's "Expert Sketches" filed the same day conspicuously omit Dr. Saberski, though including another treating physician.

5863842                                    2

Respectfully submitted,

AKIN GUMP STRAUSS HAUER & FELD L.L.P.

By: *Roberta J. Benson*
Barry A. Chasnoff (ct11162)
Roberta J. Benson (ct24407)
Jessica S. Taylor (ct24408)
300 Convent Street, Suite 1500
San Antonio, Texas 78205
Telephone: (210) 281-7000
Telecopier: (210) 224-2035

AND

Donald E. Frechette (ct 08930)
EDWARDS & ANGELL, LLP
90 State House Square
Hartford, CT 06103
Phone: (860) 525-5065
Facsimile: (860) 527-4198

ATTORNEYS FOR DEFENDANTS
HARTFORD LIFE AND ACCIDENT
INSURANCE COMPANY AND EDUCATORS
MUTUAL LIFE INSURANCE COMPANY

## CERTIFICATE OF CONFERENCE

I attempted to confer on January 30, 2006. As of the end of that day, Defendants had received no response. Defendants file this motion in order to present it to the Court on a timely basis.

*[signature]*
ROBERTA J. BENSON

## CERTIFICATION OF SERVICE

This is to certify that on the 30th day of January, 2006, a copy of DEFENDANTS' MOTION TO SUPPLEMENT WITNESS LIST was sent *Via Facsimile and Overnight Mail* to:

Eliot B. Gersten
Gersten & Clifford
214 Main Street
Hartford, CT 06106

*[signature]*
Roberta J. Benson