# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

CANDI McCULLOCH               :   CIVIL ACTION NO.
      Plaintiff,              :   3:01CV1115 (AHN)
                                  :
                                  :
vs.                                  :
                                  :
HARTFORD LIFE AND ACCIDENT       :
INSURANCE COMPANY AND EDUCATORS   :
MUTUAL LIFE INSURANCE COMPANY     :
      Defendants.             :   JANUARY 31, 2006

## PLAINTIFF'S OBJECTION TO
## DEFENDANTS' AMENDED EXHIBIT LIST

| NO. | DATE | DESCRIPTION | BATES NO. | OBJECTION |
|---|---|---|---|---|
| D-5000 | 00/00/0000 | Resume of Candi McCulloch | H9897-H9898 | |
| D-5001 | 09/19/1989 | Gary K. Steinberg letter to Bruce Adornato, M.D. re reporting on surgery of 09/07/89 | H6073 | |
| D-5002 | 10/11/1989 | Gary K. Steinberg letter to Bruce Adornato, M.D. re 5 week post-op letter | H6072 | |
| D-5003 | 04/14/1990 | Educators Mutual Life Insurance Company Group Insurance Policy | H11882-H11885 | |
| D-5004 | 01/01/1993 | CVS Pharmacy Record | Porfiri Depo Ex. 7 (H5237-H5238) | |
| D-5005 | 03/07/1993 | Patrick R. Flynn letter of intent of employment to Candi McCulloch | H498-H499 | |
| D-5006 | 04/15/1993 | American College of Physicians Group Disability Insurance Plan by Educators Mutual Life Insurance | H40-H54 | |

| NO. | DATE | DESCRIPTION | BATES NO. | OBJECTION |
|---|---|---|---|---|
| | | Company | | |
| D-5007 | 02/21/1994 | Gene Dale memo to Denise Barton re Interview with Candi McCulloch, M.D. | H10211 | Hearsay (F.R.E. 802); absence of proof of personal knowledge (F.R.E. 602). |
| D-5008 | 03/24/1994 | McCulloch's Application for Appointment to Medical Staff of JFK Medical Center | H5560-H5563 | |
| D-5009 | 06/10/1994 | H.C.M.S., Inc. Part-Time New Physician Employment Agreement (McCulloch Depo Ex. 83) | H9964-H9985 | |
| D-5010 | 06/10/1994 | Employment Agreement between JFK Medical Center and Candi McCulloch, M.D. | H10001-H10015 | |
| D-5011 | 06/28/1994 | HCMS Personnel Action Slip | H5641 | |
| D-5012 | 09/24/1994 | McCulloch Application for Participation The American College of Physicians Insurance Trust Group Long-Term Disability Program and Group Disability Policy | H3233-H3250 | |
| D-5013 | 10/19/1994 | Deborah S. Copeland memo to Denise Barton, Patrick Flynn and Madelyn Passarella re McCulloch | McCulloch Depo Ex. 86 | Hearsay (F.R.E. 802); absence of proof of personal knowledge (F.R.E. 602); United States v. Bortnovsky, 879 F.2d 30, 34 (2nd Cir. 1989) (information provided in absence of duty to report constitutes hearsay and does not qualify as a business record); United States v. Yates, 553 F.2d 518, 521 (6th Cir. 1977). |

| NO. | DATE | DESCRIPTION | BATES NO. | OBJECTION |
|---|---|---|---|---|
| D-5014 | 11/01/1994 | HCMS letter to Candi McCulloch re reassignment of HCMS/PHI clinical practice | H10167-H10168 | Hearsay(F.R.E. 802); absence of proof of personal knowledge (F.R.E. 602). |
| D-5015 | 11/02/1994 | McCulloch letter to Denise re reassignment | McCulloch Depo Ex. 87 | |
| D-5016 | 11/09/1994 | Candi McCulloch memo to Denise Barton | McCulloch Depo Ex. 88 | |
| D-5017 | 12/07/1994 | Helga Kahr letter to JFK and HCMS re Employment Contracts Between McCulloch and HCMS and JFK Medical Center | McCulloch Depo Ex. 89 | |
| D-5018 | 12/19/1994 | Ann Leopold response to 12/07/94 Helga Kahr letter | H10155-H10158 | Hearsay (F.R.E. 802); absence of proof of personal knowledge (F.R.E. 602); unqualified opinion (F.R.E. 701); U.S. v. Casoni, 950 F.2d 893, 912 (3rd Cir. 1991) (attorney's writings are not a "routine record" but a "product of the advocate's craft, consciously shaped to serve a client's ends," hence a "tool of controversy" and not a "routine record."); United States v. Bortnovsky, 879 F.2d 30, 34 (2nd Cir. 1989), supra; United States v. Pazsint, 703 F.2d 420, 424-425 (9th Cir. 1983); Meder v. Everest & Jennings, Inc., 637 F.2d 1182, 1186-87 (8th Cir. 1981); United States v. Yates, 553 F.2d 518, 521 |

| NO. | DATE | DESCRIPTION | BATES NO. | OBJECTION |
|-----|------|-------------|-----------|-----------|
|     |      |             |           | (6th Cir. 1977). |

| NO. | DATE | DESCRIPTION | BATES NO. | OBJECTION |
|-----|------|-------------|-----------|-----------|
| D-5019 | 03/01/1996 | Eric J. Matheson correspondence to Joseph Calamita enclosing Drs. R. Eric Santos and Jeffrey L. Katzell, M.D. medical records | H2218-H2227 | Hearsay (F.R.E. 802); absence of proof of personal knowledge (F.R.E. 602). |
| D-5020 | 01/03/1995 | Susan Potter Norton letter to Helga Kahr re correspondence of Cripen | H10209-H10210 | Hearsay(F.R.E. 802); absence of proof of personal knowledge (F.R.E. 602); unqualified opinion (F.R.E. 701). |
| D-5021 | 01/05/1995 | JFK Medical Center memo to Denise Barton re Delinquent Medical Records | McCulloch Depo Ex. 90 | |
| D-5022 | 01/06/1995 | Denise Barton Memo to Candi McCulloch re Call Coverage for 01/07/95 – 01/14/95 | H10021 | Hearsay(F.R.E. 802); absence of proof of personal knowledge (F.R.E. 602). |
| D-5023 | 01/11/1995 | PHI's memo to M. Denise Barton and Patrick R. Flynn re Drs. McCulloch and Porfiri's Review | H10154; H10019-10020 | Hearsay(F.R.E. 802); absence of proof of personal knowledge (F.R.E. 602); unqualified opinion (F.R.E. 701); See also United States v. Bortnovsky, 879 F.2d 30, 34 (2nd Cir. 1989) |
| D-5024 | 01/12/1995 | Ann Leopold Memo to Richard Cascio and Denise Barton re Guidelines for Dr. McCulloch | H10068 | Hearsay(F.R.E. 802); absence of proof of personal knowledge (F.R.E. 602), unqualified opinion (F.R.E. 701); See also U.S. v. Casoni, 950 F.2d 893, 912 (3rd Cir. 1991) and United States v. Bortnovsky, 879 F.2d 30, 34 (2nd Cir. 1989), supra; United |

| | | | | |
|---|---|---|---|---|
| | | | | States v. Pazsint, 703 F.2d 420, 424-425 (9th Cir. 1983); Meder v. Everest & Jennings, Inc., 637 F.2d 1182, 1186-87 (8th Cir. 1981); United States v. Yates, 553 F.2d 518, 521 (6th Cir. 1977). |
| D-5025 | 01/18/1995 | Ann Leopold Memo to Richard Cascio and Denise Barton re Guidelines for Dr. McCulloch | H10069-H10074 | Hearsay (F.R.E. 802); absence of proof of personal knowledge (F.R.E. 602); unqualified opinion (F.R.E. 701); See also U.S. v. Casoni, 950 F.2d 893, 912 (3rd Cir. 1991) and United States v. Bortnovsky, 879 F.2d 30, 34 (2nd Cir. 1989), supra; United States v. Pazsint, 703 F.2d 420, 424-425 (9th Cir. 1983); Meder v. Everest & Jennings, Inc., 637 F.2d 1182, 1186-87 (8th Cir. 1981); United States v. Yates, 553 F.2d 518, 521 (6th Cir. 1977). |
| D-5026 | 01/20/1995 | Agenda for meeting re Candi McCulloch, M.D. Employment Agreement Issues | H10075 | Hearsay (F.R.E. 802); absence of proof of personal knowledge (F.R.E. 602). |
| D-5027 | 01/24/1995 | Gail Kressal memo to Rich Cascio re collection of tuition from McCulloch | H10076 | Hearsay (F.R.E. 802); absence of proof of personal knowledge (F.R.E. 602). |
| D-5028 | 01/27/1995 | Ann Leopold letter to David L. Gorman re enclosing draft letter confirming details of meeting | H10079-H10083 | Hearsay (F.R.E. 802); absence of proof of personal knowledge (F.R.E. 602); unqualified opinion (F.R.E. 701); See also U.S. v. Casoni, 950 F.2d 893, 912 (3rd Cir. 1991) and United |

| | | | | |
|---|---|---|---|---|
| | | | | States v. Bortnovsky, 879 F.2d 30, 34 (2nd Cir. 1989), supra United States v. Pazsint, 703 F.2d 420, 424-425 (9th Cir. 1983); Meder v. Everest & Jennings, Inc., 637 F.2d 1182, 1186-87 (8th Cir. 1981); United States v. Yates, 553 F.2d 518, 521 (6th Cir. 1977). |
| D-5029 | 02/21/1995 | Carine Porfiri handwritten medical history notes | H509-H510 | |
| D-5030 | 02/21/1995 | Annual History and Physical report (and handwritten medical notes) of Carine Porfiri, M.D. | H7496-H7503 | |
| D-5031 | 02/27/1995 | Ann Leopold memo to Richard Cascio and Denise Barton re draft letter agreement | H10186-H10191 | Hearsay (F.R.E. 802); absence of proof of personal knowledge (F.R.E. 602); unqualified opinion (F.R.E. 701); See also U.S. v. Casoni, 950 F.2d 893, 912 (3rd Cir. 1991) and United States v. Bortnovsky, 879 F.2d 30, 34 (2nd Cir. 1989), supra; United States v. Pazsint, 703 F.2d 420, 424-425 (9th Cir. 1983); Meder v. Everest & Jennings, Inc., 637 F.2d 1182, 1186-87 (8th Cir. 1981); United States v. Yates, 553 F.2d 518, 521 (6th Cir. 1977). |
| D-5032 | 02/28/1995 | Ann Leopold facsimile to Paul Meyer attaching letter to David L. Gorman | Meyer Depo Ex. 2 | Hearsay (F.R.E. 802); absence of proof of personal knowledge (F.R.E. 602); unqualified opinion (F.R.E. 701); See also U.S. v. Casoni, 950 F.2d 893, 912 (3rd |

| | | | | |
|---|---|---|---|---|
| | | | | Cir. 1991) and <u>United States v. Bortnovsky</u>, 879 F.2d 30, 34 (2nd Cir. 1989), <u>supra</u>; <u>United States v. Pazsint</u>, 703 F.2d 420, 424-425 (9th Cir. 1983); <u>Meder v. Everest & Jennings, Inc.</u>, 637 F.2d 1182, 1186-87 (8th Cir. 1981); <u>United States v. Yates</u>, 553 F.2d 518, 521 (6th Cir. 1977). |
| D-5033 | 03/07/1995 | Linda J. Golden letter to Jose Arrascue re McCulloch cannot be promoted on staff unless released from Arrascue's monitorship | H9896 | Hearsay (F.R.E. 802); absence of proof of personal knowledge (F.R.E. 602). |
| D-5034 | 03/08/1995 | Candi McCulloch's Application for Reappointment to JFK Medical Center | H9893-H9895 | |
| D-5035 | 03/09/1995 | Ann Leopold memo to Richard Cascio and Paul Meyer re Response to McCulloch's attorney's letter | H10087-H10089 | Hearsay (F.R.E. 802); absence of proof of personal knowledge (F.R.E. 602); unqualified opinion (F.R.E. 701); <u>See also</u> <u>U.S. v. Casoni</u>, 950 F.2d 893, 912 (3rd Cir. 1991) and <u>United States v. Bortnovsky</u>, 879 F.2d 30, 34 (2nd Cir. 1989), <u>supra</u>; <u>United States v. Pazsint</u>, 703 F.2d 420, 424-425 (9th Cir. 1983); <u>Meder v. Everest & Jennings, Inc.</u>, 637 F.2d 1182, 1186-87 (8th Cir. 1981); <u>United States v. Yates</u>, 553 F.2d 518, 521 (6th Cir. 1977). |
| D-5036 | 03/10/1995 | Ann Leopold letter responding to David L. | H9876-H9884 | Hearsay (F.R.E. 802); absence of proof of personal knowledge |

| | | | | |
|---|---|---|---|---|
| | | Gorman's 02/24 letter | | (F.R.E. 602); unqualified opinion (F.R.E. 701) <u>See also</u> <u>U.S. v. Casoni</u>, 950 F.2d 893, 912 (3rd Cir. 1991) and <u>United States v. Bortnovsky</u>, 879 F.2d 30, 34 (2nd Cir. 1989), <u>supra</u>; <u>United States v. Pazsint</u>, 703 F.2d 420, 424-425 (9th Cir. 1983); <u>Meder v. Everest & Jennings, Inc.</u>, 637 F.2d 1182, 1186-87 (8th Cir. 1981); <u>United States v. Yates</u>, 553 F.2d 518, 521 (6th Cir. 1977). |
| D-5037 | 03/13/1995 | Candi McCulloch's response to Cheryl Joseph's 01/05/95 letter | H10058-H10059 | |
| D-5038 | 03/15/1995 | Candi McCulloch letter to Paul Meyer re scheduling appointment with specialists recommended | Meyer Depo Ex. 10 | |
| D-5039 | 03/20/1995 | Candi McCulloch Patient Info Sheet | H5210 | Hearsay (F.R.E. 802); absence of proof of personal knowledge (F.R.E. 602); <u>See also</u> <u>Willco Kuwait (Trading) S.A.K. v. De Savary</u>, 843 F.2d 618, 628 (1st Cir. 1988) (document created more than three months after event was not sufficiently contemporaneous to come within the business record exception); <u>United States v. Lemire</u>, 720 F.2d 1327, 1350-51 (D.C.App. 1983), <u>cert. denied</u>, 467 U.S. 1226, 104 S.Ct. 2678; <u>United States v. Dreer</u>, 740 F.2d 18, 19-20 (11th Cir. |

| | | | | 1984). |
|---|---|---|---|---|
| D-5040 | 03/20/1995 | Emilio S. Musso, MD Progress Notes | H1268-H1269; H5216 | |
| D-5041 | 03/22/1995 | JFK Medical Center Diagnostic Imaging Report (MRI Cervical Spine W/O Cont) | H1270-H1271 | |
| D-5042 | 03/30/1995 | Emilio S. Musso memo re McCulloch recommended for cervical therapy program | H527 | |
| D-5043 | 04/19/1995 | Regional Physiotherapy Centre, Inc. Patient Data Form and medical records (04/24/95 – 05/17/95) | H5127; H1289-H1291; H538; H5163; H536; H5161; H5158; H542-H543; H5159 H5223 | |
| D-5044 | 04/19/1995 | Paula Nicoletti status letter to Emilio S. Musso | H384-H385 | |
| D-5045 | | Intentionally left blank | | |
| D-5046 | 05/26/1995 | JFK letter to Candi McCulloch re did not attend 50% of Department/Qtrly/Committee Meetings according to Medical Staff Bylaws | McCulloch Depo Ex. 91 | Hearsay (F.R.E. 802). |
| D-5047 | 07/14/1995 | Patrick R. Flynn Memo to Candi McCulloch re Vacation Hour Adjustment | McCulloch Depo Ex. 92 | Hearsay (F.R.E. 802); absence of proof of personal knowledge (F.R.E. 602). |
| D-5048 | 07/21/1995 | Paul J. Meyer Memo to File re 07/20/95 meeting with McCulloch | McCulloch Depo Ex. 93 | Hearsay (F.R.E. 802); absence of proof of personal knowledge (F.R.E. 602). |
| D-5049 | 07/28/1995 | PCMA Amendment to Part-Time New Physician Employment Agreement Between Primary Care | Meyer Depo Ex. 16 | |

| | | Medical Associates, Inc. and Candi McCulloch | | |
|---|---|---|---|---|
| D-5050 | 08/25/1995 | Emilio S. Musso Progress note re Candi McCulloch | H1273 | |
| D-5051 | 09/07/1995 | Carine Porfiri's handwritten notes | H1274 | |
| D-5052 | 10/03/1995 | Clifford I. Hertz letter to Primary Care Medical Associates, Paul J. Meyer | H507-H508 | |
| D-5053 | 10/09/1995 | Certificate of Health Care Provider (Family and Medical Leave Act of 1993) | Porfiri Depo Ex. 8; (H5040-H5041) | |
| D-5054 | 10/09/1995 | Candi McCulloch Leave of Absence Request Form | H1377 | |
| D-5055 | 10/10/1995 | Porfiri Office Note | H5035 | |
| D-5056 | 10/11/1995 | Clifford I. Hertz letter to UNUM re Notice of Claim under Long Term Disability Plan with JFK Medical Center | H471-H474 | |
| D-5057 | 10/17/1995 | Carine Porfiri handwritten medical notes | H5037; H5035 | |
| D-5058 | 10/19/1995 | Emilio S. Musso telephone note | H5228 | |
| D-5059 | 10/19/1995 | Approval of JFK Medical Center to McCulloch's Leave of Absence Request (expected to return to work on 12/27/95) | H9796 | |
| D-5060 | 10/20/1995 | McCulloch's letter re relocating practice | H10060 | |

| D-5061 | 10/24/1995 | Paul Meyer's letter to Clifford Hertz clarifying McCulloch's employment | H10097-H10098 | Hearsay (F.R.E. 802); absence of proof of personal knowledge |
|---|---|---|---|---|

| | | status | | (F.R.E. 602). |
|---|---|---|---|---|
| D-5062 | 10/25/1995 | Charles S. Theofilos, MD letter to Carine Porfiri enclosing initial office evaluation | H957-H959 | |
| D-5063 | 10/26/1995 | UNUM letter to Clifford Hertz re request for long term disability | H1212-H1213 | Hearsay (F.R.E. 802); absence of proof of personal knowledge (F.R.E. 602); unqualified opinion (F.R.E. 701). |
| D-5064 | 10/26/1995 | Clifford I. Hertz letter to Paul J. Meyer | H9804-H9805 | |
| D-5065 | 10/30/1995 | Patrick R. Flynn letter to Gerri Walters re Practice Relocation of Candi McCulloch, M.D. and Carine Porfiri, M.D. | H10184-H10185 | Hearsay (F.R.E. 802); absence of proof of personal knowledge (F.R.E. 602). |
| D-5066 | 10/31/1995 | Employer Response to Employee Request for Family or Medical Leave (filled out by Denise Kaufman) | H9797 | |
| D-5067 | 11/09/1995 | Patient Information Sheet filled out by Candi McCulloch | H4596-H4599 | |
| D-5068 | 11/09/1995 | Central Palm Beach Physicians Physical Rehabilitation Evaluation of Candi McCulloch | H6615-H6616 | |
| D-5069 | 12/07/1995 | Central Palm Beach Physicians Physical Rehabilitation Evaluation of Candi McCulloch | H6619; H10905 | |
| D-5070 | 11/14/1995 | UNUM Long Term Disability Claim form, Physician Statement (Theofilos) | H417-H420 | |

11

| D-5071 | 11/15/1995 | UNUM Long Term Disability Claim, Employer's Statement (Executed by Denise Kaufman) | H11229-H11231 | Hearsay (F.R.E. 802); absence of proof of personal knowledge (F.R.E. 602); See also United States v. Bortnovsky, 879 F.2d 30, 34 (2nd Cir. 1989); United States v. Pazsint, 703 F.2d 420, 424-425 (9th Cir. 1983); Meder v. Everest & Jennings, Inc., 637 F.2d 1182, 1186-87 (8th Cir. 1981); United States v. Yates, 553 F.2d 518, 521 (6th Cir. 1977); Florida Canal Industries, Inc. v. Rambo, 537 F.2d 200, 203 (5th Cir. 1976) |
| D-5072 | 11/27/1995 | UNUM Long Term Disability Claim, Employee's Statement | H1214-H1215 | |
| D-5073 | 11/27/1995 | Insured's Statement for Disability | McCulloch Depo Ex. 85 | |
| D-5074 | 11/28/1995 | Denise J. Kaufman letter to Ralph Campbell (UNUM) enclosing employer statement and job descriptions | H456-H464 | Hearsay (F.R.E. 802); absence of proof of personal knowledge (F.R.E. 602); unqualified opinion (F.R.E. 701); See also United States v. Bortnovsky, 879 F.2d 30, 34 (2nd Cir. 1989), supra; United States v. Pazsint, 703 F.2d 420, 424-425 (9th Cir. 1983); Meder v. Everest & Jennings, Inc., 637 F.2d 1182, 1186-87 (8th Cir. 1981); United States v. Yates, 553 F.2d 518, 521 (6th Cir. 1977); Florida Canal Industries, Inc. v. Rambo, 537 F.2d 200, |

| | | | | 203 (5th Cir. 1976). |
|---|---|---|---|---|
| D-5075 | 12/01/1995 | UNUM's letter to Clifford Hertz re Long Term Disability Claim | H1211-H1212 | Hearsay (F.R.E. 802); absence of proof of personal knowledge (F.R.E. 602); unqualified opinion (F.R.E. 701). |
| D-5076 | 12/05/1995 | Clifford Hertz letter to Joseph J. Calamita, Group Insurance Administrators American College of Physicians | H2001-H2007 | |
| D-5077 | 12/12/1995 | Jeffrey L. Katzell M.D. Evaluation Notes (12/12/95 – 09/11/97) | H5053-H5068 | |
| D-5078 | 12/13/1995 | Candi McCulloch letter to Denise Kaufman re current health status | H5682 | |
| D-5079 | 12/15/1995 | JFK letter to Candi McCulloch re board of trustees granted request for leave of absence | H9903 | |
| D-5080 | 12/18/1995 | Joseph Calamita letter to Clifford Hertz acknowledging receipt of Insured's statement | H2008 | |
| D-5081 | 12/27/1995 | Clifford Hertz letter to Denise Kaufman (Primary Care Associates) re McCulloch requesting additional time off | McCulloch Depo Ex. 84 | |
| D-5082 | 12/28/1995 | Joseph Calamita letter to UNUM | H266-H268 | Hearsay (F.R.E. 802); absence of proof of personal knowledge (F.R.E. 602); unqualified opinion (F.R.E. 701); United States v. Pazsint, 703 F.2d 420, 424-425 (9th Cir. 1983); Meder v. Everest & Jennings, Inc., |

| | | | | |
|---|---|---|---|---|
| | | | | 637 F.2d 1182, 1186-87 (8th Cir. 1981); United States v. Yates, 553 F.2d 518, 521 (6th Cir. 1977); Florida Canal Industries, Inc. v. Rambo, 537 F.2d 200, 203 (5th Cir. 1976). |
| D-5083 | 01/04/1996 | Central Palm Beach Physicians Physical Rehabilitation Evaluation of Candi McCulloch with handwritten physical therapy notes | H6617-H6648 | |
| D-5084 | 01/04/1996 | Kelly Ledue (UNUM) claim file documentation notes, telephone conference with Paul Meyer | Meyer Depo Ex. 13 | Hearsay (F.R.E. 802); absence of proof of personal knowledge (F.R.E. 602), unqualified opinion (F.R.E. 701); See also United States v. Bortnovsky, 879 F.2d 30, 34 (2nd Cir. 1989), supra; United States v. Pazsint, 703 F.2d 420, 424-425 (9th Cir. 1983); Meder v. Everest & Jennings, Inc., 637 F.2d 1182, 1186-87 (8th Cir. 1981); United States v. Yates, 553 F.2d 518, 521 (6th Cir. 1977); Florida Canal Industries, Inc. v. Rambo, 537 F.2d 200, 203 (5th Cir. 1976). |
| D-5085 | 01/04/1996 | Kelly Ledue (UNUM) claim file documentation notes, telephone conference with Denise Kaufman | H438-H439 | Hearsay (F.R.E. 802); absence of proof of personal knowledge (F.R.E. 602); unqualified opinion (F.R.E. 701); See also United States v. Bortnovsky, 879 F.2d 30, 34 (2nd Cir. 1989), supra; United States v. Pazsint, 703 F.2d 420, 424-425 (9th Cir. 1983); |

| | | | | | |
|---|---|---|---|---|---|
| | | | | | Meder v. Everest & Jennings, Inc., 637 F.2d 1182, 1186-87 (8th Cir. 1981); United States v. Yates, 553 F.2d 518, 521 (6th Cir. 1977); Florida Canal Industries, Inc. v. Rambo, 537 F.2d 200, 203 (5th Cir. 1976) |
| D-5086 | 01/04/1996 | Central Palm Beach Physicians Rehabilitation Update | | H872-H873 | |
| D-5087 | 01/10/1996 | Porfiri's Response to Unum's Correspondence | | Porfiri Depo Ex. 9 | |

| | | | | | |
|---|---|---|---|---|---|
| D-5088 | 01/11/1996 | Kelly Ledue memo to file re placed call to claimant to discuss claim | | H422-H423 | Hearsay (F.R.E. 802) |
| D-5089 | 01/12/1996 | Eric J. Matheson letter to Kelly Ledue enclosing original long term disability claim physician's statement of Dr. Charles S. Theofilos | | H397-H401 | Hearsay (F.R.E. 802) |
| D-5090 | 01/12/1996 | Kelly Ledue claim file documentation re telephone call with Eric Matheson | | H1165 | Hearsay (F.R.E. 802); absence of proof of personal knowledge (F.R.E. 602); unqualified opinion (F.R.E. 701); See also United States v. Bortnovsky, 879 F.2d 30, 34 (2nd Cir. 1989), supra. |
| D-5091 | 01/25/1996 | Paul Meyer letter to Candi McCulloch re extending time off due to illness | | Meyer Depo Ex. 9 | Hearsay (F.R.E. 802); absence of proof of personal knowledge (F.R.E. 602). |
| D-5092 | 01/31/1996 | Kelly Ledue claim file documentation re call from Mike McLaughlin | | H405-H406 | Hearsay (F.R.E. 802); absence of proof of personal knowledge (F.R.E. 602), unqualified |

| | | | | |
|---|---|---|---|---|
| | | | | opinion (F.R.E. 701); See also U.S. v. Casoni, 950 F.2d 893, 912 (3rd Cir. 1991) and United States v. Bortnovsky, 879 F.2d 30, 34 (2nd Cir. 1989), supra; United States v. Pazsint, 703 F.2d 420, 424-425 (9th Cir. 1983); Meder v. Everest & Jennings, Inc., 637 F.2d 1182, 1186-87 (8th Cir. 1981); United States v. Yates, 553 F.2d 518, 521 (6th Cir. 1977); Florida Canal Industries, Inc. v. Rambo, 537 F.2d 200, 203 (5th Cir. 1976). |
| D-5093 | 02/06/1996 | Mike McLaughlin Personal Contact Report | H271-H283 | Hearsay (F.R.E. 802); absence of proof of personal knowledge (F.R.E. 602), unqualified opinion (F.R.E. 701); See also U.S. v. Casoni, 950 F.2d 893, 912 (3rd Cir. 1991) and United States v. Bortnovsky, 879 F.2d 30, 34 (2nd Cir. 1989), supra; United States v. Pazsint, 703 F.2d 420, 424-425 (9th Cir. 1983); Meder v. Everest & Jennings, Inc., 637 F.2d 1182, 1186-87 (8th Cir. 1981); United States v. Yates, 553 F.2d 518, 521 (6th Cir. 1977); Florida Canal Industries, Inc. v. Rambo, 537 F.2d 200, 203 (5th Cir. 1976) |
| D-5094 | 02/07/1996 | Emilio S. Musso response to Kelly Ledue 01/10/96 letter | H1500; H1502 | |
| D-5095 | 02/07/1996 | Kelly Ledue claim file documentation re telephone | H1094 | Hearsay (F.R.E. 802); absence of proof of |

| | | conference with Denise Kaufman re Palm Beach Accent Section 12/95 photo of McCulloch | | personal knowledge (F.R.E. 602); unqualified opinion (F.R.E. 701); See also <u>United States v. Bortnovsky</u>, 879 F.2d 30, 34 (2nd Cir. 1989), supra; <u>United States v. Pazsint</u>, 703 F.2d 420, 424-425 (9th Cir. 1983); <u>Meder v. Everest & Jennings, Inc.</u>, 637 F.2d 1182, 1186-87 (8th Cir. 1981); <u>United States v. Yates</u>, 553 F.2d 518, 521 (6th Cir. 1977); <u>Florida Canal Industries, Inc. v. Rambo</u>, 537 F.2d 200, 203 (5th Cir. 1976) |
|---|---|---|---|---|
| D-5096 | 02/12/1996 | Palm Beach Security, Inc. Summary of Surveillance | H284-H292 | Hearsay (F.R.E. 802); absence of proof of personal knowledge (F.R.E. 602); unqualified opinion (F.R.E. 701); <u>Palmer v. Hoffman</u>, 318 U.S. 109, 63 S.Ct. 477, 87 L.Ed. 645 (1943). |
| D-5097 | 02/13/1996 | Jeffrey Katzell facsimile to Kelly Ledue | H6789-H6796 | |
| D-5098 | 02/16/1996 | Investigative Report of Joe Wyllie & Associates, Inc. | H1039-H1062 | Hearsay (F.R.E. 802); absence of proof of personal knowledge (F.R.E. 602); unqualified opinion (F.R.E. 701). |
| D-5099 | 02/19/1996 | Carine Porfiri, M.D. facsimile to Kelly Ledue attaching medical records | H6692-H6705 | |
| D-5100 | 02/22/1996 | Carine Porfiri, M.D. facsimile transmitting medical documentation to Kelly Ledue | H943-H945 | |

| D-5101 | 02/26/1996 | Memo from Paul J. Meyer to Denise Kaufman re recent correspondence requesting IME of McCulloch | McCulloch Depo Ex. 94; Meyer Depo Ex. 14 | Hearsay (F.R.E. 802); absence of proof of personal knowledge (F.R.E. 602); See also United States v. Bortnovsky, 879 F.2d 30, 34 (2nd Cir. 1989), supra; United States v. Pazsint, 703 F.2d 420, 424-425 (9th Cir. 1983); Meder v. Everest & Jennings, Inc., 637 F.2d 1182, 1186-87 (8th Cir. 1981); United States v. Yates, 553 F.2d 518, 521 (6th Cir. 1977); Florida Canal Industries, Inc. v. Rambo, 537 F.2d 200, 203 (5th Cir. 1976) |
|---|---|---|---|---|
| D-5102 | 02/27/1996 | Kelly Ledue claim file documentation re telephone call from Marie Stanley re Director Position | H1955-H1957 | Hearsay (F.R.E. 802); absence of proof of personal knowledge (F.R.E. 602); See also United States v. Bortnovsky, 879 F.2d 30, 34 (2nd Cir. 1989), supra; United States v. Pazsint, 703 F.2d 420, 424-425 (9th Cir. 1983); Meder v. Everest & Jennings, Inc., 637 F.2d 1182, 1186-87 (8th Cir. 1981); United States v. Yates, 553 F.2d 518, 521 (6th Cir. 1977); Florida Canal Industries, Inc. v. Rambo, 537 F.2d 200, 203 (5th Cir. 1976) |
| D-5103 | 02/29/1996 | Central Palm Beach Physicians Rehabilitation Update | H8151-H8152 | |

| D-5104 | 03/06/1996 | Educators Mutual's letter to John Craft enclosing recent (02/29/96) APS for Candi McCulloch | H11607-H11622 | |
|--------|-----------|---------------------------------------------------------------------------------------------|---------------|---|
| D-5105 | 03/04/1996 | Paul J. Meyer's letter to Candi McCulloch re scheduling examination | H1874-H1875 | Hearsay (F.R.E. 802) |
| D-5106 | 03/12/1996 | Lynda Golden (JFK) letter to Candi McCulloch re continuing leave of absence | H5590-H5591 | Hearsay (F.R.E. 802) |
| D-5107 | 03/19/1996 | Kelly Ledue claim file documentation re call to Denise Kaufman re IME status for P/B, claimant has not complied | H851 | Hearsay (F.R.E. 802); absence of proof of personal knowledge (F.R.E. 602); unqualified opinion (F.R.E. 701); See also United States v. Bortnovsky, 879 F.2d 30, 34 (2nd Cir. 1989), supra; United States v. Pazsint, 703 F.2d 420, 424-425 (9th Cir. 1983); Meder v. Everest & Jennings, Inc., 637 F.2d 1182, 1186-87 (8th Cir. 1981); United States v. Yates, 553 F.2d 518, 521 (6th Cir. 1977); Florida Canal Industries, Inc. v. Rambo, 537 F.2d 200, 203 (5th Cir. 1976) |
| D-5108 | 04/02/1996 | Report of Jeffrey L. Katzell, M.D. | H3008-H3010 | |
| D-5109 | 04/02/1996 | Candi McCulloch's Application for Continued Disability Benefits | H4274-H4275 | |
| D-5110 | 04/04/1996 | Paul J. Meyer letter to Candi McCulloch re Termination of Contracts, no response to IME | H9906-H9908 | Hearsay (F.R.E. 802) |

| | | request | | |
|---|---|---|---|---|
| D-5111 | 04/05/1996 | Kelly Ledue claim file documentation re call from Paul Meyer re sending letter to claimant re IME but no response | H6584-H6585 | Hearsay (F.R.E. 802); absence of personal knowledge (F.R.E. 602); unqualified opinion (F.R.E. 701); See also United States v. Bortnovsky, 879 F.2d 30, 34 (2nd Cir. 1989), supra; United States v. Pazsint, 703 F.2d 420, 424-425 (9th Cir. 1983); Meder v. Everest & Jennings, Inc., 637 F.2d 1182, 1186-87 (8th Cir. 1981); United States v. Yates, 553 F.2d 518, 521 (6th Cir. 1977); Florida Canal Industries, Inc. v. Rambo, 537 F.2d 200, 203 (5th Cir. 1976) |
| D-5112 | 04/11/1996 | Palm Beach Security, Inc. Investigation and Research Report | H811-H818 | Hearsay (F.R.E. 802); absence of proof of personal knowledge (F.R.E. 602); unqualified opinion (F.R.E. 701) |
| D-5113 | 04/11/1996 | Nancy Nelson, M.D. (UNUM) claim file documentation re telephone conference with Emilio Musso, M.D. | H822-H828 | Hearsay (F.R.E. 802); absence of proof of personal knowledge (F.R.E. 602); unqualified opinion (F.R.E. 701); See also United States v. Bortnovsky, 879 F.2d 30, 34 (2nd Cir. 1989), supra; United States v. Pazsint, 703 F.2d 420, 424-425 (9th Cir. 1983); Meder v. Everest & Jennings, Inc., 637 F.2d 1182, 1186-87 (8th Cir. 1981); United States v. |

| | | | | |
|---|---|---|---|---|
| | | | | Yates, 553 F.2d 518, 521 (6th Cir. 1977); Florida Canal Industries, Inc. v. Rambo, 537 F.2d 200, 203 (5th Cir. 1976) |
| D-5114 | 04/12/1996 | Nancy Nelson, MD (UNUM) letter to Emilio S. Musso re 4/11/96 telephone call | H770-H772 | Hearsay (F.R.E. 802); absence of proof of personal knowledge (F.R.E. 602); unqualified opinion (F.R.E. 701); See also United States v. Bortnovsky, 879 F.2d 30, 34 (2nd Cir. 1989), supra; United States v. Pazsint, 703 F.2d 420, 424-425 (9th Cir. 1983); Meder v. Everest & Jennings, Inc., 637 F.2d 1182, 1186-87 (8th Cir. 1981); United States v. Yates, 553 F.2d 518, 521 (6th Cir. 1977); Florida Canal Industries, Inc. v. Rambo, 537 F.2d 200, 203 (5th Cir. 1976) |
| D-5115 | 04/12/1996 | Nancy Nelson, MD (UNUM) facsimile to Emilio S. Musso transmitting portions of contracts | H773-H776 | Hearsay (F.R.E. 802); unqualified opinion (F.R.E. 701); See also United States v. Bortnovsky, 879 F.2d 30, 34 (2nd Cir. 1989), supra; United States v. Pazsint, 703 F.2d 420, 424-425 (9th Cir. 1983); Meder v. Everest & Jennings, Inc., 637 F.2d 1182, 1186-87 (8th Cir. 1981); United States v. Yates, 553 F.2d 518, 521 (6th Cir. 1977); |

| | | | | |
|---|---|---|---|---|
| | | | | <u>Florida Canal Industries, Inc. v. Rambo</u>, 537 F.2d 200, 203 (5th Cir. 1976) |
| D-5116 | 04/15/1996 | Clifford Hertz, Esq. letter to Kelly Ledue enclosing progress notes of Dr. Jeffrey L. Katzell dated 04/02/96 | H797-H800 | |
| D-5117 | 04/18/1996 | Nancy Nelson, MD (UNUM) letter to Jeffrey L. Katzell re 04/18/96 telephone call | H6551-H6553 | Hearsay (F.R.E. 802); absence of proof of personal knowledge (F.R.E. 602); unqualified opinion (F.R.E. 701); <u>See also</u> <u>United States v. Bortnovsky</u>, 879 F.2d 30, 34 (2nd Cir. 1989), <u>supra</u>; <u>United States v. Pazsint</u>, 703 F.2d 420, 424-425 (9th Cir. 1983); <u>Meder v. Everest & Jennings, Inc.</u>, 637 F.2d 1182, 1186-87 (8th Cir. 1981); <u>United States v. Yates</u>, 553 F.2d 518, 521 (6th Cir. 1977); <u>Florida Canal Industries, Inc. v. Rambo</u>, 537 F.2d 200, 203 (5th Cir. 1976) |
| D-5118 | 04/19/1996 | Nancy Nelson, MD (UNUM) facsimile to Kelly Ledue attaching file documentation and a copy of the doc-doc letter faxed to Katzell | H10832-H10836 | Hearsay (F.R.E. 802); absence of proof of personal knowledge (F.R.E. 602); unqualified opinion (F.R.E. 701); <u>See also</u> <u>United States v. Bortnovsky</u>, 879 F.2d 30, 34 (2nd Cir. 1989), <u>supra</u>; <u>United States v. Pazsint</u>, 703 F.2d 420, 424-425 (9th Cir. 1983); <u>Meder v.</u> |

| | | | | |
|---|---|---|---|---|
| | | | | Everest & Jennings, Inc., 637 F.2d 1182, 1186-87 (8th Cir. 1981); United States v. Yates, 553 F.2d 518, 521 (6th Cir. 1977); Florida Canal Industries, Inc. v. Rambo, 537 F.2d 200, 203 (5th Cir. 1976) |
| D-5119 | 04/19/1996 | Primary Care Medical Associates Personnel Action Slip re contract terminated | H5651 | |
| D-5120 | 04/22/1996 | Joe Wyllie & Associates, Inc. letter to Dennis McCormack enclosing addendum to investigative report | H1830-H1832 | Hearsay (F.R.E. 802); absence of proof of personal knowledge (F.R.E. 602); unqualified opinion (F.R.E. 701). |
| D-5121 | 04/30/1996 | UNUM letter to Candi McCulloch denying claim | H225-H228 | Hearsay (F.R.E. 802); absence of proof of personal knowledge (F.R.E. 602). unqualified opinion (F.R.E. 701); See also United States v. Bortnovsky, 879 F.2d 30, 34 (2nd Cir. 1989), supra; United States v. Pazsint, 703 F.2d 420, 424-425 (9th Cir. 1983); Meder v. Everest & Jennings, Inc., 637 F.2d 1182, 1186-87 (8th Cir. 1981); United States v. Yates, 553 F.2d 518, 521 (6th Cir. 1977); Florida Canal Industries, Inc. v. Rambo, 537 F.2d 200, 203 (5th Cir. 1976) |

| D-5122 | 04/30/1996 | Detailed Activity Listing | H1732-H1742 | Hearsay (F.R.E. 802); absence of proof of personal knowledge (F.R.E. 602); unqualified opinion (F.R.E. 701); White v. Zutell, 263 F.2d 613, 614-615 (2nd Cir. 1959); Palmer v. Hoffman, 318 U.S. 109, 63 S.Ct. 477, 87 L.Ed. 645 (1943); United States v. Pazsint, 703 F.2d 420, 424-425 (9th Cir. 1983); Meder v. Everest & Jennings, Inc., 637 F.2d 1182, 1186-87 (8th Cir. 1981); United States v. Yates, 553 F.2d 518, 521 (6th Cir. 1977); Florida Canal Industries, Inc. v. Rambo, 537 F.2d 200, 203 (5th Cir. 1976) |
| D-5123 | 05/07/1996 | UNIVAL IME Evaluation Summary Form | H2156 | |
| D-5124 | 05/07/1996 | Joseph J. Alshon Physiatric Chronic Pain/Disability Independent Medical Examination | H11534-H11543 | |
| D-5125 | 05/14/1996 | Equifax Claim Investigation Report | H2105-H2112 | Hearsay (F.R.E. 802); absence of proof of personal knowledge (F.R.E. 602); unqualified opinion (F.R.E. 701); lack of authentication. |
| D-5126 | 08/23/1996 | Columbia JFK Medical Center letter accepting resignation of Candi | H5593 | |