| | | McCulloch | | |
|---|---|---|---|---|
| D-5127 | 01/01/1997 | CVS Pharmacy Record | Porfiri Depo Ex. 6 | |
| D-5128 | 01/08/1997 | Detailed Activity Listing re Candi McCulloch | H6473-H6475 | Hearsay (F.R.E. 802); absence of proof of personal knowledge (F.R.E. 602); unqualified opinion (F.R.E. 701); lack of authentication; See also Palmer v. Hoffman, 318 U.S. 109, 63 S.Ct. 477, 87 L.Ed. 645 (1943). |
| D-5129 | 02/18/1997 | Carine Porfiri, M.D. handwritten medical notes regarding Candi McCulloch (02/18/97-03/30/00) | H3311; H5024; H3312-H3316 | |
| D-5130 | 03/03/1997 | Ronald S. Wagner IME report | H7276-H7278 | Hearsay (F.R.E. 802); absence of proof of personal knowledge (F.R.E. 602), unqualified opinion (F.R.E. 701, 702). |
| D-5131 | 03/19/1997 | John Hancock letter to American College of Physicians re denying liability for claim | H2117 | Hearsay (F.R.E. 802); absence of proof of personal knowledge (F.R.E. 602), unqualified opinion (F.R.E. 701, 702). |
| D-5132 | 06/26/1997 | Leta Sharkey facsimile to Kelly Ledue transmitting Description of Director of Women's Health Center Services to be Performed | H777-H780 | Hearsay (F.R.E. 802); absence of proof of personal knowledge (F.R.E. 602), unqualified opinion (F.R.E. 701, 702). |
| D-5133 | 07/17/1997 | Porfiri Handwritten Notes | H5024 | |
| D-5134 | 08/14/1997 | Nancy Doyle letter to Leta Sharkey enclosing complete | H1610-H1731 | This designation fails to comply with the |

25

| | | copy of requested claim file | | court's order – the exhibits contains over 120 pages, consisting of numerous documents, all objectionable on various grounds. Plaintiff reserves the right to object to each and every one of these documents on any ground, including hearsay (F.R.E. 802); absence of proof of personal knowledge (F.R.E. 602); unqualified opinion (F.R.E. 701); and authenticity. |
|---|---|---|---|---|
| D-5135 | 11/07/1997 | Educators letter to Candi McCulloch re need additional medical records to evaluate claim | H2060-H2061 | |
| D-5136 | 11/11/1997 | Carine Porfiri's Annual History and Physical of Candi McCulloch | H7504 | |
| D-5137 | 12/15/1997 | Candi McCulloch's response to John Craft's 11/07/97 letter | H1596-H1599 | |
| D-5138 | 12/16/1997 | Carine Porfiri's letter to John Craft responding to 11/07/97 Craft letter to McCulloch | McCulloch Depo Ex. 99; Porfiri Depo Ex. 11 | |
| D-5139 | 01/13/1998 | Educators Mutual letter to Candi McCulloch re other possible vocational options available to McCulloch | H2057 | |
| D-5140 | 02/18/1998 | Porfiri Handwritten Notes | H5024 | |
| D-5141 | 07/09/1998 | Mark Stern, MD's letter to Educators re review of | H2047-H2048 | |

| | | McCulloch's medical records | | |
|---|---|---|---|---|
| D-5142 | 07/29/1998 | Mark Stern, MD's letter to Educators Mutual re Unable to continue to certify the physician level accountability of the nature of the impairment | H2045-H2046 | |
| D-5143 | 09/21/1998 | Beverly C. Walters, MD Report | H5483-H5487 | |
| D-5144 | 09/21/1998 | Baystate Medical Center MRI Report | SSAdmin-DWQ 384 | |

| | | | | |
|---|---|---|---|---|
| D-5145 | 10/26/1998 | Mark Stern, MD's letter to Educators Mutual re review of McCulloch medical records | H4496-H4501 | |
| D-5146 | 11/05/1998 | Beverly Walters response to questionnaire of Educators Mutual | H3176-H3178 | |
| D-5147 | 11/18/1998 | Carine Porfiri, MD's handwritten medical notes | H5014 | |
| D-5148 | 05/20/1999 | Life and Disability Claim Activity Record (Handwritten notes) | H2009-H2023 | Hearsay (F.R.E. 802); absence of proof of personal knowledge (F.R.E. 602); unqualified opinion (F.R.E. 701); See also United States v. Bortnovsky, 879 F.2d 30, 34 (2nd Cir. 1989), supra. |
| D-5149 | 06/10/1999 | Beverly C. Walters, MD Office Progress Notes | H5443; H3780-H3782 | |
| D-5150 | 07/12/1999 | Bruce R. Coulombe, MD records re Candi McCulloch | H2534-H2536 | |
| D-5151 | 08/26/1999 | Educators Mutual letter to Candi McCulloch re effective 07/01/99 Educators has | H2027 | |

| | | contracted with GRP , a service provider segment of Hartford Life and Accident Insurance Company to administer disability claim | | |
|---|---|---|---|---|
| D-5152 | 01/19/2000 | Completed Claimant Questionnaire | H3164-H3170 | |
| D-5153 | 01/28/2000 | Attending Physician Statement (Porfiri) | Porfiri Depo Ex. 12 | |
| D-5154 | 02/29/2000 | Carine Porfiri, MD Medical Notes (notes also for 03/30/00 (McCulloch in MVA on 02/28/00) | H5012-H5013 | |
| D-5155 | 03/15/2000 | Barbara Roberts, MD (Beverly C. Walters nurse) McCulloch calling in to report MVA of 02/28 | H3786 | |
| D-5156 | 04/04/2000 | Activity Log re Candi McCulloch (04/04/00-12/01/00) | H3619-H3631 | Hearsay (F.R.E. 802); absence of proof of personal knowledge (F.R.E. 602); unqualified opinion (F.R.E. 701); See also United States v. Bortnovsky, 879 F.2d 30, 34 (2nd Cir. 1989), supra; United States v. Pazsint, 703 F.2d 420, 424-425 (9th Cir. 1983); Meder v. Everest & Jennings, Inc., 637 F.2d 1182, 1186-87 (8th Cir. 1981); United States v. Yates, 553 F.2d 518, 521 (6th Cir. 1977); Florida Canal Industries, Inc. v. Rambo, 537 F.2d 200, 203 (5th Cir. 1976) |

| D-5157 | 04/04/2000 | Hartford EBD Special Investigations Referral Form | H4131-H4132 | |
| D-5158 | 04/13/2000 | Beverly A. Walters, MD office Report Summary re neck | H3785 | |
| D-5159 | 04/15/2000 | Rollin M. Johnson, MD letter report to Carine Porfiri, MD | H4643-H4645 | |
| D-5160 | 04/20/2000 | Carine Porfiri, MD medical notes re PT reports all low back flexibility is lost and has stopped all physical therapy | H5011 | |
| D-5161 | 04/23/2000 | Candi McCulloch letter to Susan enclosing Personal Profile Evaluation | H4184-H4191 | |
| D-5162 | 04/28/2000 | Baystate Medical Center, MRI Report, MRI Spine Lumb W/O Contrast | HH4833-H4832 | |
| D-5163 | 05/03/2000 | Handwritten doctor's notes re Candi McCulloch, back pain getting worse | H7542-H7543 | |
| D-5164 | 05/06/2000 | Baystate Medical Center, MRI Report, MRI TMJ, No Contrast | H6281-H6282 | |
| D-5165 | 05/23/2000 | Beverly Walters, MD facsimile to Susan Wilk, has not seen McCulloch since 06/99 | H118 | |
| D-5166 | 05/31/2000 | SSC Report of Surveillance re Candi McCulloch | H3425-HH3428 | Hearsay (F.R.E. 802); absence of proof of personal knowledge (F.R.E. 602); unqualified opinion (F.R.E. 701); lack of authentication; See also Palmer v. Hoffman, 318 U.S. 109, 63 S.Ct. 477, 87 |

| | | | | |
|---|---|---|---|---|
| | | | | L.Ed. 645 (1943). |
| D-5167 | 06/01/2000 | Richard N. Norris letter report to Rollin Johnson | H4657-H4658 | |
| D-5168 | 06/09/2000 | Richard N. Norris Procedure Note (Transforaminal Epidural) | H4669 | |
| D-5169 | 06/15/2000 | Activity Log re Candi McCulloch (06/15/00-09/08/00) | H2593-H2599 | Hearsay (F.R.E. 802); absence of proof of personal knowledge (F.R.E. 602); unqualified opinion (F.R.E. 701); United States v. Bortnovsky, 879 F.2d 30, 34 (2nd Cir. 1989), supra; United States v. Pazsint, 703 F.2d 420, 424-425 (9th Cir. 1983); Meder v. Everest & Jennings, Inc., 637 F.2d 1182, 1186-87 (8th Cir. 1981); United States v. Yates, 553 F.2d 518, 521 (6th Cir. 1977); Florida Canal Industries, Inc. v. Rambo, 537 F.2d 200, 203 (5th Cir. 1976) |
| D-5170 | 06/19/2000 | Richard N. Norris Progress Notes | H4821-H4822 | |
| D-5171 | 06/20/2000 | Porfiri Attending Physician Report | H8355-H8356 | |
| D-5172 | 07/07/2000 | Jordon C. Grabel, MD Neurosurgical Consultation | H4974-H4975 | |
| D-5173 | 07/11/2000 | Candi McCulloch Patient Information Sheet (Magana) | H4883-H4887 | |
| D-5174 | 07/11/2000 | Magna Consultation Report | H174-H176 | |

| D-5175 | 07/18/2000 | Candi McCulloch letter to Joseph Sterle requesting policy provision re FCE and retraining (Complaining re evaluation 100 miles from her home) | H2689-H2690 | |
| D-5176 | 07/25/2000 | Joseph R. Sterle letter responding to Candi McCulloch 07/18/00 letter | H2681-H2682 | Hearsay (F.R.E. 802) |
| D-5177 | 07/31/2000 | Candi McCulloch letter to Joseph R. Sterle declining FCE and requests rescheduling of IME closer to her home | H4090 | |
| D-5178 | 08/02/2000 | Joseph R. Sterle letter to Candi McCulloch re IME with Asha Garg | CMCL-00029-CMCL-00030 | Hearsay (F.R.E. 802) |
| D-5179 | 08/15/2000 | Susan Wilk letter to Candi McCulloch re William Moryto will be contacting McCulloch to arrange meeting | CMCL-00019 | Hearsay (F.R.E. 802) |
| D-5180 | 08/24/2000 | Candi McCulloch letter to Susan Wilk responding to 08/15/00 letter requesting how Mr. Moryto's interview qualifies as an examination | CMCL-00017 | |
| D-5181 | 08/25/2000 | Susan A. Wilk letter to Candi McCulloch re meeting with Mr. Moryto | H2644-H2645 | Hearsay (F.R.E. 802) |
| D-5182 | 08/28/2000 | Candi McCulloch letter to Susan Wilk responding to Wilk's 08/25/00 letter | H3114-H3116 | |
| D-5183 | 08/31/2000 | Susan Wilk facsimile to Candi McCulloch re interview of Moryto | H3111-H3113 | Hearsay (F.R.E. 802) |
| D-5184 | 09/01/2000 | Kim L. Gabrielsen letter to | H3110 | Hearsay (F.R.E. 802) |

| | | Asha Garg re IME | | |
|---|---|---|---|---|
| D-5185 | 09/05/2000 | Candi McCulloch handwritten note to Dr. Mosler | H8100 | |
| D-5186 | 09/08/2000 | Asha Garg, MD IME Report of Candi McCulloch | H189-H194; H3560 | Hearsay (F.R.E. 802); absence of proof of personal knowledge (F.R.E. 602); unqualified opinion (F.R.E. 701, 702); See also White v. Zutell, 263 F.2d 613, 614-615 (2nd Cir. 1959) (only plaintiff is entitled to rely on report of doctor who defendant requested to examined plaintiff) |
| D-5187 | 09/08/2000 | Statement of Candi McCulloch | H23-H27 | |
| D-5188 | 10/05/2000 | Baystate Medical Center Diskogram | H186-H188 | |
| D-5189 | 10/31/2000 | Ignacio Magana letter to Susan A. Wilk re review of video tape | H180 | Hearsay (F.R.E. 802); absence of proof of personal knowledge (F.R.E. 602); unqualified opinion (F.R.E. 701); See also United States v. Bortnovsky, 879 F.2d 30, 34 (2nd Cir. 1989), supra; White v. Zutell, 263 F.2d 613, 614-615 (2nd Cir. 1959); Palmer v. Hoffman, 318 U.S. 109, 63 S.Ct. 477, 87 L.Ed. 645 (1943)l; United States v. Pazsint, 703 F.2d 420, 424-425 (9th Cir. 1983); Meder v. Everest & Jennings, Inc., 637 F.2d 1182, |

| | | | | |
|---|---|---|---|---|
| | | | | 1186-87 (8th Cir. 1981); <u>United States v. Yates</u>, 553 F.2d 518, 521 (6th Cir. 1977); <u>Florida Canal Industries, Inc. v. Rambo</u>, 537 F.2d 200, 203 (5th Cir. 1976) |
| D-5190 | 11/07/2000 | Ignacio Magana letter to Candi McCulloch re review of lumbar diskogram from Bay State Medical Center | H4890 | |
| D-5191 | 11/09/2000 | Request for Medical Review (referred by Susan Wilk) | H3491-H3496 | Hearsay (F.R.E. 802); absence of proof of personal knowledge (F.R.E. 602); unqualified opinion (F.R.E. 701); <u>White v. Zutell</u>, 263 F.2d 613, 614-615 (2nd Cir. 1959); <u>Palmer v. Hoffman</u>, 318 U.S. 109, 63 S.Ct. 477, 87 L.Ed. 645 (1943). |
| D-5192 | 11/10/2000 | Hartford K-6 Report | H3713-H3726 | Hearsay (F.R.E. 802); absence of proof of personal knowledge (F.R.E. 602); unqualified opinion (F.R.E. 701); <u>See</u> also <u>United States v. Bortnovsky</u>, 879 F.2d 30, 34 (2nd Cir. 1989), <u>supra</u>; <u>United States v. Pazsint</u>, 703 F.2d 420, 424-425 (9th Cir. 1983); <u>Meder v. Everest & Jennings, Inc.</u>, 637 F.2d 1182, 1186-87 (8th Cir. 1981); <u>United States v. Yates</u>, 553 F.2d 518, 521 (6th Cir. 1977); <u>Florida Canal</u> |

| | | | | |
|---|---|---|---|---|
| | | | | Industries, Inc. v. Rambo, 537 F.2d 200, 203 (5th Cir. 1976) |
| D-5193 | 11/16/2000 | Ignacio Magana memo to Candi McCulloch file re lumbar diskogram | H4889 | |
| D-5194 | 11/17/2000 | Kim Gabrielsen denial letter to Candi McCulloch | H3670-H3681 | |
| D-5195 | 11/21/2000 | Hartford Insurance Group Department of Special Investigations Report Summary | H2-H5 | Hearsay (F.R.E. 802); absence of proof of personal knowledge (F.R.E. 602); unqualified opinion (F.R.E. 701). |
| D-5196 | 11/28/2000 | Christine Baker, MD handwritten medical records | H4879-H4880 | |
| D-5197 | 12/27/2000 | Munir H. Abbasy, MD letter report to Christine Baker, MD | H4828-H4829 | |
| D-5198 | 01/20/2001 | Mark R. McLaughlin, MD letter report to Munir H. Abbasy, MD | H7656-H7658 | |
| D-5199 | 01/11/2001 | Patient Intake form for Spine Institute, Beth Israel Medical Center | H8221-H8224 | |
| D-5200 | 01/11/2001 | Fabien Bitan, MD report re Candi McCulloch | H6263-H6264 | |
| D-5201 | 01/18/2001 | McCulloch's Arthritis Treatment Center Questionnaire | H5873-H5875 | |
| D-5202 | 01/19/2001 | Social Security Administration Disability Report – Info About the Disabled Person | SSAdmin-DWQ 138-SSAdmin-DWQ 154 | |
| D-5203 | 01/23/2001 | R. Allison Ryan, MD letter report to Christine Baker, MD | H4804-H4803 | |

| D-5204 | 01/29/2001 | Arthritis Treatment Center Report | CMCL 333-CMCL 335 | |
| D-5205 | 05/10/1994 | HCMS offer of employment to McCulloch | H10018 | |
| D-5206 | 02/02/2001 | Duane E. Dixon, MD letter report to Christine Baker, MD | SSAdmin-DWQ 331-SSAdmin-DWQ 332 | |
| D-5207 | 02/12/2001 | R. Allison Ryan, MD letter report to Christine Baker, MD | H4799-H4800 | |
| D-5208 | 02/28/2001 | McCulloch's Arthritis Treatment Center Questionnaire | H5876-H5878 | |
| D-5209 | 02/27/2001 | Robert G. Gray, MD letter report re Candi McCulloch | SSAdmin-DWQ 318-SSAdmin-DWQ 319 | |
| D-5210 | 03/06/2001 | Mark R. McLaughlin, MD letter report to Munir H. Abbasy, MD | H4796 | |
| D-5211 | 03/08/2001 | Questionnaire on Pain | SSAdmin 124-SSAdmin133 | |
| D-5212 | 03/14/2001 | Baystate Medical Center report re MRI Head w/o Contrast | H4795 | |
| D-5213 | 03/20/2001 | Judith Goldman Client Encounter Form and Pain Assessment Chart completed by Candi McCulloch | H5971-H5974; H5980 | |
| D-5214 | 03/21/2001 | R. Allison Ryan, MD letter report to Christine Baker, MD | H4793-H4794 | |
| D-5215 | 03/26/2001 | Christine Baker Handwritten Notes | H4873 | |
| D-5216 | 03/29/2001 | Ronald N. Paasch letter report to Rollin Johnson, MD | H4653-H4654 | |

| D-5217 | 04/06/2001 | SS Administration Physical Residual Functional Capacity Assessment | SSAdmin-DWQ 290-SSAdmin-DWQ 297 | |
| D-5218 | 04/23/2001 | Telephone message from Judy Goldman to Dr. Baker | H4871 | |
| D-5219 | 04/23/2001 | Judith Goldman (Cooley Dickinson Hospital) record | H5969; 7615 | |
| D-5220 | 05/03/2001 | Ronald Paasch procedural notes (IDET L4-5) | H4666-H4668 | |
| D-5221 | 06/18/2001 | Ronald N. Paasch, MD Progress Note | SSAdmin-DWQ 300 | |

| D-5222 | 07/18/2001 | Memo from Pamela Mormino attaching Policy No. GLT 401500 | H2424-H2440 | |
| D-5223 | 07/27/2001 | Ronald N. Paasch, MD Progress Note | SSAdmin-DWQ 299 | |
| D-5224 | 08/16/2001 | Richard N. Norris, MD Progress Note: Has been quite a while since I have seen her | SSAdmin-DWQ 350-SSAdmin-DWQ 351 | |
| D-5225 | 08/17/2001 | Robert B. Steinberg, PhD, MD Report | SSAdmin-DWQ 322-SSAdmin-DWQ 323 | |
| D-5226 | 08/22/2001 | Baystate Medical Center – MRI Report, MRI Spine Cerv w/o Contrast | H4659-H4660 | |
| D-5227 | 09/11/2001 | Richard N. Norris, MD Progress Note | SSAdmin-DWQ 349 | |
| D-5228 | 09/12/2001 | Ronald N. Paasch, MD Progress Note | SSAdmin-DWQ 298 | |
| D-5229 | 09/13/2001 | Richard N. Norris, MD, Electrodiagnostic Study | SSAdmin-DWQ 346- | |

|  |  |  | SSAdmin-DWQ 348 |  |
|---|---|---|---|---|
| D-5230 | 10/16/2001 | Judith Goldman, PhD response to SS Administration Questionnaire re Candi McCulloch | SSAdmin-DWQ 249-SSAdmin-DWQ 256 |  |
| D-5231 | 10/25/2001 | Jenny Heller, MD letter report to Robert B. Steinberg | H7237-H7238 |  |
| D-5232 | 10/30/2001 | J. Stanton response to SS Administration Questionnaire re Candi McCulloch | SSAdmin-DWQ 235-SSAdmin-DWQ 236 |  |
| D-5233 | 12/20/2001 | Richard N. Norris, MD Progress Note | H4646 |  |
| D-5234 | 03/19/2002 | Pain Management Center Baystate Medical Center Report | H7223-H7227 |  |
| D-5235 | 04/02/2002 | Gaev handwritten notes | H7758-H7766 |  |

| D-5236 | 10/29/2002 | Julie M. Stanton, MD letter to Catherine M. Hancock | CMCL-00361-CMCL-00362 |  |
|---|---|---|---|---|
| D-5237 | 05/24/2004 | McCulloch email to Dr. Lloyd Saberski re facet joint injections | Saberski-DWQ 27 |  |
| D-5238 | 05/24/2004 | McCulloch email to Dr. Lloyd Saberski re facet joint injections | Saberski-DWQ 28 |  |
| D-5239 | 06/28/2004 | Email exchange between Dr. Lloyd Saberski and Candi McCulloch | Saberski-DWQ 32-Saberski-DWQ 33 |  |
| D-5240 | 00/00/0000 | Citibank Visa Responses to Deposition on Written Questions (09/29/03; 01/09/04; and 01/06) |  |  |

| D-5241 | 00/00/0000 | Judith Goldman, PhD, Responses to Depositions on Written Question | | |
|---|---|---|---|---|
| D-5242 | 00/00/0000 | MBNA Response to Deposition on Written Question (11/18/03) | | |
| D-5243 | 00/00/0000 | Julie Stanton, MD, Responses to Depositions on Written Questions (01/05; 01/06) | | |
| D-5244 | 00/00/0000 | Lloyd R. Saberski, MD, Responses to Depositions on Written Questions (12/01/03; 12/08/05) | | |
| D-5245 | 00/00/0000 | Providian Response to Deposition on Written Questions (03/31/04) | | |
| D-5246 | 00/00/0000 | First USA Visa Response to Deposition on Written Questions (08/14/03) | | |
| D-5247 | 00/00/0000 | Social Security Administration Response to Deposition on Written Questions (09/23/04) | | |
| D-5248 | 00/00/0000 | Any and all exhibits used at the Deposition of Candi McCulloch | | This purported identification fails to comply with the court's order and fails to permit plaintiff to assert meaningful objections.  Plaintiff reserves her right to object to this exhibit – whatever it ends of being – on every and any grounds, including hearsay; lack of personal knowledge; and unqualified opinion. |
| D-5249 | 00/00/0000 | Any and all exhibits used at the | | This purported identification fails to |

| | | Deposition of Paul J. Meyer | | comply with the court's order and fails to permit plaintiff to assert meaningful objections. Plaintiff reserves her right to object to this exhibit – whatever it ends of being – on every and any grounds, including hearsay; lack of personal knowledge; and unqualified opinion. |
|---|---|---|---|---|
| D-5250 | 00/00/0000 | Any and all exhibits used at the Deposition of Carine M. Porfiri, M.D. | | This purported identification fails to comply with the court's order and fails to permit plaintiff to assert meaningful objections. Plaintiff reserves her right to object to this exhibit – whatever it ends of being – on every and any grounds, including hearsay; lack of personal knowledge; and unqualified opinion, |
| D-5251 | 00/00/0000 | February 1996, May 2000 and June 2000 Videos | | As to February, 1996, Authenticity<br><br>Lack of Foundation<br><br>(F.R.E. 602) |
| D-5252 | 00/00/0000 | Copy of Candi McCulloch's Passport (plus original to be obtained through trial subpoena) | CMCL-00977-CMCL-00989 | |
| D-5253 | 00/00/0000 | Porfiri Handwritten Medical | Porfiri Depo | |

| | | Records | Ex. 1 | |
|---|---|---|---|---|
| D-5254 | 00/00/0000 | 03/22 Handwritten note from Denise to Paul | Meyer Depo Ex. 4 | Hearsay (F.R.E. 802); absence of proof of personal knowledge (F.R.E. 602); unqualified opinion (F.R.E. 701); See also United States v. Bortnovsky, 879 F.2d 30, 34 (2nd Cir. 1989), supra. |
| D-5255 | 00/00/0000 | Capitol One Bank Response to Depositions on Written Questions (01/15/04) | | |
| D-5256 | 00/00/0000 | MBNA America Credit Card Statements | McCulloch Depo Ex. 121 | |
| D-5257 | 00/00/0000 | Certificate of Moral and Professional Character | | |
| D-5258 | 00/00/0000 | Florida Department of Health Board of Medicine, 1501 Medical Doctor Application for Licensure | | |
| D-5259 | 00/00/0000 | JP Morgan Chase Response to Deposition on Written Questions (08/05/03) | | |
| D-5260 | 00/00/0000 | Medical Records from The Upledger Institute | H6249; H6252-H6254; H6256-H6257 | |
| D-5261 | 10/03/1997 | Pleadings from *In Re the Marriage of Villoldo and McCulloch*, Case No. CD 97-6782 FB | McCulloch Depo Ex. 137; H10636-H10661 | This purported identification fails to comply with the court's order and fails to permit plaintiff to assert meaningful objections. Plaintiff reserves her right to object to this exhibit – whatever it ends of being – on every and |

| | | | | |
|---|---|---|---|---|
| | | | | any grounds, including hearsay; lack of personal knowledge; and unqualified opinion (F.R.E. 701). |
| D-5262 | 05/29/2002 | Curriculum Vitae of Arthur Taub, M.D., Ph.D. | | |
| D-5263 | 00/00/0000 | Curriculum Vitae of David B. Ketroser, M.D., J.D. | | |
| D-5264 | 00/00/0000 | 1998, 1999 and 2000 Income Tax Returns for Candi McCulloch (2001 – 2004 obtained through trial subpoena) | | |

| | | | | |
|---|---|---|---|---|
| D-5265 | 09/03/1997 | Educators Mutual Life Letter to Candi McCulloch | H2085 | |
| D-5266 | 00/00/0000 | Summary of Selected Activity by Candi McCulloch | | Plaintiff is unable to respond to this "identification" as there is no document identified nor has plaintiff seen such a document. This purported identification fails to comply with the court's order and fails to permit plaintiff to assert meaningful objections. Plaintiff reserves her right to object to this exhibit – whatever it ends of being – on every and any grounds, including hearsay; lack of personal knowledge; unqualified opinion; and lack of |

| | | | | |
|---|---|---|---|---|
| | | | | authentication. |
| D-5267 | 00/00/0000 | Summary of Selected Statements by Candi McCulloch | | Plaintiff is unable to respond to this "identification" as there is no document identified nor has plaintiff seen such a document.  This purported identification fails to comply with the court's order and fails to permit plaintiff to assert meaningful objections.  Plaintiff reserves her right to object to this exhibit – whatever it ends of being – on every and any grounds, including hearsay; lack of personal knowledge; unqualified opinion, lack of authentication. |
| D-5268 | 12/12/1995 | West Palm Beach Post Accent Section | | Plaintiff is unable to respond to this "identification" as there is no document identified nor has plaintiff seen such a document.  This purported identification fails to comply with the court's order and fails to permit plaintiff to assert meaningful objections.  Plaintiff reserves her right to object to this exhibit – whatever it ends of being – on every and any grounds, including hearsay; |

| | | | | |
|---|---|---|---|---|
| | | | | lack of personal knowledge; unqualified opinion, lack of authentication and failure to disclose during discovery. |
| D-5269 | 00/00/0000 | All medical records of Candace McCulloch produced in discovery | | This purported identification fails to comply with the court's order and fails to permit plaintiff to assert meaningful objections.  Plaintiff reserves her right to object to this exhibit – whatever it ends of being – on every and any grounds, including hearsay; lack of personal knowledge; and unqualified opinion, and lack of authentication. |
| D-5270 | 00/00/0000 | Hartford's Payment History Screen | H11918-H11935 | |
| D-5271 | 12/15/1999 | Susan A. Wilk letter to Candi McCulloch re claim for long term disability | CMCL 0009 | |
| D-5272 | 10/13/2000 | Susan A. Wilk's Letter to Richard N. Norris, M.D. | H163-H165 | Hearsay (F.R.E. 802) |
| D-5273 | 00/00/0000 | Handwritten medical records regarding Candi McCulloch (05/31/00 through 11/29/00) | CMCL00314-CMCL00330 | |
| D-5274 | 04/25/2000 | Beverly C. Walters, MD's letter to Susan A. Wilk | H143-H144 | |
| D-5275 | 10/09/1995 | Emilio S. Musso Progress note regarding Candice McCulloch | H1505 | |

| D-5276 | 00/00/1996 | Rehabsystems Physical Therapy Records regarding Candi McCulloch | H1334-H1338; H1341-H1350 | |
| D-5277 | 12/19/2000 | Neurosurgical & Neurological Group Medical Records regarding Candi McCulloch | H7573 | |
| D-5278 | 02/05/2002 | Pain Management Center, Baystate Medical Center Consultation/Second Opinion Consultation Report | H5417-H5421 | |
| D-5279 | 09/00/1996 | Rehabsystems Physical Therapy Daily Notes (09/04/1996 – 11/04/1996) | H1351-H1373; H6167 | |
| D-5280 | 11/10/2000 | Notes by Kim Gabrielson re Extensive Medical Review | | Hearsay (F.R.E. 802); absence of proof of personal knowledge (F.R.E. 602); unqualified opinion (F.R.E. 701); |
| D-5281 | 11/09/2000 | Medical Review | H3931 | Hearsay (F.R.E. 802); absence of proof of personal knowledge (F.R.E. 602); unqualified opinion (F.R.E. 701); See also See also United States v. Bortnovsky, 879 F.2d 30, 34 (2nd Cir. 1989), supra. |
| D-5282 | | Reports of Arthur Taub, M.D., Ph.D. | | Plaintiff will submit separate objections to this report. |
| D-5283 | | Reports of David B. Ketroser, M.D. | | Plaintiff will submit separate objections to this report. |

PLAINTIFF,
CANDI McCULLOCH

By_____

Eliot B. Gersten, Esq.
Fed. Bar No. ct05213
GERSTEN & CLIFFORD
214 Main Street
Hartford, CT   06106
(860) 527-7044
Her Attorney

45

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was faxed and mailed, via regular U.S. Mail, postage prepaid, on January 31, 2006 to all counsel and pro se parties of record, as follows:

Roberta J. Sharp, Esq.
Jessica Spangler Taylor, Esq.
Barry A. Chasnoff, Esq.
Akin Gump Strauss Hauer & Feld, LLP
300 Convent Street, Suite 1500
San Antonio, TX 78205
*Tel: 210/281-7146*
*Fax: 210/224-2035*

Donald E. Frechette, Esq.
Joshua L. Milrad, Esq.
Charles F. Gfeller, Esq.
Edwards & Angell, LLP
90 State House Square
Hartford, CT 06103
*Tel: 860/525-5065*
*Fax: 860/527-4198*


_____
Eliot B. Gersten