UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CANDI McCULLOCH | : CIVIL ACTION NO. |
| | : 3:01CV1115 (AHN) |
| Plaintiff, | : |
| | : |
| vs. | : |
| | : |
| HARTFORD LIFE AND ACCIDENT | : |
| INSURANCE COMPANY AND EDUCATORS | : |
| MUTUAL LIFE INSURANCE COMPANY | : |
| Defendants. | : JANUARY 31, 2006 |

**PLAINTIFF'S OBJECTIONS TO DEFENDANTS' DESIGNATION OF
DEPOSITION TESTIMONY FOR USE AT TRIAL**

Pursuant to this court's pretrial order, plaintiff respectfully submits the following objections to the deposition testimony that defendants intend to offer at trial. Plaintiff is also submitting herewith a memorandum of law regarding her objections to the deposition testimony of Mr. Paul Meyer.

**PAUL MEYER**

| Page # | Description | Objection |
|---|---|---|
| 20-23 | Opinion re: Dr. Spurlock | Irrelevant (F.R.E. 402); Lack of foundation (F.R.E. 602) |
| 23-24 | Test. Re: plaintiff's work patterns | Irrelevant (F.R.E. 402); Lack of foundation (F.R.E. 602) |
| 34-36 | Test. Re: plaintiff's role at women's center | Lack of foundation (F.R.E. 602) |
| 38-42 | Test. Re: Ex. 3 = Ann Leopold letter to P. Meyer and R. Cascio. | Irrelevant (F.R.E. 402); Lack of foundation (F.R.E. 602); Hearsay (F.R.E. 802) |
| 44-46 | Test. Re: Exhibit 4: Handwritten memo to "Paul". | Irrelevant (F.R.E. 402); Lack of foundation (F.R.E. 602); Hearsay (F.R.E. 802) |
| 47-48 | Test. Re: JFK Policy | Lack of foundation (F.R.E. 602); Irrelevant (F.R.E. 402). |
| 49 | Test. Re: plaintiff's intentions | Lack of foundation (F.R.E. 602); Hearsay (F.R.E. 802); Irrelevant (F.R.E. 402). |
| 51-57 | Test re: Exhibit 5: May 1995 memo from | Lack of foundation (F.R.E. |

|  | Ann Leopold. | 602); Hearsay (F.R.E. 802); Leading Questions (F.R.E. 611(c)); Irrelevant (F.R.E. 402). |
|---|---|---|
| 58-59 | Re: plaintiff's work ethic. | Lack of foundation (F.R.E. 602); Hearsay (F.R.E. 802); Irrelevant (F.R.E. 402). |
| 60-66 | Test. Re: Exhibit 6: July 1995 memo to file by Meyer re meeting w/ plaintiff. | Lack of foundation (F.R.E. 602); Hearsay (F.R.E. 802); Irrelevant (F.R.E. 402). |
| 67-68 | Re: Bonus calculation | Irrelevant (F.R.E. 402) |
| 77 | Test. Re: claim for disability | Lack of foundation (F.R.E. 602); Hearsay (F.R.E. 802); unqualified opinion (F.R.E. 701); Irrelevant (F.R.E. 402). |
| 78-79 | Test. Re: Exhibit 9: Jan. 15, 1996 letter from Meyer to plaintiff. | Irrelevant (F.R.E. 402) |
| 81 | Test. Re: Exhibit 10: March 15, 1995 letter from plaintiff to Meyer. | Irrelevant (F.R.E. 402) |
| 82-84 | Test Re: Exhibit 12: April 4, 1996 letter from Meyer. | Lack of foundation (F.R.E. 602); Irrelevant (F.R.E. 402). |
| 84-88 | Test. Re: Exhibit 13: Notes from UNUM file. | Lack of foundation (F.R.E. 602); Hearsay (F.R.E. 802); unqualified opinion (F.R.E. 701); Leading Questions (F.R.E. 611(c)); Irrelevant (F.R.E. 402). |
| 89-95 | Test. Re: Exhibit 14: Feb. 12, 1996 memo and unit of service report used to keep track of productivity. | Lack of foundation (F.R.E. 602); Hearsay (F.R.E. 802); Irrelevant (F.R.E. 402). |
| 96 | Test re: plaintiff's absences and productivity | Lack of foundation (F.R.E. 602); Hearsay (F.R.E. 802); Irrelevant (F.R.E. 402). |

## ASHA GARG

| Page # | Description | Objection |
|---|---|---|
| 18, 22-23 | Test. Re: what Dr. Garg told defendants' attorney. | Hearsay (F.R.E. 802) |
| 70-71 | Test. Re: opinion on plaintiff's functionality. | Hearsay (F.R.E. 802); unqualified opinion (F.R.E. 701, 702) |
| 183 | Test. Re: plaintiff's mental condition at time of exam | Hearsay (F.R.E. 802); Unqualified opinion (F.R.E. 701, 702); Irrelevant (F.R.E. 402) |

| | | |
|---|---|---|
| 186-87 | Test re: plaintiff's representations | Hearsay (F.R.E. 802) |
| 199-200 | Test. re: Dr. Garg's work schedule | Irrelevant (F.R.E. 402); Hearsay (F.R.E. 802) |
| 203-206, 208 | Test. Re: Dr. Garg's CV | Irrelevant (F.R.E. 402); Hearsay (F.R.E. 802). |
| 227-228 | Test. Re: whether Hartford tried to influence her. | Hearsay (F.R.E. 802). |
| 234-35 | Test. Re: reviewed plaintiff's medical reports. | Lack of foundation (F.R.E. 602) |
| 236-237 | Test. Re: plaintiff's appearance during exam and cognition. | Hearsay (F.R.E. 802); Unqualified opinion (F.R.E. 701, 702) |
| 237-39 | Test. Re: statements by plaintiff to her. | Hearsay (F.R.E. 802). |
| 241-243 | Test Re: opinion on plaintiff's functionality. | Hearsay (F.R.E. 802); Lack of Foundation (F.R.E. 602) Unqualified Opinion (F.R.E. 701, 702) |
| 245-46 | Test. Re: plaintiff's cognition | Hearsay (F.R.E. 802); Lack of Foundation (F.R.E. 602) Unqualified Opinion (F.R.E. 701, 702) |
| 252-54 | Test. Re: video surveillance | Hearsay (F.R.E. 802); Unqualified Opinion (F.R.E. 701, 702) |
| ADDITIONAL DESIGNATIONS | | |
| 62 | Test. Re: effect of narcotics | Hearsay (F.R.E. 802); Unqualified Opinion (F.R.E. 701, 702) |
| 182-183 | Test. Re: Dr. Garg work | Irrelevant (F.R.E. 402) |
| 216-219 | Test. Re: FCE | Hearsay (F.R.E. 802); Unqualified Opinion (F.R.E. 701, 702); Irrelevant (F.R.E. 402) |
| 266-268 | Test. Re: plaintiff's work schedule and occupation | Hearsay (F.R.E. 802); Lack of Foundation (F.R.E. 602). |

**ALTERNATE DESIGNATIONS:**

**PAM MORMINO**

| Page # | Description | Objection |
|---|---|---|
| 113-118 | Test. Re: definition of plaintiff's occupation | Lack of Foundation (F.R.E. 602); Hearsay (F.R.E. 802). |

PLAINTIFF,
CANDI McCULLOCH

By _____
Eliot B. Gersten, Esq.
Fed. Bar No. ct05213
GERSTEN & CLIFFORD
214 Main Street
Hartford, CT 06106
(860) 527-7044
Her Attorney

4

## CERTIFICATE OF SERVICE

    I hereby certify that the foregoing was faxed and mailed, via regular U.S. Mail, postage prepaid, on January 31, 2006 to all counsel and pro se parties of record, as follows:

Roberta J. Sharp, Esq.
Jessica Spangler Taylor, Esq.
Barry A. Chasnoff, Esq.
Akin Gump Strauss Hauer & Feld, LLP
300 Convent Street, Suite 1500
San Antonio, TX 78205
*Tel: 210/281-7146*
*Fax: 210/224-2035*

Donald E. Frechette, Esq.
Joshua L. Milrad, Esq.
Charles F. Gfeller, Esq.
Edwards & Angell, LLP
90 State House Square
Hartford, CT 06103
*Tel: 860/525-5065*
*Fax: 860/527-4198*

_____
Eliot B. Gersten