UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CANDI McCULLOCH | : CIVIL ACTION NO. |
| | : 301CV1115(AHN) |
| Plaintiff, | : |
| | : |
| vs. | : |
| | : |
| HARTFORD LIFE AND ACCIDENT | : |
| INSURANCE COMPANY AND EDUCATORS | : |
| MUTUAL LIFE INSURANCE COMPANY | : |
|     Defendants. | : |

## DEFENDANTS' OBJECTIONS TO PLAINTIFF'S EXHIBIT LIST

Defendants' Objections to Plaintiff's Exhibits are noted in the column so labeled below.

| EX. # | DESCRIPTION | BATES # | OBJECTION |
|---|---|---|---|
| 1 | Plaintiff's application for Insurance | H 3253-54, 2336-2351 | |
| 2 | Insurance Policy | H 2373-2396 | |

Defendants do not object to the authenticity of Plaintiff's exhibits 3 through 36 – i.e., that the documents are what they purport to be (Plaintiff's medical records). Defendants do not object to the admissibility of these records to the extent they meet the requirements of FRE 803(4) or 803(6). Defendants object to these records to the extent they are offered for the truth of matters asserted therein that do not meet these exceptions.

| EX. # | DESCRIPTION | BATES # | OBJECTION |
|---|---|---|---|
| | **PLAINTIFF'S MEDICAL RECORDS** | | |
| 3 | Stanford University Medical Records | | |
| A | Clinical History 8/1/89 & 8/22/89 | H 6097-98 | |
| B | Phys. therapy care plan 8/25/89 | H 6085-93 | |
| C | Radiological consultation 9/5/89 | H 6084 | |
| D | Dr. Steinberg letter & record 9/6/89 | H 6076-78 | |
| E | Radiological Consultation 9/7/89 | H 6075 | |
| F | Posterior cervical laminectomy | H 6106, 6108-6123 | |
| G | records 9/7/89 | H 6124-6162 | |
| H | Report of Surgery 9/7/89 | H 6073-74 | |
| I | Dr. Steinburg letter & record 9/19/89 | H 6071-72 | |
| J | Dr. Steinberg Neurosurgery Report | H 6068, 6070 | |
| K | 10/11/89 | H 6047-48 | |
| L | Clinic History 10/24/89 | H 6046 | |
| M | Dr. Steinberg Neurosurgery Report 8/27/90 | H 6105 | |

| EX. # | DESCRIPTION | BATES # | OBJECTION |
|---|---|---|---|
|  | Radiological Consultation 10/17/90 |  |  |
|  | Radiological Consultation 10/20/90 |  |  |
| 4<br>A<br>B<br>C<br>D<br>E | Dr. Weinstein Records<br>    Letters 11/2/90<br>    Anterior cervical diskectomy report 11/26/90<br>    Letter 12/13/90<br>    Letter 1/11/91<br>    Radiology report 1/11/91 | H 6706-6717<br>H 6712-13, 6716<br>H 6708-6711, 6717<br>H 6715<br>H 6707<br>H 6714 |  |
| 5<br>A<br>B<br>C<br>D<br>E<br>F<br>G<br>H<br>I<br>J<br>K<br>L<br>M<br>N<br>O<br>P<br>Q<br>R<br>S | Dr. Slavin Records<br>    Consult 10/20/94<br>    MRI TMJ 12/30/94<br>    Tomography 1/23/95<br>    Re-Evaluation 8/28/96<br>    History & Physical 12/4/96<br>    Operative Report 12/5/96<br>    AOSPT re: approval treatment plan 12/6/96<br>    Progress Note 12/9/96<br>    Progress Note 12/16/96<br><br>    Progress Note 12/24/96<br>    Progress Note 1/6/97<br>    Progress Notes 2/3/97<br>    Progress Note 3/3/97<br>    Progress Note 5/21/97<br>    Progress Note 6/9/97<br>    MRI 5/6/00<br>    Re-Evaluation 7/5/00<br>    Operative Note 7/6/00<br>    Progress Note 7/10/00 | H 5858-5864<br>H 5857<br>H 5856<br>H 5854-55<br>H 5846, 5849-53<br>H 5844-5848<br>H 5841<br>H 5843<br>H 5842<br><br>H 5840<br>H 5839<br>H 5838<br>H 5837<br>H 5836<br>H 5835<br>H 5830-31<br>H 5827-29<br>H 5825-26<br>H 5824 |  |
| 6<br>A<br>B<br>C<br>D<br>E<br>F<br>G<br>H<br>I<br>J<br>K<br>L | Dr. Porfiri Records<br>    Annual History & Physical 2/21/95<br>    Treatment Notes 02/24/95-10/10/95<br>    Treatment Notes 10/17/95<br>    Letter to UNUM dated 01/10/96<br>    Treatment Notes 10/15/96<br>    Treatment Notes 10/24/96-08/24/96<br>    Treatment Notes 02/18/97<br>    Treatment Notes 7/17/97-2/18/98<br>    Annual History 11/11/97<br>    Letter dated 12/16/97<br>    Treatment Notes 11//18/98<br>    Treatment Notes 3/5/99 | H 6689<br>H 6690<br>H 6020<br>H 5087<br>H 6018<br>H 6019<br>H 6014, 3311<br>H 6015<br>H 6023-24, 3309<br>CMc 084-85, H6016<br>H 6013<br>H 6012, 3314 |  |

| EX. # | DESCRIPTION | BATES # | OBJECTION |
|---|---|---|---|
| M | Treatment Notes 02/29/00-04/20/00 | H6010-11, 3315-16 | |
| N | Letter dated 04/15/00 | H 6008-6009 | |
| 7 | Dr. Musso Records | | |
| A | Progress Notes 3/20/95 | H 2161-2162 | |
| B | MRI 3/22/95 | H 2166-2167 | |
| C | Letter 3/30/95 | H 2165 | |
| D | Phys. Therapy Prescription 4/19/95 | H 1294 | |
| E | Progress Notes 8/25/95 | H 2164 | |
| F | Office Notes 10/9/95 | H 2163 | |
| G | Progress Notes 10/9/95 | H 1880 | |
| H | UNUM Letter 01/10/96 | H 6649-50 | |
| I | UNUM Letter 01/10/96 | H 6673 | |
| 8 | Regional Physiotherapy Centre Inc. Records | | |
| A | Letter 4/19/95 | H6878-79 | |
| B | Initial Evaluation 4/19/95 | H6880 | |
| C | Treatment Notes 4/24/95 | H6881 | |
| D | Treatment Notes 4/26/95 | H6882 | |
| E | Treatment Notes 5/3/95 | H6883 | |
| F | Treatment Notes 5/5/95 | H6884 | |
| G | Treatment Notes 5/12/95 | H6885 | |
| H | Treatment Notes 5/17/95 | H6886 | |
| I | Treatment Notes 5/19/95 | H6887 | |
| J | Discharge Summary 5/19/95 | H6888-6889 | |
| K | Account Statement | | |
| 9 | Dr. Theofilos Records | | |
| A | Letter 10/25/95 | H6703 | |
| B | Office notes 10/25/95 | H6704-5, H2160-61 | |
| C | Disability Statement 11/14/95 | H6803-04 | |
| D | Disability Statement 11/14/95 | H6801-02 | |
| 10 | Central Palm Beach Physicians Records | | |
| A | Patient Rehab. Eval. 11/09/95 | H 870-871 | |
| B | Phys. Rehab Record 11/9/95 | H 1332 | |
| C | Phys. Rehab Record 11/13/95 | H 1331 | |
| D | Phys. Rehab Record 11/14/95 | H 1330 | |
| E | Phys. Rehab Record 11/16/95 | H 1329 | |
| F | Phys. Rehab Record 11/20/95 | H 1328 | |
| G | Phys. Rehab Record 12/04/95 | H 1327 | |
| H | Phys. Rehab Record 12/06/95 | H 1326 | |
| I | Phys. Rehab. Update 12/07/95 | H 874 | |
| J | Phys. Rehab Record 12/08/95 | H 1325 | |
| K | Phys. Rehab Record 12/12/95 | H 1324 | |
| L | Phys. Rehab Record 12/15/95 | H 1323 | |
| M | Phys. Rehab Record 12/18/95 | H 1322 | |
| N | Phys. Rehab Record 12/22/95 | H 1321 | |

| EX. # | DESCRIPTION | BATES # | OBJECTION |
|---|---|---|---|
| O | Phys. Rehab Record 12/27/95 | H 1320 | |
| P | Phys. Rehab Record 12/29/95 | H 1319 | |
| Q | Phys. Rehab Record 01/02/96 | H 1318 | |
| R | Phys. Rehab Update 01/04/96 | H 1465-66 | |
| S | Phys. Rehab Record 01/15/96 | H 1317 | |
| T | Phys. Rehab Record 01/17/96 | H 1316 | |
| U | Phys. Rehab Record 01/21/96 | H 1315 | |
| V | Phys. Rehab Record 01/24/96 | H 1314 | |
| W | Phys. Rehab Record 01/26/96 | H 1313 | |
| X | Phys. Rehab Record 01/29/96 | H 1312 | |
| Y | Phys. Rehab Record 02/02/96 | H 1311 | |
| Z | Phys. Rehab Record 02/08/96 | H 1310 | |
| AA | Phys. Rehab Record 02/09/06 | H 1309 | |
| BB | Phys. Rehab Record 02/13/96 | H 1308 | |
| CC | Phys. Rehab Record 02/15/96 | H 1307 | |
| DD | Phys. Rehab Record 02/16/96 | H 1306 | |
| EE | Phys. Rehab Record 02/19/96 | H 1305 | |
| FF | Phys. Rehab Record 02/20/96 | H 1304 | |
| GG | Phys. Rehab Record 02/29/96 | H 1303 | |
| HH | Phys. Rehab Update 02/29/96 | H 1296-97 | |
| 11 | Dr. Katzell Records | | |
| A | Treatment Notes 12/96-2/96 | H5879-85 (H 2210-17) | |
| B | Treatment Notes 04/02/96 | H5886-5889 | |
| C | Treatment Notes 06/06/96 | H5890-5891 | |
| D | Letter 6/26/96 | H 1728 | |
| E | Rx 7/29/96 | H 1339 | |
| F | Treatment Notes 11/09/96 | H 5892 | |
| G | Treatment Notes 09/11/97 | H 5893-95 | |
| 12 | Rehabsystem Records | | |
| A | Rx 7/29/96 | H 6190 | |
| B | Initial Evaluation 8/5/96 | H 6185-88, 6194-95, 6214-19 | |
| C | Daily Note 8/9/96 | H 6184, 6213 | |
| D | Letter 8/17/96 | H6191-92 | |
| E | Daily Note 8/19/96 | H 6183, 6212 | |
| F | Daily Note 8/23/96 | H 6182, 6211 | |
| G | Daily Note 8/26/96 | H 6181, 6210 | |
| H | Daily Note 8/30/96 | H 6180, 6209 | |
| I | Daily Note 9/04/96 | H 6179, 6208 | |
| J | Daily Note 9/06/96 | H 6178, 6207 | |
| K | Daily Note 9/09/96 | H 6177, 6206 | |
| L | Daily Note 9/13/96 | H 6176, 6205 | |
| M | Daily Note 9/16/96 | H 6175. 6204 | |
| N | Daily Note 9/20/96 | H6174, 6203 | |
| O | Daily Note 9/25/96 | H6173, 6202 | |

| EX. # | DESCRIPTION | BATES # | OBJECTION |
|---|---|---|---|
| P | Daily Note 9/30/96 | H 6172, 6201 | |
| Q | Daily Note 10/04/96 | H 6171, 6200 | |
| R | Daily Note 10/07/96 | H 6170, 6199 | |
| S | Daily Note 10/14/96 | H 6169, 6198 | |
| T | Daily Note 10/18/96 | H 6168, 6197 | |
| U | Daily Note 11/04/96 | H 6167, 6196 | |
| 13 | Dr. Upledger Records | | |
| A | Patient Information 1/16/97 | H 1582 | |
| B | Notes 12/20/97; 12/23/97 | H 6257, 1333 | |
| C | Notes 12/26/97; 1/10/97 | H 6256, 1592 | |
| D | Notes 12/29/97 | H 6255, 1451 | |
| E | Notes 1/14/97 | H 6254, 1452 | |
| F | Notes 1/16/97 | H 6253, 1589 | |
| G | Notes 1/20/97, 1/23/97 | H 6252, 1454 | |
| H | Notes 2/17/97, 2/21/97 | H 6251, 1455 | |
| I | Notes 2/24/97, 3/4/97, 3/11/97 | H 6250, 1456 | |
| J | Notes 3/14/97, 4/10/97, 4/15/97 | H 6249, 1457 | |
| K | Notes 4/22/97 | H 6248, 1458 | |
| 14 | Baystate Medical Center Records | | |
| A | MRI Cerv. Spine 9/22/98 | H5953-57 | |
| B | MRI Lumb. Spine 4/28/00 | H5915-16, 5922, 5924, 5926 | |
| C | MRI Cerv. Spine 4/28/00 | H5917-18, 5921, 5923, 5925 | |
| D | MRI TMJ 5/6/00 | H 5913-14, 5927-30 | |
| E | Certification of records | H 5920 | |
| F | Diskography Records 10/5/00 | H5931-5952 | |
| G | Certification of records – 2/01-4/02 | 1 pg. | |
| H | Medical records 2/2/01 | 6 pgs. | |
| I | Medical Record 7/5/01 | 2 pgs | |
| J | Medical Records 8/17/01 | 4 pgs | |
| K | Letter dated 10/25/01 | 2 pgs | |
| L | Medical Records 2/5/02 | 8 pgs | |
| M | Medical Records 3/19/02 | 5 pgs | |
| N | Medical Records 4/22/02 | 2 pgs | |
| O | Rx 4/24/02 | 1 pg | |
| P | MRI Head 3/14/01 | 1 pg H5380 | |
| 15 | Dr. Walters Records | | |
| A | Report 9/21/98 | H5996-6002 | |
| B | Statement to Educators 11/5/98 | H6003-6004 | |
| C | Office Progress Note 6/10/99 | H5992-5994 | |
| D | Treatment Notes 11/13, 4/14, 5/3/00 | H5989 | |
| E | Nurse's Note to chart 3/15/00 | H5991 | |

| EX. # | DESCRIPTION | BATES # | OBJECTION |
|---|---|---|---|
| F | Nurse's Note to chart 4/13/00 | H5990 | |
| G | Response to Hartford 4/25/00 | H5995, 5984-85 | |
| H | Dr. Walter's order for MRI 4/13/00 | H5988 | |
| I | Fax cover sheets 5/23/00 & 5/24/00 | HL 060-061 | |
| 16 | Cailin Cammann Records | | |
| A | Summary | CMc 019, H5795 | |
| B | Records 10/16/98 | CMc 020, H5822-23 | |
| C | Records 01/28/00 | H5821 | |
| D | Records 01/31/00 | H5820 | |
| E | Records 3/21 & 3/29/0 | CMc 021, H 5819 | |
| F | Records 4/5/00 | CMc 022, H 5818 | |
| G | Records 4/11/00 | CMc 023, H5817 | |
| H | Records 4/20/00 | CMc 024, H5816 | |
| I | Records 4/26/00 | CMc 025, H5815 | |
| J | Records 5/3/00 | CMc 026-7, H5813-4 | |
| K | Records 5/23/00 | CMc 029, H5812 | |
| L | Records 5/31/00 | CMc 028, H5811 | |
| M | Records 6/6/00 | CMc 027, H5810 | |
| N | Records 6/13/00 | CMc 031, H5809 | |
| O | Records 6/20/00 | CMc 032-3, H5807-8 | |
| P | Records 6/27/00 | CMc 034, H5806 | |
| Q | Records 7/17/00 | CMc 035, H5805 | |
| R | Records 7/31/00 | CMc 036, H5804 | |
| S | Records 10/4/00 | CMc 037, H5803 | |
| T | Records 10/11/00 | CMc 038, H5802 | |
| U | Records 10/18/00 | CMc 039, H5801 | |
| V | Records 10/25/00 | CMc 040, H5800 | |
| W | Records 11/1/00 | CMc 041, H5799 | |
| X | Records 11/15/00 | CMc 042, H5798 | |
| Y | Records 11/22/00 | CMc 043, H5797 | |
| Z | Records 11/29/00 | CMc 044, H5796 | |
| AA | Summary of Charges | CMc 015-018 | |
| 17 | Dr. Columbe Records | | |
| A | Cover sheet | H 4113 | |
| B | Examination 7/12/99 | H4115, 4120, CMc080 | |
| C | Treatment Records 7/12/99-2/16/99 | H 4121 | |
| D | Examination 3/8/00 | H 4116-7 | |
| E | Treatment Records 3/8/00-6/5/00 | H 4118-9 | |
| F | Summary of Charges 3/8/00-5/31/00 | H6225-6227 | |
| 18 | Dr. Norris/Paasch Records | | |
| A | Letter 6/1/00 | H5911-2 | |
| B | Transforaminal Epid. Proc. Note 6/9/00 | H5910 | |
| C | | H5908-9 | |
| D | Progress Note 6/19/00 | H5906-7 | |
| E | Letter 3/29/01 | H5905 | |

| EX. # | DESCRIPTION | BATES # | OBJECTION |
|---|---|---|---|
| F | Progress Note 6/18/01 | H5904 | |
| G | Progress Note 7/27/01 | H5902-3 | |
| H | Progress Note 8/16/01 | H5900-5901 | |
| I | Progress Note 9/11 & 9/12/01 | H5897-99 | |
| J | Electrodiagnostic Study 9/13/01 Progress Note 12/20/01 | H5896 | |
| 19 | Dr. Grabel Records 7/7/00 | H 6025-26, 6035 | |
| 20 | Dr. Magana Records 7/11/00 | H 2581-84 | |
| 21 | Dr. Bitan Records 01/11/01 | H 6263-64 | |
| 22 | Dr. Ryan Records | | |
| A | Letter 1/23/01 | H6265-67 | |
| B | Letter 2/12/01 | H6268-69 | |
| C | Letter 3/21/01 | H6270-71 | |
| D | MRI Head 3/14/01 | H6272 | |
| 23 | Dr. Dixon Records 2/01 | H 6258-62 | |
| 24 | Dr. McLaughlin Records | | |
| A | Letter 1/10/01 | H6164-66 | |
| B | Letter 3/6/01 | H6163 | |
| 25 | Dr. Gray Records | | |
| A | Completed Patient Form 1/20/01 | H5878-5877 | |
| B | Medical Records 1/29/01 | H6273-75, 6278-80 | |
| C | Medical Record 2/27/01 | H6276-77 | |
| D | Records 1/01-10/01 | H6291-92 | |
| E | Historical medical records | H6281-90 | |
| 26 | Operative Note re: Facet Joint Injection 10/24/01 | H 5714-15 | |
| 27 | Mercy Medical Center Records re: IDET 5/3/01 | H 6231-41 | |
| 28 | Dr. Gould letters | H 7749-54 | |
| 29 | Dr. Baker Records | H 8003-8112 | |
| 30 | Dr. Gross Records | | |
| A | Medical Record 11/7/01 | H7878-7879 | |
| B | Letter 11/19/01 | H7880 | |
| 31 | Dr. Gaev Records | | |
| A | Medical Records 3/7/02 | H7760-67 | |
| B | Medical Records 4/2, 4/30, 5/28/02 | H7755-58 | |
| 32 | Dr. Stanton Records | | |
| A | Master Problem List | LORR 000093-96 | |
| B | Medical Record 8/14/01 | LORR 000119 | |
| C | Medical Records 8/28, 9/13, 10/04/01 | LORR 000118 | |
| D | Medical Records 10/4, 11/12/01 | LORR 000117 | |
| E | Medical Records 11/12, 11/13/01 | LORR 000116 | |
| F | Medical Records 12/10/01 | LORR 000115 | |
| G | Medical Records 1/21, 2/25/02 | LORR 000114 | |
| H | Medical Records 2/25, 3/8, 3/21/02 | LORR 000113 | |

| EX. # | DESCRIPTION | BATES # | OBJECTION |
|---|---|---|---|
| I | Medical Records 4/11, 5/9/02 | LORR 000112 | |
| J | Medical Records 5/9, 5/25, 6/7, 6/17/02 | LORR 000111 | |
| K | | LORR 000110 | |
| L | Medical Records 6/17, 7/16, 7/22/02 | LORR 000109 | |
| M | Medical Records 8/13, 9/6, 10/1/02 | LORR 000108 | |
| N | Medical Records 10/15, 10/30, 11/22/02 | LORR 000107 | |
| O | | LORR 000106 | |
| P | Medical Records 11/22, 12/3, 12/6/02 | LORR 000105 | |
| Q | Medical Records 12/20/02, 1/27, 2/19/03 | LORR 000104 | |
| R | | LORR 000103 | |
| S | Medical Records 3/11, 5/5/03 | LORR 000102 | |
| T | Medical Records 5/5, 6/5, 7/14, 7/17/03 | LORR 000101 | |
| U | | LORR 000100 | |
| V | Medical Records 8/12/03 | LORR 000099 | |
| W | Medical Records July-Oct. 2003 | LORR 000098 | |
| X | Medical Records 10/14, 12/2/03 | LORR 000097 | |
| Y | Medical Records 3/4/04, 5/3/04 | LORR 000082-83 | |
| Z | Medical Records 5/3, 7/15, 8/24/04 | LORR 000081 | |
| AA | Medical Records 10/7, 11/2, 12/2/04 | LORR 000063 | |
| BB | Medical Records 6/2, 10/27, 11/22/05 | LORR 000051-54 | |
| CC | Completed disability form – 10/30/01 | LORR 000049-50 | |
| DD | Referral Letter 11/1/01 | LORR 000030-32 | |
| EE | Letter re disability 3/20/02 | LORR 000028-29 | |
| FF | Request and letter re disability 10/02 | LORR 000044-45 | |
| GG | Rx 1/29/03 | | |
| | Waiver of Premium Benefit Form 4/28/04 | LORR 000084-85 LORR 000091 | |
| | Request for & listing dates of trtm 7/04 | LORR 000088-90 LORR 000061 | |
| HH | Report on Medical Condition 7/24/03 | LORR 000086-87, 92 | |
| II | Dr. Norris Records | LORR 000077-80 | |
| JJ | Progress Note 8/16/01 | LORR 000021-22 | |
| KK | Progress Note 9/11/01 | LORR 000016-20 | |
| LL | Electrodiagnostic 9/13/01 | LORR 00064-68 | |
| mm | Progress Note 05/21/02 | LORR 000069-73 | |
| NN | Dr. Steinberg report 8/17/01 | LORR 000059-60 | |
| OO | Dr. Gross Summary Report 11/7/01 | LORR 000056-58 | |
| PP | Operative Note re: cerv. facet inj. 10/24/01 | LORR 000006-7 LORR 000047-48 | |
| QQ | | | |
| RR | Dr. Holtzman Admission Note 12/13/01 | LORR 000046, 33-43 LORR 000026 | |
| SS | | | |
| TT | Pain Mgmt Center Consult 2/5/02 | | |
| | Pain Mgmt Center Consult 3/19/02 | | |
| | Operative Rpt re: cerv. Facet inj. 6/12/02 | | |

| EX. # | DESCRIPTION | BATES # | OBJECTION |
|---|---|---|---|
|  | Letter from Dr. Zucker 8/6/02<br>MRI Cerv. Spine 8/11/02<br>Dr. Nguyen Outpatient Note 5/8/03<br>Dr. Saberski Records 7/31/03-1/13/04<br>Letter re MRI 2/11/05<br>Request and Certification to 12/28/05 |  |  |
| 33 | Dr. Saberski Records 7/23/03-11/28/05 | LORR Record Retrieval |  |
| 34<br>A<br>B<br>C<br>D<br>E<br>F | Dr. Goldman Records<br>   List of medications<br>   Notes of sessions 12/13/01-1/13/05<br>   Notes of sessions 1/20/04-11/30/05<br>   Health Ins. Claim Forms 1/02-12/04<br>   Health Ins. Claim Forms 10/04-10/05<br>   Visit Log and pmt. Record 6/02-11/30/05<br>   Request and Certification to 12/13/05<br>   Request and Certification to 1/28/05 | LORR 000001<br>LORR 8-59<br>LORR 000002-21<br>LORR 60-78<br>LORR 000027-32<br>LORR 1-7 & 0024-26 |  |
| 35 | March 1995 MRI | H 6593-94, 6600-6601 (signed) |  |
| 36<br>A<br>B | Pharmaceutical Records<br>   Prescription reports Walgreens<br>   Prescription reports CVS Pharmacy | CMc 001, 003-14<br>CMc077-78, 81, H195 |  |
| **PLAINTIFF'S EMPLOYMENT RECORDS** ||||
| 37<br>A | Plaintiff's Licensing Records and Degrees<br>   Letter dated May 31, 2002 | H 6398-99 | Hearsay. FRE 802. |
| B | Application for Licensure – March 1993 | H 6400-14 | Hearsay. FRE 802. |
| C | Certificates of Medical Education | H 6415-17 |  |
| D | Diplomas & Certificates | H6418-23; H5522-25 | Hearsay. FRE 802. |
| E | Letter dated August 23, 1993 | H 6426 |  |
| F | Notices re status of licenses | H 6428-6431 | Hearsay. FRE 802. |
| G | Letter dated 12/6/93 | H5538 | Hearsay. FRE 802. |
| 38<br>A | HCMS Offers of Employment<br>   Letter dated March 7, 1993 | H6390-91 |  |
| B | Letter dated May 10, 1994 | H6392 |  |
| 39<br>A | JFK Staff Records<br>   Approval of re-appointment dated 5/26/96 | H 5526 |  |
| B | Re-appointment approval sheet | H 5527 |  |
| C | Re-appointment assessment 3/28/95 | H5528 |  |

| EX. # | DESCRIPTION | BATES # | OBJECTION |
|---|---|---|---|
| D | Application for Reappointment | H5532-34 | |
| E | Delineation of clinical privileges | H 5539-40 | Hearsay. FRE 802; Lack of authentication. FRE 901. |
| F | Mentorship Evaluation | H 5542-5553 | Hearsay. FRE 802; Lack of authentication. FRE 901. |
| G | CV | H 5556-5557 | |
| H | Approval of prov. staff status 5/27/94 | H 5558 | Hearsay. FRE 802. |
| I | Recommendations | H 5581-84, 5565-66 | Hearsay. FRE 802. |
| J | Termination of staff status | H5590, 5593 | |
| K | Letter from plaintiff 3/95 | | Hearsay. FRE 802. |
| 40 | PCMA Staff Records | | |
| A | July 14, 1995 memo to plaintiff | H 7000 | |
| B | July 21, 1995 Memo to file | H 6357-6358 | |
| C | April 4, 1996 letter to plaintiff | H 5669 | |
| D | Deposit notification | H 1245 | Hearsay. FRE 802. |
| E | Personnel Action Slip | H 6364 | Hearsay. FRE 802. |
| F | Letter from patients dated 2/14/95 | H 5637-38 | Hearsay. FRE 802. |
| G | Letter from PCMA 1/25/96 | | |
| H | Internal Memo 2/26/96 | | |
| 41 A | HCMS Employment Agreement Exhibits and Amendments | H1630-51, H505-506 H1647-51, H505-506 | |
| 42 A | JFK Employment Agreement Exhibits | H595-604, 1662-66 H 1662-66 | |
| 43 | Licensing packet | CMCL973-975 | |
| | **PLAINTIFF'S DISABILITY CLAIM RECORDS** | | |
| 44 A | Plaintiff Request for Leave of Absence Request for Leave | H 5695-98 | |
| B | Signed approval | H 5700-01 | |
| C | Letter of JFK approval | H 5589 | |
| 45 | Plaintiff's Statement for Disability to GIA | H 2001-2006 | |
| 46 | Plaintiff's Claim to GIA | H 2073-2076; | Hearsay. FRE 802. |
| 47 | Educators initial claim payment | H 2090 | H2090 is a fax cover sheet dated 6/26/97. Defendants do not object to admission of this document. Defendants have insufficient information to object to a document described as "Educators Initial Claim Payment." |
| 48 | Educators letter to Dr. Wagner dated | H 2123 | |

| EX. # | DESCRIPTION | BATES # | OBJECTION |
|---|---|---|---|
|  | 3/27/97 |  |  |
| 49 A | Educators/UNUM correspondence UNUM form for GIA 12/28/95 | H 2091-2095 |  |
| B | Educators fax to UNUM 10/3/96 | H 2119 |  |
| C | UNUM cover letter 12/16/96 | H 6476-77 |  |
| D | Interoffice message 2/26/96 | H 2101 |  |
| E | Educators fax to UNUM 8/7/97 | H 2087 |  |
| 50 A | Educators/plaintiff Correspondence Letter dated 9/3/97 | H 2075 | H2073-2076 is a 10/11/95 letter from Plaintiff's lawyer (as identified in Plaintiff's Exhibit 46) and is inadmissible hearsay. Defendants have insufficient information to object to the document listed as "Letter dated 9/3/97." |
| B | Letter dated 11/7/97 | H 2073-2074 | H2073-2076 is a 10/11/95 letter from Plaintiff's lawyer (as identified in Plaintiff's Exhibit 46) and is inadmissible hearsay. Defendants have insufficient information to object to the document listed as "Letter dated 11/7/97.". |
| C | Letter to Educators dated 12/16/97 | CMc 084-085, HL 039 |  |
| D | Letter dated 1/13/98 | H 2080 | Hearsay. FRE 802. Lack of foundation. FRE 602. Inadmissible Opinion. FRE 701. To the extent this is an admission against interest, it is admissible only against Educators. |
| E | Letter dated 1/13/98 re Disability Pmt | H 2058 | Hearsay. FRE 802. Lack of foundation. FRE 602. Inadmissible Opinion. FRE 701. To the extent this is an admission against interest, it is admissible only against Educators. |
| F | Calculation re Disability Pmt | H 2059 |  |
| G | Letter dated | H 2027 |  |

| EX. # | DESCRIPTION | BATES # | OBJECTION |
|---|---|---|---|
| 51 A | Educators/US Medical Review Corresp. Letter from Educators 5/13/98 | H 2049-50 | |
| B | Letter from Dr. Stern 7/9/98 | H 2047-48 | Hearsay. FRE 802. |
| C | Letter from Dr. Stern 7/29/98 | H 2045-46 | Hearsay. FRE 802. |
| D | Memo from Educators 10/21/98 | H 2043 | |
| E | Letter from Dr. Stern 10/26/98 | H 2032-2039 | Hearsay. FRE 802. |
| F | US Medical Billing | H 2077-78 | |
| 52 A | Hartford 12/99 Request for Information 12/15/99 Request | CMc 053 | Hearsay. FRE 802. Lack of authentication. FRE 901. Document is unsigned, marked "Draft," and appears only in Plaintiff's document production. |
| B | Completed Claimant Questionnaire | H3163-66 | |
| C | Attending Physician Statement 1/00 | H2656-57 | Hearsay. FRE 802. |
| 53 A | Hartford 4/00 request for information 4/11/00 Request | CMc 049 | CMC049 is page 12 of Kim Gabrielson's 11/17/00 letter to McCulloch. Defendants do not object to the admission of this document, so long as it is offered as part of the complete letter. Defendants do not have sufficient information to object to the document listed as "4/11/00 Request." |
| B | 4/23/00 Response | H 19-21 | |
| 54 | Letter terminating plaintiff's benefits 11/17/00 | H 2467-2478 | |
| 55 | Conversion approval checklist | H 1999-2000 | |
| 56 | O'Net Occupational Description | H 2352-2365 | |
| 57 | Hartford Claim Manual – Chapter 10A | Ex. 1 to Htfd MSJ | |
| 58 A | BSM Memos 03/17/98 re: Interpreting the own occupation definition of total disability | | |
| B | 05/22/98 re: Memo to Field | | |
| C | 10/19/98 re: Claim Denials/Terminations for Lack of Information | | |
| D | 03/3/00 re: Which Occupation is it anyway? | | |

| EX. # | DESCRIPTION | BATES # | OBJECTION |
|---|---|---|---|
| 59 | Hartford Claim Case Notes | H 2441-2465 | |
| 60 | Hartford SIU Case Notes | H2600, 3620-3631 | |
| 61 | Educators Case Notes | H 2009-2023 | |
| 62 A | Summary of Medical Records<br>    Typewritten summary | H3146-3163 | Documents number H3146 to 3163 consist of part of one document (H3139-H3156, handwritten notes) and six other documents unrelated to this partial document. Defendants object to the H3146-3163; Hearsay. FRE 802. Lack of authentication. FRE 901. |
| B | Handwritten summary | H2366-2369 | Defendants have no objection to the admission of H2366-2368, which is a typewritten summary, not a handwritten summary. |
| 63 A | Dr. Alshon IME<br>    UNIVAL letter to Educators 4/18/96 | H 2172 | |
| B | UNIVAL letter to plaintiff 4/18/96 | H 2173-2174 | |
| C | UNIVAL letter to Dr. Alshon 4/18/96 | H 2175-2177 | |
| D | Dr. Alshon IME Report | H2306-2311D | Hearsay. FRE 802. |
| 64 A | Physician Statements for Disability<br>    Dr. Theofilos Statement 11/4/95 | H 2168-2169 | Hearsay. FRE 802. |
| B | Dr. Porfiri Statement 1/10/96 | H6693 | Hearsay. FRE 802. |
| C | Dr. Musso Statement 1/16/96 | H6649-50, 6673 | Hearsay. FRE 802. |
| D | Dr. Santos Statement 2/29/96 | H 2223-2224 | Defendants object that H 2223 is an incomplete portion of a document and H 2224 is an incomplete portion of another document; both are Hearsay. FRE 802. |
| E | Dr. Katzell letter 6/26/96 | H 1728 | Hearsay. FRE 802. |
| F | Dr. Porfiri letter 12/16/97 | CMc084, HL039 | Hearsay. FRE 802. |
| G | Dr. Walters Statement 11/9/98 | H6003-6004 | Hearsay. FRE 802. |
| H | Dr. Porfiri Statement 1/00 | H 2656-57 | Hearsay. FRE 802. |
| I | Dr. Stanton Statement 10/30/01 | LORR 000082-83 | Hearsay. FRE 802. |
| J | Dr. Stanton letter 03/20/02 | LORR 000063 | Hearsay. FRE 802. |
| K | Dr. Stanton letter 10/29/02 | LORR 000051-52 | Hearsay. FRE 802. |
| 65 | SSDI Records | | Hearsay. FRE 802. |

| EX. # | DESCRIPTION | BATES # | OBJECTION |
|---|---|---|---|
| 66 | INTENTIONALLY LEFT BLANK | | |
| 67 | Summary of Insurance Charges & Payments | H7746-48, H7888-7970 | Hearsay. FRE 802. |
| 68 | INTENTIONALLY LEFT BLANK | | |
| 69 | INTENTIONALLY LEFT BLANK | | |
| **EXPERT REPORTS** | | | |
| 70 | Reports of Dr. Stanton with CV | | Hearsay. FRE 802. |
| 71 | Reports of Dr. Arnold with CV | | Hearsay. FRE 802. |
| 72 | Report of Mr. Wright with CV | | Hearsay. FRE 802. However, by agreement between the parties, Defendants have stipulated to the admission of Dr. Wright's report with respect to his calculation of past benefits. Defendants object to the admission of Dr. Wright's report for any other purpose. |
| 73 | INTENTIONALLY LEFT BLANK | | |
| **TAX RECORDS** | | | |
| 74 | Tax Records | | |
| A | 1995 Records | | Hearsay. FRE 802. |
| B | 1996 Records | | Hearsay. FRE 802. |
| C | 1997 Records | | Hearsay. FRE 802. |
| D | 1998 Records | | Hearsay. FRE 802. |
| E | 1999 Records | | Hearsay. FRE 802. |
| F | 2000 Records | | Hearsay. FRE 802. |
| G | 2001 Records | | Hearsay. FRE 802. |
| H | 2002 Records | | Hearsay. FRE 802. |
| I | 2003 Records | | Hearsay. FRE 802. |
| J | 2004 Records | | Hearsay. FRE 802. |
| K | 2005 Records | | Hearsay. FRE 802. |

| | DISCOVERY REQUESTS AND RESPONSES | |
|---|---|---|
| 75 | Plaintiff's First Request for Admissions to Defendant Hartford Life and Accident Insurance Company ("Hartford") | See Defendant's Objections to Plaintiff's Deposition Designations and Discovery Responses |
| 76 | Plaintiff's First Set of Interrogatories to Hartford | See Defendant's Objections to Plaintiff's Deposition Designations and Discovery Responses |

| DISCOVERY REQUESTS AND RESPONSES | | |
|---|---|---|
| 77 | Defendant Hartford's March 13, 2002 Responses to Plaintiff's First Set of Interrogatories and Requests for Production | See Defendant's Objections to Plaintiff's Deposition Designations and Discovery Responses |
| 78 | Defendant Hartford's Better Answers to Plaintiff's First Interrogatories dated September 20, 2002 | See Defendant's Objections to Plaintiff's Deposition Designations and Discovery Responses |
| 79 | Defendant Hartford's Responses to Plaintiff's Request for Admissions dated March 13, 2002 | See Defendant's Objections to Plaintiff's Deposition Designations and Discovery Responses |
| 80 | Defendant Hartford's August 26, 2002 Further Responses to Plaintiff's Request for Admissions in Compliance with the Court's Order | See Defendant's Objections to Plaintiff's Deposition Designations and Discovery Responses |
| 81 | Defendant Hartford's February 10, 2003 First Supplemental Response to Plaintiff's First Set of Interrogatories | See Defendant's Objections to Plaintiff's Deposition Designations and Discovery Responses |
| 82 | Defendant Educators' Rule 56(a)(2) Statement in Opposition to Plaintiff's Motion for Summary Judgment, ¶ 24 | See Defendant's Objections to Plaintiff's Deposition Designations and Discovery Responses |
| 83 | Defendant Educators October 13, 2002 Answers and Objections to Plaintiff's Requests for Admissions, response to request numbers 2. | See Defendant's Objections to Plaintiff's Deposition Designations and Discovery Responses |
| 84 | Defendants' Amended Answer with Affirmative Defenses and Counterclaims dated November 26, 2001. | See Defendant's Objections to Plaintiff's Deposition Designations and Discovery Responses |
| 85 | Defendants' Second Amended Answer with Affirmative Defenses and Counterclaims dated February 28, 2005. | See Defendant's Objections to Plaintiff's Deposition Designations and Discovery Responses |

| DEPOSITION TRANSCRIPTS | | |
|---|---|---|
| | | |
| 86 | Deposition testimony of Kim Huber dated October 22, 2003, pages: 5-8, 36-39, 59, 62-67. | Hearsay. FRE 802. See also Defendant's Objections to Plaintiff's Deposition Designations and Discovery Responses. |
| 87 | Deposition testimony of Kim Gabrielson dated June 27, 2003, pages: 7, 13, 100, 115, 140-141, 163, 168, 188, 235-236, 251-252, 268, 272-274. | Hearsay. FRE 802. See also Defendant's Objections to Plaintiff's Deposition Designations and Discovery Responses. |
| 88 | Deposition testimony of John McGoldrick dated July 10, 2003, pages: 112-113. | Hearsay. FRE 802. See also Defendant's Objections to Plaintiff's Deposition Designations and Discovery Responses. |
| 89 | Deposition testimony of Joseph Sterle dated August 15, 2003, pages: 1-17, 49, 51-52, 55-56, 58, 69-72, 76-78. 86-99, 111-112, 120-127, 133, | Hearsay. FRE 802. See also Defendant's Objections to Plaintiff's Deposition Designations and Discovery |

| DEPOSITION TRANSCRIPTS | | |
|---|---|---|
| | 137-143, 145-149, 182, 185-188. | Responses. |
| 90 | Deposition testimony of Susan Wilk dated June 24, 2003, pages: 103, 190. | Hearsay. FRE 802. See also Defendant's Objections to Plaintiff's Deposition Designations and Discovery Responses. |
| 91 | Deposition testimony of Asha Garg dated June 18, 2003, pages: 49-50, 53-54, 60-65, 74-99, 112-113, 115, 118-120, 147-148, 153-154, 158-159, 171, 174-175, 180-191, 221, 236, 241-245, 254-263. | Hearsay. FRE 802. See also Defendant's Objections to Plaintiff's Deposition Designations and Discovery Responses. |
| 92 | Deposition testimony of Pamela Mormino dated July 28, 2003, pages: 124, 162-165. | Hearsay. FRE 802. See also Defendant's Objections to Plaintiff's Deposition Designations and Discovery Responses. |
| 93 | Deposition testimony of Joseph Amato dated September 4, 2003, pages: 55-58, 61-66, 76-80, 94-95. | Hearsay. FRE 802. See also Defendant's Objections to Plaintiff's Deposition Designations and Discovery Responses. |
| 94 | Deposition testimony of Kenneth Wasnock dated May 13, 2003, pages: | Hearsay. FRE 802. See also Defendant's Objections to Plaintiff's Deposition Designations and Discovery Responses. |

| TANGIBLE EVIDENCE | | |
|---|---|---|
| 100 | The objects that plaintiff was shown carrying during Hartford's surveillance videotapes: | |
| A | Sticks | |
| B | Purse | |
| C | Lunch bag | |
| | | |

Respectfully submitted,

AKIN GUMP STRAUSS HAUER & FELD L.L.P.

By: /s/ Roberta J. Benson
Barry A. Chasnoff (ct11162)
Roberta J. Benson (ct24407)
Jessica S. Taylor (ct24408)
300 Convent Street, Suite 1500
San Antonio, Texas 78205
Telephone: (210) 281-7000
Telecopier: (210) 224-2035

AND

Donald E. Frechette (ct 08930)
EDWARDS & ANGELL, LLP
90 State House Square
Hartford, CT 06103
Phone: (860) 525-5065
Facsimile: (860) 527-4198

ATTORNEYS FOR DEFENDANTS
HARTFORD LIFE AND ACCIDENT
INSURANCE COMPANY AND
EDUCATORS MUTUAL LIFE INSURANCE
COMPANY

## CERTIFICATION OF SERVICE

This is to certify that on the 31st day of January, 2006, a copy of DEFENDANTS' OBJECTIONS TO PLAINTIFF'S EXHIBIT LIST was mailed, *Via Facsimile and Overnight Mail* to:

Eliot B. Gersten
Gersten & Clifford
214 Main Street
Hartford, CT 06106

*Roberta J. Benson*
Roberta J. Benson
Jessica Spangler Taylor