UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CANDI McCULLOCH<br>    Plaintiff, | §<br>§<br>§ | CIVIL ACTION NO.:<br>301CV1115(AHN) |
| vs. | §<br>§<br>§ | |
| HARTFORD LIFE AND ACCIDENT<br>INSURANCE COMPANY AND<br>EDUCATORS MUTUAL LIFE<br>INSURANCE COMPANY<br>    Defendants. | §<br>§<br>§<br>§<br>§ | February 16, 2006 |

## DEFENDANTS' MOTION FOR LEAVE TO AMEND COUNTERCLAIMS

Defendants Hartford Life and Accident Insurance Company ("Hartford") and Educators Mutual Life Insurance Company ("Educators") seek leave to file the attached Second Amended Counterclaims.

1. Defendants seek leave to file their Second Amended Counterclaims in order to make the counterclaims consistent with discovery in this matter since the time the counterclaims were last amended, and to clarify the scope of the fraud counterclaim against Counterclaim Defendant Candi McCulloch and the amount of damages sought to be recovered from her.

2. Rule 15(a) of the Federal Rules of Civil Procedure provides that leave to amend "shall be freely given when justice so requires." *See also Block v. First Blood Assoc.*, 988 F.2d 344, 350 (2d Cir. 1993) (party should be permitted to amend pleadings in the absence of a showing of prejudice or bad faith by the nonmovant). In the context of amended pleadings, prejudice to the nonmovant is measured in terms of whether the amendment would (1) require the opponent to expend significant additional resources to conduct discovery and prepare for trial; (2) significantly delay the resolution of the dispute; or (3) prevent the plaintiff from bringing a timely action in another jurisdiction. *Id.* None of these factors is present here.

5867934

1

3. The proposed amendment will not require any party to expend additional resources to conduct discovery or prepare for trial. Defendants believe that their counterclaims, as amended, are already within the scope of the First Amended Counterclaims filed on or about January 6, 2003. The proposed Second Amended Counterclaim clarifies that Defendants' fraud claim is not limited to recovery of amounts paid by Hartford after August 14, 2000, but encompasses amounts paid by either Defendant since the inception of Plaintiff's claim.

4. The proposed amendment does not necessitate additional discovery, as the scope of discovery in this case already includes Plaintiff's medical history from the date of her claim to the present. The proposed amendment does not necessitate additional expert testimony, as experts for both sides have already reviewed this medical history and opined as to Plaintiff's disability from the date of her claim to the present. With more than 60 days until trial, Plaintiff has ample time to prepare any defense to this counterclaim.

5. The proposed amendments will not delay resolution of this suit, and may be tried consistent with the current trial setting.

6. For the foregoing reasons, Defendants respectfully ask that the Court grant leave to file its Second Amended Counterclaims.

Respectfully submitted,

AKIN GUMP STRAUSS HAUER & FELD L.L.P.

By: _____
Barry A. Chasnoff (ct11162)
Roberta J. Benson (ct24407)
Jessica S. Taylor (ct24408)
300 Convent Street, Suite 1500
San Antonio, Texas 78205
Telephone: (210) 281-7000
Telecopier: (210) 224-2035

- and -

Donald E. Frechette (ct 08930)
EDWARDS & ANGELL, LLP
90 State House Square
Hartford, CT 06103
Phone: (860) 525-5065
Facsimile: (860) 527-4198

ATTORNEYS FOR DEFENDANTS
HARTFORD LIFE AND ACCIDENT
INSURANCE COMPANY and
EDUCATORS MUTUAL LIFE
INSURANCE COMPANY

## CERTIFICATE OF CONFERENCE

On February 7, 2006, I conferred with Plaintiff's counsel regarding the subject of this motion. Plaintiff's counsel were not able to agree to the motion.

_____
ROBERTA BENSON

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing document was sent via facsimile and certified mail, return receipt requested to the following attorney on the ___16th___ day of February, 2006:

Eliot B. Gersten
Gersten & Clifford
214 Main Street
Hartford, CT 06106
Phone (860) 527-7044
Facsimile (860) 527-4968

_____
ROBERTA BENSON

5867934

3