UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CANDI McCULLOCH | : CIVIL ACTION NO. |
| | : 301CV1115(AHN) |
| Plaintiff, | : |
| | : |
| vs. | : |
| | : |
| | : |
| HARTFORD LIFE AND ACCIDENT | : |
| INSURANCE COMPANY AND EDUCATORS | : |
| MUTUAL LIFE INSURANCE COMPANY | : |
| Defendants. | : |

## DEFENDANTS' AMENDED OBJECTIONS TO PLAINTIFF'S EXHIBIT LIST

Defendants' Objections to Plaintiff's Exhibits are noted in the column so labeled below.

| EX. # | DESCRIPTION | BATES # | OBJECTION |
|---|---|---|---|
| 1 | Plaintiff's application for Insurance | H 3253-54, 2336-2351 | |
| 2 | Insurance Policy | H2373-2396 | |

Defendants do not object to the authenticity of Plaintiff's exhibits 3 through 36 – i.e., that the documents are what they purport to be (Plaintiff's medical records). Defendants do not object to the admissibility of these records to the extent they meet the requirements of FRE 803(4) or 803(6). Defendants object to these records to the extent they are offered for the truth of matters asserted therein that do not meet these exceptions.

| EX. # | DESCRIPTION | BATES # | OBJECTION |
|---|---|---|---|
| | **PLAINTIFF'S MEDICAL RECORDS** | | |
| 3 | Stanford University Medical Records | | |
| A | Clinical History 8/1/89 & 8/22/89 | H 6097-98 | |
| B | Phys. therapy care plan 8/25/89 | H 6085-93 | |
| C | Radiological consultation 9/5/89 | H 6084 | |
| D | Dr. Steinberg letter & record 9/6/89 | H 6076-78 | |
| E | Radiological Consultation 9/7/89 | H 6075 | |
| F | Posterior cervical laminectomy records | H 6106, 6108-6123 | |
| G | 9/7/89 | H 6124-6162 | |
| H | Report of Surgery 9/7/89 | H 6073-74 | |
| I | Dr. Steinburg letter & record 9/19/89 | H 6071-72 | |
| J | Dr. Steinberg Neurosurgery Report 10/11/89 | H 6068, 6070 | |
| K | Clinic History 10/24/89 | H 6047-48 | |
| L | Dr. Steinberg Neurosurgery Report 8/27/90 | H 6046 | |
| M | Radiological Consultation 10/17/90 Radiological Consultation 10/20/90 | H 6105 | |

| EX. # | DESCRIPTION | BATES # | OBJECTION |
|---|---|---|---|
| 4 | Dr. Weinstein Records | H 6706-6717 | |
| A |    Letters 11/2/90 | H 6712-13, 6716 | |
| B |    Anterior cervical diskectomy report 11/26/90 | H 6708-6711, 6717 | |
| C |    Letter 12/13/90 | H 6715 | |
| D |    Letter 1/11/91 | H 6707 | |
| E |    Radiology report 1/11/91 | H 6714 | |
| 5 | Dr. Slavin Records | | |
| A |    Consult 10/20/94 | H 5858-5864 | |
| B |    MRI TMJ 12/30/94 | H 5857 | |
| C |    Tomography 1/23/95 | H 5856 | |
| D |    Re-Evaluation 8/28/96 | H 5854-55 | |
| E |    History & Physical 12/4/96 | H 5846, 5849-53 | |
| F |    Operative Report 12/5/96 | H 5844-5848 | |
| G |    AOSPT re: approval treatment plan 12/6/96 | H 5841 | |
| H |    Progress Note 12/9/96 | H 5843 | |
| I |    Progress Note 12/16/96 | H 5842 | |
| J |    Progress Note 12/24/96 | H 5840 | |
| K |    Progress Note 1/6/97 | H 5839 | |
| L |    Progress Notes 2/3/97 | H 5838 | |
| M |    Progress Note 3/3/97 | H 5837 | |
| N |    Progress Note 5/21/97 | H 5836 | |
| O |    Progress Note 6/9/97 | H 5835 | |
| P |    MRI 5/6/00 | H 5830-31 | |
| Q |    Re-Evaluation 7/5/00 | H 5827-29 | |
| R |    Operative Note 7/6/00 | H 5825-26 | |
| S |    Progress Note 7/10/00 | H 5824 | |
| 6 | Dr. Porfiri Records | | |
| A |    Annual History & Physical 2/21/95 | H 6689 | |
| B |    Treatment Notes 02/24/95-10/10/95 | H 6690 | |
| C |    Treatment Notes 10/17/95 | H 6020 | |
| D |    Letter to UNUM dated 01/10/96 | H 5087 | |
| E |    Treatment Notes 10/15/96 | H 6018 | |
| F |    Treatment Notes 10/24/96-08/24/96 | H 6019 | |
| G |    Treatment Notes 02/18/97 | H 6014, 3311 | |
| H |    Treatment Notes 7/17/97-2/18/98 | H 6015 | |
| I |    Annual History 11/11/97 | H 6023-24, 3309 | |
| J |    Letter dated 12/16/97 | CMc 084-85, H6016 | |
| K |    Treatment Notes 11//18/98 | H 6013 | |
| L |    Treatment Notes 3/5/99 | H 6012, 3314 | |
| M |    Treatment Notes 02/29/00-04/20/00 | H6010-11, 3315-16 | |
| N |    Letter dated 04/15/00 | H 6008-6009 | |

| EX. # | DESCRIPTION | BATES # | OBJECTION |
|---|---|---|---|
| 7 | Dr. Musso Records | | |
| A | Progress Notes 3/20/95 | H 2161-2162 | |
| B | MRI 3/22/95 | H 2166-2167 | |
| C | Letter 3/30/95 | H 2165 | |
| D | Phys. Therapy Prescription 4/19/95 | H 1294 | |
| E | Progress Notes 8/25/95 | H 2164 | |
| F | Office Notes 10/9/95 | H 2163 | |
| G | Progress Notes 10/9/95 | H 1880 | |
| H | UNUM Letter 01/10/96 | H 6649-50 | |
| I | UNUM Letter 01/10/96 | H 6673 | |
| 8 | Regional Physiotherapy Centre Inc. Records | | |
| A | Letter 4/19/95 | H6878-79 | |
| B | Initial Evaluation 4/19/95 | H6880 | |
| C | Treatment Notes 4/24/95 | H6881 | |
| D | Treatment Notes 4/26/95 | H6882 | |
| E | Treatment Notes 5/3/95 | H6883 | |
| F | Treatment Notes 5/5/95 | H6884 | |
| G | Treatment Notes 5/12/95 | H6885 | |
| H | Treatment Notes 5/17/95 | H6886 | |
| I | Treatment Notes 5/19/95 | H6887 | |
| J | Discharge Summary 5/19/95 | H6888-6889 | |
| K | Account Statement | | |
| 9 | Dr. Theofilos Records | | |
| A | Letter 10/25/95 | H6703 | |
| B | Office notes 10/25/95 | H6704-5, H2160-61 | |
| C | Disability Statement 11/14/95 | H6803-04 | |
| D | Disability Statement 11/14/95 | H6801-02 | |

| EX. # | DESCRIPTION | BATES # | OBJECTION |
|---|---|---|---|
| 10 | Central Palm Beach Physicians Records | | |
| A | Patient Rehab. Eval. 11/09/95 | H 870-871 | |
| B | Phys. Rehab Record 11/9/95 | H 1332 | |
| C | Phys. Rehab Record 11/13/95 | H 1331 | |
| D | Phys. Rehab Record 11/14/95 | H 1330 | |
| E | Phys. Rehab Record 11/16/95 | H 1329 | |
| F | Phys. Rehab Record 11/20/95 | H 1328 | |
| G | Phys. Rehab Record 12/04/95 | H 1327 | |
| H | Phys. Rehab Record 12/06/95 | H 1326 | |
| I | Phys. Rehab. Update 12/07/95 | H 874 | |
| J | Phys. Rehab Record 12/08/95 | H 1325 | |
| K | Phys. Rehab Record 12/12/95 | H 1324 | |
| L | Phys. Rehab Record 12/15/95 | H 1323 | |
| M | Phys. Rehab Record 12/18/95 | H 1322 | |
| N | Phys. Rehab Record 12/22/95 | H 1321 | |
| O | Phys. Rehab Record 12/27/95 | H 1320 | |
| P | Phys. Rehab Record 12/29/95 | H 1319 | |
| Q | Phys. Rehab Record 01/02/96 | H 1318 | |
| R | Phys. Rehab Update 01/04/96 | H 1465-66 | |
| S | Phys. Rehab Record 01/15/96 | H 1317 | |
| T | Phys. Rehab Record 01/17/96 | H 1316 | |
| U | Phys. Rehab Record 01/21/96 | H 1315 | |
| V | Phys. Rehab Record 01/24/96 | H 1314 | |
| W | Phys. Rehab Record 01/26/96 | H 1313 | |
| X | Phys. Rehab Record 01/29/96 | H 1312 | |
| Y | Phys. Rehab Record 02/02/96 | H 1311 | |
| Z | Phys. Rehab Record 02/08/96 | H 1310 | |
| AA | Phys. Rehab Record 02/09/06 | H 1309 | |
| BB | Phys. Rehab Record 02/13/96 | H 1308 | |
| CC | Phys. Rehab Record 02/15/96 | H 1307 | |
| DD | Phys. Rehab Record 02/16/96 | H 1306 | |
| EE | Phys. Rehab Record 02/19/96 | H 1305 | |
| FF | Phys. Rehab Record 02/20/96 | H 1304 | |
| GG | Phys. Rehab Record 02/29/96 | H 1303 | |
| HH | Phys. Rehab Update 02/29/96 | H 1296-97 | |
| 11 | Dr. Katzell Records | | |
| A | Treatment Notes 12/96-2/96 | H5879-85 (H 2210-17) | |
| B | Treatment Notes 04/02/96 | H5886-5889 | |
| C | Treatment Notes 06/06/96 | H5890-5891 | |
| D | Letter 6/26/96 | H 1728 | |
| E | Rx 7/29/96 | H 1339 | |
| F | Treatment Notes 11/09/96 | H 5892 | |
| G | Treatment Notes 09/11/97 | H 5893-95 | |

| EX. # | DESCRIPTION | BATES # | OBJECTION |
|---|---|---|---|
| 12 | Rehabsystem Records | | |
| A | Rx 7/29/96 | H 6190 | |
| B | Initial Evaluation 8/5/96 | H 6185-88, 6194-95, 6214-19 | |
| C | Daily Note 8/9/96 | H 6184, 6213 | |
| D | Letter 8/17/96 | H 6191-92 | |
| E | Daily Note 8/19/96 | H 6183, 6212 | |
| F | Daily Note 8/23/96 | H 6182, 6211 | |
| G | Daily Note 8/26/96 | H 6181, 6210 | |
| H | Daily Note 8/30/96 | H 6180, 6209 | |
| I | Daily Note 9/04/96 | H 6179, 6208 | |
| J | Daily Note 9/06/96 | H 6178, 6207 | |
| K | Daily Note 9/09/96 | H 6177, 6206 | |
| L | Daily Note 9/13/96 | H 6176, 6205 | |
| M | Daily Note 9/16/96 | H 6175. 6204 | |
| N | Daily Note 9/20/96 | H 6174, 6203 | |
| O | Daily Note 9/25/96 | H 6173, 6202 | |
| P | Daily Note 9/30/96 | H 6172, 6201 | |
| Q | Daily Note 10/04/96 | H 6171, 6200 | |
| R | Daily Note 10/07/96 | H 6170, 6199 | |
| S | Daily Note 10/14/96 | H 6169, 6198 | |
| T | Daily Note 10/18/96 | H 6168, 6197 | |
| U | Daily Note 11/04/96 | H 6167, 6196 | |
| 13 | Dr. Upledger Records | | |
| A | Patient Information 1/16/97 | H 1582 | |
| B | Notes 12/20/97; 12/23/97 | H 6257, 1333 | |
| C | Notes 12/26/97; 1/10/97 | H 6256, 1592 | |
| D | Notes 12/29/97 | H 6255, 1451 | |
| E | Notes 1/14/97 | H 6254, 1452 | |
| F | Notes 1/16/97 | H 6253, 1589 | |
| G | Notes 1/20/97, 1/23/97 | H 6252, 1454 | |
| H | Notes 2/17/97, 2/21/97 | H 6251, 1455 | |
| I | Notes 2/24/97, 3/4/97, 3/11/97 | H 6250, 1456 | |
| J | Notes 3/14/97, 4/10/97, 4/15/97 | H 6249, 1457 | |
| K | Notes 4/22/97 | H 6248, 1458 | |

| EX. # | DESCRIPTION | BATES # | OBJECTION |
|---|---|---|---|
| 14 | Baystate Medical Center Records | | |
| A | MRI Cerv. Spine 9/22/98 | H5953-57 | |
| B | MRI Lumb. Spine 4/28/00 | H5915-16, 5922, 5924, 5926 | |
| C | MRI Cerv. Spine 4/28/00 | H5917-18, 5921, 5923, 5925 | |
| D | MRI TMJ 5/6/00 | H 5913-14, 5927-30 | |
| E | Certification of records | H 5920 | |
| F | Diskography Records 10/5/00 | H5931-5952 | |
| G | Certification of records – 2/01-4/02 | 1 pg. | |
| H | Medical records 2/2/01 | 6 pgs. | |
| I | Medical Record 7/5/01 | 2 pgs | |
| J | Medical Records 8/17/01 | 4 pgs | |
| K | Letter dated 10/25/01 | 2 pgs | |
| L | Medical Records 2/5/02 | 8 pgs | |
| M | Medical Records 3/19/02 | 5 pgs | |
| N | Medical Records 4/22/02 | 2 pgs | |
| O | Rx 4/24/02 | 1 pg | |
| P | MRI Head 3/14/01 | 1 pg H5380 | |
| 15 | Dr. Walters Records | | |
| A | Report 9/21/98 | H5996-6002 | |
| B | Statement to Educators 11/5/98 | H6003-6004 | |
| C | Office Progress Note 6/10/99 | H5992-5994 | |
| D | Treatment Notes 11/13, 4/14, 5/3/00 | H5989 | |
| E | Nurse's Note to chart 3/15/00 | H5991 | |
| F | Nurse's Note to chart 4/13/00 | H5990 | |
| G | Response to Hartford 4/25/00 | H5995, 5984-85 | |
| H | Dr. Walter's order for MRI 4/13/00 | H5988 | |
| I | Fax cover sheets 5/23/00 & 5/24/00 | HL 060-061 | |

| EX. # | DESCRIPTION | BATES # | OBJECTION |
|---|---|---|---|
| 16 | Cailin Cammann Records | | |
| A | Summary | CMc 019, H5795 | |
| B | Records 10/16/98 | CMc 020, H5822-23 | |
| C | Records 01/28/00 | H5821 | |
| D | Records 01/31/00 | H5820 | |
| E | Records 3/21 & 3/29/0 | CMc 021, H 5819 | |
| F | Records 4/5/00 | CMc 022, H 5818 | |
| G | Records 4/11/00 | CMc 023, H5817 | |
| H | Records 4/20/00 | CMc 024, H5816 | |
| I | Records 4/26/00 | CMc 025, H5815 | |
| J | Records 5/3/00 | CMc 026-7, H5813-4 | |
| K | Records 5/23/00 | CMc 029, H5812 | |
| L | Records 5/31/00 | CMc 028, H5811 | |
| M | Records 6/6/00 | CMc 027, H5810 | |
| N | Records 6/13/00 | CMc 031, H5809 | |
| O | Records 6/20/00 | CMc 032-3, H5807-8 | |
| P | Records 6/27/00 | CMc 034, H5806 | |
| Q | Records 7/17/00 | CMc 035, H5805 | |
| R | Records 7/31/00 | CMc 036, H5804 | |
| S | Records 10/4/00 | CMc 037, H5803 | |
| T | Records 10/11/00 | CMc 038, H5802 | |
| U | Records 10/18/00 | CMc 039, H5801 | |
| V | Records 10/25/00 | CMc 040, H5800 | |
| W | Records 11/1/00 | CMc 041, H5799 | |
| X | Records 11/15/00 | CMc 042, H5798 | |
| Y | Records 11/22/00 | CMc 043, H5797 | |
| Z | Records 11/29/00 | CMc 044, H5796 | |
| AA | Summary of Charges | CMc 015-018 | |
| 17 | Dr. Columbe Records | | |
| A | Cover sheet | H 4113 | |
| B | Examination 7/12/99 | H4115, 4120, CMc080 | |
| C | Treatment Records 7/12/99-2/16/99 | H 4121 | |
| D | Examination 3/8/00 | H 4116-7 | |
| E | Treatment Records 3/8/00-6/5/00 | H 4118-9 | |
| F | Summary of Charges 3/8/00-5/31/00 | H6225-6227 | |
| 18 | Dr. Norris/Paasch Records | | |
| A | Letter 6/1/00 | H5911-2 | |
| B | Transforaminal Epid. Proc. Note 6/9/00 | H5910 | |
| C | Progress Note 6/19/00 | H5908-9 | |
| D | Letter 3/29/01 | H5906-7 | |
| E | Progress Note 6/18/01 | H5905 | |
| F | Progress Note 7/27/01 | H5904 | |
| G | Progress Note 8/16/01 | H5902-3 | |
| H | Progress Note 9/11 & 9/12/01 | H5900-5901 | |
| I | Electrodiagnostic Study 9/13/01 | H5897-99 | |
| J | Progress Note 12/20/01 | H5896 | |
| 19 | Dr. Grabel Records 7/7/00 | H 6025-26, 6035 | |
| 20 | Dr. Magana Records 7/11/00 | H 2581-84 | |

| EX. # | DESCRIPTION | BATES # | OBJECTION |
|---|---|---|---|
| 21 | Dr. Bitan Records 01/11/01 | H 6263-64 | |
| 22 | Dr. Ryan Records | | |
| A | Letter 1/23/01 | H6265-67 | |
| B | Letter 2/12/01 | H6268-69 | |
| C | Letter 3/21/01 | H6270-71 | |
| D | MRI Head 3/14/01 | H6272 | |
| 23 | Dr. Dixon Records 2/01 | H 6258-62 | |
| 24 | Dr. McLaughlin Records | | |
| A | Letter 1/10/01 | H6164-66 | |
| B | Letter 3/6/01 | H6163 | |
| 25 | Dr. Gray Records | | |
| A | Completed Patient Form 1/20/01 | H5878-5877 | |
| B | Medical Records 1/29/01 | H6273-75, 6278-80 | |
| C | Medical Record 2/27/01 | H6276-77 | |
| D | Records 1/01-10/01 | H6291-92 | |
| E | Historical medical records | H6281-90 | |
| 26 | Operative Note re: Facet Joint Injection 10/24/01 | H 5714-15 | |
| 27 | Mercy Medical Center Records re: IDET 5/3/01 | H 6231-41 | |
| 28 | Dr. Gould letters | H 7749-54 | |
| 29 | Dr. Baker Records | H 8003-8112 | |
| 30 | Dr. Gross Records | | |
| A | Medical Record 11/7/01 | H7878-7879 | |
| B | Letter 11/19/01 | H7880 | |
| 31 | Dr. Gaev Records | | |
| A | Medical Records 3/7/02 | H7760-67 | |
| B | Medical Records 4/2, 4/30, 5/28/02 | H7755-58 | |

| EX. # | DESCRIPTION | BATES # | OBJECTION |
|---|---|---|---|
| 32 | Dr. Stanton Records | | |
| A | Master Problem List | LORR 000093-96 | |
| B | Medical Record 8/14/01 | LORR 000119 | |
| C | Medical Records 8/28, 9/13, 10/04/01 | LORR 000118 | |
| D | Medical Records 10/4, 11/12/01 | LORR 000117 | |
| E | Medical Records 11/12, 11/13/01 | LORR 000116 | |
| F | Medical Records 12/10/01 | LORR 000115 | |
| G | Medical Records 1/21, 2/25/02 | LORR 000114 | |
| H | Medical Records 2/25, 3/8, 3/21/02 | LORR 000113 | |
| I | Medical Records 4/11, 5/9/02 | LORR 000112 | |
| J | Medical Records 5/9, 5/25, 6/7, 6/17/02 | LORR 000111 | |
| K | Medical Records 6/17, 7/16, 7/22/02 | LORR 000110 | |
| L | Medical Records 8/13, 9/6, 10/1/02 | LORR 000109 | |
| M | Medical Records 10/15, 10/30, 11/22/02 | LORR 000108 | |
| N | Medical Records 11/22, 12/3, 12/6/02 | LORR 000107 | |
| O | Medical Records 12/20/02, 1/27, 2/19/03 | LORR 000106 | |
| P | Medical Records 3/11, 5/5/03 | LORR 000105 | |
| Q | Medical Records 5/5, 6/5, 7/14, 7/17/03 | LORR 000104 | |
| R | Medical Records 8/12/03 | LORR 000103 | |
| S | Medical Records July-Oct. 2003 | LORR 000102 | |
| T | Medical Records 10/14, 12/2/03 | LORR 000101 | |
| U | Medical Records 3/4/04, 5/3/04 | LORR 000100 | |
| V | Medical Records 5/3, 7/15, 8/24/04 | LORR 000099 | |
| W | Medical Records 10/7, 11/2, 12/2/04 | LORR 000098 | |
| X | Medical Records 6/2, 10/27, 11/22/05 | LORR 000097 | |
| Y | Completed disability form – 10/30/01 | LORR 000082-83 | |
| Z | Referral Letter 11/1/01 | LORR 000081 | |
| AA | Letter re disability 3/20/02 | LORR 000063 | |
| BB | Request and letter re disability 10/02 | LORR 000051-54 | |
| CC | Rx 1/29/03 | LORR 000049-50 | |
| DD | Waiver of Premium Benefit Form 4/28/04 | LORR 000030-32 | |
| EE | Request for & listing dates of trtm 7/04 | LORR 000028-29 | |
| FF | Report on Medical Condition 7/24/03 | LORR 000044-45 | |
| GG | Dr. Norris Records | | |
| | Progress Note 8/16/01 | LORR 000084-85 | |
| | Progress Note 9/11/01 | LORR 000091 | |
| | Electrodiagnostic 9/13/01 | LORR 000088-90 | |
| | Progress Note 05/21/02 | LORR 000061 | |
| HH | Dr. Steinberg report 8/17/01 | LORR 000086-87, 92 | |
| II | Dr. Gross Summary Report 11/7/01 | LORR 000077-80 | |
| JJ | Operative Note re: cerv. facet inj. 10/24/01 | LORR 000021-22 | |
| KK | Dr. Holtzman Admission Note 12/13/01 | LORR 000016-20 | |
| LL | Pain Mgmt Center Consult 2/5/02 | LORR 00064-68 | |
| mm | Pain Mgmt Center Consult 3/19/02 | LORR 000069-73 | |
| NN | Operative Rpt re: cerv. Facet inj. 6/12/02 | LORR 000059-60 | |
| OO | Letter from Dr. Zucker 8/6/02 | LORR 000056-58 | |
| PP | MRI Cerv. Spine 8/11/02 | LORR 000006-7 | |
| QQ | Dr. Nguyen Outpatient Note 5/8/03 | LORR 000047-48 | |
| RR | Dr. Saberski Records 7/31/03-1/13/04 | LORR 000046, 33-43 | |
| SS | Letter re MRI 2/11/05 | LORR 000026 | |
| TT | Request and Certification to 12/28/05 | | |

| EX. # | DESCRIPTION | BATES # | OBJECTION |
|---|---|---|---|
| 33 | Dr. Saberski Records 7/23/03-11/28/05 | LORR Record Retrieval | |
| 34<br>A<br>B<br>C<br>D<br>E<br>F | Dr. Goldman Records<br>   List of medications<br>   Notes of sessions 12/13/01-1/13/05<br>   Notes of sessions 1/20/04-11/30/05<br>   Health Ins. Claim Forms 1/02-12/04<br>   Health Ins. Claim Forms 10/04-10/05<br>   Visit Log and pmt. Record 6/02-11/30/05<br>   Request and Certification to 12/13/05<br>   Request and Certification to 1/28/05 | <br>LORR 000001<br>LORR 8-59<br>LORR 000002-21<br>LORR 60-78<br>LORR 000027-32<br>LORR 1-7 & 0024-26 | |
| 35 | March 1995 MRI | H 6593-94,<br>6600-6601 (signed) | |
| 36<br>A<br>B | Pharmaceutical Records<br>   Prescription reports Walgreens<br>   Prescription reports CVS Pharmacy | <br>CMc 001, 003-14<br>CMc077-78, 81, H195 | |
| | **PLAINTIFF'S EMPLOYMENT RECORDS** | | |
| 37<br>A | Plaintiff's Licensing Records and Degrees<br>   Letter dated May 31, 2002 | H 6398-99 | |
| B |    Application for Licensure – March 1993 | H 6400-14 | |
| C |    Certificates of Medical Education | H 6415-17 | |
| D |    Diplomas & Certificates | H6418-23; H5522-25 | |
| E |    Letter dated August 23, 1993 | H 6426 | |
| F |    Notices re status of licenses | H 6428-6431 | |
| G |    Letter dated 12/6/93 | H5538 | |
| 38<br>A | HCMS Offers of Employment<br>   Letter dated March 7, 1993 | H6390-91 | |
| B |    Letter dated May 10, 1994 | H6392 | |
| 39<br>A | JFK Staff Records<br>   Approval of re-appointment dated 5/26/96 | H 5526 | |
| B |    Re-appointment approval sheet | H 5527 | |
| C |    Re-appointment assessment 3/28/95 | H5528 | |
| D |    Application for Reappointment | H5532-34 | |
| E |    Delineation of clinical privileges | H 5539-40 | |
| F |    Mentorship Evaluation | H 5542-5553 | |
| G |    CV | H 5556-5557 | |
| H |    Approval of prov. staff status 5/27/94 | H 5558 | |
| I |    Recommendations | H 5581-84, 5565-66 | |
| J |    Termination of staff status | H5590, 5593 | |
| K |    Letter from plaintiff 3/95 | | |
| 40<br>A | PCMA Staff Records<br>   July 14, 1995 memo to plaintiff | H 7000 | |
| B |    July 21, 1995 Memo to file | H 6357-6358 | |
| C |    April 4, 1996 letter to plaintiff | H 5669 | |

| EX. # | DESCRIPTION | BATES # | OBJECTION |
|---|---|---|---|
| D | Deposit notification | H 1245 | |
| E | Personnel Action Slip | H 6364 | |
| F | Letter from patients dated 2/14/95 | H 5637-38 | Hearsay. FRE 802. |
| G | Letter from PCMA 1/25/96 | | |
| H | Internal Memo 2/26/96 | | |
| 41 A | HCMS Employment Agreement Exhibits and Amendments | H1630-51, H505-506 H1647-51, H505-506 | |
| 42 A | JFK Employment Agreement Exhibits | H595-604, 1662-66 H 1662-66 | |
| 43 | Licensing packet | CMCL973- 975 | |
| **PLAINTIFF'S DISABILITY CLAIM RECORDS** | | | |
| 44 A | Plaintiff Request for Leave of Absence Request for Leave | H 5695-98 | |
| B | Signed approval | H 5700-01 | |
| C | Letter of JFK approval | H 5589 | |
| 45 | Plaintiff's Statement for Disability to GIA | H 2001-2006 | |
| 46 | Plaintiff's Claim to GIA | H 2073-2076; | |
| 47 | Educators initial claim payment | H 2090 | |
| 48 | Educators letter to Dr. Wagner dated 3/27/97 | H 2123 | |
| 49 A | Educators/UNUM correspondence UNUM form for GIA 12/28/95 | H 2091-2095 | |
| B | Educators fax to UNUM 10/3/96 | H 2119 | |
| C | UNUM cover letter 12/16/96 | H 6476-77 | |
| D | Interoffice message 2/26/96 | H 2101 | |
| E | Educators fax to UNUM 8/7/97 | H 2087 | |
| 50 A | Educators/plaintiff Correspondence Letter dated 9/3/97 | H 2075 | |
| B | Letter dated 11/7/97 | H 2073-2074 | |
| C | Letter to Educators dated 12/16/97 | CMc 084-085, HL 039 | |
| D | Letter dated 1/13/98 (Sharkey ltr.) | H 2080 | |
| E | Letter dated 1/13/98 re Disability Pmt | H 2058 | |
| F | Calculation re Disability Pmt | H 2059 | |
| G | Letter dated | H 2027 | |
| 51 A | Educators/US Medical Review Corresp. Letter from Educators 5/13/98 | H 2049-50 | |
| B | Letter from Dr. Stern 7/9/98 | H 2047-48 | |
| C | Letter from Dr. Stern 7/29/98 | H 2045-46 | |
| D | Memo from Educators 10/21/98 | H 2043 | |
| E | Letter from Dr. Stern 10/26/98 | H 2032-2039 | |
| F | US Medical Billing | H 2077-78 | |
| 52 A | Hartford 12/99 Request for Information 12/15/99 Request | CMc 053 | |
| B | Completed Claimant Questionnaire | H3163-66 | |
| C | Attending Physician Statement 1/00 | H2656-57 | |

| EX. # | DESCRIPTION | BATES # | OBJECTION |
|---|---|---|---|
| 53 A | Hartford 4/00 request for information<br>    4/11/00 Request | CMc 049 | |
| B | 4/23/00 Response | H 19-21 | |
| 54 | Letter terminating plaintiff's benefits 11/17/00 | H 2467-2478 | |
| 55 | Conversion approval checklist | H 1999-2000 | |
| 56 | O'Net Occupational Description | H 2352-2365 | |
| 57 | Hartford Claim Manual – Chapter 10A | Ex. 1 to Htfd MSJ | |
| 58 A | BSM Memos<br>    03/17/98 re: Interpreting the own occupation definition of total disability | | |
| B | 05/22/98 re: Memo to Field | | |
| C | 10/19/98 re: Claim Denials/Terminations for Lack of Information | | |
| D | 03/3/00 re: Which Occupation is it anyway? | | |
| 59 | Hartford Claim Case Notes | H 2441-2465 | |
| 60 | Hartford SIU Case Notes | H2600, 3620-3631 | |
| 61 | Educators Case Notes | H 2009-2023 | |
| 62 A | Summary of Medical Records<br>    Typewritten summary | H3146-3163 | |
| B | Handwritten summary | H2366-2369 | Hearsay. FRE 802. Lack of authentication. FRE 901. |
| 63 A | Dr. Alshon IME<br>    UNIVAL letter to Educators 4/18/96 | H 2172 | |
| B | UNIVAL letter to plaintiff 4/18/96 | H 2173-2174 | |
| C | UNIVAL letter to Dr. Alshon 4/18/96 | H 2175-2177 | |
| D | Dr. Alshon IME Report | H2306-2311D | Hearsay. FRE 802. |
| 64 A | Physician Statements for Disability<br>    Dr. Theofilos Statement 11/4/95 | H 2168-2169 | Hearsay. FRE 802. |
| B | Dr. Porfiri Statement 1/10/96 | H6693 | Hearsay. FRE 802. |
| C | Dr. Musso Statement 1/16/96 | H6649-50, 6673 | Hearsay. FRE 802. |
| D | Dr. Santos Statement 2/29/96 | H 2223-2224 | Hearsay. FRE 802. |
| E | Dr. Katzell letter 6/26/96 | H 1728 | Hearsay. FRE 802. |
| F | Dr. Porfiri letter 12/16/97 | CMc084, HL039 | Hearsay. FRE 802. |
| G | Dr. Walters Statement 11/9/98 | H6003-6004 | Hearsay. FRE 802. |
| H | Dr. Porfiri Statement 1/00 | H 2656-57 | Hearsay. FRE 802. |
| I | Dr. Stanton Statement 10/30/01 | LORR 000082-83 | Hearsay. FRE 802. |
| J | Dr. Stanton letter 03/20/02 | LORR 000063 | Hearsay. FRE 802. |
| K | Dr. Stanton letter 10/29/02 | LORR 000051-52 | Hearsay. FRE 802. |
| 65 | SSDI Records | | Hearsay. FRE 802. |
| 66 | INTENTIONALLY LEFT BLANK | | |
| 67 | Summary of Insurance Charges & Payments | H7746-48, H7888-7970 | |
| 68 | INTENTIONALLY LEFT BLANK | | |

| EX. # | DESCRIPTION | BATES # | OBJECTION |
|---|---|---|---|
| 69 | INTENTIONALLY LEFT BLANK | | |
| **EXPERT REPORTS** | | | |
| 70 | Reports of Dr. Stanton with CV | | Hearsay. FRE 802. |
| 71 | Reports of Dr. Arnold with CV | | Hearsay. FRE 802. |
| 72 | Report of Mr. Wright with CV | | Hearsay. FRE 802. However, by agreement between the parties, Defendants have stipulated to the admission of Dr. Wright's report with respect to his calculation of past benefits. Defendants object to the admission of Dr. Wright's report for any other purpose. |
| 73 | INTENTIONALLY LEFT BLANK | | |
| **TAX RECORDS** | | | |
| 74 | Tax Records | | |
| A | 1995 Records | | |
| B | 1996 Records | | |
| C | 1997 Records | | |
| D | 1998 Records | | |
| E | 1999 Records | | |
| F | 2000 Records | | |
| G | 2001 Records | | |
| H | 2002 Records | | |
| I | 2003 Records | | |
| J | 2004 Records | | |
| K | 2005 Records | | |

Respectfully submitted,

AKIN GUMP STRAUSS HAUER & FELD L.L.P.

By: /s/ Roberta J. Benson
Barry A. Chasnoff (ct11162)
Roberta J. Benson (ct24407)
Jessica S. Taylor (ct24408)
300 Convent Street, Suite 1500
San Antonio, Texas 78205
Telephone: (210) 281-7000
Telecopier: (210) 224-2035

AND

Donald E. Frechette (ct 08930)
EDWARDS & ANGELL, LLP
90 State House Square
Hartford, CT 06103
Phone: (860) 525-5065
Facsimile: (860) 527-4198

ATTORNEYS FOR DEFENDANTS
HARTFORD LIFE AND ACCIDENT
INSURANCE COMPANY AND
EDUCATORS MUTUAL LIFE INSURANCE
COMPANY

## CERTIFICATION OF SERVICE

This is to certify that on the __6__ day of April, 2006, a copy of DEFENDANTS' AMENDED OBJECTIONS TO PLAINTIFF'S EXHIBIT LIST was mailed, *Via Facsimile and Overnight Mail* to:

Eliot B. Gersten
Gersten Clifford & Rome, LLP
214 Main Street
Hartford, CT 06106

Roberta J. Benson
Jessica Spangler Taylor