UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
(BRIDGEPORT)

FILED
2006 APR 10 P 3: 47
U.S. DISTRICT COURT
BRIDGEPORT, CONN

| | |
|---|---|
| CANDI McCULLOCH, | CIVIL ACTION NO. 3:01CV1115(AHN) |
| Plaintiff, | |
| vs. | |
| HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY and EDUCATORS MUTUAL LIFE INSURANCE COMPANY, Defendants. | April 10, 2006 |

## MOTION FOR ADMISSION OF AVIVA CUYLER AS VISITING LAWYER ON BEHALF OF PLAINTIFF IN THIS ACTION

Pursuant to Local Civl Rule 83.1(d), the undersigned, who is a member in good standing of the Bar of this Court and counsel of record to plaintiff herein, respectfully moves for the admission of Aviva Cuyler, Esquire, P.O. Box 845, Marshall, California 94940, as a visiting attorney on behalf of plaintiff in this action. Ms. Cuyler is a member in good standing of the Bar of the State of California.

This motion is supported by the accompanying "Affidavit of Aviva Cuyler," which sets forth the information required by Local Civil Rule 83.1(d).

Grant of this motion will not require modification of any existing (or proposed) scheduling order in this action or the deadlines established in the Standing Order on Scheduling in Civil Cases.

This motion is accompanied by a check in the amount of $25.00 payable to the "Clerk of the Court."

PLAINTIFF,
CANDI MCCULLOCH

By _____
Eliot Gersten
Fed. Bar No. ct05213
GERSTEN CLIFFORD & ROME, LLP
214 Main Street
Hartford, CT  06106
(860) 527-7044
Her Attorney

## ORDER

The foregoing Request having been presented to and heard by the Court, it is hereby ORDERED:

GRANTED/DENIED, this _____ day of _____, 2006.

THE COURT

BY: _____
      Judge/Clerk

2

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing was faxed and mailed, via regular U.S. Mail, postage prepaid, on April 10, 2006 to all counsel and pro se parties of record, as follows:

Roberta J. Sharp, Esq.
Jessica Spangler Taylor, Esq.
Barry A. Chasnoff, Esq.
Akin Gump Strauss Hauer & Feld, LLP
300 Convent Street, Suite 1500
San Antonio, TX 78205
*Tel: 210-281-7146*
*Fax: 210-224-2035*

Donald E. Frechette, Esq
Joshua L. Milrad, Esq.
Charles F. Gfeller, Esq.
Edwards & Angell, LLP
90 State House Square
Hartford, CT 06103
*Tel: (860) 525-5065*
*Fax: (860) 527-4198*

Eliot B. Gersten, Esq.