United States District Court
District of Connecticut
FILED AT        BRIDGEPORT
April 10, 2006
Kevin F. Rowe, Clerk
By: _____
Deputy Clerk

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
(BRIDGEPORT)

| | |
|---|---|
| CANDI McCULLOCH, | CIVIL ACTION NO. 3:01CV1115(AHN) |
| Plaintiff, | |
| vs. | |
| HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY and EDUCATORS MUTUAL LIFE INSURANCE COMPANY, | |
| Defendants. | April 5, 2006 |

## AFFIDAVIT OF AVIVA CUYLER

AVIVA CUYLER, being duly sworn on oath, states and avers as follows:

1. I make this affidavit in support of the motion to admit me as a visiting lawyer on behalf of plaintiff in the above-captioned action.

2. My office address is 80 Fourth Street, Point Reyes Station, California 94956. My mailing address is P.O. Box 845, Marshall, California 94940. My telephone number is (415) 663-9189, my facsimile number is (415) 663-9189 and my e-mail address is aviva@svn.net.

3. I am a member of good standing of the Bar of the State of California and am also admitted to the Bar of the United States District Court for the Northern District of California.

4. I have never been denied admission or disciplined by this Court or any other court.

5.      I have fully reviewed and am familiar with the Rules of the United States District Court for the District of Connecticut.

Dated: April 5, 2006

_____
Aviva Cuyler

The foregoing was sworn to and subscribed before me, a Notary Public, by the person known to me and/or suitably identified to me as Aviva Cuyler this 5th day of April 2006.



DANIEL PIERRE DONOVAN
COMM. # 1443958
NOTARY PUBLIC-CALIFORNIA
MARIN COUNTY
COMM. EXP. OCT. 15, 2007

My Commission expires OcT 15, 2007