UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CANDI McCULLOCH | : CIVIL ACTION NO. |
| | : 301CV1115(AHN) |
| Plaintiff, | : |
| | : |
| vs. | : |
| | : |
| HARTFORD LIFE AND ACCIDENT | : |
| INSURANCE COMPANY AND EDUCATORS | : |
| MUTUAL LIFE INSURANCE COMPANY | : |
| Defendants. | : APRIL 13, 2006 |

**PLAINTIFF'S LIST OF REBUTTAL WITNESSES AND
DESIGNATION OF REBUTTAL DEPOSITION PAGES FOR USE AT TRIAL**

I.   **WITNESSES**

Plaintiff's original witness list included the witnesses that plaintiff may use for rebuttal at trial.

II.   **DEPOSITION PORTIONS**

Plaintiff discloses the following deposition portions for use in rebuttal, in addition to those portions identified in plaintiff's initial designation of deposition portion for use at trial. Plaintiff also reserves the right to also rely on any deposition portions designated by defendants.

Paul Meyer:

16:18-17:14
19:10-17
26:20-27:6
33:14-34:12
42:13-42:25
43:4-11
46:7-20
49

62:13-16
66-67
68:18-69:12
74:23-75:19
106:9-22
111:8-18
113:22-114:15
115:24-116:9,
116:15-18,
116:25-117:2
122:13-22
123:5-23
125:23-126:12
123:5-23
126:13-127:22
128:19-129:13
131:15-22
133:15-136:11
139-150
153:3-24
156-158
163-164


**ASHA GARG**

7:2-8:2
8:11-20
9:9-22
10:5-18
10:25-11:19
12:4-15
16:2-5
20:6-21:7


**CARINE PORFIRI**

27:21-25
35:1-16
48:5-13
51:14-25
57:10-24
58:12-59:15
97:6-17
99:18-100:6

100:12
101:3-19
102:17-104:9
105:11-17
106:3-11
106:21-108:9
108:23-109:15
110:5-13
110:22-111:5
112:13-113:7
116:10-19
119:11-120:2
122:14-21
125:11-25
130-131:5
133:9-22
137:15-139:13
141:22-143:10
144:24-145:12
146:1-148:19
149:2-6
151:13-15
152:7-153:9

                                                PLAINTIFF,
                                                CANDI MCCULLOCH

By: _____
Eliot B. Gersten, Esq.
Fed. Bar No. ct05213
GERSTEN & CLIFFORD
214 Main Street
Hartford, CT 06106
(860) 527-7044
Her Attorney

## CERTIFICATE OF SERVICE

    I hereby certify that the foregoing was faxed and mailed, via regular U.S. Mail, postage prepaid, on April 13, 2006 to all counsel and pro se parties of record, as follows:

Roberta J. Sharp, Esq.
Jessica Spangler Taylor, Esq.
Barry A. Chasnoff, Esq.
Akin Gump Strauss Hauer & Feld, LLP
300 Convent Street, Suite 1500
San Antonio, TX 78205
*Tel: 210-281-7146*
*Fax: 210-224-2035*

Donald E. Frechette, Esq
Joshua L. Milrad, Esq.
Charles F. Gfeller, Esq.
Edwards & Angell, LLP
90 State House Square
Hartford, CT 06103
*Tel: (860) 525-5065*
*Fax: (860) 527-4198*

_____
Eliot B. Gersten, Esq.