April 12, 2001

**HEALTH NEW ENGLAND / HMO PLAN**
One Monarch Place
Springfield, MA 01144-1006
Phone: 413-787-4000

**ATTN: PRE-DETERMINATION/ OUTPATIENT PROCEDURE**
**PHYSICIAN REVIEW / RESPONSE REQUESTED**

| | | |
|---|---|---|
| **RE:** Candi McCulloch | ID#: 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 | DOB: 11-26-57 |
| FACILITY: Mercy Pain Clinic | DOS: TBA | Diagnosis Code: 722. 10 |

To Whom It May Concern:

Dr. Ronald Paasch is recommending that the above patient, undergo lumbar IDET (Intradiscal Electrothermal Therapy). It is Dr. Paasch's opinion that IDET represents the best option for improving the patients condition, given the failure of prior conservation measures, a complete diagnostic evaluation including discography, the patient's history and the positive clinical outcomes documented in patients receiving IDET for this type of condition. The discography demonstrated concordant axial back pain and revealed a disc bulge at the L4-5 level disc. The conservative measures provided to date have included use of a TENS unit and several sessions of physical therapy, use of current med regimen of Vicodin, and has had epidural steroid injections. The IDET procedure is indicated for carefully selected patients who have exhausted conservative therapeutic options for specific disc-related conditions, and are considering surgical intervention. He is status post an L4-5 anterior lumbar interbody fusion in the past. The therapeutic effect of IDET is achieved through application of thermal energy (heat) to alter the structure of the disc wall. Considering the only the other available effective surgical intervention may be a more invasive procedure, IDET is being recommended as it is less invasive, less costly, and has a shorter post procedure convalescence interval than most spinal procedures.

Dr. Paasch is requesting prior approval for Intradiscal ElectroThermal Therapy (IDET) for the above-mentioned patient. The IDET procedure is minimally invasive and performed in an outpatient setting, under conscious IV sedation. The HCPCS "IDET" procedural codes considered for billing are S2370 and S2371. The CPT procedural codes considered for billing are 62287/62292, 64640, 76005-26/72295-26 or 64999/22899. The product codes for billing are 99070 (CPT) or C1754 (HCPCS) for the SPINECATH. The SpineCATH code will be billed in addition to the primary procedure code(s) with a copy of the invoice attached.

We have included for your review the patient's clinical information, summary of study outcomes, an overview of the procedure, FDA clearance letters, a Meta-Analysis, a clinical abstract of 2-year controlled study outcome data presented at the North American Spine Society, and abstracts prensented at other major spine conferences. In addition, we have enclosed the following peer reviewed publications: *Intradiscal Electrothermal Treatment for Chronic Discogenic Low Back Pain: A Prospective Outcome Study with Minimum One Year Follow-Up* by Jeffrey A. Saal, M.D. and Joel S. Saal, M.D., October 2000 Spine, *Twelve –Month Follow-Up of a Controlled Trial of Intradiscal Thermal Anuloplasty for Back Pain Due to Internal Disc Disruption* by Michael Karasek, MD; Nikolai Bogduk, MD, PhD, DSc., February 2000 Spine, *Management of Chronic Discogenic Low Back Pain with a Thermal Intradiscal Catheter: A Prospective Outcome Study* by Joel S. Saal, M.D., and Jeffrey A. Saal, M.D., February 2000 Spine, *Intradiscal Electrothermal Annuloplasty (IDET): A Novel Approach for Treating Chronic Discogenic Back Pain* by Richard Derby, Bjorn Eek, Yung Chen, Conor O'Neil, and Deaglan Ryan., published in the Vol. 3 2000 issue of Nueromodulations,

Additional information may be found at the following web locations: http://www.spineuniverse.com/, "Surgery", "Spinecath IDET" and www.burtonreport.com, "Information on Lumbar Spine", "Minimally Invasive Procedures", "IDET".

We appreciate your prompt reply. Should you have any questions, please contact our authorization department as soon as possible by phone at 888.711.9903, via fax at 972.866.9293 or mail to 15150 Preston Rd., Ste 230 Dallas, TX 75248.

Sincerely,

Barbara S. Johnson
Barbara S. Johnson, Sr. Nurse Case Manager
Representative for Dr. Ronald Paasch

**H7856**

**H7824**

# IDET CANDIDACY REVIEW CHECKLIST (CRC)

The following Candidacy Review Checklist is to be completed for each Precertification Request prior to processing.

## PATIENT DETAILS

Patient Name: Candi McCulloch    ID or Claim Nr.: 1165676
DOB: 11/26/58    Carrier Name: _____
Attending Physician: Raosch    Proposed Levels: L4-5

## ORATEC CASE MANAGER REVIEW    4/5/01 mtH    (date / init.)

### Inclusion Criteria (criteria must be met, or Physician Advisor review is required)

| | |
|---|---|
| (Y) / N / Unclear | Axial low back pain of at least six months duration |
| (Y) / N / Unclear | At least eight weeks of conservative therapy (i.e. exercise-based rehabilitation) |
| Y / N / Unclear / (NA) | If discography is not performed, a recent MRI notes degenerative changes at proposed level of IDET. |
| (Y) / N / Unclear / NA | Discography, if performed, indicates abnormal anatomy and concordant pain production at low pressure / volume, or the inability to pressurize, at the proposed level(s) of IDET. |
| (Y) / N / Unclear | Notes reflect physician recommendation of IDET. |

### Preferred Inclusion Criteria ("Y" response required in cases w/o discography, or Physician Advisor review is required)

| | |
|---|---|
| Y / N / Unclear | Negative Straight Leg Raise (SLR) exam to sixty degrees |
| Y / N / Unclear | History indicates significant functional limitation in sitting duration |
| Y / N / Unclear | Physical Exam notes indicate suspicion of discogenic pain at planned level (Flexion?) |
| Y / N / Unclear | Normal neurological exam (normal motor and sensory function, without lower extremity pain as primary complaint) |
| Y / N / Unclear | No more than two levels of disk desiccation on recent MRI |

### Potential Exclusion Criteria (if present at level(s) of proposed IDET, Physician Advisor review is required)

| | |
|---|---|
| Y / (N) / Unclear | More than three disk levels proposed |
| Y / (N) / Unclear | Nerve root impingement / compression with primary complaint of lower leg pain |
| Y / (N) / Unclear | Thecal sac impingement / compression with primary complaint of lower leg pain |
| Y / (N) / Unclear | Primary complaint is leg pain without diagnosed etiology |
| Y / (N) / Unclear | Moderate to severe spinal or canal (central, lateral, or foramenal) stenosis |
| Y / (N) / Unclear | Less than 40% disk height remaining (e.g. severely collapsed) |
| Y / (N) / Unclear | Evidence of disk fragment or severe herniation |
| Y / (N) / Unclear | IDET previously performed within past 6 months |
| Y / (N) / Unclear | Previous fusion |
| Y / (N) / Unclear | Instability ( e.g. Spondylolisthesis) |
| Y / (N) / Unclear | Patient age below 18 or above 60 |

### Cautionary Criteria (factors which if present may adversely affect outcome, no physician advisor review prompted)

| | |
|---|---|
| (Y) / N / Unclear | Psychological instability (incl. drug dependency, depression, alcohol abuse, etc.) |

### Exclusion Criteria

| | |
|---|---|
| Y / (N) / Unclear | Non-Lumbar disks (T12 / L1 is considered lumbar) |
| Y / (N) / Unclear | Pregnant women |

## ADMINISTRATOR REVIEW:    Necessary?  Y / (N) _____ (date / init.)

## PHYSICIAN ADVISOR REVIEW:

Necessary? Y / N _____ (date / init.)  Results: Positive / Negative _____ (date)

*Note: It is ORATEC's intention to encourage and promote the use of the SpineCATH IDET technology in only an appropriate and justified patient population. This review can not be an exhaustive determination of patient candidacy. It is intended solely as a guidance document for ORATEC personnel to determine whether submitted patient information is consistent with the selection criteria we encourage, and whether a review by a physician advisor is appropriate.*

H7857

H7825