UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CANDI McCULLOCH | : CIVIL ACTION NO. |
| Plaintiff, | : 301CV1115(AHN) |
| vs. | : |
| HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY AND EDUCATORS MUTUAL LIFE INSURANCE COMPANY | : |
| Defendants. | : JANUARY 20, 2006 |

### PLAINTIFF'S LIST OF WITNESSES AND DESIGNATION OF DISCOVERY AND DEPOSITION PAGES FOR USE AT TRIAL

I. WITNESS LIST

Plaintiff lists the following individuals consistent with the pre trial order to disclose witnesses who may be called upon by the plaintiff to testify at trial:

1. Candi McCulloch - *Waterford, CT*  [4/17/06]
2. Robin Lavelly - *East Hampton, Mass*  [4-19-06]
3. Ali McCulloch-Villoldo
4. Ian McCulloch-Villoldo
5. Henry Daniels - *Northford CT*  [4-19-06]
6. Alberto Villoldo
7. Dr. Porfiri
8. Dr. Stanton *Amherst, MA*  [4/19/06]
9. Cailin Cammann - *Massachusetts*  [4-19-06]
10. Dr. Saberski - *New Haven, CT*  [4/20/06]
11. Dr. Goidman - *Northampton, MA*  [4/21/06]
12. Dr. Arnold - *Woodbridge, CT  Expert*  [4-24-06]
13. Arthur Wright, Ph.D.
14. Mary Fuller
15. Record Keeper designee of the Hartford
16. Pamela Mormino
17. Susan Wilk
18. Kim Huber
19. Dr. Amato

## II. DESIGNATION OF DISCOVERY REQUESTS AND RESPONSES

Pursuant to the pre-trial order, plaintiff identifies the following discovery requests and responses, upon which she may rely at trial:

1. Plaintiff's First Request for Admissions to Defendant Hartford Life and Accident Insurance Company ("Hartford"), request numbers 1-10.

2. Plaintiff's First Set of Interrogatories to Hartford served on November 26, 2001, numbers 1, 2, 4, 5, 6, 7, 8, 9, 10, 13, 18, 20, 21, 22, 23.

3. Defendant Hartford's March 13, 2002 Responses to Plaintiff's First Set of Interrogatories and Requests for Production, response to interrogatory numbers 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 13, 18, 20, 21, 22, 23.

4. Defendant Hartford's Better Answers to Plaintiff's First Interrogatories dated September 20, 2002, answers to interrogatory numbers: 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 13, 18, 20, 21, 22, 23.

5. Defendant Hartford's Responses to Plaintiff's Request for Admissions dated March 13, 2002, response to request numbers 1-10.

6. Defendant Hartford's August 26, 2002 Further Responses to Plaintiff's Request for Admissions in Compliance with the Court's Order, response to request numbers 2, 3, 6 & 7.

7. Defendant Hartford's February 10, 2003 First Supplemental Response to Plaintiff's First Set of Interrogatories, supplemental response to interrogatory number 25.

8. Defendant Educators October 13, 2002 Answers and Objections to Plaintiff's Requests for Admissions, response to request numbers 2.

2

9. Defendant Educators' Rule 56(a)(2) Statement in Opposition to Plaintiff's Motion for Summary Judgment, ¶ 24.

10. Defendants' Amended Answer with Affirmative Defenses and Counterclaims dated November 26, 2001.

11. Defendants' Second Amended Answer with Affirmative Defenses and Counterclaims dated February 28, 2005.

## III. DESIGNATION OF DEPOSITION TRANSCRIPTS

Pursuant to the pre-trial order, plaintiff hereby designates the following deposition testimony for use at trial:

1. Deposition testimony of Kim Huber dated October 22, 2003, pages 5-8, 36-39, 59, 62-67.

2. Deposition testimony of Kim Gabrielson dated June 27, 2003, pages 7, 13, 100, 115, 140-141, 163, 168, 188, 235-236, 251-252, 268, 272-274.

3. Deposition testimony of John McGoldrick dated July 10, 2003, pages 112-113.

4. Deposition testimony of Joseph Sterle dated August 15, 2003, pages 1-17, 49, 51-52, 55-56, 58, 69-72, 76-78. 86-99, 111-112, 120-127, 133, 137-143, 145-149, 182, 185-188.

5. Deposition testimony of Susan Wilk dated June 24, 2003, pages 103, 190.

6. Deposition testimony of Asha Garg dated June 18, 2003, pages 49-50, 53-54, 60-65, 74-99, 112-113, 115, 118-120, 147-148, 153-154, 158-159, 171, 174-175, 180-191, 221, 236, 241-245, 254-263.

7. Deposition testimony of Pamela Mormino dated July 28, 2003, pages 124, 162-165.

8. Deposition testimony of Joseph Amato dated September 4, 2003, pages 55-58, 61-66, 76-80, 94-95.

9. Deposition testimony of Ken Wasnock, dated March 2003, pages 6-46, 50-66.

PLAINTIFF,
CANDI McCULLOCH

By: _____

John J. Robacynski, Esq.
Gersten Clifford & Rome, LLP
214 Main Street
Hartford, CT 06106
Fed. Bar No.: ct15636
Telephone: (860) 527-7044
Facsimile: (860) 527-4968
Her Attorneys

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CANDI McCULLOCH | : CIVIL ACTION NO. |
| Plaintiff, | : 301CV1115(AHN) |
| vs. | : |
| HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY AND EDUCATORS MUTUAL LIFE INSURANCE COMPANY | : |
| Defendants. | : JANUARY 20, 2006 |

## CERTIFICATE OF SERVICE

I hereby certify that on January 20, 2006, a copy of the foregoing:

**PLAINTIFF'S LIST OF WITNESSES AND DESIGNATION OF DISCOVERY AND DEPOSITION PAGES FOR USE AT TRIAL**

was filed electronically and served by mail on anyone unable to accept electronic filing.

Notice of this filing will be sent to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

John J. Robacynski, Esq.