UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
(BRIDGEPORT)

CANDI MCCULLOCH,                    :        CIVIL ACTION NO.
                Plaintiff          :        3:01CV1115 (AHN)
v.                                  :
HARTFORD LIFE AND ACCIDENT          :
INSURANCE COMPANY and               :
EDUCATORS MUTUAL LIFE               :
INSURANCE COMPANY,                  :
                                    :        January 25, 2006
                Defendants.         :

*ALL Full*    *(Stipulated)*    ~~AMENDED DEFENDANTS~~    *4/17/06*

| NO. | DATE | DESCRIPTION | BATES NO. | ADMITTED |
|------|------|-------------|-----------|----------|
| D-5000 | 00/00/0000 | Resume of Candi McCulloch | H9897-H9898 | |
| D-5001 | 09/19/1989 | Gary K. Steinberg letter to Bruce Adornato, M.D. re reporting on surgery of 09/07/89 | H6073 | |
| D-5002 | 10/11/1989 | Gary K. Steinberg letter to Bruce Adornato, M.D. re 5 week post-op letter | H6072 | |
| D-5003 | 04/14/1990 | Educators Mutual Life Insurance Company Group Insurance Policy | H11882-H11885 | |
| D-5004 | 01/01/1993 | CVS Pharmacy Record | Porfiri Depo Ex. 7 (H5237-H5238) | |
| D-5005 ✓ 4-18-06 | 03/07/1993 | Patrick R. Flynn letter of intent of employment to Candi McCulloch | H498-H499 | Full |
| D-5006 | 04/15/1993 | American College of Physicians Group Disability Insurance Plan by Educators Mutual Life Insurance Company | H40-H54 | |

---

[1] The Court's Pre-Trial Order directs Defendants to mark exhibits alphabetically. Based on the number of exhibits and Defendants' request for guidance from the Court's Clerk, Defendants have numbered their exhibits with a "D-" prefix, starting at 5000, per Plaintiff's request.

*4/26/06 - This Case has settled. All exhibits have been returned to Counsel.*

*Roberta J Benson*

063670.0229 WEST  5847238 v4

1

| NO. | DATE | DESCRIPTION | BATES NO. | ADMITTED |
|---|---|---|---|---|
| D-5007<br>4-18-06 | 02/21/1994 | Gene Dale memo to Denise Barton re Interview with Candi McCulloch, M.D. | H10211 | Full |
| D-5008 | 03/24/1994 | McCulloch's Application for Appointment to Medical Staff of JFK Medical Center | H5560-H5563 | |
| D-5009<br>4/18/06 | 06/10/1994 | H.C.M.S., Inc. Part-Time New Physician Employment Agreement (McCulloch Depo Ex. 83) | H9964-H9985 | Full |
| D-5010<br>4/18/06 | 06/10/1994 | Employment Agreement between JFK Medical Center and Candi McCulloch, M.D. | H10001-H10015 | Full |
| D-5011 | 06/28/1994 | HCMS Personnel Action Slip | H5641 | |
| D-5012 | 09/24/1994 | McCulloch Application for Participation The American College of Physicians Insurance Trust Group Long-Term Disability Program and Group Disability Policy | H3233-H3250 | |
| D-5013 | 10/19/1994 | Deborah S. Copeland memo to Denise Barton, Patrick Flynn and Madelyn Passarella re McCulloch | McCulloch Depo Ex. 86 | |
| D-5014<br>4/18/06 | 11/01/1994 | HCMS letter to Candi McCulloch re reassignment of HCMS/PHI clinical practice | H10167-H10168 | Full |
| D-5015<br>4/18/06 | 11/02/1994 | McCulloch letter to Denise re reassignment | McCulloch Depo Ex. 87 | Full |
| D-5016 | 11/09/1994 | Candi McCulloch memo to Denise Barton | McCulloch Depo Ex. 88 | Full |
| D-5017<br>4/18/06 | 12/07/1994 | Helga Kahr letter to JFK and HCMS re Employment Contracts Between McCulloch and HCMS and JFK Medical Center | McCulloch Depo Ex. 89 | full |
| D-5018<br>4/18/06 | 12/19/1994 | Ann Leopold response to 12/07/94 Helga Kahr letter | H10155-H10158 | full |

| | | | | |
|---|---|---|---|---|
| D-5019 | 03/01/1996 | Eric J. Matheson correspondence to Joseph Calamita enclosing Drs. R. Eric Santos and Jeffrey L. Katzell, M.D. medical records | H2218-H2227 | |
| D-5020 | 01/03/1995 | Susan Potter Norton letter to Helga Kahr re correspondence of Cripen | H10209-H10210 | |
| D-5021 ✓ 4/18/06 | 01/05/1995 | JFK Medical Center memo to Denise Barton re Delinquent Medical Records | McCulloch Depo Ex. 90 | *Full* |
| D-5022 | 01/06/1995 | Denise Barton Memo to Candi McCulloch re Call Coverage for 01/07/95 – 01/14/95 | H10021 | |
| D-5023 | 01/11/1995 | PHI's memo to M. Denise Barton and Patrick R. Flynn re Drs. McCulloch and Porfiri's Review | H10154; H10019-10020 | |
| D-5024 | 01/12/1995 | Ann Leopold Memo to Richard Cascio and Denise Barton re Guidelines for Dr. McCulloch | H10068 | |
| D-5025 | 01/18/1995 | Ann Leopold Memo to Richard Cascio and Denise Barton re Guidelines for Dr. McCulloch | H10069-H10074 | |
| D-5026 | 01/20/1995 | Agenda for meeting re Candi McCulloch, M.D. Employment Agreement Issues | H10075 | |
| D-5027 | 01/24/1995 | Gail Kressal memo to Rich Cascio re collection of tuition from McCulloch | H10076 | |
| D-5028 | 01/27/1995 | Ann Leopold letter to David L. Gorman re enclosing draft letter confirming details of meeting | H10079-H10083 | |
| D-5029 | 02/21/1995 | Carine Porfiri handwritten medical history notes | H509-H510 | |
| D-5030 | 02/21/1995 | Annual History and Physical report (and handwritten medical notes) of Carine Porfiri, M.D. | H7496-H7503 | |
| D-5031 4/18/06 | 02/27/1995 | Ann Leopold memo to Richard Cascio and Denise Barton re draft letter agreement | H10186-H10191 | |
| D-5032 | 02/28/1995 | Ann Leopold facsimile to Paul Meyer attaching letter to David L. Gorman | Meyer Depo Ex. 2 | |

| D-5033 | 03/07/1995 | Linda J. Golden letter to Jose Arrascue re McCulloch cannot be promoted on staff unless released from Arrascue's monitorship | H9896 | |
| D-5034 4/18/06 | 03/08/1995 | Candi McCulloch's Application for Reappointment to JFK Medical Center | H9893-H9895 | Full |
| D-5035 | 03/09/1995 | Ann Leopold memo to Richard Cascio and Paul Meyer re Response to McCulloch's attorney's letter | H10087-H10089 | |
| D-5036 | 03/10/1995 | Ann Leopold letter responding to David L. Gorman's 02/24 letter | H9876-H9884 | |
| D-5037 | 03/13/1995 | Candi McCulloch's response to Cheryl Joseph's 01/05/95 letter | H10058-H10059 | |
| D-5038 | 03/15/1995 | Candi McCulloch letter to Paul Meyer re scheduling appointment with specialists recommended | Meyer Depo Ex. 10 | |
| D-5039 | 03/20/1995 | Candi McCulloch Patient Info Sheet | H5210 | |
| D-5040 | 03/20/1995 | Emilio S. Musso, MD Progress Notes | H1268-H1269; H5216 | |
| D-5041 4/18/06 | 03/22/1995 | JFK Medical Center Diagnostic Imaging Report (MRI Cervical Spine W/O Cont) | H1270-H1271 | |
| D-5042 | 03/30/1995 | Emilio S. Musso memo re McCulloch recommended for cervical therapy program | H527 | |
| D-5043 | 04/19/1995 | Regional Physiotherapy Centre, Inc. Patient Data Form and medical records (04/24/95 – 05/17/95) | H5127; H1289-H1291; H538; H5163; H536; H5161; H5158; H542-H543; H5159 H5223 | |
| D-5044 | 04/19/1995 | Paula Nicoletti status letter to Emilio S. Musso | H384-H385 | |
| D-5045 | | Intentionally left blank | | |
| D-5046 4/18/06 | 05/26/1995 | JFK letter to Candi McCulloch re did not attend 50% of Department/Qtrly/Committee Meetings according to Medical Staff Bylaws | McCulloch Depo Ex. 91 | Full |



| | | | | |
|---|---|---|---|---|
| D-5047 | 07/14/1995 | Patrick R. Flynn Memo to Candi McCulloch re Vacation Hour Adjustment | McCulloch Depo Ex. 92 | |
| ✓ D-5048 4/18/06 | 07/21/1995 | Paul J. Meyer Memo to File re 07/20/95 meeting with McCulloch | McCulloch Depo Ex. 93 | Full |
| D-5049 | 07/28/1995 | PCMA Amendment to Part-Time New Physician Employment Agreement Between Primary Care Medical Associates, Inc. and Candi McCulloch | Meyer Depo Ex. 16 | |
| D-5050 | 08/25/1995 | Emilio S. Musso Progress note re Candi McCulloch | H1273 | |
| D-5051 | 09/07/1995 | Carine Porfiri's handwritten notes | H1274 | |
| D-5052 | 10/03/1995 | Clifford I. Hertz letter to Primary Care Medical Associates, Paul J. Meyer | H507-H508 | |
| D-5053 | 10/09/1995 | Certificate of Health Care Provider (Family and Medical Leave Act of 1993) | Porfiri Depo Ex. 8; (H5040-H5041) | |
| D-5054 | 10/09/1995 | Candi McCulloch Leave of Absence Request Form | H1377 | |
| D-5055 | 10/10/1995 | Porfiri Office Note | H5035 | |
| D-5056 | 10/11/1995 | Clifford I. Hertz letter to UNUM re Notice of Claim under Long Term Disability Plan with JFK Medical Center | H471-H474 | |
| D-5057 | 10/17/1995 | Carine Porfiri handwritten medical notes | H5037; H5035 | |
| D-5058 | 10/19/1995 | Emilio S. Musso telephone note | H5228 | |
| D-5059 | 10/19/1995 | Approval of JFK Medical Center to McCulloch's Leave of Absence Request (expected to return to work on 12/27/95) | H9796 | |
| D-5060 | 10/20/1995 | McCulloch's letter re relocating practice | H10060 | |

| D-5061 | 10/24/1995 | Paul Meyer's letter to Clifford Hertz clarifying McCulloch's employment status | H10097-H10098 | |
|--------|------------|---|---|---|
| D-5062 | 10/25/1995 | Charles S. Theofilos, MD letter to Carine Porfiri enclosing initial office evaluation | H957-H959 | |
| D-5063 | 10/26/1995 | UNUM letter to Clifford Hertz re request for long term disability | H1212-H1213 | |
| D-5064 | 10/26/1995 | Clifford I. Hertz letter to Paul J. Meyer | H9804-H9805 | |
| D-5065 | 10/30/1995 | Patrick R. Flynn letter to Gerri Walters re Practice Relocation of Candi McCulloch, M.D. and Carine Porfiri, M.D. | H10184-H10185 | |
| D-5066 | 10/31/1995 | Employer Response to Employee Request for Family or Medical Leave (filled out by Denise Kaufman) | H9797 | |
| D-5067 | 11/09/1995 | Patient Information Sheet filled out by Candi McCulloch | H4596-H4599 | |
| D-5068 | 11/09/1995 | Central Palm Beach Physicians Physical Rehabilitation Evaluation of Candi McCulloch | H6615-H6616 | |
| D-5069 | 12/07/1995 | Central Palm Beach Physicians Physical Rehabilitation Evaluation of Candi McCulloch | H6619; H10905 | |
| D-5070 | 11/14/1995 | UNUM Long Term Disability Claim form, Physician Statement (Theofilos) | H417-H420 | |
| D-5071 | 11/15/1995 | UNUM Long Term Disability Claim, Employer's Statement (Executed by Denise Kaufman) | H11229-H11231 | |
| D-5072 | 11/27/1995 | UNUM Long Term Disability Claim, Employee's Statement | H1214-H1215 | |
| D-5073 4/18/06 | 11/27/1995 | Insured's Statement for Disability | McCulloch Depo Ex. 85 | Full |

| | | | | |
|---|---|---|---|---|
| D-5074 | 11/28/1995 | Denise J. Kaufman letter to Ralph Campbell (UNUM) enclosing employer statement and job descriptions | H456-H464 | |
| D-5075 | 12/01/1995 | UNUM's letter to Clifford Hertz re Long Term Disability Claim | H1211-H1212 | |
| D-5076 | 12/05/1995 | Clifford Hertz letter to Joseph J. Calamita, Group Insurance Administrators American College of Physicians | H2001-H2007 | |
| D-5077 ✓ 4-18-06 | 12/12/1995 | Jeffrey L. Katzell M.D. Evaluation Notes (12/12/95 – 09/11/97) | H5053-H5068 | Full |
| D-5078 | 12/13/1995 | Candi McCulloch letter to Denise Kaufman re current health status | H5682 | |
| D-5079 | 12/15/1995 | JFK letter to Candi McCulloch re board of trustees granted request for leave of absence | H9903 | |
| D-5080 | 12/18/1995 | Joseph Calamita letter to Clifford Hertz acknowledging receipt of Insured's statement | H2008 | |
| D-5081 | 12/27/1995 | Clifford Hertz letter to Denise Kaufman (Primary Care Associates) re McCulloch requesting additional time off | McCulloch Depo Ex. 84 | |
| D-5082 | 12/28/1995 | Joseph Calamita letter to UNUM | H266-H268 | |
| D-5083 | 01/04/1996 | Central Palm Beach Physicians Physical Rehabilitation Evaluation of Candi McCulloch with handwritten physical therapy notes | H6617-H6648 | |
| D-5084 | 01/04/1996 | Kelly Ledue (UNUM) claim file documentation notes, telephone conference with Paul Meyer | Meyer Depo Ex. 13 | |
| D-5085 | 01/04/1996 | Kelly Ledue (UNUM) claim file documentation notes, telephone conference with Denise Kaufman | H438-H439 | |
| D-5086 | 01/04/1996 | Central Palm Beach Physicians Rehabilitation Update | H872-H873 | |
| D-5087 | 01/10/1996 | Porfiri's Response to Unum's Correspondence | Porfiri Depo Ex. 9 | |

| D-5088 | 01/11/1996 | Kelly Ledue memo to file re placed call to claimant to discuss claim | H422-H423 | |
| D-5089 | 01/12/1996 | Eric J. Matheson letter to Kelly Ledue enclosing original long term disability claim physician's statement of Dr. Charles S. Theofilos | H397-H401 | |
| D-5090 | 01/12/1996 | Kelly Ledue claim file documentation re telephone call with Eric Matheson | H1165 | |
| D-5091 | 01/25/1996 | Paul Meyer letter to Candi McCulloch re extending time off due to illness | Meyer Depo Ex. 9 | |
| D-5092 | 01/31/1996 | Kelly Ledue claim file documentation re call from Mike McLaughlin | H405-H406 | |
| D-5093 | 02/06/1996 | Mike McLaughlin Personal Contact Report | H271-H283 | |
| D-5094 | 02/07/1996 | Emilio S. Musso response to Kelly Ledue 01/10/96 letter | H1500; H1502 | |
| D-5095 | 02/07/1996 | Kelly Ledue claim file documentation re telephone conference with Denise Kaufman re Palm Beach Accent Section 12/95 photo of McCulloch | H1094 | |
| D-5096 | 02/12/1996 | Palm Beach Security, Inc. Summary of Surveillance | H284-H292 | |
| D-5097 | 02/13/1996 | Jeffrey Katzell facsimile to Kelly Ledue | H6789-H6796 | |
| D-5098 | 02/16/1996 | Investigative Report of Joe Wyllie & Associates, Inc. | H1039-H1062 | |
| D-5099 | 02/19/1996 | Carine Porfiri, M.D. facsimile to Kelly Ledue attaching medical records | H6692-H6705 | |
| D-5100 | 02/22/1996 | Carine Porfiri, M.D. facsimile transmitting medical documentation to Kelly Ledue | H943-H945 | |
| D-5101 | 02/26/1996 | Memo from Paul J. Meyer to Denise Kaufman re recent correspondence requesting IME of McCulloch | McCulloch Depo Ex. 94; Meyer Depo Ex. 14 | |

| D-5102 | 02/27/1996 | Kelly Ledue claim file documentation re telephone call from Marie Stanley re Director Position | H1955-H1957 | |
| D-5103 | 02/29/1996 | Central Palm Beach Physicians Rehabilitation Update | H8151-H8152 | |
| D-5104 | 03/06/1996 | Educators Mutual's letter to John Craft enclosing recent (02/29/96) APS for Candi McCulloch | H11607-H11622 | |
| D-5105 | 03/04/1996 | Paul J. Meyer's letter to Candi McCulloch re scheduling examination | H1874-H1875 | |
| D-5106 | 03/12/1996 | Lynda Golden (JFK) letter to Candi McCulloch re continuing leave of absence | H5590-H5591 | |
| D-5107 | 03/19/1996 | Kelly Ledue claim file documentation re call to Denise Kaufman re IME status for P/B, claimant has not complied | H851 | |
| D-5108 | 04/02/1996 | Report of Jeffrey L. Katzell, M.D. | H3008-H3010 | |
| D-5109 | 04/02/1996 | Candi McCulloch's Application for Continued Disability Benefits | H4274-H4275 | |
| D-5110 ✓ 4\|18\|06 | 04/04/1996 | Paul J. Meyer letter to Candi McCulloch re Termination of Contracts, no response to IME request | H9906-H9908 | *Full* |
| D-5111 | 04/05/1996 | Kelly Ledue claim file documentation re call from Paul Meyer re sending letter to claimant re IME but no response | H6584-H6585 | |
| D-5112 | 04/11/1996 | Palm Beach Security, Inc. Investigation and Research Report | H811-H818 | |
| D-5113 | 04/11/1996 | Nancy Nelson, M.D. (UNUM) claim file documentation re telephone conference with Emilio Musso, M.D. | H822-H828 | |
| D-5114 | 04/12/1996 | Nancy Nelson, MD (UNUM) letter to Emilio S. Musso re 4/11/96 telephone call | H770-H772 | |

| | | | | |
|---|---|---|---|---|
| D-5115 | 04/12/1996 | Nancy Nelson, MD (UNUM) facsimile to Emilio S. Musso transmitting portions of contracts | H773-H776 | |
| D-5116 | 04/15/1996 | Clifford Hertz, Esq. letter to Kelly Ledue enclosing progress notes of Dr. Jeffrey L. Katzell dated 04/02/96 | H797-H800 | |
| D-5117 | 04/18/1996 | Nancy Nelson, MD (UNUM) letter to Jeffrey L. Katzell re 04/18/96 telephone call | H6551-H6553 | |
| D-5118 | 04/19/1996 | Nancy Nelson, MD (UNUM) facsimile to Kelly Ledue attaching file documentation and a copy of the doc-doc letter faxed to Katzell | H10832-H10836 | |
| D-5119 | 04/19/1996 | Primary Care Medical Associates Personnel Action Slip re contract terminated | H5651 | |
| D-5120 | 04/22/1996 | Joe Wyllie & Associates, Inc. letter to Dennis McCormack enclosing addendum to investigative report | H1830-H1832 | |
| D-5121 | 04/30/1996 | UNUM letter to Candi McCulloch denying claim | H225-H228 | |
| D-5122 | 04/30/1996 | Detailed Activity Listing | H1732-H1742 | |
| D-5123 | 05/07/1996 | UNIVAL IME Evaluation Summary Form | H2156 | |
| D-5124 | 05/07/1996 | Joseph J. Alshon Physiatric Chronic Pain/Disability Independent Medical Examination | H11534-H11543 | |
| D-5125 | 05/14/1996 | Equifax Claim Investigation Report | H2105-H2112 | |
| D-5126 | 08/23/1996 | Columbia JFK Medical Center letter accepting resignation of Candi McCulloch | H5593 | |
| D-5127 | 01/01/1997 | CVS Pharmacy Record | Porfiri Depo Ex. 6 | |
| D-5128 | 01/08/1997 | Detailed Activity Listing re Candi McCulloch | H6473-H6475 | |
| D-5129 | 02/18/1997 | Carine Porfiri, M.D. handwritten medical notes regarding Candi McCulloch (02/18/97-03/30/00) | H3311; H5024; H3312-H3316 | |

✓4-18-06

| | | | | | |
|---|---|---|---|---|---|
| D-5130 *4-25-06* | 03/03/1997 | Ronald S. Wagner IME report | H7276-H7278 | *IO* | |
| D-5131 | 03/19/1997 | John Hancock letter to American College of Physicians re denying liability for claim | H2117 | | |
| D-5132 | 06/26/1997 | Leta Sharkey facsimile to Kelly Ledue transmitting Description of Director of Women's Health Center Services to be Performed | H777-H780 | | |
| D-5133 | 07/17/1997 | Porfiri Handwritten Notes | H5024 | | |
| D-5134 | 08/14/1997 | Nancy Doyle letter to Leta Sharkey enclosing complete copy of requested claim file | H1610-H1731 | | |
| D-5135 *4-18-06* | 11/07/1997 | Educators letter to Candi McCulloch re need additional medical records to evaluate claim | H2060-H2061 | *Full* | |
| D-5136 *4-18-06* | 11/11/1997 | Carine Porfiri's Annual History and Physical of Candi McCulloch | H7504 | *Full* | |
| D-5137 | 12/15/1997 | Candi McCulloch's response to John Craft's 11/07/97 letter | H1596-H1599 | | |
| D-5138 | 12/16/1997 | Carine Porfiri's letter to John Craft responding to 11/07/97 Craft letter to McCulloch | McCulloch Depo Ex. 99; Porfiri Depo Ex. 11 | | |
| D-5139 | 01/13/1998 | Educators Mutual letter to Candi McCulloch re other possible vocational options available to McCulloch | H2057 | | |
| D-5140 | 02/18/1998 | Porfiri Handwritten Notes | H5024 | | |
| D-5141 | 07/09/1998 | Mark Stern, MD's letter to Educators re review of McCulloch's medical records | H2047-H2048 | | |
| D-5142 | 07/29/1998 | Mark Stern, MD's letter to Educators Mutual re Unable to continue to certify the physician level accountability of the nature of the impairment | H2045-H2046 | | |
| D-5143 | 09/21/1998 | Beverly C. Walters, MD Report | H5483-H5487 | | |
| D-5144 | 09/21/1998 | Baystate Medical Center MRI Report | SSAdmin-DWQ 384 | | |

| D-5145 | 10/26/1998 | Mark Stern, MD's letter to Educators Mutual re review of McCulloch medical records | H4496-H4501 | |
| D-5146 | 11/05/1998 | Beverly Walters response to questionnaire of Educators Mutual | H3176-H3178 | |
| D-5147 | 11/18/1998 | Carine Porfiri, MD's handwritten medical notes | H5014 | |
| D-5148 | 05/20/1999 | Life and Disability Claim Activity Record (Handwritten notes) | H2009-H2023 | |
| D-5149 | 06/10/1999 | Beverly C. Walters, MD Office Progress Notes | H5443; H3780-H3782 | |
| D-5150 | 07/12/1999 | Bruce R. Coulombe, MD records re Candi McCulloch | H2534-H2536 | |
| D-5151 | 08/26/1999 | Educators Mutual letter to Candi McCulloch re effective 07/01/99 Educators has contracted with GRP , a service provider segment of Hartford Life and Accident Insurance Company to administer disability claim | H2027 | |
| D-5152 | 01/19/2000 | Completed Claimant Questionnaire | H3164-H3170 | |
| D-5153 | 01/28/2000 | Attending Physician Statement (Porfiri) | Porfiri Depo Ex. 12 | |
| D-5154 | 02/29/2000 | Carine Porfiri, MD Medical Notes (notes also for 03/30/00 (McCulloch in MVA on 02/28/00) | H5012-H5013 | |
| D-5155 | 03/15/2000 | Barbara Roberts, MD (Beverly C. Walters nurse) McCulloch calling in to report MVA of 02/28 | H3786 | |
| D-5156 | 04/04/2000 | Activity Log re Candi McCulloch (04/04/00-12/01/00) | H3619-H3631 | |
| D-5157 | 04/04/2000 | Hartford EBD Special Investigations Referral Form | H4131-H4132 | |
| D-5158 | 04/13/2000 | Beverly A. Walters, MD office Report Summary re neck | H3785 | |
| D-5159 | 04/15/2000 | Rollin M. Johnson, MD letter report to Carine Porfiri, MD | H4643-H4645 | Full |

√4-18-06

| | | | | |
|---|---|---|---|---|
| D-5160 *4/20/06* | 04/20/2000 | Carine Porfiri, MD medical notes re PT reports all low back flexibility is lost and has stopped all physical therapy | H5011 | *Full* |
| D-5161 *4-18-06* | 04/23/2000 | Candi McCulloch letter to Susan enclosing Personal Profile Evaluation | H4184-H4191 | *Full* |
| D-5162 | 04/28/2000 | Baystate Medical Center, MRI Report, MRI Spine Lumb W/O Contrast | HH4833-H4832 | |
| D-5163 | 05/03/2000 | Handwritten doctor's notes re Candi McCulloch, back pain getting worse | H7542-H7543 | |
| D-5164 | 05/06/2000 | Baystate Medical Center, MRI Report, MRI TMJ, No Contrast | H6281-H6282 | |
| D-5165 | 05/23/2000 | Beverly Walters, MD facsimile to Susan Wilk, has not seen McCulloch since 06/99 | H118 | |
| D-5166 | 05/31/2000 | SSC Report of Surveillance re Candi McCulloch | H3425-HH3428 | |
| D-5167 | 06/01/2000 | Richard N. Norris letter report to Rollin Johnson | H4657-H4658 | |
| D-5168 | 06/09/2000 | Richard N. Norris Procedure Note (Transforaminal Epidural) | H4669 | |
| D-5169 | 06/15/2000 | Activity Log re Candi McCulloch (06/15/00-09/08/00) | H2593-H2599 | |
| D-5170 *4-18-06* | 06/19/2000 | Richard N. Norris Progress Notes | H4821-H4822 | *Full* |
| D-5171 | 06/20/2000 | Porfiri Attending Physician Report | H8355-H8356 | |
| D-5172 *4/24/06* | 07/07/2000 | Jordon C. Grabel, MD Neurosurgical Consultation | H4974-H4975 | *Full* |
| D-5173 | 07/11/2000 | Candi McCulloch Patient Information Sheet (Magana) | H4883-H4887 | |
| D-5174 | 07/11/2000 | Magna Consultation Report | H174-H176 | |
| D-5175 | 07/18/2000 | Candi McCulloch letter to Joseph Sterle requesting policy provision re FCE and retraining (Complaining re evaluation 100 miles from her home) | H2689-H2690 | |

| D-5176 | 07/25/2000 | Joseph R. Sterle letter responding to Candi McCulloch 07/18/00 letter | H2681-H2682 | |
| D-5177 | 07/31/2000 | Candi McCulloch letter to Joseph R. Sterle declining FCE and requests rescheduling of IME closer to her home | H4090 | |
| D-5178 | 08/02/2000 | Joseph R. Sterle letter to Candi McCulloch re IME with Asha Garg | CMCL-00029-CMCL-00030 | |
| D-5179 | 08/15/2000 | Susan Wilk letter to Candi McCulloch re William Moryto will be contacting McCulloch to arrange meeting | CMCL-00019 | |
| D-5180 | 08/24/2000 | Candi McCulloch letter to Susan Wilk responding to 08/15/00 letter requesting how Mr. Moryto's interview qualifies as an examination | CMCL-00017 | |
| D-5181 | 08/25/2000 | Susan A. Wilk letter to Candi McCulloch re meeting with Mr. Moryto | H2644-H2645 | |
| D-5182 | 08/28/2000 | Candi McCulloch letter to Susan Wilk responding to Wilk's 08/25/00 letter | H3114-H3116 | |
| D-5183 | 08/31/2000 | Susan Wilk facsimile to Candi McCulloch re interview of Moryto | H3111-H3113 | |
| D-5184 | 09/01/2000 | Kim L. Gabrielsen letter to Asha Garg re IME | H3110 | |
| D-5185 | 09/05/2000 | Candi McCulloch handwritten note to Dr. Mosler | H8100 | |
| D-5186 | 09/08/2000 | Asha Garg, MD IME Report of Candi McCulloch | H189-H194; H3560 | |
| D-5187 | 09/08/2000 | Statement of Candi McCulloch | H23-H27 | |
| D-5188 | 10/05/2000 | Baystate Medical Center Diskogram | H186-H188 | |
| D-5189 ✓ 4/24/06 | 10/31/2000 | Ignacio Magana letter to Susan A. Wilk re review of video tape | H180 | IO |
| D-5190 | 11/07/2000 | Ignacio Magana letter to Candi McCulloch re review of lumbar diskogram from Bay State Medical Center | H4890 | |

| D-5191 | 11/09/2000 | Request for Medical Review (referred by Susan Wilk) | H3491-H3496 | |
| D-5192 | 11/10/2000 | Hartford K-6 Report | H3713-H3726 | |
| D-5193 | 11/16/2000 | Ignacio Magana memo to Candi McCulloch file re lumbar diskogram | H4889 | |
| D-5194 | 11/17/2000 | Kim Gabrielsen denial letter to Candi McCulloch | H3670-H3681 | |
| D-5195 | 11/21/2000 | Hartford Insurance Group Department of Special Investigations Report Summary | H2-H5 | |
| D-5196 | 11/28/2000 | Christine Baker, MD handwritten medical records | H4879-H4880 | |
| D-5197 | 12/27/2000 | Munir H. Abbasy, MD letter report to Christine Baker, MD | H4828-H4829 | |
| D-5198 | 01/20/2001 | Mark R. McLaughlin, MD letter report to Munir H. Abbasy, MD | H7656-H7658 | |
| D-5199 | 01/11/2001 | Patient Intake form for Spine Institute, Beth Israel Medical Center | H8221-H8224 | |
| D-5200 | 01/11/2001 | Fabien Bitan, MD report re Candi McCulloch | H6263-H6264 | |
| D-5201 | 01/18/2001 | McCulloch's Arthritis Treatment Center Questionnaire | H5873-H5875 | |
| D-5202 | 01/19/2001 | Social Security Administration Disability Report – Info About the Disabled Person | SSAdmin-DWQ 138-SSAdmin-DWQ 154 | |
| D-5203 | 01/23/2001 | R. Allison Ryan, MD letter report to Christine Baker, MD | H4804-H4803 | |
| D-5204 | 01/29/2001 | Arthritis Treatment Center Report | CMCL 333-CMCL 335 | |
| D-5205 | 05/10/1994 | HCMS offer of employment to McCulloch | H10018 | |
| D-5206 | 02/02/2001 | Duane E. Dixon, MD letter report to Christine Baker, MD | SSAdmin-DWQ 331- SSAdmin-DWQ 332 | |

| | | | | |
|---|---|---|---|---|
| D-5207 | 02/12/2001 | R. Allison Ryan, MD letter report to Christine Baker, MD | H4799-H4800 | |
| D-5208 | 02/28/2001 | McCulloch's Arthritis Treatment Center Questionnaire | H5876-H5878 | |
| D-5209 | 02/27/2001 | Robert G. Gray, MD letter report re Candi McCulloch | SSAdmin-DWQ 318- SSAdmin-DWQ 319 | |
| D-5210 | 03/06/2001 | Mark R. McLaughlin, MD letter report to Munir H. Abbasy, MD | H4796 | |
| D-5211 | 03/08/2001 | Questionnaire on Pain | SSAdmin 124-SSAdmin133 | |
| D-5212 | 03/14/2001 | Baystate Medical Center report re MRI Head w/o Contrast | H4795 | |
| D-5213 | 03/20/2001 | Judith Goldman Client Encounter Form and Pain Assessment Chart completed by Candi McCulloch | H5971-H5974; H5980 | |
| D-5214 | 03/21/2001 | R. Allison Ryan, MD letter report to Christine Baker, MD | H4793-H4794 | |
| D-5215 | 03/26/2001 | Christine Baker Handwritten Notes | H4873 | |
| D-5216 | 03/29/2001 | Ronald N. Paasch letter report to Rollin Johnson, MD | H4653-H4654 | |
| D-5217 | 04/06/2001 | SS Administration Physical Residual Functional Capacity Assessment | SSAdmin-DWQ 290- SSAdmin-DWQ 297 | |
| D-5218 | 04/23/2001 | Telephone message from Judy Goldman to Dr. Baker | H4871 | |
| D-5219 4-21-06 ✓ | 04/23/2001 | Judith Goldman (Cooley Dickinson Hospital) record | H5969; 7615 | Full |
| D-5220 | 05/03/2001 | Ronald Paasch procedural notes (IDET L4-5) | H4666-H4668 | |
| D-5221 | 06/18/2001 | Ronald N. Paasch, MD Progress Note | SSAdmin-DWQ 300 | |

| D-5222 | 07/18/2001 | Memo from Pamela Mormino attaching Policy No. GLT 401500 | H2424-H2440 | |
| D-5223 | 07/27/2001 | Ronald N. Paasch, MD Progress Note | SSAdmin-DWQ 299 | |
| D-5224 | 08/16/2001 | Richard N. Norris, MD Progress Note:  Has been quite a while since I have seen her | SSAdmin-DWQ 350- SSAdmin-DWQ 351 | |
| D-5225 | 08/17/2001 | Robert B. Steinberg, PhD, MD Report | SSAdmin-DWQ 322- SSAdmin-DWQ 323 | |
| D-5226 | 08/22/2001 | Baystate Medical Center -- MRI Report, MRI Spine Cerv w/o Contrast | H4659-H4660 | |
| D-5227 | 09/11/2001 | Richard N. Norris, MD Progress Note | SSAdmin-DWQ 349 | |
| D-5228 | 09/12/2001 | Ronald N. Paasch, MD Progress Note | SSAdmin-DWQ 298 | |
| D-5229 | 09/13/2001 | Richard N. Norris, MD, Electrodiagnostic Study | SSAdmin-DWQ 346- SSAdmin-DWQ 348 | |
| D-5230 | 10/16/2001 | Judith Goldman, PhD response to SS Administration Questionnaire re Candi McCulloch | SSAdmin-DWQ 249- SSAdmin-DWQ 256 | |
| D-5231 | 10/25/2001 | Jenny Heller, MD letter report to Robert B. Steinberg | H7237-H7238 | |
| D-5232 | 10/30/2001 | J. Stanton response to SS Administration Questionnaire re Candi McCulloch | SSAdmin-DWQ 235- SSAdmin-DWQ 236 | |
| D-5233 | 12/20/2001 | Richard N. Norris, MD Progress Note | H4646 | |
| D-5234 | 03/19/2002 | Pain Management Center Baystate Medical Center Report | H7223-H7227 | |
| D-5235 | 04/02/2002 | Gaev handwritten notes | H7758-H7766 | |

| | | | | |
|---|---|---|---|---|
| D-5236 | 10/29/2002 | Julie M. Stanton, MD letter to Catherine M. Hancock | CMCL-00361-CMCL-00362 | |
| D-5237 | 05/24/2004 | McCulloch email to Dr. Lloyd Saberski re facet joint injections | Saberski-DWQ 27 | |
| D-5238 | 05/24/2004 | McCulloch email to Dr. Lloyd Saberski re facet joint injections | Saberski-DWQ 28 | |
| D-5239 | 06/28/2004 | Email exchange between Dr. Lloyd Saberski and Candi McCulloch | Saberski-DWQ 32- Saberski-DWQ 33 | |
| D-5240 ✓ 4/18/06 | 00/00/0000 | Citibank Visa Responses to Deposition on Written Questions (09/29/03; 01/09/04; and 01/06) | | Full |
| D-5241 | 00/00/0000 | Judith Goldman, PhD, Responses to Depositions on Written Question | | |
| D-5242 | 00/00/0000 | MBNA Response to Deposition on Written Question (11/18/03) | | |
| D-5243 | 00/00/0000 | Julie Stanton, MD, Responses to Depositions on Written Questions (01/05; 01/06) | | |
| D-5244 ✓ 4/20/06 | 00/00/0000 | Lloyd R. Saberski, MD, Responses to Depositions on Written Questions (12/01/03; 12/08/05) | | Full |
| D-5245 | 00/00/0000 | Providian Response to Deposition on Written Questions (03/31/04) | | |
| D-5246 ✓ 4-18-06 | 00/00/0000 | First USA Visa Response to Deposition on Written Questions (08/14/03) | | Full |
| D-5247 | 00/00/0000 | Social Security Administration Response to Deposition on Written Questions (09/23/04) | | |
| D-5248 | 00/00/0000 | Any and all exhibits used at the Deposition of Candi McCulloch | | |
| D-5249 | 00/00/0000 | Any and all exhibits used at the Deposition of Paul J. Meyer | | |

| | | | | |
|---|---|---|---|---|
| D-5250 | 00/00/0000 | Any and all exhibits used at the Deposition of Carine M. Porfiri, M.D. | | |
| D-5251 ~~FB~~ YG *(Full 4-19-06)* 4-18-06 | 00/00/0000 | February 1996, May 2000 and June 2000 Videos | | Full |
| D-5252 4-18-06 | 00/00/0000 | Copy of Candi McCulloch's Passport (plus original to be obtained through trial subpoena) | CMCL-00977-CMCL-00989 | Full |
| D-5253 4-18-06 | 00/00/0000 | Porfiri Handwritten Medical Records | Porfiri Depo Ex. 1 | Full |
| D-5254 | 00/00/0000 | 03/22 Handwritten note from Denise to Paul | Meyer Depo Ex. 4 | |
| D-5255 | 00/00/0000 | Capitol One Bank Response to Depositions on Written Questions (01/15/04) | | |
| D-5256 | 00/00/0000 | MBNA America Credit Card Statements | McCulloch Depo Ex. 121 | |
| D-5257 | 00/00/0000 | Certificate of Moral and Professional Character | | |
| D-5258 | 00/00/0000 | Florida Department of Health Board of Medicine, 1501 Medical Doctor Application for Licensure | | |
| D-5259 | 00/00/0000 | JP Morgan Chase Response to Deposition on Written Questions (08/05/03) | | |
| D-5260 4-18-06 | 00/00/0000 | Medical Records from The Upledger Institute | H6249; H6252-H6254; H6256-H6257 | Full |
| D-5261 4-18-06 | 10/03/1997 | Pleadings from *In Re the Marriage of Villoldo and McCulloch*, Case No. CD 97-6782 FB | McCulloch Depo Ex. 137; H10636-H10661 | Full |
| D-5262 4-24-06 | 05/29/2002 | Curriculum Vitae of Arthur Taub, M.D., Ph.D. | | Full |
| D-5263 4/25/06 | 00/00/0000 | Curriculum Vitae of David B. Ketroser, M.D., J.D. | | |
| D-5264 4-20-06 | 00/00/0000 | 1998, 1999 and 2000 Income Tax Returns for Candi McCulloch (2001 – 2004 obtained through trial subpoena) | | |



| | | | | |
|---|---|---|---|---|
| D-5265 | 09/03/1997 | Educators Mutual Life Letter to Candi McCulloch | H2085 | |
| D-5266 ✓ 4·20·06 | 00/00/0000 | Summary of Selected Activity by Candi McCulloch | | |
| D-5267 | 00/00/0000 | Summary of Selected Statements by Candi McCulloch | | |
| D-5268 | 12/12/1995 | West Palm Beach Post Accent Section | | |
| D-5269 | 00/00/0000 | All medical records of Candace McCulloch produced in discovery | | |
| D-5270 | 00/00/0000 | Hartford's Payment History Screen | H11918-H11935 | |
| D-5271 ✓ 4-18-06 | 12/15/1999 | Susan A. Wilk letter to Candi McCulloch re claim for long term disability | CMCL 0009 | |
| D-5272 ✓ 4/24/06 | 10/13/2000 | Susan A. Wilk's Letter to Richard N. Norris, M.D. | H163-H165 | Foll |
| D-5273 | 00/00/0000 | Handwritten medical records regarding Candi McCulloch (05/31/00 through 11/29/00) | CMCL00314-CMCL00330 | Foll |
| D-5274 | 04/25/2000 | Beverly C. Walters, MD's letter to Susan A. Wilk | H143-H144 | |
| D-5275 | 10/09/1995 | Emilio S. Musso Progress note regarding Candice McCulloch | H1505 | |
| D-5276 | 00/00/1996 | Rehabsystems Physical Therapy Records regarding Candi McCulloch | H1334-H1338; H1341-H1350 | |
| D-5277 | 12/19/2000 | Neurosurgical & Neurological Group Medical Records regarding Candi McCulloch | H7573 | |
| D-5278 | 02/05/2002 | Pain Management Center, Baystate Medical Center Consultation/Second Opinion Consultation Report | H5417-H5421 | |
| D-5279 | 09/00/1996 | Rehabsystems Physical Therapy Daily Notes (09/04/1996 – 11/04/1996) | H1351-H1373; H6167 | |
| D-5280 | 11/10/2000 | Notes by Kim Gabrielson re Extensive Medical Review | | |

| D-5281 | 11/09/2000 | Medical Review | H3931 | |
| D-5282 4-24-06 | | Reports of Arthur Taub, M.D., Ph.D. | | Full |
| D-5283 4/25/06 (Full) | | Reports of David B. Ketroser, M.D. | | Full |

4/21/06 - D5284    2
4/21/06    05285    Email

4-24-06  D 5288

Respectfully Submitted,

HARTFORD LIFE & ACCIDENT
INSURANCE COMPANY AND
EDUCATORS MUTUAL LIFE
INSURANCE COMPANY


By_____
    Barry A. Chasnoff (ct11162)
    Roberta J. Benson (ct24407)
    Jessica S. Taylor (ct24408)
    Akin, Gump, Strauss, Hauer & Feld, LLP
    300 Convent, Suite 1500
    San Antonio, Texas 78205
    (210) 281-7000
    (210) 224-2035 (Fax)

- and -

    Donald E. Frechette (ct08930)
    William E. Murray (ct19717)
    Edwards & Angell, LLP
    90 State House Square, 9th Floor
    Hartford, CT  06103
    (860) 525-5065
    (860) 527-4198 (Fax)

## CERTIFICATION OF SERVICE

This is to certify that on the 25th day of January, 2006, a copy of Defendant's Exhibit List was served via facsimile and certified mail, return receipt requested, to:

Eliot B. Gersten
Gersten & Clifford
214 Main Street
Hartford, CT 06106


_____
Roberta J. Benson