UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

CANDI MCCULLOCH,
　Plaintiff

vs.

HARTFORD LIFE AND ACCIDENT
INSURANCE COMPANY and EDUCATORS
MUTUAL LIFE INSURANCE COMPANY,
　Defendants

CIVIL ACTION NO.:
301CV1115 (AHN)

## DEFENDANTS' [illegible]

Pursuant to paragraph 2 of the Court's Pre-Trial Order, Defendants submit the following information regarding their experts' testimony at trial:

4-24-06

I.   **Dr. Arthur Taub**   Woodbridge CT

Dr. Taub is a board-certified neurologist who is currently in full-time private practice in New Haven, Connecticut in the diagnosis and treatment of chronic pain, cognitive neurology and occupational neurology. Dr. Taub is a clinical professor at Yale University School of Medicine in the Department of Anesthesiology and is a Lecturer in the Department of Neurology, and he was previously the Director of both the Neurosurgical Research and Acute Spinal Cord Injury Research Laboratories at Yale University School of Medicine. Dr. Taub is a member of several medical societies, including the American Academy of Neurology, the Connecticut Neurological Society, the International Association for the Study of Pain, the American Pain Society, the New England Pain Association, the American Academy of Pain Medicine, and the National Association of Disability Examining Physicians. Dr. Taub received his medical degree from Yale University School of Medicine, a Ph.D. in Neurophysiology and an M.S. in Biology from the

Massachusetts Institute of Technology, and a B.A. in Chemistry and Physics from Yeshiva University. Dr. Taub has published numerous peer-reviewed articles on the topics of pain management and chronic pain and has testified as an expert, both for plaintiffs and defendants, in numerous personal injury and medical malpractice cases.

Dr. Taub has opined that since October 3, 1995, Plaintiff has not been disabled as an internal medicine physician and director of a women's center and that she is fully capable of performing the material and substantial duties of her occupation as it existed at the time her purported disability began. Dr. Taub reviewed all medical records and Social Security records produced in discovery, videotapes of Plaintiff's activities in 1996 and 2000, and Plaintiff's videotaped deposition. On the basis of this review, as well as his education and experience in treating patients with pain, Dr. Taub finds (1) there is no objective evidence that a 1995 ski accident or a 2000 car accident caused injury or impairment that would prevent Plaintiff from performing the material and substantial duties of her profession; (2) not one of Plaintiff's physicians recommended that Plaintiff stop working as a result of her purported disability before she self-discontinued working on October 3, 1995; (3) the video surveillance constitutes objective evidence of the hypernormality of Plaintiff's range of motion of her cervical and lumbar spine and lower extremities; and (4) Plaintiff's records and treatment offer no evidence Plaintiff suffers from cognitive impairment as a result of pain medications prescribed to her.

## II.    Dr. David Ketroser

Dr. Ketroser is a Neurologist specializing in spine care who is currently in private practice in Minneapolis, Minnesota. Dr. Ketroser received his medical degree from the University of Minnesota Medical School in 1977 and his B.A. from the University of Minnesota in 1974. Dr. Ketroser also obtained his J.D. from the William Mitchell College of Law in 1999

and currently divides his time between the practice of neurology and his law practice. Dr. Ketroser has testified on several occasions in personal injury, disability and workers' compensation cases.

Dr. Ketroser has opined that Plaintiff's medical records do not support her claim of disabling neck and low back pain. Further, he has opined that Plaintiff's claim of disability due to her use of pain medications is inconsistent with the pharmacologic effects of the medications in the doses she has been prescribed. Dr. Ketroser bases his opinions upon the following: (1) the lack of any objective medical evidence of an underlying cause for her pain complaints; (2) the pain medications in the type and amounts Plaintiff has taken have not been shown to cause any cognitive impairment other than sedation; and (3) the video surveillance and videotaped deposition of Plaintiff reveal Plaintiff engaging in motion and activities that could not be performed normally by a person suffering from chronic pain and reveal that the pain medications did not prevent her from demonstrating high levels of alertness, and general cognitive functioning.

Respectfully submitted,

AKIN GUMP STRAUSS HAUER & FELD L.L.P.

By: _____
Barry A. Chasnoff (ct11162)
Roberta J. Benson (ct24407)
Jessica S. Taylor (ct24408)
300 Convent Street, Suite 1500
San Antonio, Texas 78205
Telephone: (210) 281-7000
Telecopier: (210) 224-2035

AND

Donald E. Frechette (ct 08930)
EDWARDS & ANGELL, LLP
90 State House Square
Hartford, CT 06103
Phone: (860) 525-5065
Facsimile: (860) 527-4198

ATTORNEYS FOR DEFENDANTS

## CERTIFICATION OF SERVICE

This is to certify that on the 27th day of January 2006, a copy of Defendants' Expert Sketches was mailed, *facsimile and certified mail return receipt requested* to:

Eliot B. Gersten
Gersten & Clifford
214 Main Street
Hartford, CT 06106

_____
Roberta J. Benson
Jessica Spangler Taylor