UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

2006 JAN 27 A 11: 55

| CANDI McCULLOCH | : CIVIL ACTION NO. |
| --- | --- |
| Plaintiff, | : 301CV1115(AHN) |
| vs. | : |
| HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY AND EDUCATORS MUTUAL LIFE INSURANCE COMPANY | : |
| Defendants. | : JANUARY 25, 2006 |

(Stipulated)

**PLAINTIFF'S EXHIBIT LIST**

ALL Full       4/17/06

4/17/06

| EX. # | DESCRIPTION | BATES # | BATES #[1] |
| --- | --- | --- | --- |
| 1 | Plaintiff's application for Insurance | H 3253-54, 2336-2351 | |
| 2 | Insurance Policy | H2373-2396 | |
| | **PLAINTIFF'S MEDICAL RECORDS** | | |
| 3 | Stanford University Medical Records | | |
| A | Clinical History 8/1/89 & 8/22/89 | H 6097-98 | |
| B | Phys. therapy care plan 8/25/89 | H 6085-93 | |
| C | Radiological consultation 9/5/89 | H 6084 | |
| D | Dr. Steinberg letter & record 9/6/89 | H 6076-78 | |
| E | Radiological Consultation 9/7/89 | H 6075 | |
| F | Posterior cervical laminectomy records 9/7/89 | H 6106, 6108-6123 | |
| G | Report of Surgery 9/7/89 | H 6124-6162 | |
| H | Dr. Steinburg letter & record 9/19/89 | H 6073-74 | |
| I | Dr. Steinberg Neurosurgery Report 10/11/89 | H 6071-72 | |
| J | Clinic History 10/24/89 | H 6068, 6070 | |
| K | Dr. Steinberg Neurosurgery Report 8/27/90 | H 6047-48 | |
| L | Radiological Consultation 10/17/90 | H 6046 | |
| M | Radiological Consultation 10/20/90 | H 6105 | |
| 4 | Dr. Weinstein Records | H 6706-6717 | |
| A | Letters 11/2/90 | H 6712-13, 6716 | H 967-68, 971 |
| B | Anterior cervical diskectomy report 11/26/90 | H 6708-6711, 6717 | H 963-966 |
| C | Letter 12/13/90 | H 6715 | H 970 |

---

[1] Refers to the same document, identified in Hartford's Better Answers to Plaintiff's First Interrogatories dated September 20, 2002, answer to interrogatory number 18. In some cases, the document that Hartford identified was produced in more than one production, under different bates stamp numbers. Where the bates stamp number that Hartford identified is different than the one contained on plaintiff's exhibit, plaintiff is including both documents.

4/26/06 This Case has settled. All Exhibits has been Returned to Counsel

| | | | | |
|---|---|---|---|---|
| | D | Letter 1/11/91 | H 6707 | H 961 |
| | E | Radiology report 1/11/91 | H 6714 | |
| 4/17/06 - | 5 | Dr. Slavin Records | | |
| | A | Consult 10/20/94 | H 5858-5864 | |
| | B | MRI TMJ 12/30/94 | H 5857 | |
| | C | Tomography 1/23/95 | H 5856 | |
| | D | Re-Evaluation 8/28/96 | H 5854-55 | |
| | E | History & Physical 12/4/96 | H 5846, 5849-53 | |
| | F | Operative Report 12/5/96 | H 5844-5848 | |
| | G | AOSPT re: approval treatment plan 12/6/96 | H 5841 | |
| | H | Progress Note 12/9/96 | H 5843 | |
| | I | Progress Note 12/16/96 | H 5842 | |
| | J | Progress Note 12/24/96 | H 5840 | |
| | K | Progress Note 1/6/97 | H 5839 | |
| | L | Progress Notes 2/3/97 | H 5838 | |
| | M | Progress Note 3/3/97 | H 5837 | |
| | N | Progress Note 5/21/97 | H 5836 | |
| | O | Progress Note 6/9/97 | H 5835 | |
| | P | MRI 5/6/00 | H 5830-31 | |
| | Q | Re-Evaluation 7/5/00 | H 5827-29 | |
| | R | Operative Note 7/6/00 | H 5825-26 | |
| | S | Progress Note 7/10/00 | H 5824 | |
| 4/17/06 - | 6 | Dr. Porfiri Records | | |
| 4/18/06 - | A | Annual History & Physical 2/21/95 | H 6689 | H 2245 |
| 4/17/06 | B | Treatment Notes 02/24/95-10/10/95 | H 6690 | H 3308 |
| | C | Treatment Notes 10/17/95 | H 6020 | H 2160 |
| 4/17/06 - | D | Letter to UNUM dated 01/10/96 | | |
| | E | Treatment Notes 10/15/96 | H 6018 | H 1435 |
| | F | Treatment Notes 10/24/96-08/24/96 | H 6019 | |
| | G | Treatment Notes 02/18/97 | H 6014, 3311 | |
| 4/25/06 | H | Treatment Notes 7/17/97-2/18/98 | H 6015 | |
| | I | Annual History 11/11/97 | H 6023-24, 3309 | |
| 4/17/06 - | J | Letter dated 12/16/97 | CMc 084-85, H6016 | |
| | K | Treatment Notes 11//18/98 | H 6013 | |
| | L | Treatment Notes 3/5/99 | H 6012, 3314 | |
| 4-17-06 - | M | Treatment Notes 02/29/00-04/20/00 | H6010-11, 3315-16 | |
| 4-17-06 | N | Letter dated 04/15/00 | H 6008-6009 | |
| 4/17/06 - | 7 | Dr. Musso Records | | |
| 4/17/06 - | A | Progress Notes 3/20/95 | H 2161-2162 | H 950-951 |
| 4/17/06 - | B | MRI 3/22/95 | H 2166-2167 | |
| | C | Letter 3/30/95 | H 2165 | H 954 |
| | D | Phys. Therapy Prescription 4/19/95 | H 1294 | H 1294 |
| 4-18-06 | E | Progress Notes 8/25/95 | H 2164 | H 1461 |
| Mrs Smy 4/17/06 - | F | Office Notes 10/9/95 | H 2163 | H 1463 |
| Mrs Smy 4/17/06 - | G | Progress Notes 10/9/95 | H 1880 | H 908, 1880 |

| | | | | |
|---|---|---|---|---|
| 4/17/06 | H | UNUM Letter 01/10/96 | H 6649-50 | |
| 4/17/06 | I | UNUM Letter 01/10/96 | H 6673 | |
| | 8 | Regional Physiotherapy Centre Inc. Records | | |
| 4/25/06 | A | Letter 4/19/95 | H6878-79 | H540-541 |
| 4/17/06 | B | Initial Evaluation 4/19/95 | H6880 | H539 |
| 4/17/06 | C | Treatment Notes 4/24/95 | H6881 | H538 |
| | D | Treatment Notes 4/26/95 | H6882 | H537 |
| | E | Treatment Notes 5/3/95 | H6883 | H536 |
| | F | Treatment Notes 5/5/95 | H6884 | H535 |
| | G | Treatment Notes 5/12/95 | H6885 | H542 |
| | H | Treatment Notes 5/17/95 | H6886 | H392 |
| | I | Treatment Notes 5/19/95 | H6887 | H533 |
| | J | Discharge Summary 5/19/95 | H6888-6889 | H531-532 |
| | K | Account Statement | | H1459 |
| missing label 4/17/06 | 9 | Dr. Theofilos Records | | |
| | A | Letter 10/25/95 | H6703 | |
| 4/24/06 | B | Office notes 10/25/95 | H6704-5, H2160-61 | H 958-959 |
| 4/17/06 | C | Disability Statement 11/14/95 | H6803-04 | |
| 4/17/06 | D | Disability Statement 11/14/95 | H6801-02 | H 2168-2169 |
| 4/17/06 | 10 | Central Palm Beach Physicians Records | | |
| 4-19-06 | A | Patient Rehab. Eval. 11/09/95 | H 870-871 | H 870-871 |
| | B | Phys. Rehab Record 11/9/95 | H 1332 | H 1332 |
| | C | Phys. Rehab Record 11/13/95 | H 1331 | H 1331 |
| | D | Phys. Rehab Record 11/14/95 | H 1330 | H 1330 |
| | E | Phys. Rehab Record 11/16/95 | H 1329 | H 1329 |
| | F | Phys. Rehab Record 11/20/95 | H 1328 | H 1328 |
| | G | Phys. Rehab Record 12/04/95 | H 1327 | H 1327 |
| | H | Phys. Rehab Record 12/06/95 | H 1326 | H 1326 |
| 4/17/06 | I | Phys. Rehab. Update 12/07/95 | H 874 | H 874 |
| | J | Phys. Rehab Record 12/08/95 | H 1325 | H 1325 |
| | K | Phys. Rehab Record 12/12/95 | H 1324 | H 1324 |
| | L | Phys. Rehab Record 12/15/95 | H 1323 | H 1323 |
| | M | Phys. Rehab Record 12/18/95 | H 1322 | H 1322 |
| | N | Phys. Rehab Record 12/22/95 | H 1321 | H 1321 |
| | O | Phys. Rehab Record 12/27/95 | H 1320 | H 1320 |
| | P | Phys. Rehab Record 12/29/95 | H 1319 | H 1319 |
| | Q | Phys. Rehab Record 01/02/96 | H 1318 | H 1318 |
| 4/17/06 | R | Phys. Rehab Update 01/04/96 | H 1465-66 | H 1465-66 |
| | S | Phys. Rehab Record 01/15/96 | H 1317 | H 1317 |
| | T | Phys. Rehab Record 01/17/96 | H 1316 | H 1316 |
| | U | Phys. Rehab Record 01/21/96 | H 1315 | H 1315 |
| | V | Phys. Rehab Record 01/24/96 | H 1314 | H 1314 |
| | W | Phys. Rehab Record 01/26/96 | H 1313 | H 1313 |
| 4-18-06 | X | Phys. Rehab Record 01/29/96 | H 1312 | H 1312 |
| | Y | Phys. Rehab Record 02/02/96 | H 1311 | H 1311 |
| 4/17/06 | Z | Phys. Rehab Record 02/08/96 | H 1310 | H 1310 |

| | | | | |
|---|---|---|---|---|
| 4/17/06 | AA | Phys. Rehab Record 02/09/06 | H 1309 | H 1309 |
| 4/17/06 | BB | Phys. Rehab Record 02/13/96 | H 1308 | H 1308 |
| | CC | Phys. Rehab Record 02/15/96 | H 1307 | H 1307 |
| | DD | Phys. Rehab Record 02/16/96 | H 1306 | H 1306 |
| | EE | Phys. Rehab Record 02/19/96 | H 1305 | H 1305 |
| | FF | Phys. Rehab Record 02/20/96 | H 1304 | H 1304 |
| | GG | Phys. Rehab Record 02/29/96 | H 1303 | H 1303 |
| | HH | Phys. Rehab Update 02/29/96 | H 1296-97 | H 1296-97 |
| 4/17/06 | 11 | Dr. Katzell Records | | |
| 4/17/06 | A | Treatment Notes 12/96-2/96 | H5879-85 (H 2210-17) | H 1397-1403 |
| 4/17/06 | B | Treatment Notes 04/02/96 | H5886-5889 | |
| Missing 4/17/06 | C | Treatment Notes 06/06/96 | H5890-5891 | |
| Missing 4/17/06 | D | Letter 6/26/96 | H 1728 | |
| | E | Rx 7/29/96 | H 1339 | |
| 4-17-06 | F | Treatment Notes 11/09/96 | H 5892 | |
| 4/17/06 | G | Treatment Notes 09/11/97 | H 5893-95 | |
| 4/17/06 | 12 | Rehabsystem Records | | |
| | A | Rx 7/29/96 | H 6190 | |
| 4-17-06 | B | Initial Evaluation 8/5/96 | H 6185-88, 6194-95, 6214-19 | |
| | C | Daily Note 8/9/96 | H 6184, 6213 | |
| | D | Letter 8/17/96 | H6191-92 | |
| | E | Daily Note 8/19/96 | H 6183, 6212 | |
| | F | Daily Note 8/23/96 | H 6182, 6211 | |
| | G | Daily Note 8/26/96 | H 6181, 6210 | |
| Missing 4/17/06 | H | Daily Note 8/30/96 | H 6180, 6209 | |
| | I | Daily Note 9/04/96 | H 6179, 6208 | |
| | J | Daily Note 9/06/96 | H 6178, 6207 | |
| Missing 4/17/06 | K | Daily Note 9/09/96 | H 6177, 6206 | |
| | L | Daily Note 9/13/96 | H 6176, 6205 | |
| | M | Daily Note 9/16/96 | H 6175, 6204 | |
| | N | Daily Note 9/20/96 | H6174, 6203 | |
| | O | Daily Note 9/25/96 | H6173, 6202 | |
| | P | Daily Note 9/30/96 | H 6172, 6201 | |
| | Q | Daily Note 10/04/96 | H 6171, 6200 | |
| | R | Daily Note 10/07/96 | H 6170, 6199 | |
| | S | Daily Note 10/14/96 | H 6169, 6198 | |
| | T | Daily Note 10/18/96 | H 6168, 6197 | |
| | U | Daily Note 11/04/96 | H 6167, 6196 | |
| Missing 4/17/06 | 13 | Dr. Upledger Records | | |
| | A | Patient Information 1/16/97 | H 1582 | |
| Missing 4/17/06 | B | Notes 12/20/97; 12/23/97 | H 6257, 1333 | |
| | C | Notes 12/26/97; 1/10/97 | H 6256, 1592 | |
| | D | Notes 12/29/97 | H 6255, 1451 | |
| | E | Notes 1/14/97 | H 6254, 1452 | |
| | F | Notes 1/16/97 | H 6253, 1589 | |

| | | | | |
|---|---|---|---|---|
| | G | Notes 1/20/97, 1/23/97 | H 6252, 1454 | |
| | H | Notes 2/17/97, 2/21/97 | H 6251, 1455 | |
| | I | Notes 2/24/97, 3/4/97, 3/11/97 | H 6250, 1456 | |
| | J | Notes 3/14/97, 4/10/97, 4/15/97 | H 6249, 1457 | |
| Missing 4-17-06 | K | Notes 4/22/97 | H 6248, 1458 | |
| | 14 | Baystate Medical Center Records | | |
| | A | MRI Cerv. Spine 9/22/98 | H5953-57 | |
| | B | MRI Lumb. Spine 4/28/00 | H5915-16, 5922, 5924, 5926 | |
| 4-10-06 | C | MRI Cerv. Spine 4/28/00 | H5917-18, 5921, 5923, 5925 | |
| 4-17-06 | D | MRI TMJ 5/6/00 | H 5913-14, 5927-30 | |
| | E | Certification of records | H 5920 | |
| 4-17-06 | F | Diskography Records 10/5/00 | H5931-5952 | |
| | G | Certification of records -- 2/01-4/02 | 1 pg. | |
| | H | Medical records 2/2/01 | 6 pgs. | |
| | I | Medical Record 7/5/01 | 2 pgs | |
| | J | Medical Records 8/17/01 | 4 pgs | |
| | K | Letter dated 10/25/01 | 2 pgs | |
| | L | Medical Records 2/5/02 | 8 pgs | |
| 4/18/06 | M | Medical Records 3/19/02 | 5 pgs | |
| | N | Medical Records 4/22/02 | 2 pgs | |
| | O | Rx 4/24/02 | 1 pg | |
| | P | MRI Head 3/14/01 | 1 pg | |
| | | | H5380 | |
| 4-17-06 | 15 | Dr. Walters Records | | |
| 4-17-06 | A | Report 9/21/98 | H5996-6002 | |
| 4-17-06 | B | Statement to Educators 11/5/98 | H6003-6004 | |
| 4-17-06 | C | Office Progress Note 6/10/99 | H5992-5994 | |
| | D | Treatment Notes 11/13, 4/14, 5/3/00 | H5989 | |
| | E | Nurse's Note to chart 3/15/00 | H5991 | |
| | F | Nurse's Note to chart 4/13/00 | H5990 | |
| | G | Response to Hartford 4/25/00 | H5995, 5984-85 | |
| | H | Dr. Walter's order for MRI 4/13/00 | H5988 | |
| | I | Fax cover sheets 5/23/00 & 5/24/00 | HL 060-061 | |
| 4-17-06 | 16 | Cailin Cammann Records | | |
| 4-19-06 | A | Summary | CMc 019, H5795 | |
| 4-19-06 | B | Records 10/16/98 | CMc 020, H5822-23 | |
| 4-19-06 | C | Records 01/28/00 | H5821 | |
| 4-19-06 | D | Records 01/31/00 | H5820 | |
| 4-19-06 | E | Records 3/21 & 3/29/0 | CMc 021, H 5819 | |
| 4-19-06 | F | Records 4/5/00 | CMc 022, H 5818 | |
| | G | Records 4/11/00 | CMc 023, H5817 | |
| | H | Records 4/20/00 | CMc 024, H5816 | |
| | I | Records 4/26/00 | CMc 025, H5815 | |
| 4-19-06 4/25/06 | P | Massage Therapist Report 6/27/00 | | |

5

| | | | | |
|---|---|---|---|---|
| 4-19-06 | J | Records 5/3/00 | CMc 026-7, H5813-4 | |
| 4-19-06 | K | Records 5/23/00 | CMc 029, H5812 | |
| | L | Records 5/31/00 | CMc 028, H5811 | |
| | M | Records 6/6/00 | CMc 027, H5810 | |
| | N | Records 6/13/00 | CMc 031, H5809 | |
| 4-19-06 | O | Records 6/20/00 | CMc 032-3, H5807-8 | |
| | P | Records 6/27/00 | CMc 034, H5806 | |
| 4-19-06 | Q | Records 7/17/00 | CMc 035, H5805 | |
| | R | Records 7/31/00 | CMc 036, H5804 | |
| | S | Records 10/4/00 | CMc 037, H5803 | |
| 4-19-06 | T | Records 10/11/00 | CMc 038, H5802 | |
| 4-19-06 | U | Records 10/18/00 | CMc 039, H5801 | |
| 4-19-06 | V | Records 10/25/00 | CMc 040, H5800 | |
| 4-19-06 | W | Records 11/1/00 | CMc 041, H5799 | |
| 4-19-06 | X | Records 11/15/00 | CMc 042, H5798 | |
| 4-19-06 | Y | Records 11/22/00 | CMc 043, H5797 | |
| 4-19-06 | Z | Records 11/29/00 | CMc 044, H5796 | |
| Label missing 4-19-06 | AA | Summary of Charges | CMc 015-018 | |
| | 17 | Dr. Columbe Records | | |
| | A | Cover sheet | H 4113 | |
| | B | Examination 7/12/99 | H4115, 4120, CMc080 | |
| | C | Treatment Records 7/12/99-2/16/99 | H 4121 | |
| 4-19-06 | D | Examination 3/8/00 | H 4116-7 | |
| | E | Treatment Records 3/8/00-6/5/00 | H 4118-9 | |
| | F | Summary of Charges 3/8/00-5/31/00 | H6225-6227 | |
| 4-19-06 | 18 | Dr. Norris/Paasch Records | | |
| 4-19-06 | A | Letter 6/1/00 | H5911-2 | |
| 4-19-06 | B | Transforaminal Epid. Proc. Note 6/9/00 | H5910 | |
| 4-19-06 | C | Progress Note 6/19/00 | H5908-9 | |
| 4/24/06 | D | Letter 3/29/01 | H5906-7 | |
| 4/24/06 | E | Progress Note 6/18/01 | H5905 | |
| 4/24/06 | F | Progress Note 7/27/01 | H5904 | |
| 4/24/06 | G | Progress Note 8/16/01 | H5902-3 | |
| 4/24/06 | H | Progress Note 9/11 & 9/12/01 | H5900-5901 | |
| 4/24/06 | I | Electrodiagnostic Study 9/13/01 | H5897-99 | |
| | J | Progress Note 12/20/01 | H5896 | |
| missing 4-17-06 | 19 | Dr. Grabel Records 7/7/00 | H 6025-26, 6035 | |
| missing 4-17-06 | 20 | Dr. Magana Records 7/11/00 | H 2581-84 | |
| missing | 21 | Dr. Bitan Records 01/11/01 | H 6263-64 | |
| 4-17-06 | 22 | Dr. Ryan Records | | |
| missing | A | Letter 1/23/01 | H6265-67 | |
| | B | Letter 2/12/01 | H6268-69 | |
| | C | Letter 3/21/01 | H6270-71 | |
| | D | MRI Head 3/14/01 | H6272 | |
| missing 4-17-06 | 23 | Dr. Dixon Records 2/01 | H 6258-62 | |
| 4-17-06 | 24 | Dr. McLaughlin Records | | |

| | | | | |
|---|---|---|---|---|
| 4-17-06 | A | Letter 1/10/01 | H6164-66 | |
| 4-17-06 | B | Letter 3/6/01 | H6163 | |
| missing 4-17-06 | 25. | Dr. Gray Records | | |
| missing 4-17-06 | A | Completed Patient Form 1/20/01 | H5878-5877 | |
| missing 4-17-06 | B | Medical Records 1/29/01 | H6273-75, 6278-80 | |
| missing 4-17-06 | C | Medical Record 2/27/01 | H6276-77 | |
| missing 4-17-06 | D | Records 1/01-10/01 | H6291-92 | |
| | E | Historical medical records | H6281-90 | |
| missing 4-17-06 | 26 | Operative Note re: Facet Joint Injection 10/24/01 | H 5714-15 | |
| missing 4-17-06 | 27 | Mercy Medical Center Records re: IDET 5/3/01 | H 6231-41 | |
| | 28 | Dr. Gould letters | H 7749-54 | |
| missing 4-17-06 | 29 | Dr. Baker Records | H 8003-8112 | |
| missing 4-17-06 | 30 | Dr. Gross Records | | |
| | A | Medical Record 11/7/01 | H7878-7879 | |
| 4-17-06 | B | Letter 11/19/01 | H7880 | |
| | 31 | Dr. Gaev Records | | |
| | A | Medical Records 3/7/02 | H7760-67 | |
| 4-17-06 | B | Medical Records 4/2, 4/30, 5/28/02 | H7755-58 | |
| | 32 | Dr. Stanton Records | | |
| | A | Master Problem List | LORR 000093-96 | |
| 4/19/06 | B | Medical Record 8/14/01 | LORR 000119 | |
| 4/19/06 | C | Medical Records 8/28, 9/13, 10/04/01 | LORR 000118 | |
| 4/25/06 | D | Medical Records 10/4, 11/12/01 | LORR 000117 | |
| 4/19/06 | E | Medical Records 11/12, 11/13/01 | LORR 000116 | |
| 4/19/06 | F | Medical Records 12/10/01 | LORR 000115 | |
| 4/19/06 | G | Medical Records 1/21, 2/25/02 | LORR 000114 | |
| 4/19/06 | H | Medical Records 2/25, 3/8, 3/21/02 | LORR 000113 | |
| 4/19/06 | I | Medical Records 4/11, 5/9/02 | LORR 000112 | |
| 4/19/06 | J | Medical Records 5/9, 5/25, 6/7, 6/17/02 | LORR 000111 | |
| | K | Medical Records 6/17, 7/16, 7/22/02 | LORR 000110 | |
| 4/19/06 | L | Medical Records 8/13, 9/6, 10/1/02 | LORR 000109 | |
| 4/19/06 | M | Medical Records 10/15, 10/30, 11/22/02 | LORR 000108 | |
| 4/19/06 | N | Medical Records 11/22, 12/3, 12/6/02 | LORR 000107 | |
| 4/19/06 | O | Medical Records 12/20/02, 1/27, 2/19/03 | LORR 000106 | |
| 4/19/06 | P | Medical Records 3/11, 5/5/03 | LORR 000105 | |
| 4/19/06 | Q | Medical Records 5/5, 6/5, 7/14, 7/17/03 | LORR 000104 | |
| 4/19/06 | R | Medical Records 8/12/03 | LORR 000103 | |
| 4/19/06 | S | Medical Records July-Oct. 2003 | LORR 000102 | |
| 4/19/06 | T | Medical Records 10/14, 12/2/03 | LORR 000101 | |
| 4/19/06 | U | Medical Records 3/4/04, 5/3/04 | LORR 000100 | |
| 4/19/06 | V | Medical Records 5/3, 7/15, 8/24/04 | LORR 000099 | |
| 4/19/06 | W | Medical Records 10/7, 11/2, 12/2/04 | LORR 000098 | |
| 4/19/06 | X | Medical Records 6/2, 10/27, 11/22/05 | LORR 000097 | |
| 4/19/06 | Y | Completed disability form – 10/30/01 | LORR 000082-83 | |
| | Z | Referral Letter 11/1/01 | LORR 000081 | |
| | AA | Letter re disability 3/20/02 | LORR 000063 | |

7

| Date | Ex. | Description | Bates | Notes |
|---|---|---|---|---|
| 4/19/06 | BB | Request and letter re disability 10/02 | LORR 000051-54 | |
| | CC | Rx 1/29/03 | LORR 000049-50 | |
| 4/19/06 | DD | Waiver of Premium Benefit Form 4/28/04 | LORR 000030-32 | |
| | EE | Request for & listing dates of trtm 7/04 | LORR 000028-29 | |
| 4/19/06 | FF | Report on Medical Condition 7/24/03 | LORR 000044-45 | |
| 4/19/06 | GG | Dr. Norris Records | | |
| | |    Progress Note 8/16/01 | LORR 000084-85 | |
| | |    Progress Note 9/11/01 | LORR 000091 | |
| | |    Electrodiagnostic 9/13/01 | LORR 000088-90 | |
| | |    Progress Note 05/21/02 | LORR 000061 | |
| 4/19/06 | HH | Dr. Steinberg report 8/17/01 | LORR 000086-87, 92 | |
| | II | Dr. Gross Summary Report 11/7/01 | LORR 000077-80 | |
| 4/19/06 | JJ | Operative Note re: cerv. facet inj. 10/24/01 | LORR 000021-22 | |
| 4-17-06 | KK | Dr. Holtzman Admission Note 12/13/01 | LORR 000016-20 | |
| 4-17-06 | LL | Pain Mgmt Center Consult 2/5/02 | LORR 00064-68 | |
| 4-17-06 | mm | Pain Mgmt Center Consult 3/19/02 | LORR 000069-73 | |
| | NN | Operative Rpt re: cerv. Facet inj. 6/12/02 | LORR 000059-60 | |
| | OO | Letter from Dr. Zucker 8/6/02 | LORR 000056-58 | |
| | PP | MRI Cerv. Spine 8/11/02 | LORR 000006-7 | |
| | QQ | Dr. Nguyen Outpatient Note 5/8/03 | LORR 000047-48 | |
| | RR | Dr. Saberski Records 7/31/03-1/13/04 | LORR 000046, 33-43 | |
| | SS | Letter re MRI 2/11/05 | LORR 000026 | |
| | TT | Request and Certification to 12/28/05 | | |
| 4-17-06 | 33 | Dr. Saberski Records 7/23/03-11/28/05 | LORR Record Retrieval | |
| 4-17-06 | 34 | Dr. Goldman Records | | 4-21-06  34 J – medical Records |
| | A |    List of medications | LORR 000001 | |
| 4-21-06 | B |    Notes of sessions 12/13/01-1/13/05 | LORR 8-59 | |
| | C |    Notes of sessions 1/20/04-11/30/05 | LORR 000002-21 | |
| | D |    Health Ins. Claim Forms 1/02-12/04 | LORR 60-78 | |
| | E |    Health Ins. Claim Forms 10/04-10/05 | LORR 000027-32 | |
| | F |    Visit Log and pmt. Record 6/02-11/30/05 | LORR 1-7 & 0024-26 | |
| | G |    Request and Certification to 12/13/05 | I – w/be submitted when Dr. Goldman testifies | |
| | H |    Request and Certification to 1/28/05 | | |
| 4-21-06 | 35 | March 1995 MRI | H 6593-94, 6600-6601 (signed) | H 1882-1883 |
| | 35 I | | | |
| 4-19-06 | 36 | Pharmaceutical Records | | |
| 4-19-06 | A |    Prescription reports Walgreens | CMc 001, 003-14 | |
| 4-17-06 | B |    Prescription reports CVS Pharmacy | CMc077-78, 81, H195 | |
| | | **PLAINTIFF'S EMPLOYMENT RECORDS** | | |
| | 37 | Plaintiff's Licensing Records and Degrees | | |
| | A |    Letter dated May 31, 2002 | H 6398-99 | |
| | B |    Application for Licensure – March 1993 | H 6400-14 | |
| | C |    Certificates of Medical Education | H 6415-17 | |
| | D |    Diplomas & Certificates | H6418-23; H5522-25 | |

| | | | | |
|---|---|---|---|---|
| | E | Letter dated August 23, 1993 | H 6426 | |
| | F | Notices re status of licenses | H 6428-6431 | |
| | G | Letter dated 12/6/93 | H5538 | |
| | 38 | HCMS Offers of Employment | | |
| 4/17/06 - | A | Letter dated March 7, 1993 | H6390-91 | H498-99 |
| 4/17/06 - | B | Letter dated May 10, 1994 | H6392 | H501 |
| 4/17/06 - | 39 | JFK Staff Records | | |
| 4/17/06 - | A | Approval of re-appointment dated 5/26/96 | H 5526 | |
| 4/17/06 - | B | Re-appointment approval sheet | H 5527 | |
| | C | Re-appointment assessment 3/28/95 | H5528 | |
| 4/17/06 - | D | Application for Reappointment | H5532-34 | |
| 4/17/06 - | E | Delineation of clinical privileges | H 5539-40 | |
| | F | Mentorship Evaluation | H 5542-5553 | |
| | G | CV | H 5556-5557 | |
| 4/17/06 | H | Approval of prov. staff status 5/27/94 | H 5558 | |
| 4/17/06 | I | Recommendations | H 5581-84, 5565-66 | |
| | J | Termination of staff status | H5590, 5593 | |
| | K | Letter from plaintiff 3/95 | | |
| | 40 | PCMA Staff Records | | |
| | A | July 14, 1995 memo to plaintiff | H 7000 | H504 |
| | B | July 21, 1995 Memo to file | H 6357-6358 | |
| | C | April 4, 1996 letter to plaintiff | H 5669 | |
| | D | Deposit notification | H 1245 | |
| | E | Personnel Action Slip | H 6364 | |
| | F | Letter from patients dated 2/14/95 | H 5637-38 | |
| | G | Letter from PCMA 1/25/96 | | H936-37 |
| | H | Internal Memo 2/26/96 | | H935 |
| | 41 | HCMS Employment Agreement | H1630-51, H505-506 | Same |
| 4/17/06 | A | Exhibits and Amendments | H1647-51, H505-506 | |
| | 42 | JFK Employment Agreement | H595-604, 1662-66 | |
| | A | Exhibits | H 1662-66 | |
| | 43 | Licensing packet | CMCL973- 975 | |
| | | **PLAINTIFF'S DISABILITY CLAIM RECORDS** | | |
| 4-17-06 | 44 | Plaintiff Request for Leave of Absence | | |
| 4-17-06 | A | Request for Leave | H 5695-98 | |
| 4-17-06 | B | Signed approval | H 5700-01 | |
| 4-17-06 | C | Letter of JFK approval | H 5589 | |
| 4/17/06 | 45 | Plaintiff's Statement for Disability to GIA | H 2001-2006 | |
| 4/17/06 | 46 | Plaintiff's Claim to GIA | H 2073-2076; | |
| 4-17-06 | 47 | Educators initial claim payment | H 2090 | |
| | 48 | Educators letter to Dr. Wagner dated 3/27/97 | H 2123 | |
| | 49 | Educators/UNUM correspondence | | |
| | A | UNUM form for GIA 12/28/95 | H 2091-2095 | |
| | B | Educators fax to UNUM 10/3/96 | H 2119 | |
| | C | UNUM cover letter 12/16/96 | H 6476-77 | |

|   |   |   |   |   |
|---|---|---|---|---|
|   | D | Interoffice message 2/26/96 | H 2101 |   |
|   | E | Educators fax to UNUM 8/7/97 | H 2087 |   |
| 4-17-06 | 50 | Educators/plaintiff Correspondence |   |   |
|   | A | Letter dated 9/3/97 | H 2075 |   |
|   | B | Letter dated 11/7/97 | H 2073-2074 |   |
| 4-17-06 | C | Letter to Educators dated 12/16/97 | CMc 084-085, HL 039 |   |
| 4-17-06 | D | Letter dated 1/13/98 | H 2080 |   |
| 4-17-06 | E | Letter dated 1/13/98 re Disability Pmt | H 2058 |   |
|   | F | Calculation re Disability Pmt | H 2059 |   |
|   | G | Letter dated | H 2027 |   |
|   | 51 | Educators/US Medical Review Corresp. |   |   |
| 4/25/06 | A | Letter from Educators 5/13/98 | H 2049-50 |   |
| 4/25/06 | B | Letter from Dr. Stern 7/9/98 | H 2047-48 |   |
| 4/25/06 | C | Letter from Dr. Stern 7/29/98 | H 2045-46 |   |
| 4-25-06 | D | Memo from Educators 10/21/98 | H 2043 |   |
|   | E | Letter from Dr. Stern 10/26/98 | H 2032-2039 |   |
|   | F | US Medical Billing | H 2077-78 |   |
|   | 52 | Hartford 12/99 Request for Information |   |   |
|   | A | 12/15/99 Request | CMc 053 |   |
|   | B | Completed Claimant Questionnaire | H3163-66 |   |
|   | C | Attending Physician Statement 1/00 | H2656-57 |   |
|   | 53 | Hartford 4/00 request for information |   |   |
|   | A | 4/11/00 Request | CMc 049 |   |
|   | B | 4/23/00 Response | H 19-21 |   |
| MISSING 4-17-06 | 54 | Letter terminating plaintiff's benefits 11/17/00 | H 2467-2478 |   |
|   | 55 | Conversion approval checklist | H 1999-2000 |   |
|   | 56 | O'Net Occupational Description | H 2352-2365 |   |
|   | 57 | Hartford Claim Manual – Chapter 10A | Ex. 1 to Htfd MSJ |   |
|   | 58 | BSM Memos |   |   |
|   | A | 03/17/98 re: Interpreting the own occupation definition of total disability |   |   |
|   | B | 05/22/98 re: Memo to Field |   |   |
|   | C | 10/19/98 re: Claim Denials/Terminations for Lack of Information |   |   |
|   | D | 03/3/00 re: Which Occupation is it anyway? |   |   |
|   | 59 | Hartford Claim Case Notes | H 2441-2465 |   |
|   | 60 | Hartford SIU Case Notes | H2600, 3620-3631 |   |
| MISSING 4-17-06 | 61 | Educators Case Notes | H 2009-2023 |   |
|   | 62 | Summary of Medical Records |   |   |
|   | A | Typewritten summary | H3146-3163 |   |
|   | B | Handwritten summary | H2366-2369 |   |
| 4/17/06 | 63 | Dr. Alshon IME |   |   |
|   | A | UNIVAL letter to Educators 4/18/96 | H 2172 |   |
|   | B | UNIVAL letter to plaintiff 4/18/96 | H 2173-2174 |   |
|   | C | UNIVAL letter to Dr. Alshon 4/18/96 | H 2175-2177 |   |
| 4/17/06 | D | Dr. Alshon IME Report | H2306-2311D, |   |

| | | | |
|---|---|---|---|
| 64 | Physician Statements for Disability | | |
| A | Dr. Theofilos Statement 11/4/95 | H 2168-2169 | H 2168-2169 |
| B | Dr. Porfiri Statement 1/10/96 | H6693 | |
| C | Dr. Musso Statement 1/16/96 | H6649-50, 6673 | |
| D | Dr. Santos Statement 2/29/96 | H 2223-2224 | H 4394-95 |
| E | Dr. Katzell letter 6/26/96 | H 1728 | |
| F | Dr. Porfiri letter 12/16/97 | CMc084, HL039 | |
| G | Dr. Walters Statement 11/9/98 | H6003-6004 | |
| H | Dr. Porfiri Statement 1/00 | H 2656-57 | |
| I | Dr. Stanton Statement 10/30/01 | LORR 000082-83 | |
| J | Dr. Stanton letter 03/20/02 | LORR 000063 | |
| K | Dr. Stanton letter 10/29/02 | LORR 000051-52 | |
| 65 | SSDI Records    ID | | |
| 66 | INTENTIONALLY LEFT BLANK | | |
| 67 | Summary of Insurance Charges & Payments | H7746-48, H7888-7970 | |
| 68 | INTENTIONALLY LEFT BLANK | | |
| 69 | INTENTIONALLY LEFT BLANK | | |
| **EXPERT REPORTS** | | | |
| 70 | Reports of Dr. Stanton with CV | | |
| 71 | Reports of Dr. Arnold with CV  71A, 71B -4/24/06 | | |
| 72 | Report of Mr. Wright with CV | | |
| 73 | INTENTIONALLY LEFT BLANK | | |
| **TAX RECORDS** | | | |
| 74 | Tax Records | | |
| A | 1995 Records | | |
| B | 1996 Records | | |
| C | 1997 Records | | |
| D | 1998 Records | | |
| E | 1999 Records | | |
| F | 2000 Records | | |
| G | 2001 Records | | |
| H | 2002 Records | | |
| I | 2003 Records | | |
| J | 2004 Records | | |
| K | 2005 Records | | |

Handwritten annotations left margin: 4/18/06 (65); 4-24-06 (71); M 4/18/06 (74); M 4/18/06 (F); M 4/18/06 (G); M 4/18/06 (I); M 4-18-06 (J)

| | DISCOVERY REQUESTS AND RESPONSES | | |
|---|---|---|---|
| 75 | Plaintiff's First Request for Admissions to Defendant Hartford Life and Accident Insurance Company ("Hartford") | | |
| 76 | Plaintiff's First Set of Interrogatories to Hartford | | |

11

| | | | |
|---|---|---|---|
| 77 | Defendant Hartford's March 13, 2002 Responses to Plaintiff's First Set of Interrogatories and Requests for Production | | |
| 78 | Defendant Hartford's Better Answers to Plaintiff's First Interrogatories dated September 20, 2002 | | |
| 79 | Defendant Hartford's Responses to Plaintiff's Request for Admissions dated March 13, 2002 | | |
| 80 | Defendant Hartford's August 26, 2002 Further Responses to Plaintiff's Request for Admissions in Compliance with the Court's Order | | |
| 81 | Defendant Hartford's February 10, 2003 First Supplemental Response to Plaintiff's First Set of Interrogatories | | |
| 82 | Defendant Educators' Rule 56(a)(2) Statement in Opposition to Plaintiff's Motion for Summary Judgment, ¶ 24 | | |
| 83 | Defendant Educators October 13, 2002 Answers and Objections to Plaintiff's Requests for Admissions, response to request numbers 2. | | |
| 84 | Defendants' Amended Answer with Affirmative Defenses and Counterclaims dated November 26, 2001. | | |
| 85 | Defendants' Second Amended Answer with Affirmative Defenses and Counterclaims dated February 28, 2005. | | |
| | **DEPOSITION TRANSCRIPTS** | | |
| 86 | Deposition testimony of Kim Huber dated October 22, 2003, pages: 5-8, 36-39, 59, 62-67. | | |
| 87 | Deposition testimony of Kim Gabrielson dated June 27, 2003, pages: 7, 13, 100, 115, 140-141, 163, 168, 188, 235-236, 251-252, 268, 272-274. | | |
| 88 | Deposition testimony of John McGoldrick dated July 10, 2003, pages: 112-113. | | |
| 89 | Deposition testimony of Joseph Sterle dated August 15, 2003, pages: 1-17, 49, 51-52, 55-56, 58, 69-72, 76-78. 86-99, 111-112, 120-127, 133, 137-143, 145-149, 182, 185-188. | | |
| 90 | Deposition testimony of Susan Wilk dated June 24, 2003, pages: 103, 190. | | |
| 91 | Deposition testimony of Asha Garg dated June 18, 2003, pages: 49-50, 53-54, 60-65, 74-99, 112-113, 115, 118-120, 147-148, 153-154, 158-159, 171, 174-175, 180-191, 221, 236, 241-245, | | |

|   |   | 254-263. |   |
|---|---|---|---|
|   | 92 | Deposition testimony of Pamela Mormino dated July 28, 2003, pages: 124, 162-165. |   |
|   | 93 | Deposition testimony of Joseph Amato dated September 4, 2003, pages: 55-58, 61-66, 76-80, 94-95. |   |
|   | 94 | Deposition testimony of Kenneth Wasnock dated May 13, 2003, pages: |   |
|   |   | **TANGIBLE EVIDENCE** |   |
| 4-17-06 | 100 | The objects that plaintiff was shown carrying during Hartford's surveillance videotapes: |   |
| 4-17-06 | A<br>B<br>C | Sticks<br>Purse<br>Lunch bag |   |

4/18/06 – 3200 ?

Dated: January 25, 2006

4-19-06  101 – Disk<br>CD-Video of<br>Doctor McCulloch

PLAINTIFF,
CANDI McCULLOCH

By _____
Eliot B. Gersten, Esq.
Fed. Bar No. ct05213
GERSTEN & CLIFFORD
214 Main Street
Hartford, CT 06106
(860) 527-7044
Her Attorney

13

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Exhibit List, was mailed, via first class mail, postage prepaid, on January 25, 2006 to the following counsel of record:

Roberta J. Sharp, Esq.
Barry A. Chasnoff, Esq.
Jessica Spangler Taylor, Esq.
Akin Gump Strauss Hauer & Feld, LLP
300 Convent Street, Suite 1500
San Antonio, TX 78205
*Tel: 210-281-7146*
*Fax: 210-224-2035*

Donald E. Frechette, Esq
Joshua L. Milrad, Esq.
Charles F. Gfeller, Esq.
Edwards & Angell, LLP
90 State House Square
Hartford, CT 06103
*Telephone (860) 525-5065*
*Facsimile (860) 527-4198*

_____
Eliot B. Gersten, Esq.