UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

CANDI McCULLOCH

V.                          Case Number: 3:01cv1115 (AHN)

HARTFORD LIFE & ACCIDENT
INSURANCE CO

NOTICE TO COUNSEL
-------------------

The above-entitled case was reported to the Court on <u>April 26. 2006</u> to be settled. Under Local Rule 41(b), a matter reported settled is to be dismissed if closing papers are not filed within thirty (30) days thereafter.

Accordingly, an order of dismissal will be entered on May 26, 2006, unless closing papers are filed on or before that date, or unless counsel reports prior to that date that the case is not in fact settled.

Dated at Bridgeport, Connecticut, May 10, 2006.


KEVIN F. ROWE, CLERK

By: __/s/_____
    Alice Montz
    Deputy Clerk