UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

McCULLOCH                         :    :    CIVIL ACTION NO.
                                                301CV1115(AHN)
    Plaintiff,                    :

vs.                               :

HARTFORD LIFE AND ACCIDENT        :
INSURANCE COMPANY AND EDUCATORS
MUTUAL LIFE INSURANCE COMPANY     :
    Defendants.
                                  :

## JOINT MOTION TO DISMISS WITH PREJUDICE

The parties have reached a settlement and jointly ask that the Court dismiss this lawsuit with prejudice.

GERSTEN CLIFFORD & ROME, LLP

By: _____
Eliot B. Gersten (ct05213)
214 Main Street
Hartford, Connecticut 06106
Telephone: (860) 527-7044
Telecopier: 860) 527-4968

ATTORNEYS FOR PLAINTIFF

AKIN GUMP STRAUSS HAUER & FELD LLP

By: _____
Barry A. Chasnoff (ct11162)
Roberta J. Benson (ct24407)
Jessica S. Taylor (ct24408)
300 Convent Street, Suite 1500
San Antonio, Texas 78205
Telephone: (210) 281-7000
Telecopier: (210) 224-2035

AND

Donald E. Frechette (ct 08930)
EDWARDS & ANGELL, LLP
90 State House Square
Hartford, CT 06103
Phone: (860) 525-5065
Facsimile: (860) 527-4198

ATTORNEYS FOR DEFENDANTS

5911094

**EXHIBIT A**