UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

CANDI McCULLOCH

    Plaintiff,

vs.

HARTFORD LIFE AND ACCIDENT
INSURANCE COMPANY AND EDUCATORS
MUTUAL LIFE INSURANCE COMPANY
    Defendants.

CIVIL ACTION NO.
301CV1115(AHN)

## RELEASE

In exchange for payment of $350,000.00 (Three Hundred Fifty Thousand and no/100) by Hartford Life and Accident Company ("Hartford") and a release of all claims brought by Hartford or Educators Mutual Life Insurance Company ("Educators"), Plaintiff Candi McCulloch hereby releases any and all claims against Hartford and Educators Mutual Life Insurance Company.

In this Release, "all claims" means any and all claims made the subject of this lawsuit, or that could have been made the subject of this lawsuit, by any party.

The parties further agree to sign and file a Joint Motion to Dismiss With Prejudice this lawsuit, attached to this Release as Exhibit A.

**IN WITNESS WHEREOF** the parties have executed this Release as of the dates set forth opposite their respective signatures.

5911094

1

By: /s/ Candi McCulloch
CANDI McCULLOCH

Date: 5/11/2006

## ACKNOWLEDGMENT

STATE OF Connecticut § 
 § Hartford
COUNTY OF Hartford §

BEFORE ME, personally came Candi McCulloch, to me known, who, by me duly sworn, did depose and say that she executed the foregoing Release, and that she signed her name to the Agreement.

SUBSCRIBED and SWORN TO before me this 11th day of May, 2006.

/s/ Vickie L Bennett
Notary Public

VICKIE L. BENNETT
NOTARY PUBLIC
MY COMMISSION EXPIRES MAY 31, 2009

**HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY**

By: _____

Title: _____

Date: _____

## ACKNOWLEDGMENT

STATE OF _____ §
 §
COUNTY OF _____ §

The foregoing Release was acknowledged before me this ____ day of May, 2006, by Rochelle S. Cummings, Vice President and Director of Life Litigation of Hartford Life Insurance Company, on behalf of said corporation.

SUBSCRIBED and SWORN TO before me this _____ day of May, 2006.

_____
Notary Public

By: _____     Date: _____
    CANDI McCULLOCH

## ACKNOWLEDGMENT

STATE OF _____ §
                    §
COUNTY OF _____ §

BEFORE ME, personally came Candi McCulloch, to me known, who, by me duly sworn, did depose and say that she executed the foregoing Release, and that she signed her name to the Agreement.

SUBSCRIBED and SWORN TO before me this _____ day of May, 2006.

_____
Notary Public


**HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY**

By: _Rochelle S. Cummings_ (signature)
    ROCHELLE S. CUMMINGS
Title: Associate General Counsel, Director of      Date: 5/4/06
       Life Litigation and Vice President

## ACKNOWLEDGMENT

STATE OF  CONNECTICUT  §
                       §
COUNTY OF  HARTFORD    §

The foregoing Release was acknowledged before me this 4th day of May, 2006, by Rochelle S. Cummings, Vice President and Director of Life Litigation of Hartford Life Insurance Company, on behalf of said corporation.

SUBSCRIBED and SWORN TO before me this 4th day of May, 2006.

_Kelly A. Fortier_ (signature)
Notary Public
my commission expires: 4-30-09

**KELLY A. FORTIER**
**NOTARY PUBLIC**

S911094

2

EDUCATORS MUTUAL LIFE
INSURANCE COMPANY

By: _Kimberly A Rankin_

Title: _VICE PRESIDENT & CORPORATE SECY._   Date: _May 19, 2006_

### ACKNOWLEDGMENT

STATE OF _Pennsylvania_ §
§
COUNTY OF _Lancaster_ §

The foregoing Release was acknowledged before me this _19th_ day of May, 2006, by _Kimberly A. Rankin_, _Vice President & Corporate Secretary_ of Educators Mutual Life Insurance Company, on behalf of said corporation.

SUBSCRIBED and SWORN TO before me this _19th_ day of May, 2006.

_Jody L. Kreider_
Notary Public

NOTARIAL SEAL
JODY L. KREIDER, Notary Public
Lancaster, Lancaster County, PA
My Commission Expires Sept. 4, 2006

5911094

3