*313*

EXH

FILED
2006 MAY 23 P 12: 38

6/1, 20 06 APPROVED
SO ORDERED
ALAN H. NEVAS, U.S.D.J.

**UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT**

McCULLOCH : : CIVIL ACTION NO.
    Plaintiff, : : 301CV1115(AHN)
: :
vs. : :
: :
HARTFORD LIFE AND ACCIDENT : :
INSURANCE COMPANY AND EDUCATORS : :
MUTUAL LIFE INSURANCE COMPANY : :
    Defendants. : :

FILED 2006 MAY 30 A 8:13 U.S. DISTRICT COURT

## JOINT MOTION TO DISMISS WITH PREJUDICE

The parties have reached a settlement and jointly ask that the Court dismiss this lawsuit with prejudice.

GERSTEN CLIFFORD & ROME, LLP

By: _____
Eliot B. Gersten (ct05213)
214 Main Street
Hartford, Connecticut 06106
Telephone: (860) 527-7044
Telecopier: (860) 527-4968

ATTORNEYS FOR PLAINTIFF

AKIN GUMP STRAUSS HAUER & FELD LLP

By: _____
Barry A. Chasnoff (ct11162)
Roberta J. Benson (ct24407)
Jessica S. Taylor (ct24408)
300 Convent Street, Suite 1500
San Antonio, Texas 78205
Telephone: (210) 281-7000
Telecopier: (210) 224-2035

AND

Donald E. Frechette (ct 08930)
EDWARDS & ANGELL, LLP
90 State House Square
Hartford, CT 06103
Phone: (860) 525-5065
Facsimile: (860) 527-4198

ATTORNEYS FOR DEFENDANTS

5911094

**EXHIBIT A**