UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

CANDI McCULLOCH

      v.                              3:01CV1115 AHN

HARTFORD LIFE AND
ACCIDENT INSURANCE
COMPANY and
EDUCATORS MUTUAL
LIFE INSURANCE COMPANY

<u>JUDGMENT</u>

      This matter came on before the Honorable Alan H. Nevas, Senior United States District Judge as a result of a stipulated motion to dismiss.

      After reviewing the papers submitted in connection with the motion, the Court approved the stipulated motion in an endorsement on June 1, 2006.

      Therefore, it is ORDERED and ADJUDGED that judgment is entered pursuant to the terms of the stipulation and release, and the case is closed.

      Dated at Bridgeport, Connecticut, this 6th day of June, 2006.

KEVIN F. ROWE, Clerk

By    /s/Chrystine W. Cody    
           Chrystine W. Cody
           Deputy-in-Charge

Entered on Docket_____